## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

The Humane Society of the United States,
Animal Protection Institute, Friends of
Animals and Their Environment ("FATE"),
Help Our Wolves Live ("HOWL"),
Indigenous Environmental Network, Klamath
Forest Alliance, and RESTORE: The North
Woods,                                                    **Civil No. _____**

                       Plaintiffs,

vs.

Dirk Kempthorne, Secretary of the Interior,
United States Department of the Interior, H.
Dale Hall, Director of the United States Fish
and Wildlife Service, and United States Fish
and Wildlife Service,

                       Defendants.

---

### MOTION FOR ADMISSION PRO HAC VICE OF BRIAN B. O'NEILL, RICHARD A. DUNCAN, ELIZABETH H. SCHMIESING, AND SANNE H. KNUDSEN AND MOTION FOR RELIEF FROM LOCAL RULE 83.2 (c)

Patricia Lane, of The Humane Society of the United States, being an active

member of the bar of this Court, hereby moves for an order admitting Brian B. O'Neill,

Richard A. Duncan, Elizabeth H. Schmiesing, and Sanne H. Knudsen to the bar of this

Court, to participate as counsel pro hac vice in the above-captioned case.  Mr. O'Neill

(Minn. License #82521), Mr. Duncan (Minn. License #192983), Ms. Schmiesing (Minn.

License #229258), and Ms. Knudsen (Minn. License #0344552) are members in good

standing of the bar of the Supreme Court of Minnesota.  Submissions, in the form of

affidavits, providing all of the information required under Local Rule 83.2(d) are submitted herewith.

Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, and Ms. Knudsen will not participate before this Court unless associated with the undersigned active resident member of the bar of this Court. Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, and Ms. Knudsen will each promptly comply with all orders of this Court and consent to the exercise of disciplinary jurisdiction by this Court. Pursuant to Local Rule 83.2(d), the undersigned requests permission for Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, and Ms. Knudsen to participate in court proceedings in this case.

In addition, the undersigned requests permission for Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, and Ms. Knudsen to sign pleadings in this case, provided that the undersigned will approve the pleadings prior to signing. Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, and Ms. Knudsen are actively involved in the case and have ready access to the technology required by the Court's Electronic Case Filing System. Relief from Local Rule 83.2(c) will greatly improve plaintiff counsel's ability to comply with the Court's order that all pleadings be filed electronically.

WHEREFORE, the undersigned respectfully requests that Mr. O'Neill, Mr.

Duncan, Ms. Schmiesing, and Ms. Knudsen be admitted to the bar of this Court for the

duration of this case, and that they be granted permission to appear and sign pleadings.

Respectfully submitted,

Dated: July __, 2006

Patricia Lane, DC # 382842
plane@hsus.org
Jonathan R. Lovvorn, DC # 461163
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street
NW Washington DC 20037
(202) 955-3669
(202) 778-6132 (facsimile)

Brian B. O'Neill, MN # 82521
boneill@faegre.com
Richard A. Duncan, MN # 192983
rduncan@faegre.com
Elizabeth H. Schmiesing, MN # 229258
eschmiesing@faegre.com
Sanne H. Knudsen, MN # 0344552
sknudsen@faegre.com
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

Attorneys for Plaintiffs The Humane Society
of the United States, Animal Protection
Institute, Friends of Animals and Their
Environment ("FATE"), Help Our Wolves
Live ("HOWL"), Indigenous Environmental
Network, Klamath Forest Alliance, and
RESTORE: The North Woods.

MI:1339104.01

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

The Humane Society of the United States,
Sierra Club, Animal Protection Institute,
Friends of Animals and Their
Environment ("FATE"), Help Our Wolves
Live ("HOWL"), Indigenous
Environmental Network, Klamath Forest
Alliance, and RESTORE: The North
Woods,

                                        Civil No. _____

                         Plaintiffs,

vs.

Dirk Kempthorne, Secretary of the
Interior, United States Department of the
Interior, H. Dale Hall, Director of the
United States Fish and Wildlife Service,
and United States Fish and Wildlife
Service,

                         Defendants.

