# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

The Humane Society of the United States,
Animal Protection Institute, Friends of
Animals and Their Environment ("FATE"),
Help Our Wolves Live ("HOWL"),
Indigenous Environmental Network, Klamath
Forest Alliance, and RESTORE: The North
Woods,

                Plaintiffs,

vs.

Dirk Kempthorne, Secretary of the Interior,
United States Department of the Interior, H.
Dale Hall, Director of the United States Fish
and Wildlife Service, and United States Fish
and Wildlife Service,

                Defendants.

Civil No. _____

---

## PROPOSED ORDER GRANTING THE MOTION FOR RELIEF FROM LOCAL RULE 83.2(c)

This matter is before the Court upon a motion of Patricia Lane, an active member

of the bar of this Court, to grant pro hac vice attorneys Brian B. O'Neill, Richard A.

Duncan, Elizabeth H. Schmiesing, and Sanne H. Knudsen relief from Local Rule 83.2(c),

to give permission for Mr. O'Neill, Mr. Duncan, Ms. Schmiesing, and Ms. Knudsen to

sign pleadings in this case, provided that the attorney of record will approve the pleadings

prior to signing.

For good cause shown, it is hereby ORDERED that the Court grant relief from

Local Rule 83.2(c), to give permission for Mr. O'Neill, Mr. Duncan, Ms. Schmiesing,

and Ms. Knudsen to sign pleadings in this case, provided that the attorney of record will

approve the pleadings prior to signing.


     It is SO ORDERED.

Dated:_____                    _____