UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

The Humane Society of the United States,
Animal Protection Institute, Friends of
Animals and Their Environment ("FATE"),
Help Our Wolves Live ("HOWL"),
Indigenous Environmental Network, Klamath
Forest Alliance, and RESTORE: The North
Woods,

Plaintiffs,

vs.

Dirk Kempthorne, Secretary of the Interior,
United States Department of the Interior, H.
Dale Hall, Director of the United States Fish
and Wildlife Service, and United States Fish
and Wildlife Service,

Defendants.

Civil No. _____

---

**PROPOSED ORDER GRANTING THE MOTION FOR ADMISSION PRO HAC VICE OF BRIAN B. O'NEILL, RICHARD A. DUNCAN, ELIZABETH H. SCHMIESING, AND SANNE H. KNUDSEN**

This matter is before the Court upon a motion of Patricia Lane, an active member of the bar of this Court, to admit Brian B. O'Neill, Richard A. Duncan, Elizabeth H. Schmiesing, and Sanne H. Knudsen to the bar of this Court, to participate as counsel pro hac vice in the above-captioned case.

For good cause shown, it is hereby ORDERED that the Court admit Brian B. O'Neill, Richard A. Duncan, Elizabeth H. Schmiesing, and Sanne H. Knudsen to the bar of this Court, to participate as counsel pro hac vice in the above-captioned case.

It is SO ORDERED.

Dated:_____                    _____