UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

The Humane Society of the United States,
Animal Protection Institute, Friends of
Animals and Their Environment ("FATE"),
Help Our Wolves Live ("HOWL"), Indigenous
Environmental Network, Klamath Forest
Alliance, and RESTORE: The North Woods

        Plaintiffs,

v.

Dirk Kempthorne, Secretary of the Interior,
United States Department of the Interior, H.
Dale Hall, Director of the United States Fish
and Wildlife Service, and United States Fish
and Wildlife Service,

        Defendants.

Civ. File No: 06-1279 (CKK)

---

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**ORAL ARGUMENT REQUESTED**

Plaintiffs hereby move the Court for a preliminary injunction to prevent the lethal taking of gray wolves (*Canis lupus*) for depredation control by the Wisconsin Department of Natural Resources under the authority of Permit No. TE111360-0. That permit was issued by the United States Fish and Wildlife Service ("FWS") on April 24, 2006. The grounds for Plaintiffs' motion are as follows:

    1.    The lethal depredation control program authorized by the permit is outside of the scope of the narrow take exception allowed by Section 10(a)(1)(A) of the Endangered Species Act ("ESA"), 16 U.S.C. § 1539(a)(1)(A).

2. By authorizing the killing of endangered species to increase social tolerance, the FWS's decision contravenes the plain language, structure, purposes and policy of the ESA.

3. The FWS has failed to provide any scientifically based factual support to show that the lethal depredation control program will affirmatively "enhance the propagation or survival" of the wolf. 16 U.S.C. § 1539(a)(1)(A).

4. Absent preliminary injunction, wolves will be unlawfully killed or injured, resulting in irreparable injury to the plaintiffs and their members who observe and enjoy these wolves in the wild.

5. No cognizable harm to the FWS will result from the issuance of an injunction enforcing the status quo and preventing the taking of wolves for depredation control.

6. An injunction that ensures the statutory protection of an endangered species and prevents wolves from being unlawfully killed is in the public interest.

This motion is supported by the Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction; Declarations of Tom Herschelman and Karlyn Berg; the Exhibits submitted with the Plaintiffs' Memorandum In Support Of Motion For Preliminary Injunction; and arguments of counsel. A proposed Order is submitted with this Motion.

Respectfully Submitted,

Dated: July 24, 2006

Patricia Lane, DC # 382842
plane@hsus.org
Jonathan R. Lovvorn, DC # 461163
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street
NW Washington DC 20037
(202) 955-3669
(202) 778-6132 (facsimile)

Brian B. O'Neill, MN # 82521
boneill@faegre.com
Richard A. Duncan, MN # 192983
rduncan@faegre.com
Elizabeth H. Schmiesing, MN # 229258
eschmiesing@faegre.com
Sanne H. Knudsen, MN # 0344552
sknudsen@faegre.com
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

Attorneys for Plaintiffs The Humane Society of the United States, Animal Protection Institute, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), Indigenous Environmental Network, Klamath Forest Alliance, and RESTORE: The North Woods.

M1:1338844.01