# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| The Humane Society of the United States, et al Plaintiffs, vs. Dirk Kempthorne, Secretary of the Interior, et al.    Defendants. | Case No. 06-1279 (CKK) <br> DECLARATION OF KARLYN I. BERG |

I, Karlyn I. Berg, declare as follows:

1. I am a member of The Humane Society of the United States ("HSUS"), and have also been a consultant for the organization on wolf members since 1998.

2. The HSUS is a non-profit charitable organization incorporated in 1954. HSUS is the largest animal protection organization in the world, with over 9.5 million members and constituents. HSUS's mission is to promote the humane treatment of animals and to foster respect, understanding and compassion for all creatures. HSUS regularly submits comments to government agencies concerning proposed actions that will affect animals. HSUS publishes a magazine and maintains a website for its members and the general public, and it regularly disseminates information concerning the treatment of wild animals, including information about government decisions that affect animals. HSUS has been an active advocate for wolf protection and recovery throughout its history.

3. I have a personal commitment in ensuring the recovery of the gray wolf and the protection of its habitat. I have on many occasions visited, and intend to continue to visit, forests, parks, and

1

other areas in Northern Wisconsin that provide habitat for the gray wolf. Some of the areas that I have visited and intend to continue to visit include the Chequamegon and Nicolet National Forests, Brule River State Forest, and Ashland and Bayfield County woodlands. While visiting these areas, I enjoy wildlife viewing, hiking, photography, camping, and other pursuits. I have been fortunate to join other wolf researchers and naturalists to track wolves in Wisconsin, and participate in Wolf workshops that include tracking, howling and hearing wolves howl as well as observing wolf tracks and scats, and searching for other evidence of their presence.

5.      My interest in and appreciation of wolves and their conservation began as early as 1969, and resulted in working with live wolves for nearly 27 years. I continue to be active in wolf conservation efforts, wolf education and wolf studies involving research of wolves, or their role in maintaining the stability of ecosystems as well as human attitudes toward wolves. My work includes numerous presentations in Wisconsin for nature centers, The Wisconsin Timber wolf Alliance, schools and various Wisconsin universities. I am a member of the Wolf Stakeholders group in Wisconsin, which keeps me as an active participant in the recovery of the wolf in Wisconsin. I continue to monitor State wolf projects, Fish and Wildlife Service, Wildlife Services depredation control and Wisconsin Department of Natural Resources activities related to wolf management. I attend Wisconsin State meetings and hearings that involve wolf management as well. I am involved with wolf education in Wisconsin doing wolf programs and workshops and lectures and provided the State with over ten educational wolf boxes that are used all over the state in schools, nature centers, State and National forests in Wisconsin.

6.      I believe that individual wolves have inherent value, and I am deeply disturbed by the knowledge that the United States Fish and Wildlife Service has authorized the lethal control of

these intelligent, beautiful, and social animals. It is especially distressing to me that although history has shown that wolves are critically impacted by antiquated and excessive lethal control actions, the Fish and Wildlife Service is neglecting its responsibility and permitting this very unnecessary lethal action..

7.    The benefits that I derive from the wolf, and would derive, but for the Fish and Wildlife Service's failure to adequately protect the wolf, have been, are being, and will continue to be harmed, adversely affected and irreparably injured by the Fish and Wildlife Service's failure to comply with its statutory obligations to ensure the survival and recovery of the wolf. The Fish and Wildlife Service's actions will lead to the deaths of individual animals, disturb and stress intra-pack relationships, and cause a decline in the area wolf population. Accordingly, the Fish and Wildlife Service's violation of the Endangered Species Act will continue to deprive me, HSUS, and other members of the recreational, scientific, and aesthetic benefits derived from this species.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 18 day of July, 2006

Karlyn I Atkinson Berg

3