UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

The Humane Society of the United States, et al.

Plaintiffs,

vs.

Dirk Kempthorne, Secretary of the Interior, et al.

Defendants.

Case No. 06-1279 (CKK)

**DECLARATION OF TOM HERSCHELMAN**

---

I, Tom Herschelman, declare as follows:

1. I am a current member of The Humane Society of the United States ("The HSUS"), and have been since 2005.

2. I reside in Sheboygan Falls, Wisconsin and have lived in Wisconsin for over twenty-six years.

3. The HSUS is a non-profit charitable organization incorporated in 1954. The HSUS is the largest animal protection organization in the world, with over nine and a half million members and constituents, including over 180,000 members and constituents in Wisconsin. The HSUS's mission is to promote the humane treatment of all animals and to foster respect, understanding and compassion for all creatures. The HSUS regularly submits comments to government agencies concerning proposed actions that will affect animals. The HSUS publishes a magazine and maintains a website for its members and the general public, and it regularly disseminates information concerning the treatment of wild animals, including information about government decisions that affect animals.

1

4.     Since its inception in 1954, The HSUS has been dedicated to protecting imperiled species and the habitats on which they depend. The HSUS's Wildlife and Habitat Protection and Threatened and Endangered Species Program sections work to ensure the survival of all wild animals from cruelty, exploitation, hunting and trapping, and habitat loss. The HSUS accomplishes these objectives through public education, litigation, legislation, and research and investigations. The HSUS publishes information and citizen alerts regarding the plight of the gray wolf to inform its members and constituents of its activities and to request assistance in protecting such an imperiled species. The HSUS has been an active advocate for wolf protection and recovery throughout its history. For instance, The HSUS was involved in litigation successfully challenging the U.S. Fish and Wildlife Service's 2005 decision to grant the same classification of permit to Wisconsin's Department of Natural Resources for depredation control purposes.

5.     I have a personal interest and stake in ensuring the protection of the gray wolf and its habitat. I have on many occasions visited, and intend to continue to visit, forests, parks, and other areas in Northern Wisconsin that provide habitat for the gray wolf. Some of the areas that I have visited and intend to continue to visit include Chequamegon and Nicolet National Forests, as well as Flambeau River, Black River, and American Legion State Forests. While visiting these areas, I enjoy wildlife viewing, hiking, photography, camping, and other pursuits. The possibility that I might observe the presence of wolves is always an important motivating factor in my decision to venture out into these national and state forests.

6.     I have a particular awareness and understanding of the gray wolf species. I attended the School of Natural Resources at the University of Michigan from 1961 to 1963. I have studied landscape ecology and biodiversity. I was the Forestry-Biodiversity Chair of the

John Muir Chapter of the Sierra Club from 1991 to 2000. As the Forestry-Biodiversity Chair, I was involved in discussions over the potential delisting of the gray wolf, which I adamantly opposed. During that time, I met with Wisconsin Department of Natural Resources officials and Nicolet-Chequamegon officials regarding the Wisconsin gray wolf population. I submitted comments to the United States Fish and Wildlife Service regarding classification of the gray wolf under the Endangered Species Act. I have also written opinion letters and given oral presentations on gray wolf management and on the gray wolf population in Wisconsin.

7. I believe that individual wolves have inherent value, and I am deeply disturbed by the knowledge that the United States Fish and Wildlife Service has authorized the lethal control of these intelligent, beautiful, and social animals.

8. The benefits that I derive from the wolf, and would derive, but for the Fish and Wildlife Service's failure to adequately protect the wolf, have been, are being, and will continue to be harmed, adversely affected and irreparably injured by the Fish and Wildlife Service's failure to comply with its statutory obligations to ensure the survival and recovery of the wolf. The Fish and Wildlife Service's actions will lead to the deaths of individual animals, disturb and stress intra-pack relationships, and cause a decline in the area wolf population. Accordingly, the Fish and Wildlife Service's issuance of the depredation permit to the State of Wisconsin not only violates the Endangered Species Act but also will deprive The HSUS, myself, and other members of the recreational, scientific, and aesthetic benefits derived from this species.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17 day of July, 2006

Tom Herschelman

3