UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

The Humane Society of the United States,
Animal Protection Institute, Friends of
Animals and Their Environment ("FATE"),
Help Our Wolves Live ("HOWL"), Indigenous
Environmental Network, Klamath Forest
Alliance, and RESTORE: The North Woods

Plaintiffs,

Civ. File No: 06-1279(CKK)

v.

Dirk Kempthorne, Secretary of the Interior,
United States Department of the Interior, H.
Dale Hall, Director of the United States Fish
and Wildlife Service, and United States Fish
and Wildlife Service,

Defendants.

## PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION

Upon consideration of the complaint, Plaintiffs' motion for preliminary injunction, the parties' memoranda, affidavits, oral argument, and all the files, records and proceedings herein, and due deliberation being had,

IT IS HEREBY ORDERED:

1.  Pursuant to Fed. R. Civ. P. 65, Plaintiffs' motion for preliminary injunction is GRANTED. Plaintiffs have demonstrated a substantial likelihood of success on the merits of their claim that the Defendants have violated the Endangered Species Act, 16 U.S.C. §§ 1531-1544. Plaintiffs have also shown irreparable injury. Further, the Court finds that the balance of the harms and the public interest favors the grant of preliminary injunctive relief.

2. Pending the resolution of the merits of this case, Defendants Dirk Kempthorne, H. Dale Hall, the Department of the Interior, the United States Fish & Wildlife Service and their employees, agents, and any and all others acting in concert or participation with them, are preliminarily enjoined and restrained from allowing any further killing of gray wolves pursuant to the lethal depredation control provisions of Permit No. TE111360-0.

3. Defendant the United States Fish and Wildlife Service is directed to immediately stop the Wisconsin Department of Natural Resources, its employees, agents, and any and all others acting in concert or participation with them, from any further killing of gray wolves pursuant to the lethal depredation control provisions of Permit No. TE111360-0.

IT IS FURTHER ORDERED that a copy of this Order may be served upon Defendants with full force and effect without regard to the exhibition of the original thereof.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____    _____

M1:1338854.01

**LCvR 7(k): NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDERS**

Pursuant to LCvR 7(k), the following parties and attorneys are entitled to be notified of the entry of the foregoing Proposed Order Granting Preliminary Injunction:

Defendants:
Dirk Kempthorne
Secretary, United States Department of Interior
1849 C Street, NW
Washington, D.C. 20240

H. Dale Hall, Director
Acting Director, U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, D.C. 20240

United States Department of Interior
1849 C Street, NW
Washington, D.C. 20240

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, D.C. 20240

For Plaintiffs
Patricia Lane
Jonathan R. Lovvorn
The Human Society of the United States
2100 L Street
NW Washington DC 20037

Brian B. O'Neill
Richard A. Duncan
Elizabeth H. Schmiesing
Colette B. Routel
Sanne H. Knudsen
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

M1:1339894.01