UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

The Humane Society of the United States,
Animal Protection Institute, Friends of
Animals and Their Environment ("FATE"),
Help Our Wolves Live ("HOWL"), Indigenous
Environmental Network, Klamath Forest
Alliance, and RESTORE: The North Woods

        Plaintiffs,

v.

Dirk Kempthorne, Secretary of the Interior,
United States Department of the Interior, H.
Dale Hall, Director of the United States Fish
and Wildlife Service, and United States Fish
and Wildlife Service,

        Defendants.

Civ. File No: 06-1279 (CKK)

### AFFIDAVIT OF SANNE H. KNUDSEN

State of Minnesota   )
                         ) ss.
County of Hennepin )

Sanne H. Knudsen, being duly sworn states:

1. I am an attorney at Faegre & Benson LLP, and I am one of the attorneys representing the Plaintiffs in the above-captioned matter. I make this affidavit of my personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Federal Fish and Wildlife Permit (No. TE111360-0) issued to the Wisconsin Department of Natural Resources, dated April 24, 2006.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Final Environmental Assessment for the Management of Wolf Conflicts and Depredating Wolves in Wisconsin, dated April 2006.

4. Attached hereto as **Exhibit C** is a true and correct copy of the memorandum dated March 17, 2005, from Ron Refsnider, Region 3 Listing Coordinator & Wolf Recovery Coordinator, to T.J. Miller, Region 3 Endangered Species Program Manager.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Federal Fish and Wildlife Permit (Subpermit No. 05-03 A1) issued to the Wisconsin Department of Natural Resources, dated April 1, 2005.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Order Granting Permanent Injunction, <u>Defenders of Wildlife v. Norton</u>, Civil Action No. 05-1573 (D.D.C. September 13, 2005).

7. Attached hereto as **Exhibit F** is a true and correct copy of the Transcript of the Preliminary Injunction Hearing Before the Honorable Ellen Segal Huvelle, United States District Judge, dated September 13, 2005, in the case of <u>Defenders of Wildlife v. Norton</u>, Civil Action No. 05-1573 (D.D.C. September 13, 2005).

8. Attached hereto as **Exhibit G** is a true and correct copy of the Biological Opinion prepared as the Formal Intra-Service Section 7 Consultation for the Issuance of a section 10(a)(1)(A) permit for research, monitoring, and depredation abatement activities involving the gray wolf in Wisconsin, dated April 20, 2006.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Decision and Finding of No Significant Impact for the Environmental Assessment: Management of Wolf Conflicts and Depredating Wolves in Wisconsin, dated April 24, 2006.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Set of Findings: Wisconsin Department of Natural Resources, Wolf Depredation Permit (TE 111360), dated April 24, 2006.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Plaintiffs' Notice of Intent to Sue Letter, dated May 9, 2006.

12. Attached hereto as **Exhibit K** is a true and correct copy of <u>Managing Wolf Conflict with Livestock in the Northwestern United States</u> by E.E. Bangs and J. Shivik, Carnivore Damage Prevention News, July 2001.

13. Attached hereto as **Exhibit L** is a true and correct copy of <u>Managing Wolf Depredation in the United States: Past, Present, and Future</u> by S.W. Breck and T. Meir, 19 Sheep and Goat Research Journal 41 (2003).

14. Attached hereto as **Exhibit M** is a true and correct copy of <u>Wolf Depredation on Domestic Animals in Wisconsin 1976-2000</u> by A. Treves et al., 30 Wildlife Society Bulletin 231 (2002).

15. Attached hereto as **Exhibit N** is a true and correct copy of <u>Fund for Animals, Inc. v. Turner</u>, C.A. No. 91-2201, 1991 U.S. Dist. LEXIS 13426 (D.D.C. Sept. 27, 1991).

16. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the Minnesota Wolf Management Plan, dated February 2001.

17. Attached hereto as **Exhibit P** is a true and correct copy of excerpts from the Wisconsin Wolf Management Plan, dated October 27, 1999.

18. Attached hereto as **Exhibit Q** is a true and correct copy of excerpts from the Michigan Wolf Management Plan, dated December 15, 1997.

19. Attached hereto as **Exhibit R** is a true and correct copy of <u>Paying for Tolerance: Rural Citizens' Attitudes Toward Wolf Depredation and Compensation</u> by L.R. Naughton-Treves et al., 17 Conservation Biology 1500 (2003).

20. Attached hereto as **Exhibit S** is a true and correct copy of <u>Control of Endangered Wolves in Montana</u> by E.E. Bangs et al., <u>in Ecology and Conservation of Wolves in a Changing World</u> (L.N. Carybyn et al. eds., 1995).

21. Attached hereto as **Exhibit T** is a true and correct copy of <u>Justification for Lethal Control Authority for Recovery Activity under Section 10(a)(1)(A) of the Endangered Species Act on Gray Wolves in Wisconsin</u> by A. P. Wydeven and R. L. Jurewicz, Wisconsin Department of Natural Resources (2005).

22. Attached hereto as **Exhibit U** is a true and correct copy of <u>Trends and Management of Wolf-Livestock Conflicts in Minnesota</u> by S.H. Fritts et al., U.S. Fish and Wildlife Service Resource Publication 181 (1992).

23. Attached hereto as **Exhibit V** is a true and correct copy of <u>Wolves in Rural Agricultural Areas of Western North America: Conflict and Conservation</u> by M. Musiani et al., <u>in Predators and People: From Conflict to Conservation</u> (N. Fascione et al. eds., 2004).

*[Signature]*

Subscribed and sworn to before me
this 18th day of July, 2006.

*[Signature]* Patricia A. Kolling
Notary Public
Minnesota
My Commission Expires January 31, 2010

[Notary seal: PATRICIA ANN KOLLING, Notary Public, Minnesota, My Commission Expires January 31, 2010]

MI:1338874.01