# FINAL

# ENVIRONMENTAL ASSESSMENT

# FOR THE MANAGEMENT OF

# WOLF CONFLICTS AND DEPREDATING WOLVES

# IN WISCONSIN



Prepared by:

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
WILDLIFE SERVICES

in cooperation with

UNITED STATES DEPARTMENT OF THE INTERIOR, FISH AND WILDLIFE SERVICE

and

WISCONSIN DEPARTMENT OF NATURAL RESOURCES

732 Lois Dr
Sun Prairie WI 53590

April 2006

**Exhibit B-1**

# TABLE OF CONTENTS

SUMMARY OF PROPOSED ACTION.............................................................................................5
ACRONYMS /ABBREVIATIONS ...............................................................................................6
CHAPTER 1: PURPOSE OF AND NEED FOR ACTION ...............................................................7
  1.0     INTRODUCTION .............................................................................................................7
  1.1     PURPOSE ........................................................................................................................8
  1.2     NEED FOR WOLF DAMAGE MANAGEMENT IN WISCONSIN .......................................8
  1.3     BACKGROUND ...............................................................................................................9
    1.3.1    Wolf Distribution and Classification - General.................................................................9
    1.3.2    Wolves in Wisconsin .......................................................................................................11
    1.3.3    Wolf Ecology ..................................................................................................................13
    1.3.4    Benefits of Wolves and Ecological Impact ......................................................................16
    1.3.5    Importance of Wolves in Native American Culture and Beliefs.......................................17
    1.3.6    Wolf Impact on Elk and Moose in Wisconsin...................................................................18
    1.3.7    Wolf Predation on Livestock and Pets...............................................................................18
    1.3.8    Other Types of Wolf Conflicts..........................................................................................23
    1.3.9    Wildlife Services and Wisconsin Department of Natural Resources Efforts to Reduce
             Wolf Damage in Wisconsin .............................................................................................25
    1.3.10   How can killing wolves benefit the recovery of the species? ...........................................26
  1.4     SCOPE OF THIS ENVIRONMENTAL ASSESSMENT.......................................................29
    1.4.1    Actions Analyzed .............................................................................................................29
    1.4.2    Native American Lands and Tribes ....................................................................................32
    1.4.3    Period for which this EA is Valid......................................................................................32
    1.4.4    Site Specificity ................................................................................................................33
    1.4.5    Public Involvement/Notification ......................................................................................34
  1.5     DECISION TO BE MADE ...............................................................................................34
  1.6     OBJECTIVES FOR THE WISCONSIN WDM PROGRAM ................................................34
  1.7     RELATIONSHIP OF THIS EA TO OTHER ENVIRONMENTAL DOCUMENTS.............35
    1.7.1    ADC Programmatic EIS ..................................................................................................35
    1.7.2    USDA-APHIS-WS Environmental Assessment: Management of Wolf Conflicts and
             Depredating Wolves in Wisconsin. ...................................................................................35
    1.7.3    USDA-APHIS-Wisconsin WS/USFWS Biological Opinion ...........................................35
    1.7.4    USDA-APHIS-Wisconsin WS/WDNR Biological Assessment ......................................35
    1.7.5    USFWS Eastern Timber Wolf Recovery Plan ..................................................................35
    1.7.6    Wisconsin Gray Wolf Management Plan (WWMP) ........................................................35
    1.7.7    Endangered Species Section 6 Cooperative Conservation Agreement Between the United
             States Fish and Wildlife Service and the Wisconsin Department of Natural Resources ..36
  1.8     AUTHORITY AND COMPLIANCE...................................................................................36
    1.8.1    Agencies involved in WDM in Wisconsin........................................................................36
    1.8.2    Compliance with Federal and State Statutes .....................................................................39
CHAPTER 2: ISSUES ..............................................................................................................43
  2.0     INTRODUCTION .............................................................................................................43
  2.1     ISSUES CONSIDERED IN DETAIL IN CHAPTER 4 ........................................................43
    2.1.1    Effects on Wolf Populations in Wisconsin .......................................................................43
    2.1.2    Effects on Non-target Species Populations, Including Threatened and Endangered
             Species ............................................................................................................................43
    2.1.3    Effects on public safety and pet health and safety............................................................44
    2.1.4    Humaneness of methods to be used..................................................................................44

**Exhibit B-2**

2.1.5    Sociological Issues Including Impacts on Aesthetic Values ...........................46
2.2    ISSUES NOT CONSIDERED IN DETAIL AND RATIONALE FOR EXCLUSION...........48
2.2.1    Impacts on 's Biodiversity ...........................................................................48
2.2.2    Wolf Damage Should be Managed by Hunters and Trappers .........................48
2.2.3    Appropriateness of Preparing an EA Instead of an EIS for Such a Large Area ..............49
CHAPTER 3:  ALTERNATIVES ........................................................................................50
3.0    INTRODUCTION ........................................................................................50
3.1    DESCRIPTION OF ALTERNATIVES ........................................................51
3.1.1    Alternative 1 - Non-lethal WDM Only ........................................................51
3.1.2    Alternative 2 - Integrated WDM (No Action/ Proposed Action) ....................52
3.1.3    Alternative 3 - Technical Assistance Only ...................................................54
3.1.4    Alternative 4 - No WS WDM in Wisconsin...................................................54
3.2    WOLF DAMAGE MANAGEMENT STRATEGIES AND METHODOLOGIES .................55
3.2.1    Integrated Wildlife Damage Management ....................................................55
3.2.2    Integrated WDM Strategies............................................................................55
3.2.3    Wildlife Services Decision Model used for Decision Making .........................56
3.2.4    Local Decision Making Process.....................................................................57
3.3    WOLF DAMAGE MANAGEMENT METHODS.........................................58
3.3.1    Non-Lethal Methods Available to All Without a USFWS Permit ....................58
3.3.2    Non-lethal Methods Available without Permits for States with Cooperative Conservation Agreements with the USFWS ...................................................59
3.3.3    Non-lethal Methods which Require Permits from the USFWS .......................61
3.3.4    Lethal Methods .............................................................................................62
3.4    ALTERNATIVES CONSIDERED BUT NOT IN DETAIL, WITH RATIONALE...............63
3.4.1    Bounties ........................................................................................................63
3.4.2    Eradication and Suppression .........................................................................63
3.4.3    Damage Management through Birth Control ..................................................63
3.4.4    Non-lethal before Lethal ...............................................................................64
3.4.5    Provide Funding for Damage Prevention Supplies and Equipment ................64
3.4.6    Lethal Only Program ....................................................................................65
3.5    STANDARD OPERATING PROCEDURES FOR WILDLIFE DAMAGE MANAGEMENT TECHNIQUES...........................................................................................65
CHAPTER 4:  ENVIRONMENTAL CONSEQUENCES.........................................................69
4.0    INTRODUCTION ........................................................................................69
4.1    SOCIAL AND RECREATIONAL CONCERNS, RESOURCE USE AND IMPACTS ON HISTORIC AND CULTURAL RESOURCES ...................................................69
4.1.1    Social and Recreational Concerns .................................................................69
4.1.2    Irreversible and Irretrievable Commitments of Resources..............................69
4.1.3    Alternative Consistency with Forest Service LRMPs ....................................69
4.1.4    Impacts on Cultural, Archaeological and Historic Resources ........................70
4.2    ISSUES ANALYZED BY ALTERNATIVES ................................................70
4.2.1    Alternative 1 - Non-lethal Damage Management Only ...................................70
4.2.2    Alternative 2 - Integrated WDM (No Action / Proposed Action/) ..................74
4.2.3    Alternative 3 - Technical Assistance Only ...................................................89
4.2.4    Alternative 4 - No WS WDM in Wisconsin...................................................91
4.3    SUMMARY OF IMPACTS ..........................................................................95
CHAPTER 5:  LIST OF PREPARERS AND PERSONS CONSULTED............................................98
5.1    Preparers.......................................................................................................98
5.2    Persons Consulted.........................................................................................98
CHAPTER 6:  SUMMARY OF RESPONSES TO PUBLIC COMMENTS .....................................99

**Exhibit B-3**

APPENDIX A:  LITERATURE CITED.................................................................................123
APPENDIX B:  METHODS EMPLOYED OR RECOMMENDED FOR WOLF DAMAGE
                          MANAGEMENT ........................................................................138
APPENDIX C:  FEDERALLY LISTED ENDANGERED, THREATENED  AND CANDIDATE
                          SPECIES IN WISCONSIN.................................................................148
APPENDIX D:  WISCONSIN LIST OF THREATENED AND ENDANGERED SPECIES ..............149
APPENDIX E:  WISCONSIN GUIDELINES FOR CONDUCTING DEPREDATION CONTROL ON
                          WOLVES IN WISCONSIN WHILE FEDERAL LISTED .....................................152
APPENDIX F:  SET OF FINDINGS:  WISCONSIN DEPARTMENT OF NATURAL RESOURCES
                          WOLF DEPREDATION PERMIT .....................................................156

**Exhibit B-4**

# SUMMARY OF PROPOSED ACTION

The United States Department of Agriculture (USDA), Animal and Plant Health Inspection Service, Wildlife Services (WS) and the United States Department of the Interior, Fish and Wildlife Service (USFWS), in cooperation with the Wisconsin Department of Natural Resources (WDNR), in accordance with State and Federal regulations and guidance on wolf management, propose to implement an Integrated Wildlife Damage Management (IWDM) program in Wisconsin to protect resources from gray wolf *(Canis lupus)* damage and promote wolf conservation. The agencies prepared this environmental assessment to analyze the environmental impacts of various alternatives for the management of wolf damage and wolf conflicts in Wisconsin including the proposed action. This analysis covers wolf damage actions that could be conducted by the USFWS, WS and the WDNR while wolves are federally protected under the Endangered Species Act (ESA).[1] The proposed action includes the USFWS issuing permits for take of wolves under Section 10(a)(1)(A) of the Endangered Species Act. WS would act as agents of the WDNR which is the agency requesting a permit for the take of depredating wolves from the USFWS. Under the preferred alternative, damage management would be conducted on private or public property in Wisconsin when the resource owners/managers request assistance to alleviate wolf damage, wolf damage is verified, and agreements have been completed specifying the details of the damage management action. The types of wolf conflicts that could be addressed include: 1) depredation on livestock, 2) depredation on pets, and 3) potential threats to human safety. Under the preferred alternative, the IWDM strategy would encompass the use of the full range of legal, practical and effective methods of preventing or reducing damage while minimizing harmful effects of damage management measures on humans, wolves, other species, and the environment. Under this action, WS and the WDNR would provide technical assistance and operational damage management, including non-lethal and lethal management methods selected after applying the WS Decision Model (Slate et al. 1992). When appropriate, farm management practices (animal husbandry), frightening devices, and livestock guarding animals could be recommended and utilized to reduce wolf damage. In other situations, when the damage situation and landowner practices meet USFWS and WDNR requirements, wolves would be removed as humanely as possible using foot-hold traps, foot snares, cable restraints, and shooting. In determining the damage management strategy, preference would be given to non-lethal methods when they are deemed practical and effective. Lethal methods would be used to reduce damage after practical and appropriate non-lethal methods have been considered and determined to be ineffective or inappropriate in reducing damage to acceptable levels. However, non-lethal methods may not always be applied as a first response to each damage problem. The most appropriate initial response to a wolf damage problem could be a combination of non-lethal and lethal methods, or there could be instances where application of lethal methods alone would be the most appropriate strategy. All wolf damage management would be conducted in compliance with appropriate federal, state, and local laws and court-mandated restrictions.