## DECLARATION OF BRIAN B. O'NEILL
## IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

BRIAN B. O'NEILL, hereby declares:

      1.      I am an attorney with Faegre & Benson LLP, and I am one of the lawyers

representing the plaintiffs in the above captioned matter.  I make this affidavit of my

personal knowledge.

      2.      I am a member of the bar in good standing of the Supreme Court of

Minnesota.

3.    My Minnesota Bar License number is 82521.

4.    My office is located at: Faegre & Benson; 2200 Wells Fargo Center; 90 South 7th Street; Minneapolis, MN 55402; 612-766-7000.

5.    I have not been disciplined by the bar of any court.

6.    I do not engage in the practice of law from an office located in the District of Columbia.

7.    I am not a member of the bar of the District of Columbia, nor do I have an application for admission to the bar of the District of Columbia pending.

8.    I am admitted to practice in the following jurisdictions:

    State: Minnesota, Michigan
    Federal:
    U.S. Supreme Court
    U.S. Claims Court
    U.S. Court of Appeals, 6th Circuit
    U.S. Court of Appeals, 7th Circuit
    U.S. Court of Appeals, 8th Circuit
    U.S. Court of Appeals, 9th Circuit
    U.S. Court of Appeals, 10th Circuit
    U.S. Court of Appeals, Federal Circuit
    U.S. Court of Military Appeals
    U.S. Court of Military Review
    U.S. District Court, District of Minnesota
    U.S. District Court, District of Alaska

9.    I have been admitted pro hac vice one time in this Court in the past two years in the case of <u>Defenders of Wildlife v. Norton</u>, Case No. 1:05-cv-01573-ESH, filed on August 4, 2005.

10.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10th_ day of July, 2006.

Brian B. O'Neill

M1:1337570.01

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

The Humane Society of the United States,
Sierra Club, Animal Protection Institute,
Friends of Animals and Their
Environment ("FATE"), Help Our Wolves
Live ("HOWL"), Indigenous
Environmental Network, Klamath Forest
Alliance, and RESTORE: The North
Woods,

Civil No. _____

               Plaintiffs,

vs.

Dirk Kempthorne, Secretary of the
Interior, United States Department of the
Interior, H. Dale Hall, Director of the
United States Fish and Wildlife Service,
and United States Fish and Wildlife
Service,

               Defendants.

## DECLARATION OF RICHARD A. DUNCAN
## IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

RICHARD A. DUNCAN, hereby declares:

    1.    I am an attorney with Faegre & Benson LLP, and I am one of the lawyers

representing the plaintiffs in the above captioned matter.  I make this affidavit of my

personal knowledge.

    2.    I am a member of the bar in good standing of the Supreme Court of

Minnesota.

3.    My Minnesota Bar License number is 192983.

4.    My office is located at: Faegre & Benson; 2200 Wells Fargo Center; 90 South 7th Street; Minneapolis, MN 55402; 612-766-7000.

5.    I have not been disciplined by the bar of any court.

6.    I do not engage in the practice of law from an office located in the District of Columbia.

7.    I am not a member of the bar of the District of Columbia, nor do I have an application for admission to the bar of the District of Columbia pending.

8.    I am admitted to practice in the following jurisdictions:

> State: Minnesota
> Federal:
> U.S. Supreme Court
> U.S. Court of Appeals, 8th Circuit
> U.S. Court of Appeals, 9th Circuit
> U.S. Court of Appeals, 10th Circuit
> U.S. Court of Appeals, 11th Circuit
> U.S. Court of Appeals, Federal Circuit
> U.S. Court of Appeals, District of Columbia Circuit
> U.S. Court of Federal Claims
> U.S. District Court, District of Minnesota
> U.S. District Court, Western District of Wisconsin

9.    I have been admitted pro hac vice one time in this Court in the past two years in the case of Defenders of Wildlife v. Norton, Case No. 1:05-cv-01573-ESH, filed on August 4, 2005.

-2-

10.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _11_ day of July, 2006.