---

[1] Ordinarily, the actions of state agencies are not subject to the requirements of the National Environmental Policy Act. However, while wolves are federally protected under the Endangered Species Act, actions taken by the WDNR will depend upon the management decisions (permits, 4(d) rules) of the USFWS which are subject to the requirements of NEPA.

## ACRONYMS /ABBREVIATIONS

| | |
|---|---|
| APHIS | Animal and Plant Health Inspection Service |
| AVMA | American Veterinary Medical Association |
| BO | Biological Opinion |
| CDFG | California Department of Fish and Game |
| CE | Categorical Exclusion |
| CEQ | Council on Environmental Quality |
| CFR | Code of Federal Regulations |
| DPS | Distinct Population Segment |
| EA | Environmental Assessment |
| EIS | Environmental Impact Statement |
| EJ | Environmental Justice |
| EPA | U.S. Environmental Protection Agency |
| ESA | Endangered Species Act |
| FDA | Food and Drug Administration |
| FIFRA | Federal Insecticide, Fungicide, and Rodenticide Act |
| FY | Fiscal Year |
| GAO | U. S. General Accounting Office |
| GLIFWC | Great Lakes Indian Fish and Wildlife Commission |
| IPM | Integrated Pest Management |
| IWDM | Integrated Wildlife Damage Management |
| MIS | Management Information System |
| MOU | Memorandum of Understanding |
| NEPA | National Environmental Policy Act |
| NWRC | National Wildlife Research Center |
| SOP | Standard Operating Procedure |
| T/E | Threatened and Endangered |
| USC | United States Code |
| USDA | U.S. Department of Agriculture |
| USDI | U.S. Department of Interior |
| USFS | U. S. Forest Service |
| USFWS | U.S. Fish and Wildlife Service |
| WCES | Wisconsin Cooperative Extension Service |
| WCFA | Wisconsin County Forester Association |
| WDATCP | Wisconsin Department of Agriculture, Trade and Consumer Protection |
| WDM | Wolf Damage Management |
| WDNR | Wisconsin Department of Natural Resources |
| WRS | Wisconsin Revised Statutes |
| WS | Wildlife Services |
| WWMP | Wisconsin Wolf Management Plan |

**Exhibit B-6**

## CHAPTER 1: PURPOSE OF AND NEED FOR ACTION

### 1.0    INTRODUCTION

Gray wolf *(Canis lupus)* populations in North America, including the wolf population in Wisconsin, have undergone a dramatic recovery in recent years. The combination of an increasing Wisconsin wolf population, human encroachment on wild habitats and conversion of natural landscapes to agricultural and urban environments has led to increased conflicts between wolves and humans. Conflicts with wolves include predation on livestock and pets, and risks to human health and safety from potentially hazardous or threatening wolves. Management of conflicts with wolves is addressed in the Wisconsin Wolf Management Plan (WWMP; Wisconsin Department of Natural Resources (WDNR) 1999) and in the United States Department of Interior, Fish and Wildlife Service (USFWS) Eastern Timber Wolf Recovery Plan (USFWS 1992). Prompt, professional management of damage and conflicts with wolves is an important component of wolf recovery efforts because it facilitates local public acceptance and tolerance of wolves (Fritts et al. 1992, Fritts 1993, Mech 1995, WDNR 1999, 50 CFR 17.40(o), Wydeven and Jurewicz 2005).

Gray wolves are currently federally listed as an endangered species under Section 4 of the Endangered Species Act (ESA). While federally listed, primary management authority for wolves rests with the USFWS. The ESA and its implementing regulations found at 50 CFR 17.21 set forth a series of general prohibitions and exceptions that apply to all endangered wildlife. These prohibitions, in part, make it illegal to take (harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect; or to attempt any of these) any endangered wildlife species. However, under the provisions of Section 10 of the ESA, the USFWS may issue permits for the take of a federally listed species for, "scientific purposes or to enhance the propagation or survival of the affected species, including, but not limited to, acts necessary for the establishment and maintenance of experimental populations pursuant subsection (j); or (B) any taking otherwise prohibited by section 9(a)(1)(B) if such taking is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity". The USFWS cooperates with the WDNR on the management of wolves in the state. If wolves were to be reclassified to a threatened species, the USFWS would retain primary management authority for wolves, but could designate additional management authority to state and tribal natural resource agencies via 4(d) rules under the ESA. Wildlife Services could provide assistance with management of conflicts with wolves at the request of the USFWS, or as the designated agent of WDNR or at the request of specific tribe.

Wildlife damage management, a specialized field within the wildlife management profession, is the science of reducing damage or other problems caused by wildlife and is recognized as an integral part of wildlife management (Berryman 1991, The Wildlife Society 1992). Wildlife Services[2] (WS) is the Federal agency authorized by Congress to conduct wildlife damage management to protect American agricultural, industrial and natural resources, property and human health and safety from damage associated with wildlife (Act of March 2, 1931 as amended 46 Stat. 1486; 7 USC 426-426c). Wildlife Services is a cooperatively-funded, service-oriented program that provides assistance to requesting public and private entities and government agencies. Before WS responds to requests for assistance and conducts any wildlife damage management, a request must be received and an *Agreement for Control* must be signed by the landowner/administrator for private lands or other comparable documents for public lands must be in place. Wildlife Services responds to requests for assistance when valued resources are damaged or threatened by wildlife. Responses can be in the form of technical assistance or

---

[2]  On August 1, 1997, the Animal Damage Control program was officially renamed "Wildlife Services."

operational damage management depending on the complexity of the wildlife problem and the funding that is available. Wildlife Services activities are conducted in accordance with applicable Federal, State and local laws, Cooperative Agreements, "Agreements for Control", Memoranda of Understanding (MOUs), and other applicable documents (WS Directive 2.210). These documents establish the need for the requested work, legal authorities and regulations allowing the requested work, and the responsibilities of WS and its cooperators.

This environmental assessment (EA) documents the potential impacts to the human environment of alternatives for USFWS, WDNR and WS involvement in wolf damage and conflict management in Wisconsin. This analysis relies mainly on existing data contained in published documents (Appendix A), including The Eastern Timber Wolf Recovery Plan (USFWS 1992), the Animal Damage Control (WS) Programmatic Final Environmental Impact Statement (EIS) (U.S. Department of Agriculture (USDA) 1997, Revised), and the WWMP (WDNR 1999) whereby pertinent portions of these documents are incorporated by reference.

## 1.1     PURPOSE

The purpose of this EA is to evaluate the potential impacts of alternatives for managing conflicts with wolves and wolf damage in Wisconsin including actions that may be taken with permits issued by the USFWS under Section 10(a)(1)(A) of the ESA or via special conservation regulation promulgated by USFWS under section 4(d) of the ESA. Management activities would be intended to protect agricultural resources, pets, and human health and safety in Wisconsin, and to conserve wolf populations. This EA evaluates management of conflicts with wolves while wolves are federally protected under the ESA.

## 1.2     NEED FOR WOLF DAMAGE MANAGEMENT IN WISCONSIN

The need for action in Wisconsin is based on wolf predation on and threats to livestock, game farm animals and pets, and risks to human safety from potentially hazardous or threatening wolves. The need exists to provide a prompt, professional, effective program to resolve wolf conflicts in order to minimize negative attitudes toward wolf recovery in Wisconsin and enhance wolf conservation efforts. Any wolf damage management (WDM) program developed should include access to a range of damage management techniques that allow for the minimum impact to wolves while still effectively addressing damage by and conflicts with wolves. The program should be conducted by personnel well trained and qualified in WDM. Control methods should target depredating wolves. There should be a system for monitoring of use of WDM control methods and cumulative impacts on the wolf population. WDM should not have significant adverse effects on the statewide wolf population or non-target species populations.

Section 10(a)(1)(A) of the ESA allows the USFWS to issue permits for the take of a federally listed species for, "scientific purposes or to enhance the propagation or survival of the affected species". If wolves are federally reclassified as threatened, the USFWS may also issue special conservation regulation promulgated by USFWS under section 4(d) of the ESA which could allow for WDM. In the revised Eastern Timber Wolf Recovery Plan (USFWS 1992) and the WWMP (WDNR 1999), the USFWS and WDNR determined that a wolf damage management program including the relocation and/or removal of depredating wolves is necessary and advisable to minimize negative attitudes toward wolf recovery and facilitate wolf conservation. The WDNR has identified social tolerance of wolves as one of the primary factors limiting expansion of the Wisconsin wolf population (Wydeven and Jurewicz 2005). This determination is consistent with the opinion of wolf experts who have asserted that wolf distributions could be expanded if some form of wolf damage management were implemented (Bangs et al. 1995,

**Exhibit B-8**

Mech 1995, Boitani 2003, Fritts et al. 2003, Mech and Boitani 2003). Mech (1995), the nation's leading expert in wolf biology and management, noted that wolf conservation at the local level may become more socially acceptable if some form of localized wolf control is allowed (Mech 1995; Section 1.3.10). The Wildlife Society is an international organization of professional wildlife biologists especially focused on North America states. This professional organization has stated that "Control of wolves preying on livestock and pets is imperative and should be prompt and efficient if illegal killing is to be prevented and human tolerance of the presence of wolves is to be maintained" (Peek et al. 1991).

## 1.3    BACKGROUND

### 1.3.1    Wolf Distribution and Classification - General

The original distribution of wolves covered most of the Northern Hemisphere north of latitude 20°N (Mech 1974). This places the wolf second only to the Pleistocene lions (*Panthera leo*) in having attained the widest distribution of all wild land-dwelling mammals (Nowak 1983). Wolves are not restricted to specific habitat types but occupied a wide range of habitats that contained suitable prey. Wolves once occurred in the Middle East and all across Europe, including the old Soviet Union (Pimlott 1975, Mech 1982).