Richard A. Duncan

M1:1337576.01

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States, Sierra Club, Animal Protection Institute, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), Indigenous Environmental Network, Klamath Forest Alliance, and RESTORE: The North Woods, | Civil No. _____ |

Plaintiffs,

vs.

Dirk Kempthorne, Secretary of the
Interior, United States Department of the
Interior, H. Dale Hall, Director of the
United States Fish and Wildlife Service,
and United States Fish and Wildlife
Service,

Defendants.

## DECLARATION OF ELIZABETH H. SCHMIESING
## IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

ELIZABETH H. SCHMIESING, hereby declares:

1.     I am an attorney with Faegre & Benson LLP, and I am one of the lawyers

representing the plaintiffs in the above captioned matter.  I make this affidavit of my

personal knowledge.

2.     I am a member of the bar in good standing of the Supreme Court of

Minnesota.

3.      My Minnesota Bar License number is 229258.

4.      My office is located at: Faegre & Benson; 2200 Wells Fargo Center; 90 South 7th Street; Minneapolis, MN 55402; 612-766-7000.

5.      I have not been disciplined by the bar of any court.

6.      I do not engage in the practice of law from an office located in the District of Columbia.

7.      I am not a member of the bar of the District of Columbia, nor do I have an application for admission to the bar of the District of Columbia pending.

8.      I am admitted to practice in the following jurisdictions:

> State: Minnesota
> Federal:
> U.S. Supreme Court
> U.S. Court of Appeals, 6th Circuit
> U.S. Court of Appeals, 8th Circuit
> U.S. Court of Appeals, 10th Circuit
> U.S. District Court, District of Connecticut
> U.S. District Court, Western District of Michigan
> U.S. District Court, Western District of Wisconsin

9.      I have been admitted pro hac vice one time in this Court in the past two years in the case of Defenders of Wildlife v. Norton, Case No. 1:05-cv-01573-ESH, filed on August 4, 2005.

10.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this \ \ day of July, 2006.

Elizabeth H. Schmiesing

M1:1337583.01

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

The Humane Society of the United States,
Sierra Club, Animal Protection Institute,
Friends of Animals and Their
Environment ("FATE"), Help Our Wolves
Live ("HOWL"), Indigenous
Environmental Network, Klamath Forest
Alliance, and RESTORE: The North
Woods,

          Plaintiffs,

vs.

Dirk Kempthorne, Secretary of the
Interior, United States Department of the
Interior, H. Dale Hall, Director of the
United States Fish and Wildlife Service,
and United States Fish and Wildlife
Service,

          Defendants.

Civil No. _____

---

## DECLARATION OF SANNE H. KNUDSEN
## IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

SANNE KNUDSEN, hereby declares:

1.     I am an attorney with Faegre & Benson LLP, and I am one of the lawyers representing the plaintiffs in the above captioned matter. I make this affidavit of my personal knowledge.

2.     I am a member of the bar in good standing of the Supreme Court of Minnesota.

3.     My Minnesota Bar License number is 0344552.

4.    My office is located at: Faegre & Benson; 2200 Wells Fargo Center; 90 South 7th Street; Minneapolis, MN 55402; 612-766-7000.

5.    I have not been disciplined by the bar of any court.

6.    I do not engage in the practice of law from an office located in the District of Columbia.

7.    I am not a member of the bar of the District of Columbia, nor do I have an application for admission to the bar of the District of Columbia pending.

8.    I am admitted to practice in the following jurisdictions:

    State: Minnesota, Illinois
    Federal:
    U.S. Court of Appeals, 6th Circuit
    U.S. Court of Appeals, 8th Circuit
    U.S. Court of Appeals, 9th Circuit
    U.S. District Court, Northern District of Illinois
    U.S. District Court, District of Minnesota

9.    I have been admitted pro hac vice one time in this Court in the past two years in the case of <u>Defenders of Wildlife v. Norton</u>, Case No. 1:05-cv-01573-ESH, filed on August 4, 2005.

10.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of July, 2006.

Sanne H. Knudsen

M1:1337585.01

-2-