Prior to European settlement, gray wolves occupied much of North America except, possibly, for the large desert areas of the United States and the Southeast. The first European settlers viewed wolves and other large predators as a threat to their safety and a competitor for food resources. They also viewed the New World as a vast wilderness that needed to be tamed and conquered. The early settlers established bounties and other systems for eliminating wolves. One of the first laws passed by the Puritans in the New Haven colony established a bounty for wolves and foxes. In 1648 all towns in the Massachusetts Bay colony were ordered to maintain dogs for the purpose of destroying wolves. (Conover 2002)

The attitude that wilderness and wildlife were something to be tamed and conquered remained largely unchanged until the late 1800s when there was a shift in public attitudes toward wildlife and an increasing awareness that wildlife populations were not infinite. Sport hunting gained popularity and groups were established that advocated for the management and preservation of game species populations. Another philosophy also began to emerge which held that nature and wilderness possessed special value and should be preserved for their own sake and for the wellbeing of man. Unfortunately, the attitude that some types of animals were "good" (e.g., species that could be hunted or which provided sport) or "bad" (e.g., animals that preyed on "good" animals) still prevailed. Government management strategies usually involved taking action to protect some species and eradicate others (e.g., predators). Concerns about food shortages and high food prices during the World Wars led to increased emphasis on livestock production. During WWI Congress allocated $125,000 to deal with predatory animals and the U.S. Government hired its first professional hunters to remove predators (Anderson 1991, Conover 2002). Predator "control" still included bounties, large-scale use of poisons and other predator removal techniques that emphasized reducing predator populations and not necessarily just working to resolve specific depredation problems. By about 1900 government and private wolf removal efforts had resulted in the extirpation of gray wolves from the eastern half of the United States except for the upper Great Lakes region, and by about 1930 most wolf populations in the west were almost eliminated. In Canada the trend was similar (Carbyn 1983*a*) but not as complete.

It wasn't until approximately the 1960's when societal attitudes shifted to a more widespread

recognition of the value and importance of predators in ecosystems. There was greater emphasis on and understanding of the fact that ecosystems are complex and fragile and that predators played an important role in ecosystems. Large-scale efforts to reduce predator populations were no longer accepted by many segments of the public. In 1974 the gray wolf in the contiguous 48 states was listed as endangered under provisions of the ESA. A Federal *"Recovery Plan for the Eastern Timber Wolf"*, approved in 1978 and revised in 1992, stated that a primary objective is to reestablish viable populations in as much of its former range as possible (USFWS 1978, 1992). Then occurred what Nowak (1983) referred to as "one of the most remarkable wildlife comebacks in history."

As a result of the protection placed upon them, wolves spread back into formerly occupied ranges from Alaska to the Great Lakes. In response to increasing and expanding wolf populations, on April 1, 2003, the USFWS changed the classification of the gray wolf under the ESA. The USFWS established three distinct population segments (DPSs) for the wolf in the conterminous US. The wolves in Wisconsin were in the Eastern DPS and were reclassified from endangered to threatened in this action (68 FR 15804-15875). The USFWS also established a special regulation under section 4(d) of the ESA which applied provisions similar to those in Minnesota, where wolves have been classified as "threatened" since the 1974 listing, to most of the Eastern DPS. This special regulation allowed for lethal control of depredating wolves in situations where management authorities deemed those actions were warranted. USFWS found that these special rules were necessary and advisable to provide for the conservation of the wolves in the Western and Eastern DPS (50 CFR 17.40(n) and (o), respectively). Lethal control was carried out by the WDNR and USFWS or their designated agents. Personnel from WS were designated agents of the WDNR through a cooperative agreement signed by the WDNR Bureau of Endangered Resources and Bureau of Wildlife Management and WS. On July 21, 2004, the USFWS initiated the process for delisting wolves in the Eastern DPS (69 FR 43663 43692).

On January 31, 2005 a United States District court in Oregon enjoined and vacated the USFWS' Final Reclassification Rule of April 2003 that changed the status of the gray wolf from endangered to threatened in the Eastern and Western DPSs. The ruling effectively returned the wolves in Wisconsin to their previous endangered status and cancelled the special regulations established under section 4(d) of the ESA. After learning of the court ruling, the USFWS advised WDNR to cease any lethal control activities including actions by their authorized agent, WS. Lethal removal of depredating wolves now requires a Section 10(a)(1)(A) permit from the USFWS. On April 1, 2005 the USFWS issued a Section 10(a)(1)(A) permit which allowed WDNR and WS (as WDNR's authorized agent) to resume most of the wolf research and depredation control activities allowed under the previous 4(d) rule. On September 13, 2005 the United States District Court in the District of Columbia enjoined the USFWS from allowing any activities authorized under the permits because of procedural problems with the permits. The WDNR subsequently applied for a new permit for similar damage management take activities. At present, WDNR and WS assistance with wolf depredations on livestock is limited to documenting the event and providing technical assistance on non-lethal methods for resolving wolf damage including husbandry techniques (e.g., fencing, night penning [bringing animals in at night], guard dogs) and other non-lethal methods permitted under a cooperative conservation agreement between the USFWS and WDNR (Section 1.7.7).

**Exhibit B-10**

### 1.3.2    Wolves in Wisconsin

Gray wolves occurred throughout Wisconsin prior to European settlement. However, they were extirpated from southern Wisconsin by the 1880's and central Wisconsin by 1914. A remaining wolf population occurred in a few northern Wisconsin counties, but had declined to fewer than 50 animals by 1950. The last Wisconsin wolf was probably killed in the late 1950's (Wydeven et al. 1995).

In 1974 the gray wolf in the contiguous 48 states was listed as endangered under provisions of the ESA. The State of Wisconsin listed wolves as endangered in 1975 when it appeared that wolves were beginning to reinhabit the state. A Federal *"Recovery Plan for the Eastern Timber Wolf"*, approved in 1978 and revised in 1992, stated



Figure 1-1.  Dispersal of Wisconsin Wolves

that a primary objective is to reestablish viable populations in as much of its former range as possible (USFWS 1992). Under the protections of the ESA, wolf populations in Wisconsin and Minnesota freely disperse (Figure 1-1). Wolf population monitoring by WDNR began in 1979, when the wolf population was estimated at 25 wolves in five packs (Figure 1-2). The number of wolves has increased considerably since that time. During the winter of 2004-2005, the minimum population estimate was 425 wolves in 108 packs. Wisconsin's annual minimum wolf population estimates are provided in Figure 1-2. These estimates are derived from surveys conducted during winter, prior to pup production, when population size is at an annual low. Over the period of 1995 to 2005 the Wisconsin wolf population has increased at an average annual rate of 18% (range 4% to 49%). The Wisconsin wolf estimate of 425 for 2005 represents a 14% increase from 2004.

11

**Exhibit B-11**



Figure 1-2. Late winter wolf numbers in Wisconsin. (These are statewide counts and include tribal lands)

In 1986, the WDNR created a Wolf Recovery Team to develop a Wisconsin Wolf Recovery Plan. The Wisconsin Wolf Recovery Plan was approved by the Wisconsin Natural Resource Board in 1989 (WDNR 1989). This plan followed the intent of the Federal Recovery Plan and supported reclassification of the wolf in Wisconsin from *"endangered"* to *"threatened"* when a minimum population of 80 animals was maintained for three consecutive years. The Wisconsin recovery goals were achieved in 1997, and in 1999 wolves were officially reclassified to "threatened" by the State. The WWMP was revised in 1999 after the state reclassified wolves as threatened (WDNR 1999). The WDNR removed wolves from the state threatened species list in 2004 and listed them as protected wild animals (nongame species).

The wolf population has also exceeded all recovery criteria established for the eastern United States in the Federal wolf recovery plan (USFWS 1992). The Federal plan requires that at least two viable wolf populations must exist within the eastern United States. One of these populations must be reestablished outside of Minnesota and Isle Royale. The Federal recovery plan provides two alternatives for reestablishing this second viable wolf population. If the wolf population is more than 100 miles from the Minnesota population, it must contain 200 wolves for at least 5 consecutive years (USFWS 2003). If the wolf population is less than 100 miles of the Minnesota population, it must contain at least 100 wolves for at least 5 consecutive years (USFWS 2003). The Michigan/Wisconsin wolf population is less than 100 miles from Minnesota and recent surveys indicate more than 800 wolves in these two states. A minimum population of at least 100 wolves has been exceeded since 1994 (Fig 1-3). Also, while no numerical individual state recovery criteria for Michigan and Wisconsin are listed in the Federal plan, State subgoals were incorporated. For Wisconsin and Michigan, the subgoals are 80 and 80 – 90 wolves, respectively (USFWS 1992). Current populations in both these States are more than four times these numerical subgoals.

**Exhibit B-12**

The Federal recovery plan also required that the wolf population in Minnesota be stable or growing, and its continued survival must be assured. In Minnesota, the wolf population size is not surveyed or estimated annually, however in 2004 Minnesota Department of Natural Resources estimated the wolf population had reached approximately 3,020 individuals. The previous estimates for the winter wolf population in Minnesota were 2,445 in 1997-98, 1500-1750 for 1988–89, and 1235 for 1978-179 (Fuller et al. 1992). A wolf depredation control program, similar to the preferred alternative for this EA, has been conducted in Minnesota since 1978 when wolves were reclassified as threatened and a 4(d) regulation was promulgated. After 25 years of wolf damage management including lethal removal of wolves, the Minnesota wolf population has still increased by 245%, or almost 2 ½ times the 1979 population and at present is believed to be relatively stable (Erb and Benson 2004).

In 2003, the Federal recovery goals were met for the Eastern U.S. and the reintroduced wolf population in the Western U.S. was increasing. The USFWS issued a final rule on April 1, 2003 which redefined the Distinct Population Segments (DPSs) for wolves and changed the classification of wolves in the Eastern DPS from endangered to threatened (50 CFR 17.40(o)). However, this decision was enjoined and vacated by a Federal court, primarily because of problems with the new DPSs and not problems with the status of wolves in Wisconsin/Michigan/Minnesota, thereby returning wolves in Wisconsin and Michigan to their Federal "endangered" status.



Figure 1-3. Wolf population estimates for Wisconsin, Michigan, and Wisconsin and Michigan combined (total) from 1980 - 2005.

### 1.3.3    Wolf Ecology

Gray wolves are carnivores and acquire food through predation and scavenging. Wolves can attain speeds of 35–44 miles/hour over short distances (Mech 1974) and a travel gait of five

**Exhibit B-13**

miles/hour can be maintained for long distances.  The presence of wolves in an area is dictated in part by the availability of habitat for its prey species.  Wolves in forested environments appear to depend generally on their sense of smell and hearing (Mech 1970).  Their sense of smell is highly developed, enabling them to detect odors from distances as far as 1½ miles; smell functions both to detect prey (Mech 1970) and in territorial marking and social interaction (Asa et al. 1985).  Harrington and Mech (1982) reported that wolves replied to human howls from a distance of three miles and possibly from as far as six miles.  Vision in wolves is apparently acute but, compared with smell and hearing, may be the least highly developed; but, this is difficult to test.

The social behavior of gray wolves is affected by their reproductive cycle and need to hunt in packs.  Pack dynamics, social status of individuals, movements, and certain aspects of seasonal habitat use are all affected by their reproductive behavior.  Gray wolf packs normally consist of several sub adult and adult males and females that can produce young.  However, about 38% of all adult females fail to reproduce (Packard et al. 1983).  This failure is believed to be the result of deferred reproduction (i.e., lack of copulation) rather than the suppression of hormonal cycles (Packard et al. 1983, 1985).  Delayed behavioral maturation provides an adaptive advantage to the pack in that many members help raise just a few young or the young of the dominant pair.  The pack can remain as a viable social unit, necessary for successful hunting, while reducing competition for mates and maintaining pack unity through their social hierarchy.  This also provides an advantage to the alpha males and females by increasing the probability that only their genes are passed on.

The social standing of wolves within a pack influences the breeding cycle among high-ranking members in the hierarchy.  Alpha animals suppress lower-ranking animals in their behavior towards them and generally mate with other high-ranking animals.  Some captive females have been observed as capable of conceiving at ten months of age (Medjo and Mech 1976), but sexual maturity in the wild usually is attained at 22 months and often wolves do not breed until their third or subsequent years.  Females coming into estrus for the first time may do so two weeks later than those that have previously bred (Rausch 1967).  Estrus in wolves lasts from five to seven days (Mech 1974) or longer and occurs any time from January to March, depending on latitude.  Most breeding in Wisconsin occurs in February (WDNR 1999).

Ovulation and implantation are regulated by a number of factors.  In one study (Rausch 1967), females breeding for the first time shed an average of 6.1 ova and implanted 5.4 embryos, whereas older females shed an average of 7.3 ova and implanted 6.5 embryos.  Five adult females found in Wisconsin in the 1980s and early 1990s, had an average of 5.2 (range 3-8) fetuses.  Gestation lasts about 63 days and average litter size is about six, with extremes recorded being from 1 to 11 (Mech 1974).  A wolf pack generally produces one litter per year (Packard and Mech 1980); however, well-documented cases of births of more than one litter per pack per year have been recorded both in captivity (Paquet et al. 1982) and in the wild (Murie 1944, Van Ballenberghe 1983).  In Yellowstone National Park, the production of 2-3 litters in one year by a single pack has been documented on multiple occasions (USFWS et al. 2002, Smith et al. 2005).  In such cases, adults in the pack often divide their time between dens and will unite the family groups after the pups become mobile (Murie 1944).  Occasionally, subordinate wolves that have left the pack are known to have produced pups (Peterson et al. 1984).

Young are usually born in earthen dens dug by female wolves or in dens taken over from other animals.  Availability of suitable habitat for denning is only of secondary importance when compared to prey availability (Carbyn 1975, Ballard and Dau 1983).  Young are born with their eyes closed and initially have a poor thermoregulatory system. In Wisconsin, birth occurs from mid to late April (WDNR 1999).  Newborn pups weigh about one pound (Rutter and Pimlott

14

1968) and their movements are limited to a slow crawl. Eyes open at 11–15 days (Mech 1970), but pups see poorly until they are several weeks old.

At about three weeks pups will emerge from the den and can be found romping near den entrances (Young and Goldman 1944). Social interactions begin to develop during this period. After several weeks pups are moved to activity sites, which are also referred to as *"rendezvous"* or *"home sites"*; generally less than 1.2 miles from den sites (Carbyn 1975, Peterson et al. 1984). Thereafter, pup activity is centered on a succession of home sites progressively farther from the den. By four to six months, pups have reached nearly adult size; then range with packs in winter circuits.

Wolves are opportunistic predators and prey most extensively on ungulates and beaver (*Castor canadensis*); although in exceptional cases they have resorted to feeding on garbage (Grace 1976) or such unusual food items as insects (Kuyt 1972) and fish (Bromley 1973). Mandernack (1983) found deer at 55%, beaver at 17%, and snowshoe hare (*Lepus americanus*) at 12% volume (relative bulk density) of 334 wolf scats found in Wisconsin, but scat samples were biased toward the warmer months. Mettke (1998) found 78% deer by volume in 47 scats from a pack in northwest Wisconsin in late winter and early spring. Surprisingly both studies also found pig (*Sus scrofa),* probably from carcasses thrown in the forest, and Metttke (1998) also found 3% volume of calf remains in scats.

In general, wolves prey on the most vulnerable animals. Young, older, or otherwise less robust individuals are most vulnerable to wolf predation (Murie 1944, Pimlott et al. 1969, Mech and Frenzel 1971, Mech and Karns 1977, Peterson 1977, Carbyn 1983*b*). Snow conditions and forage limitations may render a large proportion of a prey population vulnerable to wolves. When food is plentiful, wolves normally eat meat at about 2 oz prey/pound of wolf/day (Kolenosky 1972) (i.e., an 80 pound wolf would consume about 10 pounds of meat); however, consumption rates in the wild may be as high as 3 oz. prey/pound wolf (i.e., 15 pounds of meat for an 80 pound wolf) (Fuller and Keith 1980) and 4 oz prey/pound wolf (20 pounds of meat for an 80 pound wolf) (Carbyn 1983*b*). However, wolves have an amazing ability to survive long periods with little or no food. Mech (1977) learned that as a result of food deprivation during winter, wolves conserved energy by traveling less and sleeping more than under normal conditions.

Wolves kill and consume other carnivores, including other wolves (Van Ballenberghe and Erickson 1973, Fuller and Keith 1980), dogs (L. Carbyn, pers. observation) and bears (*Ursus americanus, U. maritimus*) (Horejsi et al. 1984, Ramsay and Stirling 1984, Paquet and Carbyn 1986). At other times carnivores are killed and not consumed. For example, wolves have been observed to kill but not eat dogs, coyotes (*Canis latrans*) (Carbyn 1982, Crabtree & Sheldon 1999), wolverines (*Gulo gulo*) (Boles 1977), and mink (*Mustela vison*). In addition, instances have been recorded where more prey are killed than can be consumed (i.e., surplus killing) (Bjärvall and Nilsson 1976, Mech 1977, Eide and Ballard 1982, DelGiudice 1998). Killing by wolves ranges from predation (killing to eat either an entire carcass or part of it) to defensive, territorial and surplus killing. In cases where coyotes, dogs, or other wolves are killed but not consumed defensive or territorial killing is implicated.

Once thought to need wilderness areas to survive, research, as well as the expansion of wolf range over the last two decades, has shown that wolves can successfully occupy a wide range of habitats, and they are not dependent on wilderness areas for their survival. Wolves tend to more readily occupy heavily forested areas and landscapes with low road densities (Mladenoff et al. 1995). Mech (1995) believes that inadequate prey density and a high level of human persecution are the main factors that limit wolf distribution.

**Exhibit B-15**

### 1.3.4    Benefits of Wolves and Ecological Impact

Wildlife generally is regarded as a source of economic, recreational, and aesthetic benefits (Decker and Goff 1987), and the mere knowledge that wildlife exists is a positive benefit to many people. Direct benefits are derived from a user's personal relationship or direct contact with wildlife and may include both consumptive (e.g., using or intending to use the animal such as in hunting or fishing) and non-consumptive uses (e.g., observing or photographing animals) (Decker and Goff 1987).

Wolves play an important role in predator/prey relationships. By culling old, young, sick, and injured individuals from a prey population, it is believed that wolves help maintain healthier, viable prey populations when other prey population mortality factors are in balance (Mech 1970).

Wolves may also play a role in the development of riparian and upland plant communities in various locations within the U.S. Research has shown that wolf predation on elk in the greater Yellowstone National Park region of northwestern Wyoming and southwestern Montana altered elk behavior and habitat use which, in turn, resulted in less foraging pressure on sensitive riparian areas and increased willow and quaking aspen height in riparian/wet meadow habitats (Ripple et al 2001, Ripple and Beschta 2004). A similar study by Fortin et al. (2005) suggests that there may also be a behavioral component to these wolf-elk interactions. Elk may still travel through high wolf use areas, but they may alter their habitat preferences from aspen in riparian zones to conifer forest and open meadow habitat types (Fortin et al. 2005).

On Isle Royale National Park in Lake Superior, balsam fir growth has been linked to wolf-moose interactions (McLaren and Peterson 1994). When wolves were relatively scarce, moose numbers grew, which led to depletion of balsam fir forage. It was observed that vegetation response followed moose response. When wolf numbers were higher, moose numbers were low and balsam fir growth increased (McLaren and Peterson 1994). These studies suggest that wolf recovery may present a management tool for helping to restore certain types of vegetation and to conserve biodiversity (Ripple et al. 2001, Ripple and Beschta 2004).

A study in Wisconsin and Michigan has shown that diversity and biomass of forbs in white cedar (*Thuja occidentalis*) stands was more diverse and at higher biomass in the interior than on the edge of wolf pack territories (Anderson et al. submitted). Differential use by wolves of core and edge portions of their territories cause deer to spend less time in the interior, and more time on the edge of wolf territories (Mech & Harper 2002). Since the 1990s, deer populations in much of northern Wisconsin have been above management goals, thus any predation by wolves may reduce some of the effects from excess deer numbers, and reduce negative impacts of deer in remote areas.

Wolves are important predators on beaver (Potvin et al. 1992), which in turn may affect trees, orchids, trout habitat, and forest roads. Predation by wolves on coyotes and other mesopredators, may benefit smaller predators and ground nesting birds that can be affected by mid-sized predators (Crabtree and Sheldon 1999).

Viewing wolves or hearing them howl in their natural habitat is a popular activity in certain areas and is considered to add value to many people's outdoor experience. Organized tours for the purpose of viewing wolves or hearing them howl are conducted at some U.S. and Canadian national parks such as Yellowstone (WY), Denali (AK), Wood Buffalo (Alberta, Canada), and Riding Mountain (Alberta, Canada). Howl tours are also held in northern Wisconsin by several

**Exhibit B-16**

groups (WDNR 1999, Wydeven and Wiedenhoeft 2005). Small or large group howling attempts can also be made in any area where wolves are known to be present. Such activities provide not only aesthetic viewing but there may also be associated economic (tourism) benefits.

### 1.3.5    Importance of Wolves in Native American Culture and Beliefs

Wolves play an important role in tribal culture and beliefs. The exact nature of this relationship and role varies among tribes. One example of the role of wolves in tribal beliefs comes from the Anishinabeg (Ojibwe). Ma'iingan, the wolf, has special significance to the Anishinabeg, who regard the wolf as a brother, and as a being with whom their fates are intertwined. Anishinabeg teachings state that Ma'iingan and Original Man were told by the Creator to travel the earth together and name all of creation. During their journey, the two became as brothers. After their task was completed, the Creator told them they must go their separate ways. The Creator said that from that time forward they both would be feared, respected and misunderstood by the people that would join them later on this earth, and that what would happen to one of them would also happen to the other. Wolves also figure prominently in the Clan Systems used by some tribes.

The following information was provided by the Lac du Flambeau Band of Lake Superior Chippewa Indians:

> "In a manner similar to many religions, the Ojibwe also have a belief in the canons of creation. Wolves occupied North America before the arrival of humans. Thus, in Ojibwe culture, wolves as they existed before the Ojibwe are older than the Ojibwe and are to be respected in manner similar to which the Ojibwe respect an elder who [possesses] more knowledge and life experiences. The Great Spirit created the wolf with purpose and the Ojibwe believe the wolf should be allowed to fulfill that purpose both spiritually and physically. The wolf serves an important purpose in maintaining the delicate balance of nature and the Ojibwe have accorded the wolf great respect for preserving that balance.

> The wolf is prevalent in many cultural tales of the Ojibwe. The wolf was a close companion to the Ojibwe primary cultural hero "Wenaboozho". One episode with "Wenaboozho" and the wolf resulted in the creation of the Ojibwe, and for this reason the Ojibwe maintain high honor for the wolf. The dog, as the relative of the wolf is a reminder of the creation episode and, as an act of respect for the wolf, the Ojibwe people frequently have dogs in their presence.

> Ojibwe prophets predicted that the wolf and Native people in North America would be disdained. The prophesies declared that the hair of both would be removed by visitors from across the great ocean. The prophesies also declared there would be attempts to remove both the wolf and the Native people from their ancestral home. As stated within the Environmental Assessment for the Management of Wolf Conflicts and Depredating wolves in Wisconsin (EA), prior to European settlement, gray wolves occupied all of North America. By about 1900, gray wolves had disappeared from the eastern half of the United States except for the upper Great Lakes region, and by 1950 the wolf population in northern Wisconsin counties had declined to fewer than 50. However, the prophesy also states that both the wolf and Native people will survive to demonstrate the need for ecological balance to save our grandmother earth."

The USFWS, WDNR and WS recognize the importance of wolves in tribal culture and will continue to work with the Ho-Chunk Nation, Lac Du Flambeau Tribe of Lake Superior Chippewa

**Exhibit B-17**

Indians and Great Lakes Indian Fish and Wildlife Commission to try and address their concerns regarding WDM in Wisconsin. Specific measures to address tribal concerns are provided in the responses to comments in Chapter 6 and have been incorporated into the Standard Operating Procedures in Section 3.5.

### 1.3.6    Wolf Impact on Elk and Moose in Wisconsin

In 1995, the WDNR reintroduced elk to northern Wisconsin. In the *3rd quarter 2005 Clam Lake Elk Herd Update* (WDNR 2005), the Wisconsin Elk herd was estimated at approximately 113 animals. Elk are currently classified as a protected species in the state. Predation, primarily by bears and wolves has been an important mortality factor, and deaths of 5 elk were attributed to wolves in 2005. Wolf territory placement also impact spatial distribution and habitat use by elk in the state (Anderson et al. 2005). Wisconsin also has a small population of moose that may also serve as food for wolves (Wiedenhoeft and Wydeven 2005). However, it is also important to note that white-tailed deer, another important prey item for wolves, numbers exceed management goals in many parts of the state.

### 1.3.7    Wolf Predation on Livestock and Pets

The ability of wolves to injure and kill cattle, sheep, poultry, game farm animals and other livestock is well documented (Young and Goldman 1944, Fritts 1982, Carbyn 1983b, Fritts et al. 1992, Treves et al. 2002, USDA 2005). The economic impact of wolf depredation on livestock can be substantial for individual producers. Further, when wolves come into contact with people (Linnel et al. 2002) and kill or injure their pets there is both an economic and an emotional loss. There is the cost to replace a pet that has been killed or to care for one that has been injured. Also, many people are attached emotionally to their pets and have very strong feelings concerning their injury or loss.

The number of wolf complaints reported to the WS and the WDNR has shown an increasing trend at the same time that State wolf population has increased (Willging and Wydeven 1997, Treves et al. 2002, Figure 1-4). One of the likely reasons for recent increases in wolf conflicts relates to the fact that the areas of suitable remote habitat are occupied by wolves, and much of the recent wolf population expansion is into agricultural areas at the edge of the northern forest. Opportunities for wolf-human interactions, including conflicts, are higher in these agricultural areas. The number of farms with verified wolf depredation has increased from 8 in 2002 to 14 in 2003, 22 in 2004, and 25 in 2005 (Table 1-1). As wolf conflicts increase, there is an increasing need for prompt professional WDM assistance and efforts to maintain public support and acceptance of wolves (WDNR 1999, Treves et al. 2002). Not all complaints investigated by WS are verified as being caused by wolves. For example, in Fiscal Year 2005, (October 1, 2004 to September 30, 2005) Wisconsin WS conducted 142 site investigations in response to wolf complaints, but only 44% of these complaints were actually confirmed as being attributable to wolves (WS, FY 2005 Monitoring Report). In some instances, there was insufficient evidence or the evidence was not of sufficient quality to confirm the source of the problem. In other instances, the problem was determined to have been caused by another species (e.g., coyotes or feral dogs).

**Exhibit B-18**



Figure 1-4.   Annual wolf depredation complaints and annual minimum wolf population estimates
in Wisconsin.

Based upon depredation information reported by USDA APHIS WS, livestock depredations are
greatest for beef cattle operations.  There are roughly 1,992 beef cattle operations in Wolf
Management Zone 1, the management zone with the best wolf habitat (NASS 2002).  WS verified
wolves depredated beef cattle on 21 different farms from 2001-2004, or roughly 1% of the beef
cattle farms in Zone 1 had at least one verified wolf depredation.  In Bayfield County, 3.8% of
beef farms had at least one wolf depredation.  From 2001 to 2006, the number of beef cattle in
Wisconsin that calved increased from 225,000 to 250,000 (NASS 2001, NASS 2006).  Dairy
farmers who graze their cows (instead of feeding year-round) in northern Wisconsin tend to
utilize pastures for calving during fair weather (Jeff Lehmkuhler, Extension Beef Cattle
Specialist, University of Wisconsin-Madison, pers. comm.).  These operations' calves may be
more vulnerable to wolf depredations than other farms in Wolf Management Zone 1.  As of 2003
there were approximately 1,000 dairy herds in the 17 northern Wisconsin counties that can be
considered to be primarily within Wolf Management Zone 1 (WAS 2004).

Domestic dogs and cats are occasionally killed and eaten by wolves (Fritts and Paul 1989, Treves
et al. 2002, Wydeven and Wiedenhoeft 2005).  In Wisconsin, hunting dogs used to pursue bear,
coyotes, and bobcats are occasionally killed by wolves during training and hunting seasons
(Treves et al. 2002).  From 2000-2005 WS and WDNR verified that wolves killed an annual
average of 9 dogs per year (range 3-14 dogs/year; WDNR, Bureau of Endangered Resources,
unpublished data 2005).  There are probably other instances where wolves attacked dogs, but the
incidents were not reported or the dogs just "went missing".  Wolves may carry off the carcass of
a small dog or drag a dog's carcass out of the yard and into the woods.  Such attacks raise public
concerns about both pet and human safety.

The WDNR provides compensation payments for all verified wolf depredations of livestock and
dogs including bills for veterinary services for injured animals.  Wolf damage compensation
payments made by WDNR from 1985 to 2005 have ranged from $0 in 1986 and 1988 to a
maximum of $109,941 in 2004 (Table 1-2).  The average annual compensation payment for the

19

**Exhibit B-19**

period of 2000 to 2005 was $55,914. Although the proportion of all farms in Wisconsin that have had verified wolf depredation is very low, the cost of wolf depredation is not spread out across all farms. The impacts on individual producers can be substantial (Breck and Meier 2004, Shelton 2004). For example, at one site in Wisconsin in 2004, WS verified that wolves had killed one calf, classified two additional calves as probably depredated by wolves (they were missing but wolf sign was present throughout the grazing area), and determined that three additional missing calves were probably lost to wolf predation. This producer had 32 calves during the reported grazing season; the loss of calves on this farm from wolf predation was 19%. The producer was compensated for full market value of the animals; however, there was no compensation for time spent searching for missing animals or the increased anxiety of knowing wolves were present on the property causing damage (see comments on indirect impacts below).

 Most depredation events in Wisconsin involve one or two animals, but the total number of animals WS has confirmed lost to wolf predation by an individual producer in one year has been as high as 26 animals (WS, Unpublished data). Actual livestock losses to wolf predation are likely to be higher than noted below. Livestock carcasses may be completely consumed or removed from the damage location resulting in missing livestock. Bjorge and Gunson (1983) in Alberta suggested that cattle dying from predation are less likely to be detected than cattle dying from other causes and their estimates of predation rates during their study were likely low. In a more severe example of rough terrain and large grazing areas than is likely to occur in Wisconsin, Oakleaf et al. (2003) reported that study personnel had a detection rate of 1:8 for calves depredated by wolves on a 30,000 ha grazing allotment in mountainous terrain in Idaho.

Table 1-1. Wolf depredation on domestic animals in Wisconsin (verified losses only).

| Wolf Depredation | Year | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | '92 | '93 | '94 | '95 | '96 | '97 | '98 | '99 | '00 | '01 | '02 | '03 | '04 | '05 |
| Farms Affected | 2 | 3 | 0 | 4 | 1 | 2 | 8 | 6 | 8 | 5 | 10 | 14 | 22 | 25 |
| Wolf Population | 45 | 40 | 57 | 83 | 99 | 148 | 178 | 205 | 248 | 257 | 323 | 335 | 373 | 425 |
| Horses killed | | | | | | | | | | | 3 | - | - | 2 |
| Horses injured | | | | | | | | | | | - | - | - | 1 |
| Sheep killed | 8 | - | - | - | - | - | - | - | - | - | 7 | 24 | 5 | 3 |
| Sheep injured | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cattle killed | 1 | - | - | 11 | 1 | 10 | 20 | 7 | 6 | 11 | 37 | 20 | 27 | 31 |
| Cattle Injured | - | 1 | - | - | - | - | - | - | 1 | 1 | - | - | - | 4 |
| Farm Deer | - | - | - | - | - | - | 4 | 19 | 3 | - | 5 | 1 | 6 | - |
| Poultry Losses | - | 27 | - | - | - | - | - | 44 | 4 | 74 | - | - | - | - |
| Dogs killed | 2 | - | 2 | - | 5 | 5 | 11 | 2 | 5 | 17 | 10 | 6 | 15 | 17 |
| Dogs injured | - | - | - | - | 2 | 1 | 5 | 2 | - | 1 | 4 | 4 | 3 | 6 |
| Total Losses* | 11 | 28 | 2 | 11 | 8 | 16 | 40 | 74 | 19 | 104 | 66 | 55 | 56 | 64 |

* Losses include killed & injured. Wildlife-caused losses or damages confirmed by WS. These figures usually represent a fraction of the total losses (Connolly 1992).

Exhibit B-20

Table 1-2.  Wisconsin annual wolf damage payment summary.  Prior to 2005, payment procedures including negotiations with landowners on the value of animals killed and injured by wolves which lead to delays in making payments, so the compensation payments listed below may include some payments for previous year's losses and will not necessarily be directly correlated to numbers in Table 1-1.

| Resources ($) | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Totals |
|---|---|---|---|---|---|---|---|
| Sheep | 0 | 0 | 2,453 | 1,425 | 2,025 | 750 | 6,653 |
| Cattle/calves | 3,505 | 15,003 | 7,125 | 8,400 | 64,239 | 21,409 | 119,681 |
| Cattle/adult | 0 | 0 | 3,500 | 2,400 | 7,250 | 9,175 | 22,325 |
| Turkeys | 0 | 120 | 0 | 0 | 0 | 0 | 120 |
| Pets | 2,100 | 28,150 | 25,000 | 12,550 | 26,400 | 34,319 | 128,519 |
| Commercial Game Animals | 13,000 | 0 | 8,100 | 1,200 | 5,300 | 0 | 27,600 |
| Chickens | 25 | 3,731 | 0 | 0 | 0 | 0 | 3,756 |
| Equine | 0 | 0 | 10,000 | 2,250 | 0 | 4,750 | 17,000 |
| Veterinary Services | 0 | 449 | 819 | 1,882 | 4,727 | 1,952 | 9,829 |
| Totals | 18,630 | 47,453 | 56,997 | 30,107 | 109,941 | 72,355 | 335,483 |

<u>Indirect Impacts of Livestock Predation</u>

Although direct losses of livestock due to predation are often conspicuous and economically significant, they likely underestimate the total loss to producers because they do not consider indirect effects of carnivores as a result of livestock being exposed to the threat of predation without being killed (Howery and DeLiberto 2004).  Shelton (2004) suggested that the value of depredated livestock from predators is the "tip of the iceberg" concerning the actual costs that predators impose on livestock producers including increased costs associated with efforts to mitigate predation which may include night confinement, improved fencing, early weaning, choice of grazing area, or increased feeding costs from a loss of grazing acreage.

The presence of predators in with cattle can invoke a fear response in the cattle.  Fear is a strong stressor (Grandin 1998).  Stress can result in disease and weight loss, reduces the value of meat, and interferes with reproduction.  Stress prior to slaughter is thought to cause "dark-cutters," meat which is almost purple (Fanatico 1999).  Dark-cutters are severely discounted because they are difficult to sell (Fanatico 1999).  Chronic stress inhibits immune responses, which increases illness and decreases performance of livestock and humans alike.  Many infectious diseases result from a combination of viral and bacterial infections and are brought on by stress (Faries and Adams 1997).  Harassment due to predators may directly cause weight loss due to increased energy expenditure associated with running and loss of sleep, but may also indirectly reduce the ability of ruminants to convert plant nutrients into weight gain due to decreased rumination time (Howery and DeLiberto 2004).

The stress of being repeatedly chased can cause cattle to abort calves, calf early or give birth to a weak calf (Dr. Gregory Palmquist, DVM, pers. comm.).  Presence of wolves in pastures increases activity of cattle when cattle are chased by wolves and when cows chase after predators to protecting their offspring.  This increases heat stress during warm weather and risk of cold stress

during cold periods from cattle that are sweated wet (Dr. Jeff Lehmkuhler, Extension Beef Cattle Specialist, University of Wisconsin-Madison, pers. comm.). Chebel et al. (2004) discovered that heat stress (>29 degrees Celsius) prior to artificial insemination resulted in lowered conception rates for high producing dairy cows. Dairy cows exposed to high heat index values during peri-implantation may have a greater risk of pregnancy loss (Garcia-Ispierto et al. 2006). Depredations in Wisconsin from wolves appear to overlap the calving and subsequent breeding seasons of spring-calving beef herds. This increased stress during the breeding season could result in greater numbers of open cows and fewer calves born the following year reducing the economic viability of affected beef operations (Dr. Jeff Lehmkuhler, Extension Beef Cattle Specialist, University of Wisconsin-Madison, pers. comm.). In one instance in Arizona with severe wolf depredation problems (50% loss to wolf predation in 2002) cattle were not observed to rebreed in the allotment (Howery and DeLiberto 2004).

Harassment by predators may cause livestock to become nervous or aggressive. Aggressive or nervous animals may hurt humans and the other cattle that are around them. Not only are they dangerous but they will also stress other cattle and reduce their performance as well. Fear based behavior is likely to be the main cause of accidents due to a horse kicking or a cow or steer becoming agitated in a chute. Reducing fear improves both welfare and safety for humans and animals (Grandin). Harassment and predation by wolves can also affect the way cattle respond to livestock handling dogs and the ability of the dogs to control cattle movements (Howery and DeLiberto 2004).

Cows are commonly stampeded through fences when wolves are active on a ranch. There are injuries to the cattle and many hours spent fixing fence. Regrouping cattle after they have been stampeded is difficult, time consuming and stressful to the animals. This takes time and money away from other needs on the farm (Dr. Greg Palmquist, DVM, pers. comm.).

Producers with wolf predation problems spend many extra hours on herd surveillance in addition to the many extra hours dealing with the damage. Many hours are spent trying to locate missing animals or remains to qualify for compensation. If the producer cannot afford to hire extra help, time spent addressing predation problems comes at the cost of other work. It is not uncommon for these negative impacts to adversely affect the general mood of farm operators.

Livestock production typically is a small profit margin industry (Pope 1993). Increasing labor from greater surveillance of pastures increases cost of production (labor, equipment and fuel) resulting in reduced economic return (Dr. Jeff Lehmkuhler, Extension Beef Cattle Specialist, University of Wisconsin-Madison, pers. comm.).

The current recommendations to improve health in a cattle herd are to avoid overcrowding, rotate the cattle to fresh areas and avoid keeping them in the same areas year round (Dr. Gregory Palmquist, DVM, pers. comm.). Moving cattle too often results in increased stress, poorer performance and more sick cattle. Having to keep the cattle by the buildings to avoid predators is contrary to Best Management Practices for livestock production and may result in increased risk of exposure to pathogens (Lenehan et al. 2004), and, for some producers, increased need for supplemental feed. Concentrating cattle in small areas may increase the risk of transmitting food borne pathogens due to the increase in bacterial populations around the cattle and the immunosupression due to the stress of crowding (Dr. Gregory Palmquist, DVM, pers. comm.). Recent research has shown that the prevalence of pathogens in the soil decreases as the distance from hay bale rings is increased (Lenehan et al. 2004). It is widely accepted that post-partum cows and newborn calves should be moved to "clean" pastures as soon as possible following

**Exhibit B-22**

parturition to decrease the risk of disease transmission (Dr. Jeff Lehmkuhler, Extension Beef Cattle Specialist, University of Wisconsin-Madison, pers. comm.).

In Wisconsin, most of the depredations occur during the spring and summer grazing season. Moving cattle closer to barns often requires pulling them off pastures and placing them in areas where increased foraging pressure may necessitate supplemental feeding. This may require use of feed that would ordinarily be used in the winter. Winter feed is the most costly feed input for cow-calf operations based upon Standardized Performance Analysis data. Producers forced to move cattle closer to barns and use winter feed during the grazing season will have lower financial returns (Dr. Jeff Lehmkuhler, Extension Beef Cattle Specialist, University of Wisconsin-Madison, pers. comm.).

### 1.3.8    Other Types of Wolf Conflicts

There have been few reported wolf attacks on people. However, there are reports where wolves have been viewed as threatening to human health and safety or have stalked and attacked people for unknown reasons (e.g., reasons unrelated to disease or injury; Linnel et al. 2002, McNay 2002). When wolves approach human residences and threaten or kill people's pets or exhibit bold behavior, people often become concerned for human safety. This is especially true if small children are present at those residences.

Linnel et al. (2002) reported several cases from around the world in which non-diseased wolves attacked people, but no humans were killed during the attacks; the wolves, in most cases, were later killed and examined. The wolves involved in those attacks seemed to have acclimated to the presence of people and became more aggressive (bold) toward people. Fortunately, in many of these incidents, others accompanied the person attacked and they were able to drive the wolf away. In many cases the person attacked received minor injuries and made a full recovery in a few days to weeks. There are no verified instances of wolves having attacked and injured people in the lower 48 United States. However, in January of 2005, an individual was attacked by a wolf while jogging near the community of Key Lake in northern Saskatchewan, Canada. The man was able to fight off the animal and later was flown to a hospital for stitches to non-life threatening injuries. An attack by wolves appears to have been the cause of death for a man near Wollaston Lake in Northern Saskatchewan, on November 8, 2005. A group of four wolves had been seen in the area for some time and appeared to be losing their fear of humans. There was also evidence that the victim and friends had been recently interacting with the wolves at close range (International Wolf Center 2005). The investigation has not been completed, but the injuries discovered in the autopsy are consistent with animal bites and wolf tracks were found near the body. The wolves involved in the attack may have become accustomed to humans and/or may have been deliberately or inadvertently (via improperly stored garbage) fed by humans. This is believed to be the first documented human mortality from wolves in North America. Wisconsin has not had any verified cases where wolves have stalked or attacked people.

McNay (2002) reviewed human-wolf interactions and analyzed case histories of incidents where wolves had behaved aggressively towards humans in Alaska and Canada. McNay notes that incidents of wolves behaving aggressively towards humans are extremely rare. For much of the 20th century there were no documented cases of wolves killing or seriously injuring a person in North America. McNay (2002) does provide case histories for 11 instances of what he considered unprovoked incidences of aggressive behavior of wolves which resulted in no injury (4) or minor injuries (7) over the period of 1969-1993. As wolf and human populations have increased, the opportunity for interaction between the species has also increased. Although wolves have a high aesthetic and cultural value and calling and viewing wolves is extremely

23

popular, not all of these interactions have been positive. McNay provided evidence of 7 cases of unprovoked wolf aggression over the period of 1994-2000, 5 of which involved wolves inflicting severe bites on humans.

Wolf familiarity with (habituation to) humans appears to be an important factor in aggressive behavior of wolves toward humans. Of the 18 unprovoked incidents of aggressive behavior reported by McNay for the period of 1969-2000, 11 were associated with what he defined as habituated wolves, (e.g. wolves which had lost their fear response to humans after repeated non-consequential encounters). Bites were inflicted in all 11 cases where habituated wolves displayed unprovoked aggressive behavior, but bites were inflicted in only 2 of the 7 cases where naïve wolves displayed aggressive behavior. All instances where wolves inflicted severe bites were associated with habituated wolves. Human behavior may have had an impact on the outcome of interactions between wolves and humans. In most instances where naïve wolves behaved aggressively toward humans, the humans defended themselves by hitting the wolf with a heavy object, firing a rifle into the air or, in two instances, killing the wolf. None of the individuals who were bit by habituated wolves defended themselves with anything other than their voices, hands or arms. It was difficult to determine if food conditioning (wolves learning to associate humans with the availability of food) played a role in all cases. However, 6 of the 11 aggressive habituated wolves were known to be food conditioned. It was unlikely that the naïve wolves were food conditioned because all of those incidents occurred at sites well away from human use areas. The data provided by McNay (2002) indicates the importance of human behavior management and public education programs in the prevention of adverse human-wolf encounters. These efforts coupled with non-lethal techniques designed to reduce or prevent wolf habituation to humans will likely prevent or resolve most situations where wolf behavior causes concern for human safety. However, there will be rare instances where removal of the problem wolf may be necessary.

In Wisconsin, instances of perceived risks to human health and safety from wolves are very rare and tend to occur in areas of fragmented habitat where wolves routinely have exposure to humans. There has been at least one situation where a wolf was acting aggressively towards automobiles that slowed or stopped in a certain area along a major northern highway. Acting on a request from WDNR, WS attempted to trap the animal but was unsuccessful. The wolf eventually left the area. With a growing wolf population and many people living in occupied wolf range, opportunities for wolves to become habituated to humans and risks of adverse interactions between humans increase.

Wild wolves rarely contract rabies, but it is possible, and there is a serious concern for humans or their pets should they be bitten. McNay (2002) reported 2 people that died as result of bites from wolves with rabies in Alaska in the 1940s, but rabies is rare in wolves south of the arctic in North America. Wolves could possibly spread other wildlife diseases to dogs (e.g., sarcoptic mange) should they have contact with a dog or their environment and *vice versa*. For example, in Wisconsin, wolf deaths attributed to infectious disease have been primarily attributable to mange (Thomas et al. 2005, Wydeven and Wiedenhoeft 2005)

The protozoan parasite, *Neospora caninum*, causes abortions in cattle and has been shown to be a large economic loss to the dairy and beef industry with infected animals being three to thirteen times more likely to abort than non-infected cattle (Hall et al. 2005 and Trees et al. 1999). Presently, domestic dogs and coyotes are the only two species that have been determined to be able to host and transmit *N. caninum* (Gondim et al. 2004*a,b*). Canids become infected by ingesting tissues (placenta, fetuses) contaminated with the organism. They then shed the

24

organism in their feces. A cow grazing on a pasture contaminated with these feces can become infected with *N. caninum* (Dubey 2003).

It has been postulated that wolves are likely to be able to host and transmit *N. caninum* because of their phylogentic relationship to dogs and coyotes. Gondim et al. (2004*b*) indicated that 39% (n = 164) of wolves from Minnesota and 11% of coyotes in Utah, Colorado, and Illinois (n = 113) tested positive for exposure to *N. caninum*. Mech (2004, unpublished data) sampled 11 wolves from five counties in Minnesota from farms with a history of wolf depredation and 8 of 11 (73%) were tested positive for exposure to *N. caninum*. Research in Minnesota is currently being conducted to determine if wolves can also transmit viable *N. caninum* in their feces. Even if gray wolves are proven to be able to host and transmit *N. caninum* it is unclear whether the presence of wolves would add to the risk already posed by other canids. Data on the rate of seroprevelence of coyotes, dogs, and wolves needs to be defined for a particular geographic region before conclusions can be drawn (Gondim et al. 2004*b*).

### 1.3.9    Wildlife Services and Wisconsin Department of Natural Resources Efforts to Reduce Wolf Damage in Wisconsin

Wildlife Services' and WDNR efforts to alleviate wolf problems have been based on a combination of technical assistance and operational damage management in an Integrated Wildlife Damage Management (IWDM) program. As the number of wolf conflicts in Wisconsin has increased, so has the need to implement operational damage management projects (Figure 1-4). However, the IWDM approach does appear to be effective in reducing damage by wolves. Although the number of properties with verified wolf depredation complaints has increased, the number of verified losses to wolf predation did not increase over the period of 2003-2005 when IWDM assistance was available to livestock producers (Table 1-1).

In 1976, the WDNR completed a cooperative conservation agreement with the USFWS. This cooperative conservation agreement allows qualified and authorized WDNR personnel and their agents to conduct some types of non-lethal WDM activities (e.g. harassment), research, and trap and relocate activities without needing a permit or special 4(d) rule from the USFWS (50 CFR 17.21 (a)(5), also see Section 1.7.7 of this EA).

Since 1988, WS has cooperated with the WDNR concerning several aspects of wildlife damage management. In 1990, a cooperative agreement was developed which included a provision for reducing damage caused by endangered species, including wolves. Under terms of the current cooperative agreement, WS *"will provide personnel and equipment for depredation control and damage loss appraisal activities for damage by Endangered and Threatened species."* WS conducts field investigations of potential wolf depredations within 48 hours of receipt of a complaint. In accordance with the WWMP (1999), WS categorizes each complaint into one of four categories: 1) confirmed depredation, 2) probable depredation, 3) confirmed non-wolf depredation, and 4) unconfirmed depredation. WS provides technical assistance to producers as appropriate, and may also provide operational assistance with non-lethal WDM methods. Prior to 2003, while wolves were still classified as endangered, problematic wolves were trapped and relocated by WDNR and WS personnel. When wolves were reclassified as threatened (April 1, 2003 to January 30, 2005), the USFWS established a 4(d) rule under the ESA which allowed WDNR and their authorized agent (WS) to lethally remove wolves for damage management. As discussed in Section 1.3.2, a decision by the United States District court in Oregon returned Wisconsin wolves to their previous status as "endangered" on January 31, 2005. After learning of the court ruling, WDNR ceased all lethal WDM activities including actions by their authorized agent, WS. On April 1, 2005 the WDNR obtained a USFWS Section 10(a)(1)(A) permit which

allowed WDNR and WS (as WDNR's authorized agent) to resume most of the wolf depredation control activities allowed under the previous 4(d) rule. All WDM activities allowed under the permit were enjoined by the U.S. District Court in the District of Columbia on September 13, 2005. At present WDNR and WS assistance with wolf depredations on livestock is limited to documenting the event and providing technical assistance on non-lethal methods for resolving wolf damage including husbandry techniques (e.g., fencing, bringing animals in at night, guard dogs) and other non-lethal methods permitted under the cooperative conservation agreement between the USFWS and WDNR (Section 1.7.7).

WS also assists the WDNR with wolf population monitoring efforts. For example, in FY 2005, WS captured, radio-collared, and released at site 5 wolves to augment the WDNR's wolf population monitoring program.

### 1.3.10   Wolf Damage Management as a Component of Wolf Recovery Programs

There has been some question as to whether removal of individual problem wolves (e.g., those involved with confirmed cases of livestock depredation) can prevent or minimize the development of negative public attitudes, or even foster greater tolerance, toward wolves and therefore enhance the survival and recovery of the species.

Although the liberal killing of wolves by humans caused wolves to initially become endangered in the U.S. south of Canada, and across much of Europe (Mech 1970, Lopez 1978, Thiel 1993), highly selective lethal removal of individual wolves by governmental agencies are considered by many professional biologists to be an important part of recovery and conservation programs for wolves (Sillero-Zubiri and Laurenson 2001, Boitani 2003, Breck and Meier 2003). For example, Dr. David Mech, the leading wolf biologist in the U.S., has written that "lethal control will remain the ultimate means of curbing wolf damage to livestock and pets (Mech 1995)". He further states that, "Direct lethal control is still usually the only practical course under most conditions". Mech (1995) agued that a more flexible system of lethal controls could actually allow wolves to occur over much larger portions of North America, if problem animals can readily be controlled. The Wildlife Society, an international organization of professional wildlife biologists, especially focused on North America, stated in their technical review on the restoration of wolves in Western North America that "Control of wolves preying on livestock and pets is imperative and should be prompt and efficient if illegal killing is to be prevented and human tolerance of the presence of wolves is to be maintained (Peek et al. 1991)." Musani et al (2004) noted that in Western North America, the rate of expansion of depredation has been less than the rate of wolf population growth, and attributed this trend to elimination of individuals and packs from the population that had learned to kill livestock.

Considerable information from prominent social theory and research shows that tolerance toward a wildlife species is influenced by the value of losses attributable to that species, the benefits attributable to the species by the affected individual, and by the perception of the risk of losses as controlled or voluntary (Slovic 1987). Risks considered involuntary by an individual are less likely to be viewed as acceptable whereas risks that can be controlled are generally considered to be more acceptable. Risk theory and associated research (e.g., Slovic 1987) suggest that a government which simultaneously imposes the risk of wolf depredation (i.e., supports wolf recovery) and prohibits individuals from effectively reducing those risks (i.e., no chance for removal of problem wolves) is creating an intolerance of the wolf presence. In effect, this situation lowers the social carrying capacity for wolves and could threaten the well being of the population, both presently and in the future if the situation persists. Livestock producers have the capability to resolve their own depredation problems, either legally or illegally, with or without

26

assistance from the government (Dorrance 1983). **If no government-sanctioned relief from the loss of livestock is in sight, intolerant stakeholders will likely adopt anti-wolf behaviors including illegal killing (Fuller et al. 2003). In this scenario, social carrying capacity effectively will be lowered because stakeholders erroneously turn their attention to the wolf population at large as the primary cause of wolf problems**.

Although it is the nature and frequency of positive and negative interactions with wolves that is most influential in determining the social carrying capacity for wolves in Wisconsin, the public often focuses on the number of wolves when positive interactions (e.g., sightings by wolf enthusiasts) are too low or negative interactions (e.g., livestock depredations) are too high. Negative interactions associated with livestock depredation do not necessarily increase proportionately with wolf abundance per se; rather, they are localized events. An appropriate management response to depredation is to address the negative interactions and target problem wolves in a local area rather than implement broad population-level controls focusing on reducing overall numbers of wolves. Removing problem wolves can reduce the negative interactions that create intolerance for wolves among livestock producers.

Research indicates that public support for the presence of large carnivores largely depends on confidence that problems caused by individual animals will be resolved effectively. A public attitude survey of residents in Ninemile Valley, Montana found that 65 percent of wolf supporters might change their support for the presence of the population if wolves that kill livestock were not controlled quickly or effectively (Wolstenholme 1996). In a study that examined which factors would encourage residents of the Flathead Indian Reservation to support protection of grizzly bear habitat on private lands, Frost (1985) found that rapid assistance to bear-related problems was the most important factor, with 76 percent of respondents desiring that assurance. By contrast, only 42 percent of respondents felt that compensation for livestock losses was a valid incentive for supporting protection.

Studies have also shown that local acceptance of wolves is improved if government lethal controls are allowed on problem wolves. In a 1995 survey of American households, 60% of respondents supported removing of predators that preyed on livestock (Reiter et al. 1999). Prior to the 1995 reintroduction of wolves into Wyoming, a larger proportion of residents surveyed supported wolf recovery than opposed it (44 vs. 34.5%), but the majority of respondents supported killing of wolves (58.5%) that killed livestock (Thompson and Gasson 1991). Similarly, Wisconsin surveys indicate that residents, especially rural people in wolf range accept and expect control of wolves that kill livestock or pets on private land. In a 2001 survey of bear hunters, farmers, and residents in wolf range, 52.5 % expressed support for destroying wolves that had killed livestock or family pets (Naughton-Treves et. al 2003). Support for killing problem wolves was highest for bear hunters (77%), lowest for general residents (32%), and intermediate for farmers (45%) (Naughton-Treves et al. 2003).

In a more recent opinion survey, a stratified random sample of zip codes was used to survey urban areas outside wolf areas, rural areas outside of wolf range, urban areas in wolf range, and rural areas in wolf range (Naughton et al. 2005). Respondents were also compared by contributors to endangered resources programs verse non-contributors, as well as livestock producers and non-producers. Non-contributors supported translocation of wolves slightly above lethal control on problem wolves (35% vs. 45%), but among endangered resources contributors there was a much lower preference for lethal control (14%), compared to translocations (53%). However, the survey asked persons if they preferred translocation of problem wolves to wilderness areas, compared to lethal control or other actions, but it was not clear if respondents were aware of feasibility and problems with translocations. When asked about reliability of

**Exhibit B-27**

killing only the problem wolves, only 5% of endangered resource contributors and 11 % of non-contributors said they opposed all lethal controls. Among livestock producers nearly 1/2 preferred lethal control (46%). If lethal control of wolves was to be done, about 70% respondents preferred government agents conducting the controls (Naughton et al. 2005).

A survey of random Wisconsin residents was conducted in 2003 of general attitudes toward wolves (Schanning et al. 2003). A total of 66.4 % of respondents to this survey supported DNR shooting problem wolves, and 54.4% supported translocation of problem wolves. For problem wolves killing livestock, 43.7% of respondents agreed these wolves should be killed, and 19.9% were neutral on DNR killing of such wolves, but 63.2% of respondents agreed that farmers should have the right to kill wolves that kill or injury livestock. It does appear that with adequate justification, the majority of respondents support or do not oppose the killing of problem wolves.

In Minnesota, 80% of residents had positive attitudes toward wolves, including 60% of the farmers, but farmers (83%), and northern Minnesota residents (71%) expected wolves that killed livestock to be eliminated (Kellert 1999). Thus it appears that even where there is strong support for wolf conservation, most people in wolf range expect problem wolves to be removed.

As an example of the attitudes that may be addressed by an effective, professional WDM program; the agencies are aware of a web site already in existence that provides instructions for the broadcast poisoning of wolves. The following quotes are from the prelude to the instructions for poisoning wolves. The sentiments expressed in the article are neither unique nor are they exclusive to the western U.S.

> *"Poison causes an agonizing, violent death. I think every animal on earth deserves better, but under the circumstances, in the U. S., if these federally dumped and federally protected wolves populate further out of control, we will lose our hunting heritage, hunting/outfitting revenues, gun ownership, ranching industry and many other blessings we derive from proper management of our resources....Poisoning wolves is illegal in the U. S. and Canada. I am only passing on information that was sent to me. People will have to decide for themselves just how much they will allow an out of control federal agency (USFWS) to destroy their rights, hobbies, businesses and misuse the supposed "public trust"...*

> *...Wolves will continue to breed and expand while the bureaucrats argue about wolves, so if "we the people" do nothing, the wolves will destroy our game herds and businesses all on their own. Throughout the history of this country, civil disobedience has set the government straight when they were out of control--prohibition comes to mind. It is our choice, although our only viable timely options to control wolf numbers are currently illegal.....Each rocky mountain state has only a few federal (USFWS) law enforcement personnel...If a sufficient number of wolf killings took place, they would be over loaded in very short order."*

**Exhibit B-28**

**1.4     SCOPE OF THIS ENVIRONMENTAL ASSESSMENT**

**1.4.1     Actions Analyzed**

The scope of this EA is to evaluate the potential impacts of alternatives for the USFWS, WS and WDNR involvement in WDM in Wisconsin while wolves are federally protected under the ESA. Ordinarily, the actions of state agencies are not subject to the requirements of the National Environmental Policy Act. However, while wolves are federally protected under the ESA, actions taken by the WDNR will depend upon the management decisions (permits, 4(d) rules) of the USFWS which are subject to the requirements of NEPA.

Activities could include wolf damage management initiated to protect agricultural resources, pets, and human safety in Wisconsin; and wolf research and population monitoring. Prompt, professional response to wolf conflicts would help maintain and enhance local tolerance of wolves. While wolves



Figure 1-5. Wolf Management Zones

are Federally listed as an endangered species, the USFWS retains primary management authority for wolves, and may issue special permits for wolf take under Section 10(a)(1)(A). When and if wolves are reclassified as threatened species, the USFWS would retain ultimate management authority for wolves, but could designate additional management authority to state and tribal natural resource agencies via section 4(d) rules under the ESA.   Any direct action taken by Wisconsin WS to address wolf conflicts would be conducted at the request of the USFWS or as the designated agent of WDNR or a specific tribe.

Four Wolf Management Zones have been established to help guide management of wolves in Wisconsin (Figure 1-5, WWMP 1999).  Wolf Management Zone 1 contains the best wolf habitat in Wisconsin and encompasses about 11,765,760 acres, Zone 2 contains suitable wolf habitat and encompasses about 2,893,440 acres, Zone 3 is a buffer zone and encompasses about 11,520,000 acres and Zone 4 has almost no opportunity for wolves to colonize and encompasses about 10,240,000 acres.  The establishment of management zones is frequently recommended as part of wolf recovery plans, wolf conservation and management plans (Mech 1995) and the establishment of protective areas helps assure long-term survival of small, disjunctive wolf populations (Haight et al. 1998).  The purpose of management zones is to allow for differences in management depending on potential wolf habitat and the possibilities of conflict between wolves and humans.  Fritts (1993) listed three assumptions inherent in zone management for wolves: 1) wolves belong in some areas and not others because of potential conflicts with humans, 2) adequate habitat to support a viable population should exist in the zones where the species is afforded the most protection, and 3) the species should receive high priority in the areas of most suitable habitat.  Damage problems involving wolves can occur statewide resulting in requests for assistance to the WDNR or WS, but would more likely be from Management Zones 1, 2 and the northern edge of zone 3 (Figure 1-6).  Table 1-3 provides data on counties where WS responded to wolf damage complaints in FY 2005.

**Exhibit B-29**

Table 1-3. Wolf Complaints received by WS in FY 05

| COUNTY | COMPLAINTS NOT VERIFIED | COMPLAINTS VERIFIED | TOTAL COMPLAINTS |
|---|---|---|---|
| Adams | 1 | 0 | 1 |
| Ashland | 1 | 5 | 6 |
| Barron | 5 | 1 | 6 |
| Bayfield | 6 | 8 | 14 |
| Burnett | 5 | 3 | 8 |
| Chippewa | 3 | 1 | 4 |
| Clark | 2 | 0 | 2 |
| Douglas | 4 | 12 | 16 |
| Forest | 0 | 1 | 1 |
| Iron | 2 | 0 | 2 |
| Jackson | 2 | 0 | 2 |
| Juneau | 1 | 0 | 1 |
| Lafayette | 1 | 0 | 1 |
| Langlade | 1 | 0 | 1 |
| Lincoln | 5 | 4 | 9 |
| Marathon | 1 | 0 | 1 |
| Marinette | 3 | 0 | 3 |
| Marquette | 1 | 2 | 3 |
| Monroe | 2 | 0 | 2 |
| Oconto | 2 | 0 | 2 |
| Oneida | 2 | 3 | 5 |
| Polk | 2 | 1 | 3 |
| Portage | 2 | 0 | 2 |
| Price | 5 | 10 | 15 |
| Rusk | 5 | 4 | 9 |
| Sauk | 2 | 0 | 2 |
| Sawyer | 3 | 6 | 9 |
| St. Croix | 1 | 0 | 1 |
| Taylor | 3 | 5 | 8 |
| Vilas | 1 | 0 | 1 |
| Washburn | 5 | 0 | 5 |
| Waupaca | 1 | 0 | 1 |
| Waushara | 1 | 0 | 1 |
| TOTAL | 81 | 66 | 147 |

**Exhibit B-30**



Figure 1-6. Farms with Wolf/Livestock Depredations in Wisconsin, 2001-2005. A total of 54 properties had verified wolf predation on livestock during this period.

Under the Proposed Action, wolf management could be conducted on private, Federal, State, tribal[3], county, and municipal lands in Wisconsin with the permission of the appropriate land owner/manager. Most wolf damage management activities would be conducted on private land. Wolf damage management activities are only likely to be conducted on public land if that land is within the damage management perimeter (set by USFWS permits and the WWMP) around the site of a verified depredation event on private land, in the unlikely instance that a wolf preys on livestock legally present on public lands[4], or in the rare instance that a wolf is exhibiting behavior that poses a threat to human safety. For example, of the 26 properties where WS conducted damage management actions (23 for the protection of livestock, 2 for the protection of pets, 1 for human safety) in FY 2005, in only 3 instances (protection of livestock) was damage management conducted on adjacent public land. It is more likely that wolf trapping and radio-collaring for wolf population monitoring and research could be conducted on public land (state, county and national forest lands). The public lands where wolf trapping for the purpose of radio-collaring

---

[3]  WS wolf damage management would only be conducted on tribal lands with the Tribes request/consent and only after appropriate documents had been signed by WS and the respective Tribe.

[4]  WS is aware of a limited number of instances where livestock is or has been allowed to graze on State and county land.

Exhibit B-31

and population monitoring has been conducted include Great Divide Ranger District of the Chequamegon–Nicolet National Forest, as well as County and WDNR land in Bayfield, Douglas, Marinette and Oneida Counties.

The USFWS, WS and WDNR anticipate increases in WDM activities as wolf populations grow and disperse into more agricultural and suburban/urban areas. This EA takes the potential increase in future requests for assistance into account by considering potential needs for WDM and the number of wolves likely to be removed as a function of population size (Chapter 4). Through USFWS, WS, and WDNR wolf monitoring and surveillance, any increase in wolf populations and damage management activities would be accounted for and any adaptive management adjustments would be considered to ensure wolf conservation.

### 1.4.2    Native American Lands and Tribes

Tribal wolf management decisions are outside the scope of this analysis and decisions made in this EA do not alter the tribes' authority or rights relating to wolf management. However, this analysis does include the types of assistance WS may offer the tribes, if requested. Wildlife Services would only conduct WDM activities on tribal lands at the request of the Tribe and only after appropriate authorizing documents (including MOUs) were signed. Currently, Wisconsin WS does not have any MOUs for wolf damage management with any Native American Tribes. If WS enters into an agreement with a Tribe for WDM, this EA would be reviewed and supplemented, if appropriate, to ensure compliance with NEPA. MOUs, agreements, and NEPA compliance would be conducted as appropriate before conducting WDM on tribal lands.

On private lands within recognized reservation boundaries or negotiated buffer zones WS will notify the appropriate tribe prior to a wolf complaint investigation. The tribe, at their discretion, may co-investigate the complaint. WS and the tribe will consult regarding a course of action to address or resolve verified wolf complaints on these lands.

Wolves have an important role in tribal culture and religious beliefs (Section 1.3.5). The Ho-Chunk Nation and Lac Du Flambeau Tribe of Lake Superior Chippewa have expressed concerns regarding the use of lethal WDM techniques. The USFWS, WDNR and WS will continue to work with these tribes to address their concerns. Wolf Damage Management actions will be conducted in accordance with agreements and MOUs among WDNR, USFWS and the tribes. Where appropriate, changes in WDM as a result of these ongoing discussions will be subject to additional analysis as required by NEPA.

### 1.4.3    Period for which this EA is Valid

If it is determined that an EIS is not needed, this EA would remain valid until the USFWS, WDNR, WS and other appropriate agencies determine that new needs for action, changed conditions or new alternatives having different environmental effects must be analyzed or until wolves are no longer protected by the ESA. At that time, this analysis and document would be amended pursuant to NEPA. Monitoring and review of this EA will be conducted each year to ensure that the impacts of the program are within parameters analyzed in the EA.

It is anticipated that the Federal status of wolves in Wisconsin (currently federally listed as endangered) may change. As authority for wolf management is returned to the state and tribes, the importance of the WWMP increases. Wildlife Services is cooperatively working with the WDNR and will comply with the policies and guidelines set forth in the WWMP (WDNR 1999) whereby pertinent portions are incorporated in this EA by reference. The WDNR is currently