We agree that prompt response to depredations are necessary. WS is required to visit potential depredation sites within 48 hours, but normally visit the site on the same day as the call. More than half are not verified wolf depredation, but producers are educated about non-lethal methods and animal husbandry methods for reducing wolf depredation. All persons filing complaints were probably dissuaded from attempting to kill wolves on their own. However, producers generally expect *effective* WDM. As discussed in the EA, the agencies believe that access to the full range of WDM methods is needed to most effectively respond to wolf damage and risks to human safety from wolves. If WDM methods are not effective, "doing something" will not necessarily reduce the inclination to engage in illegal killing of wolves.

**65. We note that ranchers are required to sign a depredation management plan before any lethal control is administered but they are not required to follow any of the suggested methods. Producers should be required to implement these suggestions.**

A signature implies that the producer is required to follow the plan. If producers do not follow the plan, payments may be denied and lethal WDM methods would not be used until the plan is followed.

**66. Agencies should consider using the minimally invasive capture system developed by the Eurasian lynx researchers in Switzerland. This system is accurate and has no effect on non-target species. It also eliminates human interaction with conscious wolves so animals and handlers are at less risk of injury.**

The method is currently too experimental to broadly apply. The MICS basically consists of a teleguided dart-gun used in conjunction with two cameras and a remote control system via radio-signal. Initial review of the system indicates that the estimated cost to produce such a unit is approximately $4,000, and requires someone to be onsite during the capture event monitoring the scene in order to activate the dart gun. Based on WS and MDNR experience with wolf damage in Wisconsin, during some parts of the year multiple units would be needed at the same time. While this may work for more limited research applications, for WDM in Wisconsin this method is cost prohibitive, would require an inordinate amount of personnel time to monitor. In addition, it would appear that the target animal has to be conditioned to come to bait site. Wolves often visit farms infrequently or randomly making the utilization of this method for wild wolves impractical if they were not conditioned to a specific location. WS and DNR are interested in learning new methods as they become available, and will continue to monitor the development of this technique.

**67. Agencies should use tranquilizer tab devices on all traps and snares.**

WS & DNR have considered use of these devices but worry about leaving controlled substance on the landscape, the potential over-dosage of small non-target animals, and the potential for complicating/averse reaction with chemical immobilization procedures. However, analysis in the EA does permit use of these devices under Alternatives 1 and 2.

**68. Commenter can not fully support Alternative 2 because it proposed the same lethal control management for wolves protected under both endangered and threatened status.**

The WDM measures that would be allowed under the permit are similar to those allowed when the wolf was listed as threatened. However, the permit is more restrictive in certain areas. The former rule (50 CFR § 17.40(o)(2)(iv) that dealt with depredating wolves read.

> When acting in the course of official duties, any authorized employee or agent of the Service, of the wildlife conservation agency of a State, or of a federally recognized Native American

118

tribe, who is designated by his/her agency for such purposes, may take a gray wolf or wolves within the person's State or, in the case of a tribal employee, within that person's Reservation boundaries, in response to depredation by a gray wolf on lawfully present livestock or domestic animals. However, such taking must be preceded by a determination by one of the agencies listed in paragraph (o) of this section that the depredation was likely to have been caused by a gray wolf and depredation at the site is likely to continue in the absence of a taking. In addition, such taking must be performed in a humane manner and occur within 1 mile of the place where the depredation occurred if in Michigan or Wisconsin, and within 4 miles of the place where the depredation occurred if in the remaining area covered by paragraph (o) of this section. Any young of the year taken by trapping on or before August 1 of that year must be released. Any take for depredation control must reported to the Service within 15 days as outlined in paragraph (o)(4) of this section. The specimen may be retained or disposed of only in accordance with directions from the Service.

The permit is more restrictive than the 4d rule of a threatened population in several ways. 1. The permit restricts who can take wolves in responses to cases of confirmed depredation. While listed as threatened, any authorized employee or agent of the Service, or agent of the wildlife conservation agency of a State, or of a federally recognized Native American tribe, who is designated by his/her agency for such purposes could take wolves in response to depredation events. The permit restricts those persons who may take wolves in response to confirmed depredation to the permittee or authorized agents of the permittee. 2. The permit would place clear limits on the number of wolves that could be taken within the permit period. There was no such limit on allowable take of wolves while listed as threatened. 3. The permit reduces trapping distance from depredation site to 0.5 mile from 1.0 mile under the 4d rule. 4. The permit restricts any taking of lactating females prior to June 1, while the 4d rule did not include any restrictions on taking of lactating females. 5. The permit requires a much stricter reporting requirement on take of wolves. In order to more effectively monitor the number of wolves taken, the permittee is required to report all takings to the USFWS within 5 days. While in threatened status, persons taking wolves were required to report no more than 15 days within the taking. The issue of USFWS authority to issue a permit for this type of take is addressed for comment 7.

Effective resolution of wolf-related conflicts provides relief for those individuals experiencing wolf damage and helps prevent development of negative public attitudes and thus reduces indiscriminate killing of wolves. Change in the regulatory status of wolves does not change the agencies' belief that an integrated WDM program would be the most effective way to promptly and professionally address conflicts with wolves and prevent decline in local tolerance for wolf populations. Therefore, it is not surprising that the WDM strategy allowed when wolves were threatened is similar to the response proposed in this EA.

**69. Commenter believes it is an important approach to prevent depredations before they occur and work collaboratively to provide alternative deterrents to lethal WDM. Agencies should work to procure funds to ensure that preventive measures are not an undue economic burden. State should take advantage of federal funding for predator deterrent practices provided through the Environmental Quality Incentives Program administered by the NRCS. Bailey Wildlife Foundation Proactive Carnivore Conservation Fund supports research on non-lethal methods and provides compensation to ranchers who have lost livestock due to wolves.**

WS routinely implements non-lethal abatement on farms prior to depredations occurring when wolves are present near cattle and calves. During the past two years WS has installed fladry, electronic guards and flashing lights on 15 different farms. The efficacy of some non-lethal methods declines as cattle are released onto grazing pastures and the herd begins to separate over a much larger area. WS provides literature and when applicable recommends the use of livestock guard animals. WS has referred several

farmers to a reputable livestock guard dog owner for advice or purchase of guard dogs. WS has provided information to farmers that have considered non-lethal methods concerning the Bailey Wildlife Foundation providing financial assistance and is aware of at least two recent instances when the Foundation has assisted producers with WDM supplies.

The agencies strive to prevent wolf damage and wolf damage management from becoming an undue burden on individual producers. However, there is a limit to the state's funding for WDM and most funds available for landowner assistance are used for the compensation program. In some instances the state has been able to provide limited assistance with damage prevention materials. WS and WDNR are aware of the Bailey Wildlife Foundation and have worked with the foundation to provide assistance for Wisconsin livestock producers. WDNR and WS will continue to explore new control methods and alternate funding forces and will examine whether there would be possible resources available to WI producers in this program.

**70. If lethal control is implemented, every effort must be taken to target the individual wolf(ves) responsible for the depredation. If the identity is not known, every effort must be made to determine it's identity by backtracking, setting up remote cameras at the kill site in case the animal returns, etc.**

WS and MDNR always strive to target the specific wolf and or wolves involved in the depredation problem. Measures used to identify and target depredating wolves include but are not limited to careful analysis of wolf sign at the site by trained professionals, review of information on radio-collared wolves in the area near the depredation site and confining wolf capture efforts to a 0.5 mile radius around the depredation site. Based on field experience, the additional methods proposed in the comment are not practical in most situations (e.g., the logistics and economics of trying to radio-collar and closely monitor all wolves in the vicinity of a depredation event) and would require that the individual experiencing damage tolerate the risk of, or actual occurrence of, additional damage while identification efforts requested by commenters are implemented.

**71. Decision to issue permit would set dangerous precedent in interpretation of ESA.**

We do not agree. Each permit request for the take of a federally protected threatened or endangered species for any reason is and would continue to be evaluated on its own merits and subject to the requirements for implementation of the ESA. Issuance of a permit for WDM has no additional bearing on decisions to issue permits for any other species. Furthermore, as with this EA, any decision to issue such a permit would be subject to analysis and public involvement required by the NEPA. When predatory animals are listed, some reasonable consideration must be given to potential actions of the species (e.g., predation on domestic species) and how those actions will impact public response to recovery of the species.

**72. Lethal wolf damage management should only be conducted by WS and WDNR not the general public.**

The agencies agree that professional involvement is essential for prompt, effective and accountable WDM. While wolves are federally protected as a threatened or endangered species, wolf damage management would be restricted to WDNR and their duly trained and authorized designated agents (WS). Once wolves are removed from the federal list of threatened and endangered species, access to WDM by entities other than WS and the WDNR will depend on the WWMP (WDNR 1999).

**73. Lethal control should only be conducted for 10 days following depredation activity and should be conducted not more than 0.5 miles from the depredation site.**

120

The permit will restrict trapping to within 0.5 miles of depredation sites. The permit does not restrict trapping time, but the Wisconsin DNR depredation control guidelines restrict trapping to 10-14 days on first time farms and up to 21 days on chronic farms.

**74. Asks that agencies collaborate with Timber Wolf Alliance in the funding and dissemination of educational materials that will better inform livestock producers of alternative WDM measures, wolf management, and animal husbandry practices. TWA has experience in educational programs.**

We agree and agencies are willing to work with TWA on this issue.

**75. Wolves keep other wildlife away that commenter would rather see.**

Wolves do play important roles in forest ecosystems. Wolves may reduce presence of deer, beaver and coyotes in some areas, but allow for higher numbers of other wildlife. Wolves likely would not impact wildlife near people.

**76. Wants EA to address indirect impacts of wolf predation on livestock and livestock producers. Problem and impacts are not limited to loss or injury of animals.**

We agree and have added material to Section 1.3.7. While this information casts additional light on the problems faced by livestock producers with wolf predation, experiencing indirect impacts will not be used as a trigger for the use of lethal WDM methods. Lethal WDM will still only be used in response to verified depredation events. The agencies will assist producers with non-lethal methods to address indirect impacts where appropriate. For example, non-lethal WDM methods may prevent wolves from chasing or harassing livestock which can help animal health and prevent problems such as animals running through fences, but they are unlikely to change the need for extra herd monitoring or animal handling.

**77. People are making unsubstantiated claims that wolves are reducing deer herds and that wolves were reintroduced to Nicolet forest by state.**

We agree that wolves are not having any major impact on deer in the Nicolet. DNR has not reintroduced wolves into WI from other states, but some problem wolves have been translocated from NW WI into the Nicolet, but none of these wolves have joined or established breeding packs in the Nicolet.

**78. EA does not provide adequate emphasis on the negative impacts wolves may have on WI ungulate species. EA should discuss potential for wolves to decimate Wisconsin's elk and moose populations. EA fails to evaluate the impact of wolves on recreational and aesthetic opportunities enjoyed by hunters. The greater the wolf population the greater the likelihood that a hunter will lose his prey to a wolf.**

Some hunters are concerned about the impacts of wolf predation on big game populations, particularly white-tailed deer. This EA addresses management of wolf depredation on livestock and pets and risks to human safety from wolves and focuses on management of specific depredating individuals. Wolf management to enhance prey populations, if warranted, would require large-scale population reduction efforts (National Research Council 1997). As such, the issue of wolf impacts on hunting and on deer populations in Michigan is beyond the scope of the EA. Admittedly. wolves have some limited control on local deer populations, but wolves are not likely to impact deer on a statewide or regional basis. Even Minnesota with 3,000 wolves is seeing record high deer numbers. WDNR has not seen any major negative impact of wolves on wild ungulates in the state.

121

**Exhibit B-121**

**79. If people want to live in wolf habitat they will have to accept wolf behavior. People have moved into the wolves' space.**

We agree that people living in wolf habitat will have to learn to live with wolves. However, we also recognize that conflicts with wolves are a relatively recent development for some landowners in Wisconsin. As stated in the EA, wolves were extirpated from lower and central Wisconsin by 1918 and the entire state population was down to approximately 50 individuals by the 1950s. The majority of the wolf population recovery in the state started in the mid 1990s. For some farm families, wolves were not present when they acquired their property and several generations have farmed the same property without encountering wolves until recent years. Additionally many of the recent depredation incidents appear to be related to situations where wolves occur on farms and residential areas outside of forested habitat normally used by wolves.

**80. EA cites information from Romania and around the world. Information from these areas is not relevant to discussion of wolves in Wisconsin.**

We do not concur. We believe human reactions to wolves have some factors in common no matter where they occur. We believe the information provides useful insight into the reactions of people to wolves. Similarly information from other parts of the world can provide ideas for wolf management methods and data on the efficacy of WDM methods.

**81. Majority of research cited in the EA is more than 30 years old. EA should not rely on old data.**

EA does not rely on old data for its conclusions. Roughly 14% of the citations in Appendix B were published during or before 1980. In contrast, approximately 30% of the studies were written in 2000 or later. More importantly, the agencies do not believe that the validity or utility of a study/report is solely determined by its publication date. Data from older reports was used in discussions which provided historical context on wolves and wolf management, evaluations of wolf damage management strategies, or provided basic information which has not changed since the report was written (e.g., a report describing that wolves are known to have preyed on certain types of wild animals). As such, the agencies feel the use of these reports is eminently justified and enhances the overall understanding of wolves and wolf management needed for this analysis.

# APPENDIX A

## LITERATURE CITED

Acorn, R. C. and M. J. Dorrance. 1990. Methods of Investigating Predation of Livestock. Alberta Agriculture., Food and Rural Development, Edmonton Alberta, Canada 35pp.

Allen, G. T., J. K. Veatch, R. K. Stroud, C. G. Vendel, R. H. Poppenga, L. Thompson, J. Shafer, and W. E. Braselton. 1996. Winter poisoning of coyotes and raptors with Furadan-laced carcass baits. Journal of Wildlife Disease 32:385-389.

Andelt, W. F. 1987. Coyote predation. Pp. 128 – 140 *in* M. Nowack, J. A Baker, M. E. Obbard, and B. Malloch, eds. Wild furbearer management and conservation in North America. Ontario Trappers Association, North Bay, Ont.

Andelt, W. F. 1992. Effectiveness of livestock guarding dogs for reducing predation on domestic sheep. Wildlife Society Bulletin 20:55-62.

Andelt, W. F., 2001. Effectiveness of livestock guarding animals for reducing predation on livestock. Endangered Species Update 18:182-185.

Anderson, D. P., M. G. Turner, J. D. Forester, J. Zhu, M. S. Boyce, H. Beyer, and L. Stowell. 2005. Scale-dependent summer resource selection by reintroduced elk in Wisconsin, USA. Journal of Wildlife Management 69: 298-310.

Anderson, D. P., T. R. Rooney, M. G. Turner, J. D. Forester, A. P. Wydeven, D. E. Beyer, J. E. Wiedenhoeft, W. S. Alverson, and D. M. Waller. (submitted). Do wolves limit deer impact? Context-dependent trophic cascades in the Great Lakers States. Ecography 00: 000- 000.

Anderson, S. H. 1991. Managing our wildlife resources. Prentice Hall, Englewood Cliffs, NJ.

Asa, C. S., L. D. Mech, and U. S. Seal. 1985. The use of urine, feces, and anal-gland secretions in scent-marking by a captive wolf (*Canis lupus*) pack. Animal Behaviour 33:1034-1036.

AVMA (American Veterinary Medical Association). 1987. Journal of the American Veterinary Medical Association. Panel Report on the Colloquim on Recognition and Alleviation of Animal Pain an Distress. 191:1186-1189.

AVMA. 1993. 1993 Report of the AVMA Panel on Euthanasia. Journal of the American Veterinary Medical Association. 202:229-249.

AVMA. 2001. Journal of the American Veterinary Medical Association. 2000 Report of the AVMA panel of Euthanasia. Journal of the American Veterinary Medical Association. 218: 669-696.

Ballard, W. B., and J. R. Dau. 1983. Characteristics of gray wolf, *Canis lupus*, den and rendezvous sites in southcentral Alaska. Canadian Field-Naturalist 97:299-302.

Ballard, W. B., J. S. Whitman, and C. L. Gardner. 1987. Ecology of an exploited wolf population in south-central Alaska. Wildlife Monographs 98:1-54.

**Exhibit B-123**

Ballard, W. B., L. A. Ayres, P. R. Krausman, D .J. Reed, and S. G. Fancy. 1997. Ecology of wolves in relation to a migratory caribou herd in northwest Alaska. Wildlife Monographs 135:1-47.

Bangs, E. E., S. H. Fritts, J. A. Fontaine, D. W. Smith, K. M. Murphy, C. M. Mack, and C. C. Niemeyer. 1989. Status of grey wolf restoration in Montana, Idaho and Wyoming. Wildlife Society Bulletin 26:785-798.

Bangs, E E., S. H. Fritts, D. R. Harms, J. A. Fontaine, M. D. Jimenez, W. G. Brewster, and C. C. Niemeyer. 1995. Control of endangered gray wolves in Montana. Pp. 127-134 *in* Ecology and Conservation of Wolves in a Changing World. L. N. Carbyn, S. H. Fritts, and D. R. Seip, eds., Alberta Canada: Canadian Circumpolar Institute.

Bangs, E. E., and J. Shivik. 2001. Managing wolf conflict with livestock in the Northwestern United States. Carnivore Damage Prevention News 3:2-5.

Bangs, E. E., J. Fontaine, T. Meier, C. Niemeyer, M. Jimenez, D. Smith, C. Mack, V. Asher, L. Handegard, M. Collinge, R. Krischke, C. Sime, S. Nadeau, and D. Moody et al. 2004. Restoration and conflict management of the gray wolf in Montana, Idaho and Wyoming. Transactions of the North American Wildlife and Natural Resources Conference 69:89-105.

Berryman, J. H. 1991. "Biodiversity:... a word of caution." Southeast Association of Fish and Wildlife Agencies 45:13-18.

Boitani, L. 2003. Wolf conservation and recovery. Pp. 317-40 in L. D. Mech and L. Boitani, eds., Wolves Behavior, Ecology, and Conservation. The University of Chicago Press, Chicago and London.

Bishop, R. C. 1987. Economic values defined. Pages 24-33 *in* D. J. Decker and G. R. Goff, eds. Valuing Wildlife: Economic and Social Perspectives. Westview Press, Boulder, CO. 424 pp.

Bjarvall, A., and E. Nilsson. 1976. Surplus-killing of reindeer by wolves. Journal of Mammalogy 57:585.

Bjorge, R.R. and J.R. Gunson. 1983. Wolf predation of cattle on the Simonette River pastures in northwestern Alberta. pp. 106-111 in L.N. Carbyn, ed. Wolves in Canada and Alaska:their status, biology, and management. Can. Wildl. Serv. Rep. Ser.,No.45.

Blejwas, K. M., B. N. Sacks, M. M. Jaeger, and D. R. McCullough. 2002. The effectiveness of selective removal of breeding coyotes in reducing sheep predation. Journal of Wildlife Management 66:451-462.

Boles, B. K. 1977. Predation by wolves on wolverines. Can. Field-Nat. 91:68–69.

Bradley, E. H. 2004. Effects of wolf removal on livestock depredations in Montana, Idaho and Wyoming. M.S. Thesis, University of Montana, Missoula.

Bradley, E. H., D. H. Pletscher, E. E Bangs, K. E. Kunkel, D. W. Smith, C. M. Mack, T. J. Meier, J. A. Fontaine, C. C. Neimeyer, and M. D. Jimenez. 2005. Evaluating wolf translocation as a nonlethal method to reduce livestock conflicts in the Northwestern United States. Conservation Biology. 19: 1498- 1508.

Breck, S. and T. Meier. 2004. Managing wolf depredation in the United States: past, present, and future. Sheep and Goat Research Journal, 19:41-46.

Breck, S. W., R. Williamson, C. Niemeyer, and J. A. Shivik. 2002. Non-lethal radio activated guard for deterring wolf depredation in Idaho: summary and call for research. Proceedings of the Vertebrate Pest Conference 20:223-226. 277.

Bromley, R. G. 1973. Fishing behavior of a wolf on the Taltson River, Northwest Territories. Can. Field-Nat. 87:301-303.

Bromley, C. and E. M. Gese. 2001. Effect of sterilization on territory fidelity and maintenance, pair bonds, and survival rates of free-ranging coyotes. Can. J. Zool. 79:386-392.

Carbyn, L. N. 1975. Wolf predation and behavioral interactions with elk and other ungulates in an area of high prey density. Ph.D. Thesis, University of Toronto, Toronto, Ont. 234pp.

Carbyn, L. N. 1982. Coyote population fluctuations and spatial distribution in relation to wolf territories in Riding Mountain National Park, Manitoba. Can. Field-Nat. 96:176–183.

Carbyn, L.N., ed. 1983a. Wolves in Canada and Alaska: their status, biology, and management. Can. Wildl. Serv. Rep. 45, Ottawa. 135 pp.

Carbyn, L. N. 1983b. Wolf predation on elk in Riding Mountain National Park, Manitoba. J. Wildl. Manage. 47:963–976.

Cavalcanti, S. M. C., and F. F. Knowlton. 1998. Evaluation of physical and behavioral traits of llamas associated with aggressiveness toward sheep-threatening canids. App. Animl. Behav. Sci. 61:143-158.

CDFG (California Department of Fish and Game). 1991. California Department of Fish and Game. Final Environmental Document - Bear Hunting Sections 265, 365, 366, 367, 367.5. Title 14 Calif. Code of Regs. Cal. Fish and Game, State of California, April 25, 1991. 13 pp.

CDFG. 1999. Furbearing and non-game mammal hunting and trapping. Pp. 73-86 in California Dept. of Fish and Game, Draft Environmental Document. Feb 4, 1999.

CEQ (Council on Environmental Quality). 1981. Forty most asked questions concerning CEQ's NEPA regulations. (40 CFR 1500-1508) Federal Register 46(55):18026-18038.40 quest

Chebel, R. C., J. E. Santos, J. R. Reynolds, R. L. Cerri, S. O. Juchem, M. Overton. 2004. Factors affecting conception rate after artificial insemination and pregnancy loss in lactating dairy cows. Anim. Reprod. Sci. Sep:84(3-4):239-55.

Cluff, H. D. and D. L. Murray. 1995. Review of wolf control methods in North America. Pp. 491 – 504 in L. N. Carbyn, S. H. Fritts and D.R. Seip, eds. Ecology and Conservation of Wolves in a Changing World. Canadian Circumpolar Institute, Occasional Publication No. 35, 642 pp.

Conover, M. R. 2002. Resolving human-wildlife conflicts: the science of wildlife damage management. CRC Press LLC. Boca Raton, FL. 418pp.

125

Conover, M. R. 1982. Evaluation of behavioral techniques to reduce wildlife damage. Proc. Wildl.-Livestock Relationship Sym. 10:332-344.

Coppinger, R., L. Coppinger, G. Langeloh, L. Gettler, and J. Lorenz. 1988. A decade of use of livestock guarding dogs. Proc. Vertebr. Pest Conf. 13:209 – 214.

Coppinger, R., and L. Coppinger. 1995. Pp. 523 - 526 *in* L. N. Carbyn, S. H. Fritts and D.R. Seip, eds. Ecology and Conservation of Wolves in a Changing World. Canadian Circumpolar Institute, Occasional Publication No. 35, 642 pp.

Council on Environmental Quality (CEQ). 1981. Forty most asked questions concerning CEQ's NEPA regulations. (40 CFR 1500-1508) Federal Register 46(55):18026-18038.

Crabtree, R. L. and J. W. Sheldon. 1999. Coyotes and canid co-existence in Yellowstone. Pages 127-163 *in* T. W. Clark, A. P. Curlee, S. C. Minta, and P. M. Kareva. Carnivores in Ecosystems: The Yellowstone Experience. Yale University Press, New Haven Connecticut, USA.

Decker, D. J., and L. C., Chase. 1997. Human dimension of living with wildlife – a management challenge for the 21st century. Wildl. Soc. Bull. 16:53-57.

Decker, D. J., and G. R. Goff. 1987. Valuing Wildlife: Economic and Social Perspectives. Westview Press. Boulder, CO. 424 pp.

Decker, D. J., and K. G. Purdy. 1988. Toward a concept of wildlife acceptance in wildlife management. Wildl. Soc. Bull. 16:53-57.

DelGiudice, G. D. 1998. Surplus killing of white-tailed deer by wolves in northcentral Minnesota. J. Mammal. 79:227-235.

Dorrance, M. J. 1983. A philosophy of problem wildlife management. Wildlife Society Bulletin 11(4):319-324.

Dubey, J. P. 2003. Review of *Neospora caninum* and neosporosis in animals. The Korean Journal of Parasitology vol.41:1-16.

Eide, S. H., and W. B. Ballard. 1982. Apparent case of surplus killing of caribou by gray wolves. Can. Field-Nat. 96:87-88.

Erb, J. and S. Benson. 2004. Distribution and Abundance of Wolves in Minnesota, 2003-04. Minnesota Department of Natural Resources, Grand Rapids, MN. 11pp.

Faries, F. C., Jr., and L. G. Adams. 1997. Controlling bovine tuberculosis and other infectious diseases in cattle with total health management., Texas Agricultural Extension Service, Texas A&M University. Publication 24M-2-97.

Fanatico, A. 1999. Sustainable beef production, National Center for Appropriate Technology, NCAT Agricultural Specialists, National Sustainable Agriculture Information Service Publication #IPO18/18. http://attra.ncat.org/attra-pub/beefprod.html

Exhibit B-126

Fortin, D., H.L. Beyer, M.S. Boyce, D.W. Smith, T. Duchesne, and J.S. Mao. 2005. Wolves influence elk movements: behavior shapes a trophic cascade in Yellowstone National Park. Ecology. 86(5): 1320-1330.

Fritts. S. H. 1982. Wolf depredation on livestock in Minnesota. U.S. Fish and Wildl. Serv. Resour. Publ. 145. Washington, D.C. 11 pp.

Fritts, S. H. 1983. Record dispersal by a wolf from Minnesota. J. Mammal. 64:166-167.

Fritts, S. H. 1993. Controlling wolves in the Greater Yellowstone Area. Pp. 173-233 in R. S. Cook, ed. Ecological Issues on Introducing Wolves into Yellowstone National Park. Sci. Mono. NPS/NRYELL/NRSM-93/22. USDI, Nat. Park Service, Denver, CO 328pp.

Fritts, S. H., and W. J. Paul. 1989. Interactions of wolves and dogs in Minnesota. Wildl. Soc. Bull. 17:121-123.

Fritts, S. H., W. J. Paul, and L. D. Mech. 1984. Movements of translocated wolves in Minnesota. J. Wildl. Manage. 48:709-721.

Fritts, S. H., W. J. Paul, L. D. Mech, and D. P. Scott. 1992. Trends and management of wolf-livestock conflicts in Minnesota. U.S. Fish and Wildl. Serv. Resour. Publ. 181, Washington D.C. 27 pp.

Fritts, S. H., R. O. Stephenson, R. D. Hayes, and L. Boitani, 2003. Wolves and humans. Pp 289-316 in in L.D. Mech and L. Boitani, eds. Wolves Behavior, Ecology, and Conservation. The University of Chicago Press, Chicago and London.

Fritzell, P. A. 1998. A survey of Michigan agricultural producer's attitudes, perceptions and behaviors regarding deer crop predation to fruit, vegetable and field crops. M.S. Thesis. Submitted to Michigan State University. 233 pages.

Frost, J. R. 1985. Living with the grizzly: perceptions of Mission Valley residents. Environmental Studies. University of Montana, Missoula, MT.

Fuller, T. K. 1989. Population dynamics of wolves in North-Central Minnesota. Wildl. Monogr. 105:1-41.

Fuller, T. K., and L. B. Keith. 1980. Wolf population dynamics and prey relationships in northeastern Alberta. J. Wildl. Manage. 44:583-602.

Fuller, T. K., W. E. Berg, G. L. Radde, M. S Lenarz, and G. B. Joseyln. 1992. A history and current estimate of wolf distribution and numbers in Minnesota. Wildlife Society Bulletin. 20: 42-55.

Fuller T. K., L. D. Mech and J. F. Cochrane. 2003. Wolf population dynamics. Pages 161-191 in L.D. Mech and L. Boitani, editors. Wolves: Behavior, Ecology, and Conservation. University of Chicago Press, London.

Garcia-Ispierto, I., F. Lopez-Gatius, P. Santolaria, J. L. Yaniz, C. Nogareda, M. Lopez-Bejar F. De Rensis. 2006. Relationship between heat stress during the peri-implantation period and early fetal loss in dairy cattle. Theriogeniology 1:65(4):799-807

Gasaway, W. C., R. O. Stephenson, J. L. David, P. K. Shepherd, and O. E. Burns. 1983. Interrelationships of wolves, prey, and man in interior Alaska. Wildl. Mono. 84:1-50.

Gates, N. L., J. E. Rich, D. D. Godtel, and C. V. Hulet. 1978. Development and evaluation of anti-coyote electrical fencing. J. Range Manage. 31:151-153.

Gondim, L. F., M. M. McAllister, W. C. Pitt, and D. E. Zemlicka. 2004a. Coyotes (*Canis latrans*) are definitive hosts of *Neospora caninum*. Journal of Parasitology 34:159-161.

Gondim, L. F., M. M. McAllister, N. E. Mateus-Pinilla, W. C. Pitt, L. D. Mech, and M. E. Nelson. 2004b. Transmission of Neospora caninum between wild and domestic animals. Journal of Parasitology 90:1361-1365.

Grace, E. S. 1976. Interactions between men and wolves at an Arctic outpost in Ellesmere Island. Can. Field-Nat. 90:149-156.

Grandin, T. Date Unknown. Is acting like a predator low stress cattle handling?, Department of Animal Science, Colorado State University. http://www.grandin.com/behaviour/principles/ acting.predator.stress.handling.html

Grandin, T. 1998. Review: Reducing handling stress improves both productivity and welfare, The Professional Animal Scientist. 14:1-10.

Green, J. S. 1989. APHIS Animal Damage Control livestock guarding dog program. U.S. For. Ser. Gen. Tech. Rep. RM-171:50-53.

Green, J. S., and R.A. Woodruff. 1983. The use of three breeds of dog to protect rangeland sheep from predators. Appl. Anim. Ethol. 11:141-161.

Green, J. S., and R. A. Woodruff. 1996. Livestock guarding dogs: protecting sheep from predators. USDA, APHIS, Agriculture Information Bull. No: 588.

Haber, G.C., 1996. Biological, conservation, and ethical implications of exploiting and controlling wolves. Cons. Biology. 10 (4) 1068-1081.

Haight, R. G. and L. D. Mech. 1997. Computer simulation of vasectomy for wolf control. J. Wildl. Manage. 61:1023-1031.

Haight, R. G., D. J. Mladenoff, A. P. Wydeven. 1998. Modeling disjunct gray wolf populations in semi-wild landscapes. Cons. Biology. 12 (4) 879-888.

Haight, R. G., L. E. Travis, K. Nimerfro, and L.D. Mech. 2002. Computer simulation of wolf removal strategies for animal damage control. The Wildlife Society Bulletin. 30:844-852.

Hall C. A., M. P. Reichel, J. T. Ellis. 2005. Neospora abortions in dairy cattle: diagnosis, mode of transmission and control. Vet Parasitol. 128:231-41.

Harper, Elizabeth K. 2004. An analysis of wolf depredation increase and of wolf control effectiveness in Minnesota. M.S. Thesis. University of Minnesota.

Harper, E. K., W. J. Paul, and L. D. Mech. 2005. Causes of wolf depredation increase in Minnesota from 1979 -1998. Wildlife Society Bulletin 33:888-896.

Harrington, F. H., and L. D. Mech. 1982. An analysis of howling response parameters useful for wolf pack censusing. J. Wildl. Manage. 46:686-693.

Horejsi, B. L., G. E. Hornbeck, and R. M. Raine. 1984. Wolves, *Canis lupus*, kill female black bear, *Ursus americanus*, in Alberta. Can. Field-Nat. 98:368-369.

Howery, L. D. and T. J. DeLiberto. 2004. Indirect effects of carnivores on livestock foraging behavior and production. Sheep and Goat Research Journal, vol 19. http://www.sheepusa.org/index.phtml? page=site/news_details&nav_id=30836f603c6643459e70ae92e558dd7e&nav_parent_id=601e0a 31bbf6a0ef56f1f0591aa0dc78&volume=Volume%2019,%202004%20-Special%20Edition:%20Predation

Huber, D., S. Mitevski and D. Kuhar. 1992. Questionnaire on wolves in Croatia and Macedonia: comparison of public attitudes. Pages 124-125 in: Wolves in Europe. C. Promberger and W. Schroder (editors). Oberammergau, Germany.

International Wolf Center. 2005. Four wolves suspected in man's death in remote area of Canada. International Wolf Center News. December 12, 2005.

Kellert, S. R. 1999. The public and the wolf in Minnesota. A report to the International Wolf Center, Minneapolis. http://www.wolf.org/wolves/learn/intermed/inter_human/survey_shows.asp

Kellert, S. R., and J. K. Berry. 1980. Knowledge, affection and basic attitudes toward animals in American Society. USFWS and U.S. Dept. Of Commerce, Springfield, VA.

Kolenosky, G. B. 1972. Wolf predation on wintering deer in east-central Ontario. J. Wildl. Manage. 36:357-369.

Kuyt, E. 1972. Food habits and ecology of wolves on barren-ground caribou range in the Northwest Territories. Can. Wildl. Serv., Rep. Ser. 21. 36pp.

Larson R. L., D. K. Hardin, V. L. Pierce. 2004. Economic considerations for diagnostic and control options for Neospora caninum-induced abortions in endemically infected herds of beef cattle. J Am Vet Med Assoc. 224:1597-604.

Lederle, P and W. Moritz. 2005. Support for 10(a)(1)(A) Permit Application TE111357. Michigan Department of Natural Resources. Lansing, Michigan.

Lenehan, N. A., J. M. DeRouchey, T. T. Marston, M. L. Christian, and G. L. Marchin. 2004. Evaluation of round bale feeding sites on soil fecal bacteria and nutrient concentrations. National Meeting of the American Society of Animal Sciences.

Linhart, S. B., R.T. Sterner, T.C. Carrigan, and D.R. Henne. 1979. Komondor guard dogs reduce sheep losses to coyotes: a preliminary evaluation. J. Range Manage. 3:238-240.

Linhart, S. B. 1984*a*. Strobe light and siren devices for protecting fenced-pasture and range sheep from coyote predation. Proc. Vertebr. Pest Conf. 11:154-156.

Linhart, S. B. 1984*b*. Managing coyote damage problems with non-lethal techniques: recent advancements in research. Proc. Eastern Wildl. Damage Control Conf. 1:105-118.

Linnel, J. D., C. R. Aanes, J. E. Sewenson, J, Odden, and M. E. Smith. 1997. Translocation of carnivores as a method for managing problem animals: a review. Biodiver. Conserv. 6:1245-1257.

Linnel, J. D. C., R. Anderson, Z. Andersone, L. Balciauskas, J. C. Blanco, L. Boitani, S. Brainerd, U. Breitenmoser, I. Kojloa, O. Liberg, J. Loe, H. Okarma, H. C. Pedersen, C. Promberger, H. Sand, E. J. Valdmann, and P. Wabakken. 2002. The fear of wolves: a review of wolf attacks on humans. NINA Oppdragsmelding 731:1-65.

Lorenz, J. R., R. P. Coppinger, and M. R. Sutherland. 1986. Causes and economic effects of mortality in livestock guarding dogs. J. Range Manage. 39: 293-295.

Mandernack, B. A. 1983. Food habits of Wisconsin timber wolves. M. S, Thesis, University of Wisconsin-Eau Claire, Eau Claire, Wisconsin. 52pp.

McGrew, J.C., and C.S. Blakesley. 1982. How Komondor dogs reduce sheep losses to coyotes. J. Range Manage. 35:693-696.

McLaren, B.E., and R.O. Peterson. 1994. Wolves, moose and tree rings on Isle Royale. Science 266. 1555-1558.

McNay, M. E. 2002. Wolf-human interactions in Alaska and Canada: a review of the case history. Wildlife Society Bulletin. 30:831-843.

Meadows, L. E., and F. F. Knowlton. 2000. Efficacy of guard llamas to reduce canine predation on domestic sheep. Wildl. Soc. Bull. 28: 514-622.

Mech, L. D. 1970. The wolf: the ecology and behavior of an endangered species. The Natural History Press, Doubleday, New York, NY. 384 pp.

Mech, L. D. 1974. *Canis lupus*. Mammal Species No. 37. 6pp.

Mech, L. D. 1977. Productivity, mortality, and population trends of wolves in north-eastern Minnesota. J. Mammal. 58:559-574.

Mech, L. D. 1982. The IUCN-SSC wolf specialist group. Pp. 327–333 *in* F. H. Harrington and P. C. Paquet, eds. Wolves of the world: perspectives of behavior, ecology and conservation. Noyes Publ., Park Ridge, N.J.

Mech, L. D. 1995. The challenge and opportunity of recovering wolf populations. Conservation Biology; 9(2):1-9.

Mech, L. D., E. K. Harper, T. J. Meier and W. J. Paul. 2000. Assessing factors that may predispose Minnesota farms to wolf depredations on cattle. Wildlife Society Bulletin 28:623-629.

Mech, L. D. and L. Boitani. 2003. Conclusion. Pp 341-344 in L.D. Mech and L. Boitani, eds. Wolves Behavior, Ecology, and Conservation. The University of Chicago Press, Chicago and London.

Mech, L. D., and L. D. Frenzel, JR., editors. 1971. Ecological studies of the timber wolf in northeastern Minnesota. USDA, Forest Service, Res. Pap. NC-52. 62pp.

Mech, L. D., and P. D. Karns. 1977. Role of the wolf in a deer decline in the Superior National Forest. USDA, Forest Service, Res. Pap. NC-148. 23pp.

Mech, L. D., S. H. Fritts, and M. E. Nelson. 1996. Wolf management in the 21st Century: from public input to sterilization. J. Wildl. Res. 1:195-198.

Mech, L. D. and E. K Harper 2002. Differential use of a wolf, *Canis lupus,* pack territory edge and core. Canadian-Field Naturalist. 116: 315-316.

Medjo, D. C., and L. D. Mech. 1976. Reproductive activity in nine- and ten-month-old wolves. J. Mammal. 57:406-408.

Mettke, M. 1998. Spatial behavior and diet of a Wisconsin wolf pack. M. S. Thesis, Albert-Ludwigs University, Freiburg im Breisgau, Germany. 51pp.

Mishra, C. 1997. Livestock depredation by large carnivores in the Indian trans-Himalaya: conflict perceptions and conservation prospects. Environmental Conservation 24(4):338-343.

Mladenoff, D.J., T.A. Sickley, R.G. Haight, and A.P. Wydeven. 1995. A regional landscape analysis and prediction of favorable gray wolf habitat in the northern Great Lakes region. Conserv. Biol. 9:279-94.

Mladenoff, D. J., T. A. Sickley, and A. P. Wydeven. 1999. Predicting gray wolf colonization: Logistic regression models vs. new field data. Ecological Applications 9: 37-44.

Mladenoff, D. J., M. K. Clayton, T. A. Sickley, and A. P. Wydeven. 2005. Evaluating a model of gray wolf increase and spread in Wisconsin. The Wildlife Society, Annual Meeting, September, 2005. Madison, Wisconsin, USA.

Murie, A. 1944. The wolves of Mount McKinley. U.S. National Park Service, Fauna Ser. 5. 238pp.

Musiani, M, and E. Visalberghi. 2001. Effectiveness of fladry on wolves in captivity. Wildl. Soc. Bull. 29:91-98

NASS (National Agricultural Statistics Service). 2001. Census of Agriculture, Wisconsin Statistics. http://www.nass.usda.gov/index.asp

NASS (National Agricultural Statistics Service). 2002. Census of Agriculture, Wisconsin Statistics. http://www.nass.usda.gov/index.asp

NASS (National Agricultural Statistics Service). 2006 Census of Agriculture, Wisconsin Statistics. http://www.nass.usda.gov/index.asp

Naughton et al. 2005. Public Opinion Survey: Wolf management in Wisconsin. http://www.geography.wisc.edu/livingwithwolves/public_reports.htm;

Naughton-Treves, L. R. A Grossberg, and A. Treves. 2003. Paying for tolerance: Rural citizens' attitudes toward wolf depredation and compensation. Conservation Biology.17: 1500-1511.

131

Nielson, L. 1988. Definitions, considerations, and guidelines for translocation of wild animals. Pp. 12-49 *in* Translocation of Wild Animals. L. Nielson and R. D. Brown, eds. Wisconsin Humane Society, Inc. and Ceaser Kleberg Wildlife Research Instit. 333 pp.

Nowak, R. M. 1983. A perspective on the taxonomy of wolves in North America. Pp. 10–19 *in* L. N. Carbyn, ed. Wolves in Canada and Alaska: their status, biology, and management. Can. Wildl. Serv., Rep. Ser. 45.

Oakleaf, J.K., C. Mack, D.L. Murray. 2003. Effects of wolves on livestock calf survival and movements in Central Idaho. Journal of Wildlife Management. 67(2);299-306.

Olson, J. F. and R. Tischaefer. 2004. Cable restraints in Wisconsin: A guide to responsible use. Wisconsin Department of Natural Resources, & Wisconsin Trapper Association. PUB-WM-433, Madison, Wisconsin. 20 pp.

Packard, J. M. 2003. Wolf behavior: reproductive, social, and intelligent. Pages 35-65 *in* Mech, L.D. and L. Boitani, editors. Wolves, Bahavior, Ecology, and Conservation. University of Chicago Press, Chicago, Illinois, USA. 448 pp.

Packard, J. M., and L. D. Mech. 1980. Population regulation in wolves. Pp. 135–150 *in* M. N. Cohen, R. S. Malpass, and H. G. Klein, eds. Biosocial mechanisms of population regulation. Yale Univ. Press, New Haven, Conn.

Packard, J. M., L. D. Mech., and U. S. Seal. 1983. Social influences on reproduction in wolves. Pp 78–85 *in* L. N. Carbyn, ed. Wolves in Canada and Alaska: their status, biology, and management. Can. Wildl. Serv., Rep. Ser. 45.

Packard, J. M., U. S. Seal, L. D. Mech, and E. D. Plotka. 1985. Causes of reproductive failure in two family groups of wolves (*Canis lupus*). Z. Tierpsychol. 68:24-40.

Paquet, P. C., and L. N. Carbyn. 1986. Wolves, *Canis lupus*, killing denning black bears, *Ursus americanus*, in the Riding Mountain National Park area. Can. Field-Nat. 100:371-372.

Paquet, P. C., S. Bragdon, and S. McCusker. 1982. Cooperative rearing of simultaneous litters in captive wolves. Pp. 223–237 *in* F. H. Harrington and P. C. Paquet, eds. Wolves of the world: perspectives of behavior, ecology and conservation. Noyes Publ., Park Ridge, N.J.

Peek, J. M., D. E. Brown, S. R. Kellert, L. D. Mech, J. H. Shaw, and V. Van Ballenberghe. 1991. Restoration of wolves in North America. The Wildlife Society, Technical Advisory Committee on Wolf Reintroduction (Ad Hoc), Bethesda, Maryland. Technical Review 91-1.

Peterson, R. O. 1977. Wolf ecology and prey relationships on Isle Royale. U.S. Natl. Park Serv., Sci. Monogr. Ser. 11. 210pp.

Peterson, R.O., J.D. Woolington, and T.N. Bailey. 1984. Wolves of the Kenai Peninsula, Alaska. Wildl. Monogr. 88:1-52.

Pfeifer, W. K., and M. W. Goos. 1982. Guard dogs and gas exploders as coyote depredation control tools in North Dakota. Proc. Vertebr. Pest Conf. 10:55-61.

**Exhibit B-132**

Phillips, R. L., and K. S. Gruver. 1996. Selectivity and effectiveness of the Paw-I-Trip pan tension device on 3 types of traps. Wildl. Soc. Bull. 24:119-122.

Phillips, R. L., K. S. Gruver, and E. S. Williams. 1996. Leg injuries to coyotes captured in three types of foothold traps. Wildlife Society Bulletin 24:260-263.

Pimlott, D. H. 1975. The wolf in Europe in 1973. Pp.17–27 *in* D. H. Pimlott, ed. Wolves. Int. Union Conserv. Nature and Nat. Resour., New Ser. 43, Morges, Switzerland.

Pimlott, D. H., J. A. Shannon, and G. B. Kolenosky. 1969. The ecology of the timber wolf in Algonquin Provincial Park. Ontario Department of Lands, For. Rep., Toronto. 92pp.

Pope, A. 1993. Beef, sheep can provide modest income in northern Wisconsin, UW-Madison Center for Integrated Agricultural Systems. Research Brief #7, January 1993.

Potvin, F., L. Breton, C. Pilon, and M. Macquart. 1992. Impact of an experimental wolf reduction on beaver in Papineau-Labelle Reserve in Quebec. Canadian Journal of Zoology. 70: 180-183.

Potvin, M. J., T. D. Drummer, J. A. Vucetich, D. E. Beyer, R. O. Peterson, and J. H. Hammill. 2005. Monitoring and habitat analysis for wolves in Upper Michigan. Journal of Wildlife Management. 69: 000-000.

Ramsay, M. A., and I. Stirling. 1984. Interactions of wolves and polar bears in Northern Manitoba. Journal of Mammalogy. 65:693-694.

Rausch, R. A. 1967. Some aspects of the population ecology of wolves, Alaska. Am. Zool. 7:253–265.

Ripple, W. J. and R.L. Beschta. 2004. Wolves, elk, willows, and trophic cascades in the upper Gallatin Range of Southwestern Montana, USA. Forest Ecology and Management, 200(1-3): 161-181.

Ripple, W.J., E.J. Larsen, R.A. Renkin, and D.W. Smith. 2001. Trophic cascades among wolves, elk and aspen on Yellowstone National Park's northern range. Biological Conservation, 102(3): 227-234.

Robel, R.J., A.D. Dayton, F.R. Henderson, R.L. Meduna, and C.W. Spaeth. 1981. Relationships between husbandry methods and sheep losses to canine predators. J. Wildl. Manage. 45:894-911.

Ruid D.B., J.A. Shivik, A. Treves, R.C. Willging, and J.A. Tharman. 2005. Do Regional Spatial Scale Models Accurately Predict Wolf Depredations? The Wildlife Society, Annual Meeting 2005. Madison Wisconsin, U.S.A.

Rutter, R. J., and D. H. Pimlott. 1968. The world of the wolf. J. B. Lippincott Co., Philadelphia, Pa. 202pp.

Schmidt, R.H. 1989. Animal welfare and wildlife management. Trans. N.A. Wildl. and Nat. Res. Conf. 54:468-475.

Schobert, E. 1987. Telazol® use in wild and exotic animals. Vet. Med. October 1080-1088.

Schueler, D.G. 1993. Contract Killers. Sierra Magazine. November/December, 1993.

**Exhibit B-133**

Schultz, R. N., K. W. Jonas, L. H. Skuldt, and A. P. Wydeven. 2005. Experimental use of dog-training shock collars to deter depredations by gray wolves. Wildlife Society Bulletin 33:142-148.

Schanning, K., M. Demahske, L. Kret, B. Sanford, and J. Vazques. 2003. State of the wolf project: Wisconsin wolf survey 2003. Northland College, Sigurd Olson Environmental Institute, Ashland, Wisconsin, USA. unpublished report. 15 pp.

Shelton, M. 2004. Predation and Livestock Production-Perspecitve and Overview. Sheep and Goat Research Journal, vol 19. http://www.sheepusa.org/index.phtml?page=site/ news_details&nav_id=4e92bbbcf5184ed243442d8fa0a7c677&nav_parent_id=601e0a31bbf6a0ef 56f1f0591aa0dc78&volume=Volume%2019,%202004%20-Special%20Edition:%20Predation

Shivik, J. A. 2001. The other tools for wolf management. WOLF! Magazine 2:3-7.

Shivik, J. A. 2004. Non-lethal alternatives for predation management. Sheep and Goat Research Journal 19:64-71

Shivik, J. A., and D. J. Martin. 2001. Aversive and disruptive stimulus applications for managing predation. Proc. Wildl. Damage Manage. Conf. 9:111-119.

Shivik, J. A., V. Asher, L. Bradley, K. Kunkel, M. Phillips, S. Breck and E. Bangs. 2002. Electronic aversive conditioning for managing wolf predation. Proceedings of the Vertebrate Pest Conference 20:227-231.

Shivik, J. A., A. Treves, and P. Callahan. 2003. Non-lethal techniques for managing predation: primary and secondary repellents. Conservation Biology 17:1531-1537.

Slate, D.A., R. Owens, G. Connely, and G. Simmons. 1992. Decision making for wildlife damage management. Trans. N.A. Wildl. And Nat. Res. Conf. 57:51-62.

Slovic, P. 1987. Perception of Risk. Science, New Series, 236 (4799): 280-285.

Smith M. E., J. D. Linnel, J. Odden, and J. E. Swenson. 2000. Review of methods to reduce livestock depredation: I. guardian animals. Acta Agric. Scand. 50:279-290.

Smith, D.W., D.R. Stahler, and D.S. Guernsey. 2005. Yellowstone Wolf Project: Annual Report, 2004. National Park Service, Yellowstone Center for Resources, Yellowstone National Park, Wyoming. 18 pp.

The Wildlife Society. 1992. Conservation policies of the Wildlife Society: A stand on issues important to wildlife conservation. The Wildl. Soc., Bethesda, MD. 24 pp.

Thiel, R. P. 1985. Relationship between road densities and wolf habitat suitability in Wisconsin. American Midland Naturalist. 113: 404-407.

Thomas, N.J., G. S. McLaughlin, A. P. Wydeven, R. A. Cole, and V. Shearn-Bochsler. 2005. Causes of mortality in the endangered Wisconsin gray wolf population 1979-2003. Abstracts from the Annual Meeting of the Wildlife Society, Madison, WI.

Till, J. A. 1992. Behavioral effects of removal of coyote pups from dens. Proc. Vertebr. Pest Conf. 15: 396-399.

Till, J. A. and F. F. Knowlton. 1983. Efficacy of denning in alleviating coyote depredations upon domestic sheep. J. Wildl. Manage. 47: 1018-1025.

Till, J. A. 1992. Behavioral effects of removal of coyote pups from dens. Proc. Vertebr. Pest Conf. 15: 396-399.

Trees A. J. , H. C. Davison, E. A. Innes, M. Wastling. 1999. Towards evaluating the economic impact of bovine neosporosis. Int J Parasitol. 29:1195-200.

Treves, A., R. R. Jurewicz, L. Naughton-Treves, R. A. Rose, R. C. Willging, and A. P. Wydeven. 2002. Wolf depredation on domestic animals in Wisconsin 1976-2000. Wildlife Society Bulletin 30: 231-241.

Treves, A., L. Naughton-Treves, E. K. Harper, D. J. Mladenoff, R. A. Rose, T. A. Sickley, and A. P. Wydeven.2004. Predicting human carnivore conflicts: A spatial model derived from 25 years of data on wolf depredation on livestock. Conservation Biology 18: 114 -125.

Turkowski, F. J., A. R. Armistead, and S. B. Linhart. 1984. Selectivity and effectiveness of pan tension devices for coyote foothold traps. J. Wildl. Manage. 48:700-708.

USDA (United States Department of Agriculture). 1997, Revised. Final Environmental Impact Statement. USDA, Animal and Plant Health Inspection Service, Wildlife Services, Operational Support Staff, 4700 River Road, Unit 87, Riverdale, MD 20737.

USDA. 1999. USDA, Animal and Plant Health Inspection Service, Animal Damage Control Strategic Plan. USDA/APHIS/ADC (*WS*), Operational Support Staff, 6505 Belcrest Rd., Room 820 Federal Bldg, Hyattsville, MD 20782.

USDA. 2004. Environmental assessment: Management of wolf conflicts and depredating wolves in Wisconsin. U.S. Department of Agriculture, Animal Plant Health Inspection Service, Wildlife Services, Sun Prairie, Wisconsin. iv + 98 pp.

USDA. 2005. Wildlife Services' Annual Tables 1996-2004. USDA, APHIS, WS, 4700 River Road, Unit 87, Room 2D05, Riverdale, MD 20782. www.aphis.usda.gov/ws/tblfrontpage.html

USDI. 1992. Biological opinion on the USDA-APHIS-ADC Program. U.S. Fish and Wildlife Serv., Wash., D.C. 69pp.

USFWS 1978 Recovery plan for the eastern timber wolf. Washington, D.C. 79 pp.

USFWS. 1992. Recovery plan for the eastern timber wolf. Twin Cities, MN. 73 pp. USFWS. 1994. Final Environmetal Impact Statement for the reintroduction of gray wolves to Yellowstone National Park and central Idaho. Denver, CO.

USFWS. 2003. Endangered and Threatened Wildlife and Plants: Final rule to reclassify and remove the gray wolf from the list of endangered and threatened wildlife in portions of the conterminous United States; Establishment of two special regulations for threatened gray wolves. Federal Register, Vol. 68, No. 62, 15876-15879.

**Exhibit B-135**

USFWS, Nez Perce Tribe, National Park Service, and USDA Wildlife Services. 2002. Rocky Mountain Wolf Recovery 2001 Annual Report. T. Meier, ed. U.S. Fish and Wildlife Service, Ecological Services, 100 N. Park, Suite 320, Helena, MT. 59601. 43 pp.

Van Ballenberghe, V. 1983. Two litters raised in one year by a wolf pack. J. Mammal. 64:171–172.

Van Ballenberghe, V., and A. W. Erickson. 1973. A wolf pack kills another wolf. Am. Midl. Nat. 90:490-493.

Wade, D. A. 1978. Coyote damage: a survey of its nature and scope, control measures and their application. pp. 347 – 368 in M. Bekoff, ed. Coyotes: biology, behaviour, and management. Academic Press, New York, N.Y.

Wagner, K, K., R. H. Schmidt, and M.R. Conover. 1997. Compensation programs for wildlife damage in North America. Wildlife Society Bulletin 25:312-319.

Wiedenhoeft, J. E. and A. P. Wydeven. 2005. Rare mammal observations, 2004. Wisconsin Wildlife Surveys. 15 (2): 76-85.

Willging, R. and A. P. Wydeven. 1997. Cooperative wolf depredation management in Wisconsin. Pages 46-51 in C. D. Lee and S. E. Hygnstron, editors. Thirteenth Great Lakes Wildlife Damage Control Workshop Proceedings. Kansas State University, Agricultural Experimental Station and Cooperative Extension Service, 16-19 April 1997, Lincoln, Nebraska, USA.

WAS (Wisconsin Agricultural Statistics Service). 2004. 2004 Wisconsin Agricultural Statistics. Wisconsin Department of Agriculture Trade and Consumer Protection, Wiscons Agricultural Statistics Serviec, Madison 78pp

WDNR. 1989. Wisconsin Timber Wolf Recovery Plan. Wisconsin Endangered Resources Report 50. Wisconsin Department of Natural Resources, Madison, Wisconsin. 37pp.

WDNR. 1999.Wisconsin Wolf Management Plan. Wisconsin Departemnt of Natural Resources PUBL-ER-099 99, Madison , Wisconsin. 74pp.

WDNR. 2005. *Third quarter 2005 Clam Lake Elk Herd Update.* Wisconsin Department of Natural Resources, Madison, WI. 3pp. http://www.dnr.state.wi.us/org/land/wildlife/elk/q3.pdf

Wolstenholme, R. C. 1996. Attitudes of residents toward wolves in a rural community in northwestern Montana. Environmental Studies. University of Montana, Missoula, MT.

Wydeven, A. P. and R. L. Jurewicz. 2005. Justification for Lethal Control Authority for Recovery Activity under Section 10(a) (1) (A) of the Endangered Species Act on Gray Wolves in Wisconsin. Wisconsin Department of Natural Resources, Madison, WI. 18pp.

Wydeven, A. P., and L. Naughton. 2002. Public attitudes toward managing problem wolves. Abstracts from the Society for Conservation Biology 16th Annual Meeting

Wydeven, A. P., R. N. Schultz, and R. P. Thiel. 1995. Monitoring of a recovering gray wolf population in Wisconsin , 1979-1991. Pages 147-156 in L. N. Carbyn, S. H. Fritts, and D. R. Seip. Editors.

Ecology and Conservation of Wolves in a Changing World.  Canadian Circumpolar Institute, Edmonton, Alberta, Canada.

Wydeven, A. P. , D. J. Mladenoff, T. A. Sickley, B. E Kohn, R. P. Thiel, and J. L. Hansen. 2001. Road density as a factor in habitat selection by wolves and other carnivores in the Great Lakes Region. Endangered Species Update 18:110-114.

Wydeven, A. P., J. E. Wiedenhoeft, R. N. Schultz, B. E. Kohn, R. P. Thiel, and T. R. VanDeelen. 2003. Growth, survival, and productivity of a colonizing wolf population in Wisconsin.  World Wolf Conference 2003, 25-28 September, Banff, Alberta, Canada (abstract).

Wydeven, A. P., A. Treves, B. Brost, and J. E. Wiedenhoeft.  2004. Characteristics of wolf packs in Wisconsin: Identification of traits influencing depredation. Pp 28- 50 in  N. Fascione, A. Delach, and  M. E. Smith, editors, Predators and people: From Conflict to Coexistence. Island Press, Washington, D. C. USA. 285 pp.

Wydeven, A. P., and J. E. Weidenhoeft.  2005.  Status of the timber wolf in Wisconsin: Performance Report 1 July 2004 through 30 June 2005.  Wisconsin Endangered Species Report #132, Wisconsin Department of Natural Resources, Bureau of Endangered Resources, Madison, WI.

Young, S.P., and E.A. Goldman.  1944.  The wolves of North America.  Parts 1 and 2.  Dover Publ. Inc., New York, NY.  636 pp.

**Exhibit B-137**

APPENDIX B

**METHODS EMPLOYED OR RECOMMENDED FOR WOLF DAMAGE MANAGEMENT**

**NON-LETHAL METHODS**

While wolves are federally listed as endangered some non-lethal WDM techniques can be used by anyone while other techniques will require special permits from the USFWS or a cooperative conservation agreement between the USFWS and WDNR. The list of non-lethal methods provided below describes the non-lethal methods available and the requirements for the method to be used by the public or agency personnel. Modifications to these requirements may be made through the establishment of a 4(d) rule if the Federal classification of wolves changes from endangered to threatened. If WS personnel are involved in the operational use of methods, an *Agreement for Control on Private Property* and/or similar document for public lands must be signed by the landowner or administrator authorizing the use of each damage management method. The WWMP (WDNR 1999) establishes that upon the first reported instance of conflicts with wolves, the landowner/manager must sign a depredation management plan (farm plan) for the property which includes damage abatement recommendations prior to obtaining operational or financial assistance with WDM.

**Non-Lethal Methods Available to All Without a USFWS Permit**

Some WDM methods are available to anyone without a permit. These consist primarily of non-lethal preventive methods such as cultural practices and habitat modification. Cultural practices and other management techniques are implemented by the livestock producer and property owners. Livestock producers and property owners may be encouraged to use these methods, based on the level of risk, need, and professional judgment on their effectiveness and practicality. WS and USFWS involvement in the use of these methods is usually limited to providing technical assistance. Technical assistance includes providing advice, recommendations, and information regarding wildlife damage management methods and techniques to individuals and groups. It also involves providing presentations or demonstrations on management techniques. These methods include:

ξ   **Animal husbandry practices** involve the basic management practices used by farmers and ranchers in the care and production of livestock. The modification or use of certain animal husbandry practices has been reported to have some effectiveness in reducing depredations by coyotes and other predators (Robel et al. 1981, Linhart 1984*b*, Andelt 1996). These practices may include use of shed lambing, clearing of woody or brushy pastures, modifications to lambing or calving schedules, and proper dead animal disposal procedures. Fritts (1982) reported that many instances of wolf depredation on livestock in Minnesota were related to animal husbandry practices, such as the pasturing of cattle in extensive woodlots and allowing calving in woodlots or remote pastures. Fritts also wrote that improper carcass disposal may encourage or perpetuate depredations. Animal husbandry practices include, but are not limited to, the use of:

> *Guarding animals* include the use of dogs, donkeys, and llamas. These animals can effectively reduce coyote predation losses in some situations (Andelt 2001, Meadows and Knowlton 2000, Cavalcanti and Knowlton 1998, Green and Woodruff 1996). Several breeds of large dogs have been used for centuries by rural societies in the Old World to guard livestock from predators (Linhart 1984*b*). Studies conducted in the U.S. have shown the use of Old World guarding dog breeds, such as Great Pyrenees, Kangal, and Komondor, to be effective in the protection of livestock from coyote predation (Linhart et

138

al. 1979, Coppinger et al. 1988, Andelt 1992). In most situations guarding dogs provide protection from coyote depredations by "warning" or chasing the coyote away (McGrew and Blakesley 1982). The effectiveness of guarding dogs for protection from wolves in the U.S. has been questioned (Coppinger and Coppinger 1995), and may be complicated by the nature of farming and ranching practices in wolf habitat (i.e. large, remote, woody or brushy pastures) (Fritts et al. 1992). In addition, wolves may perceive guard dogs as "new" wolves and may kill these intruders into their territories (Shivik 2001).

Success in using guard dogs is highly dependent on proper breeding and bonding with the type of livestock the dog is to protect. Effective use of guard dogs depends on training, obedience, care, and feeding (Green and Woodruff 1996). The efficacy of guard dogs is affected by the amount of predation loss, size and topography of the pasture, acceptance of the dog by the livestock, training, compatibility with humans, compatibility with other predator damage management methods, and the species of predator. Guard dogs breeds mature at about 2 years of age and may begin protecting livestock at this age. Guard dogs generally have an effective working life of less than 3 years because of accidents, disease, and people misidentifying the guard dog as a threat to the livestock and shoot the dog (Lorenz et al. 1986, Green 1989). Guard dogs may kill, injure, harass, or try to breed sheep and goats (Green and Woodruff 1983).

Wolves avoided livestock guarding dogs initially, but over a period of a few weeks came closer and closer until near contact was made (Smith et al. 2000). The wolves eventually showed dominance over the dogs in direct confrontations. In addition, wolves have killed guarding dogs, including Anatolian Shepherds in Minnesota and Montana (Fritts and Paul 1989). Bangs et al. (1989) also identified guard dog mortalities attributed to wolves during the last five years of wolf recovery in the Rocky Mountains.

Guard donkeys have been used to protect livestock with mixed results. The reported most effective guard donkey is a jenny with a foal. Guard donkeys are probably more effective at deterring dog and coyote predation than wolf predation.

Guard llamas have also been used with mixed success to protect livestock. Some producers believe guard llamas are better at defending livestock from dogs than coyotes. Llamas are typically aggressive toward dogs and appear to readily bond with sheep (Cavalcanti and Knowlton 1998). Llamas are able to reduce coyote predation on sheep initially (Meadows and Knowlton 2000). Dogs and coyotes adapt to the protective nature of llamas thereby reducing their effectiveness over time (Meadows and Knowlton 2000). Further, in Montana during the last five fiscal years, wolves killed 12 llamas (Montana MIS unpubl. data FY98, FY99, FY00, FY01, FY02 (annual reports).

Guard animals may have more potential in the Great Lakes region because wolves are smaller, and occur in smaller packs. In the Northern Rockeies where large wolves occur in large packs, guard animals are more likely to be attacked. Pack size seems to be an important factor in wolf attacks on dogs in Wisconsin (Wydeven et al. 2004).

*Carcass removal* is burying, liming or incinerating dead livestock to remove an attractant for predators. However, Mech (1999) could find no clear relationship between the application of carcass removal and a reduction in wolf predation on livestock in Minnesota, but left open the possibility that larger farms tend to attract wolves by providing a more reliable food source in the form of carcasses.

139

> *Pasture selection* is placing or moving cattle in pastures believed less likely to expose livestock to predation. Usually, moving livestock to pastures near human habitation is believed to expose livestock to fewer predators. Livestock producers eventually must move livestock to distant pastures to graze, however, they may wait until calves are larger and older in the hope to reduce their vulnerability to predation.

ξ **Habitat modification** is used whenever practical to attract or repel certain wildlife species or to separate livestock from predators. For example, clearing brush from calving pastures or near residences reduces available cover for predators.

ξ **Physical exclusion** or fencing to protect livestock from wolf depredations is one of the earliest methods used to deal with wolf problems, and was used in early Europe as well as by American colonists (Wade 1978, Cluff and Murray 1995). Woven wire fencing with buried wire aprons were used in Texas sheep pastures to exclude coyotes but cost of materials and labor were generally prohibitive (Linhart 1984*b*). Electric fencing has shown some success in reducing coyote depredation on sheep (Gates et al. 1978, Linhart 1984*b*), but tests on wolves have not been reported (Cluff and Murray 1995). Widespread use of fencing as a non-lethal control technique for wolves has not occurred (Cluff and Murray 1995). Predator proof fencing may be effective in small, confined situations, or justified when protecting extremely high value animals. Wolves have the ability to jump over or dig under fences, so the fencing design must be of sufficient height and bottom repellency to deter wolves. Where practical, sheep or other vulnerable livestock may be penned near farm buildings at night to reduce the likelihood of wolf depredations. However, WS personnel have documented a number of instances where wolves have killed livestock in barnyards near farm buildings or entered open-sided barnyard shelter/loafing buildings. A predator-proof fence is possible to construct, but the initial cost of constructing such a fence usually keeps them from being built (Shivik 2001). If economically feasible, fencing is most appropriate in small areas, such as calving grounds and bedding areas (Shivik 2001).

*Fladry* consists of attaching waving flags about every 20 inches from thin rope or cable stretched about 20 inches above the ground. Fladry may be used in addition to or in substitution of fences, as a new means to protect domestic animals from depredation by wolves. Fladry seems to work because it may be "novel" to wolves (Musiani and Visalberghi 2001), however, the length of time it may work is undetermined and variable (Shivik 2001). Fladry is likely to be limited to small and medium-sized fenced areas because the flags require maintenance, especially in areas with high winds (Shivik 2004).

**Compensation** involves reimbursing individuals for the losses caused by wolves. Reimbursement provides producers monetary compensation for losses, it does not remove the problem nor does it assist with reducing future losses from predation. A compensation program may be helpful in reducing animosity towards wolves and in preventing the wolf population from being an economic burden on individuals. However, Naughton-Treves et al. (2003) reported on a public attitudes survey regarding the compensation program for wolf damage in Wisconsin. They found no difference in tolerance for wolves between compensated and non-compensated individuals, but the majority of people surveyed felt compensation should be provided for wolf depredation on domestic animals, especially livestock. The authors hypothesized that compensation programs may not improve individual tolerance of wolves but may be important for establishing broader political support for wolf conservation. Additional difficulties with compensation programs (Wagner et al. 1997, USDA 1997 Revised) include:

ξ Compensation is not practical for public health and safety problems.

140

    ξ   In addition to the money required to reimburse livestock producers, compensation programs also require expenditures of staff time and money to investigate and validate all losses, and to determine and administer appropriate compensation.

    ξ   In Wisconsin the compensation program only pays for confirmed or probable losses. In some cases it is not possible to conclusively ascertain that wolves caused the death of the animal or the animal/carcass is missing. Producers may feel that they are not beeing adequately compensated for the full value of their losses.

    ξ   Compensation may not be a satisfactory solution for individuals who feel responsible for the well-being of their livestock or in situations where there is an emotional attachment to the animal.

The Wisconsin wolf damage compensation program is funded by 3% of the state income tax return checkoff and 3% of license plate fees collected from the sale of endangered resources license plates. In some years the claims for wolf damage have exceeded the resources available from license plate revenue. Because the WDNR has be directed by the legislature to provide full compensation for wolf depredations, the WDNR Bureau of Endangered Resources has been forced to use additional program funds to make compensation payments. When this occurs, these funds are made available at a cost to other endangered species programs.

ξ   **Animal Behavior Modification** refers to tactics that deter or repel predators and thus, reduce predation. Unfortunately, many of these techniques are only effective for a short time before wildlife habituate to them (Pfeifer and Goos 1982, Conover 1982, Shivik 2001). These non-lethal methods[16] have been described as consisting of two stimuli: disruptive stimuli and aversive stimuli (Shivik 2001). Disruptive stimuli are novel or otherwise undesirable stimuli that prevent or alter behavior of animal. Disruptive stimulus devices will usually be limited to the protection of small areas. Aversive stimuli interfere with behaviors by capitalizing on animal's innate dislike of novel, disagreeable stimuli and the more noxious the stimuli, the more aversive the stimuli are likely to be. With disruptive stimuli, learning decreases effectiveness, but with aversive techniques, effectiveness is dependent on learning. In general, use of multiple stimuli, moving and switching the type/source of stimuli helps reduce problems with learning and increases the lifespan of the method. Aversive stimuli are noxious stimuli that are paired with a specific behavior to condition an animal not to perform that behavior.

Disruptive Stimuli Including Frightening Devices are methods that usually involve a light, sound, or motion device designed to deter wolves from a certain area. Strobe and flashing lights, propane exploders, sirens, and various combinations of these devices have all been used in attempts to reduce livestock losses to coyote, with wide ranging degrees of effectiveness (Linhart 1984a, Andelt 1987). Animal habituation (becoming accustomed) to the stimulus is one of the primary limiting factors for primary repellents. Moving the devices intermittently and randomly as well as alternating the stimuli (e.g. a different type of noise or light) may extend the effective period of the system (Shivik and Martin 2001). Coyotes readily adapt to most repellent devices (Wade 1978), and the response of wolves in probably similar (Cluff and Murray 1995). Blinking highway safety lights and flagging were used to reduce wolf predation at cattle farms in Minnesota but the effectiveness of these methods could not be adequately measured (Fritts 1982). Electronic guards (siren strobe-light devices) are battery powered units operated by a photocell. The unit emits a flashing strobe light and siren call at regular intervals

---

[16] Chemical repellents, projectile repellents, visual and acoustic devices generally show little promise in reducing livestock depredation on a large-scale or long-term basis (Smith et al. 2000a).

141

throughout the night. Efficacy of strobe-sirens is highly variable and less than three weeks (Linhart 1984*a*). The device is a short-term tool used to deter predation until livestock can be moved to another pasture, brought to market, or other predator damage management methods implemented. Lights and flagging (fladry) may be most useful in wolf depredation situations where other control methods such as trapping are prohibited or impractical (Fritts et al. 1992).

Guarding and Hazing involves guarding an area and then using pyrotechnics, crackershells or other light/noisemaking devices to frighten wolves away from the site. It can be used as an aversive technique, but requires that the projectiles must be used every time the animal attempts to prey on the protected resource so they don't identify conditions when they can obtain prey without receiving a negative experience (Shivik 2004).

**Non-lethal Methods Available to States with Cooperative conservation agreements with the USFWS**

Some non-lethal methods involve harassment or handling wolves that is considered "taking" of an endangered species as defined by the ESA. These activities would ordinarily require a permit from the USFWS. However, Section 6 of the ESA allows the USFWS to establish cooperative agreements with the states for the management of federally listed species. Under such agreements, any qualified and authorized employee or similarly qualified and authorized agent of the state conservation agency may take an endangered species without a permit from the USFWS so long as the taking cannot be reasonably expected to result in: 1) the death or permanent disabling of the specimen; 2) the removal of the specimen from the state where the taking occurred; 3) the introduction of the specimen to an area outside the historical range of the species; or 4) holding the species in captivity for a period of more than 45 days. (50 CFR 17.21 (a)(5). The WDNR has a cooperative conservation agreement with the USFWS for the management of wolves. Consequently, the state or WS, as qualified and authorized agents of the state, may use the following WDM techniques without a permit from the USFWS.

ξ   **Animal Behavior Modification** (General description provided above.)

Remote Activated Frightening Devices. These devices are frightening devices like those described above under "Disruptive Stimuli Including Frightening Devices". The difference is that these devices work because a transmitter on a wolf collar or a motion detector activates frightening devices when wolves approach a protected area. It should take longer for wolves to habituate to these devices because they are only activated when a wolf, or in the case of motion detectors, another animal activates the system. Breck et al (2002) experimented with a Radio Activated Guard (RAG) device to protect livestock in small pastures. Results indicate the RAG device was effective for protecting livestock in small pastures. In addition, wolves exhibited no signs of habituation to the device. Limitations of the scare device include electronic complexity, area coverage, and price (Breck et. al. 2002). A similar Movement Activated Guard (MAG) device was effective in reducing consumption of deer carcasses by wolves (Shivik et al. 2003).

ξ   **Capture, Collar and/or Relocate** includes capturing wolves and attaching a radio collar or collar that works as a part of a behavior modification system (discussed above). It also includes the practice of capturing a wolf or wolves and moving them to another location for release. Relocation may be effective in some situations, but success will vary depending on the trapping history of a problem wolf. Capture and relocation would only be conducted by authorized, specially trained personnel within the USFWS, WDNR or WS. Eventually relocation may be limited as the number of suitable release sites are occupied by wolves and lethal removal should

142

be considered (Linnel et al. 1997). Identification of release sites and agreements with appropriate land owners/managers must be done before relocation efforts can be initiated. While federally listed, relocation sites would be agreed upon by the State.

Shivik (2001) and Linnel et al. (1997) stated, however, that the truth is that most predators that are relocated either return (even when displaced hundreds of miles), get into the same or worse trouble than they were already in, or die. Relocated wolves, after being taken out of their element, often die, either slowly by starvation, brutally by another pack or killed on a highway (Shivik 2001), and some resume depredation at the relocation site (Bangs et al. 1995, Bradley et al. 2005). The rate at which repeated depredation problems would occur is likely dependent on the conflict potential at the release site and the area through which the relocated animal(s) traveled after release. Bradley (2004) reported that in the greater Yellowstone area most translocated wolves did not form or join other packs, and 27% of translocated wolves resumed depredation activities. Translocated wolves also had lower survival rates than non-translocated wolves.

During winter 2001-2002, the Wisconsin DNR received a request from the Forest County Board of Supervisors, to stop relocating wolves into Forest County, where the Wisconsin DNR had traditionally relocated many problem wolves. Since that time, Florence, Iron, Langlade, Lincoln, Marinette, Oconto, Rusk, and Taylor Counties, and the Town of Mason in Bayfield County, have passed resolutions against release of problem wolves. These resolutions are not legally binding on the WDNR, but do serve as an indication of public sentiment toward and tolerance of wolves. With most suitable wolf habitat occupied by wolf packs, the Wisconsin DNR now has limited places to relocate problem wolves.

The following methods could be used during the process of capturing and collaring or relocating wolves

> Foot-hold traps can be utilized to live-capture a variety of mammals, and are effectively used within Wisconsin to capture wolves. Three advantages of the foot-hold trap are: 1) they can be set under a wide variety of conditions, and 2) pan-tension devices can be used to reduce the probability of capturing smaller non-target animals (Turkowski et al. 1984, Phillips and Gruver 1996), and 3) non-target wildlife can be released. Effective trap placement and the use of appropriate lures by trained WS personnel also contribute to the foot-hold trap's selectivity. Foot-hold traps are difficult to keep operational during inclement weather and they lack selectivity where non-target species are of a similar or heavier weight than the target species. The use of foot-hold traps also requires more time and labor than some methods, but they are indispensable in resolving many depredation problems. Foot-hold traps are constantly being modified and tested to improve the welfare of captured animals. Additionally, the NWRC has developed a Tranquilizer Tab Device (TTD) that can be used in conjunction with traps and cable restraints which can help reduce stress and injury of captured individuals (See TTD below). WS in Wisconsin only use offset laminated jaw traps which have been found to reduce injury in captured coyotes (Phillips et al. 1996).

> Cable restraints may be used as live-capture devices. Cable restraints are a specialized type of snare intended to live capture wolves (Olson and Tischaefer 2004). Careful attention to details when placing cable restraints and the use of a "stop" on the cable can allow for live-capture of animals and can allow some non-target animals to pull out of the device. Spring-activated foot snares could also be used to capture depredating wolves. As with traps, snare placement and, in the case of leg snares, the use of trigger tension

143

systems reduce the risks to non-target species. Size and height of the cable restraint loop above the ground can also reduce non-target species risks. Presently in Wisconsin, WS is only allowed to use cable restraints that meet the following criteria: constructed of 1/8" diameter , 7x7 cable, 10 feet or less in length, incorporate a reverse-bend lock with a minimum outside diameter of 1 ¼ inches, incorporate an inline swivel, have a fixed stop 14 inches from the cable end and are staked in such a manner to prevent the captured animal from entangling in rooted vegetation greater than ½ inch in diameter.

Chemical Immobilization and handling of live-captured wolves could be conducted by using several drugs approved and authorized for this purpose. These methods would only be used by personnel who have received training in the safe use of authorized immobilization/ euthanasia chemicals and are certified by WS or WDNR. This training involves hands-on application of state-of-the-art techniques and chemicals. Immobilization drugs approved for use by WS and the WDNR include:

*Ketamine hydrochloride* is a cyclohexamine (dissociative) type drug that produces immobilization and analgesia by selective depression of the central nervous system. Ketamine produces a state of unconsciousness that interrupts association pathways to the brain and allows for the maintenance of the protective reflexes, such as coughing, breathing, swallowing, and eye blinking. It is supplied as a slightly acidic solution (pH 3.5 to 5.5) for intramuscular injection. Ketamine is detoxified by the liver and excreted by the kidney. Following administration of recommended doses, animals become immobilized in about 5 minutes with anesthesia lasting from 30 to 45 minutes. Depending on dosage, recovery may be as quick as 4 to 5 hours or may take as long as 24 hours. Recovery is generally smooth and uneventful. Ketamine is rarely used in a pure state due to possible negative side effects. For wolf immobilizations, Ketamine would be used in combination with Xylazine in order to minimize side effects.

*Xylazine hydrochloride* is a sedative which produces central nervous system depression and moderate analgesia and muscle relaxant properties. Xylazine HCL is most often used in combination with drugs such as Ketamine. Ketamine/Xylazine combinations can be used to effectively and safely immobilize a variety of mammals. At high dose rates the margin of safety decreases greatly. Recommended dosages are administered through intramuscular injection allowing the animal to become immobilized in about 5 minutes and lasts for several hours, but can be reversed after 30 to 45 minutes.

*Yohimbine* is a useful and readily available antagonist used to reverse the effects of Xylazine.

*Telazol* is a combination of equal parts of tiletamine hydrochloride and zolazepam hydrochloride. The product is generally supplied sterile in vials, each containing 500 mg of active drug, and when dissolved in sterile water has a pH of 2.2 to 2.8. Telazol produces a state of unconsciousness in which protective reflexes, such as coughing and swallowing, are maintained during anesthesia. Schobert (1987) listed the dosage rates for many wild and exotic animals. Before using Telazol, the size, age, temperament, and health of the animal are considered. Following a deep intramuscular injection of Telazol, onset of anesthetic effect usually occurs within 5 to 12 minutes. Muscle relaxation is optimum for about the first 20 to 25 minutes after the administration, and then diminishes. Recovery varies with the age and physical condition of the animal and the dose of Telazol administered, but usually requires several hours.

144

*Capture-All 5* is a combination of Ketaset and Xylazine, and is regulated by the FDA as an investigational new animal drug. The drug is available, through licensed veterinarians, to individuals sufficiently trained in the use of immobilization agents. Capture-All 5 is administered by intramuscular injection; it requires no mixing, and has a relatively long shelf life without refrigeration, all of which make it ideal for the sedation of various species.

*Tranquilizer Tab Devices (TTDs)* were developed by the NWRC as a means of sedating animals captured in foot-hold traps to reducing the potential for self-inflicted injuries to animals while held in the trap. Used properly the sedative, propiopromazine hydrochloride (Investigational New Animal Drug #9528) does not render the animal unconscious. The drug is administered via a rubber nipple (trap tab) fastened to the jaw of the trap. Upon capture the animal will instinctively bite on the trap tab and ingest the tranquilizer.

## Non-lethal Methods which Require Permits from the USFWS

Some animal behavior modification systems involve capturing wolves and fitting wolves with collars used to deliver or trigger repellent stimuli (i.e., aversive conditioning). An additional non-lethal method consists of shooting wolves with non-lethal projectiles like rubber bullets. These non-lethal techniques involve intentionally using painful stimuli to manage wolf behavior, and the USFWS has determined that, while federally protected as a threatened or endangered species, permits or other authorizations are required to use these methods. Methods that require capture and handling of wolves would be conducted only by personnel from the WDNR, or their designated agents (e.g., WS).

ξ   **Aversive stimuli** are stimuli that cause discomfort, pain and/or an otherwise negative experience paired with specific behaviors to achieve conditioning against these behaviors. These types of repellents involve animal learning to be effective (Shivik et al. 2002, 2003). Electric shock from a modified dog training collar that was activated when wolves came into close proximity to livestock was tested by Shivik et al. (2002). Testing indicated potential, but numerous logistical obstacles to research design and operational must be overcome before this technique is likely to have operational value. Training collars did not result in a statistically significant reduction in wolf predation in a subsequent study by Shivik et al. (2003). The authors reported numerous difficulties in use of the training collars.

Shultz et al. 2005 reported the results of using dog training collars on 2 different wolves over a 4 year period. Their observations indicated that remote-activated training collars do appear to deter predation by wolves. Shocking did not appear to reduce den or rendezvous site attendance but did appear to result in an increase in distances moved during the period immediately after the shock was administered. Long-term avoidance of the farms did not seem possible unless the aversive stimulus (shock) was linked to a signal, like the beepers which sounded before the shock was administered. When training collars were placed on wolves after depredations had started, it appeared to affect the behavior of the collared wolf but seemed less likely to affect other wolves in the pack. Authors concluded that under specific circumstances, use of collars to condition wolves to avoid certain sites may be preferable and more cost-effective than traditional removal efforts. However, additional information is needed on the long-term physical and behavioral impacts of the collars on wolves.

ξ   **Non-lethal Projectiles** This involves guarding an area and then using rubber bullets or other non-lethal projectiles to prevent a predation event. It can be used as an aversive technique, but

145

requires that the projectiles be used every time the animal attempts to prey on the protected resource so the animal doesn't identify conditions when it can obtain prey without receiving a negative experience (Shivik 2004). In general, this method is intended for use on wolves that spend time around houses/farms repeatedly trying to get livestock and pets, and wolves that are acting too bold around humans (E. Bangs, USFWS, pers. comm.).

Methods which require around-the-clock presence of a person to guard the resource are most efficiently used when the landowner/resource manager assists with the implementation. The USFWS may choose to allow the WDNR and WS to train individuals in the use of this method. It is possible, although unlikely that this method could result in the death of or injury to a wolf if used at close range or if a shot unintentionally hits a vulnerable spot on the wolf. There is some concern that use of this method by private citizens could result in greater risk to wolves than if its use is restricted to WS and WDNR personnel. However, Bangs et al. (2004) reported that over 100 permits were issued for this method and, although several wolves were hit, none seemed seriously injured. Individuals using the method reported that wolves did seem more wary after the technique was used.

## LETHAL WOLF DAMAGE MANAGEMENT METHODS

Lethal removal of depredating wolves can resolve damage problems but, in some instances, may provide a shorter period of relief from damage than some non-lethal techniques like fencing (Bradley 2004). Bradley (2004) noted that while lethal techniques used in Montana, Idaho and Wyoming generally reduced damage, the reduction was limited to the season when the removal occurred. Rate of recolonization for territories where entire packs were removed was high (70%) and generally occurred within the same year as the removal. Most new packs also depredated (86%). Similarly, Harper (2004) determined that in certain situations, killing wolves was an effective means of reducing depredation on sheep and cattle in Minnesota. While federally listed, lethal WDM techniques always require a permit from the USFWS. Lethal control can be used to address wolf damage problems in Wisconsin when: 1) there have been documented, confirmed losses at a site and the WS or WDNR specialist on the site recommends removal, 2) while federally listed, a permit or similar authority has been granted to WDNR by the USFWS, 3) the WDNR has determined that the removal is consistent with the provisions of the WWMP (WDNR 1999) and approves the action, and 4) the producer/owner has a signed depredation management plan (farm plan) for the property which includes damage abatement recommendations. If WS is to conduct the removal an *Agreement for Control on Private Property* and/or similar document for public lands must be signed by the landowner or administrator authorizing the use of each damage management method.

ξ **Euthanization** of problem wolves caught or restrained by foot hold traps, cable restraints, or snares will normally be conducted with the use of appropriate type of firearm by trained personnel. This is the preferred method of euthanasia to reduce handling and stress to the animal. Euthanasia may also be accomplished through the administration of approved and authorized chemical euthanasia agents, such as sodium pentabarbitol for properly immobilized animals.

ξ **Cable Restraints/Snares** may be used as either lethal or live-capture devices. Cable restraints set to catch an animal by the neck are usually lethal, unless there is a *"stop"* on the cable to regulate the minimum size of the loop and the devices are set so that the animal cannot become entangled in surrounding vegetation. The specialized snares used for live-capturing are called "Cable Restraints" (Olson and Tischaefer 2004). Spring-activated foot snares could also be used to capture depredating wolves. Wolves captured by non-lethal restraint devices may be euthanized as described above.

146

**Exhibit B-146**

ξ   **Shooting** is selective for a target species and may involve the use of spotlights, night-vision, and predator calling.  Removal of one or two specific animals by calling and shooting in the problem area can sometimes provide immediate relief from a predation problem.

Firearm use is very sensitive and a public concern because of safety issues relating to the public and misuse.  To ensure safe use and awareness, WS employees who use firearms to conduct official duties are required to attend an approved firearms safety and use training program within 3 months of their appointment and a refresher course every 2 years afterwards (WS Directive 2.615).  Wildlife Services employees, who carry firearms as a condition of employment, are required to certify that they meet the criteria as stated in the *Lautenberg Amendment* which prohibits firearm possession by anyone who has been convicted of a misdemeanor crime of domestic violence.

ξ   **Dart guns** are non-lethal capture devices that utilize a dart filled with tranquilizer fired from a specially designed rifle.  Once tranquilized, the animal may be handled safely for research or relocation purposes.  Under special situations, a tranquilized animal could also be euthanized if lethal removal is warranted.  Use of dart guns would have no effect on non-target wolves because positive target species identification is made before animals are shot.  Thus, use of dart guns is expected to continue to be virtually 100% selective for target individuals and species, and would not pose a risk to non-target species and individuals.  Use of dart guns may sometimes be the only control option available if other factors preclude the setting of equipment.

147

**APPENDIX C**

**FEDERALLY LISTED ENDANGERED, THREATENED**
**AND CANDIDATE SPECIES IN WISCONSIN**

**MAMMALS**
Canada lynx (*Lynx Canadensis*) – Threatened
Gray wolf (*Canis lupus*) – Endangered

**BIRDS**
Bald eagle (*Haliaeetus leucocephalus*) - Threatened
Kirtland's warbler (*Dendroica kirtlandii*) - Endangered
Piping plover (Great Lakes population - *Charadrius melodus*) - Endangered
Whooping crane (*Grus americanus*) - Non-essential Experimental Population

**REPTILES**
Eastern Massasauga (*Sistrurus catenatus*) – Candidate

**CLAMS (Freshwater Mussels, Unionids)**
Higgins eye pearlymussel (*Lampsilis higginsii*) - Endangered
Sheepnose (*Plethobasus cyphyus*) - Candidate
Spectaclecase (*Cumberlandia monodonta*) - Candidate
Winged mapleleaf (*Quadrula fragosa*) - Endangered

**INSECTS**
Hine's emerald dragonfly (*Somatochlora hineana*) - Endangered
Karner Blue Butterfly (*Lycaeides melissa samuelis*) - Endangered

**PLANTS**
Dwarf lake iris (*Iris lacustris*) - Threatened
Eastern prairie fringed orchid (*Platanthera leucophaea*) - Threatened
Fassett's locoweed (*Oxytropis campestris* var. *chartacea*) - Threatened
Mead's milkweed (*Asclepias meadii*) - Threatened
Northern wild monkshood (*Aconitum noveboracense*) - Threatened
Pitcher's thistle (*Cirsium pitcheri*) - Threatened
Prairie bush-clover (*Lespedeza leptostachya*) - Threatened

148

**Exhibit B-148**

## APPENDIX D

## WISCONSIN LIST OF THREATENED AND ENDANGERED SPECIES

### MAMMALS

*ENDANGERED*
American Marten *Martes americana*
*THREATENED*
Gray Wolf *Canis lupus*

### BIRDS

*ENDANGERED*
Piping Plover *Charadrius melodus*
Trumpeter Swan *Cygnus buccinator*
Yellow-throated Warbler *Dendroica dominica*
Snowy Egret *Egretta thula*
Peregrine Falcon *Falco peregrinus*
Worm-eating Warbler *Helmitheros vermivorus*
Loggerhead Shrike *Lanius ludovicianus*
Red-necked Grebe *Podiceps grisegena*
Caspian Tern *Sterna caspia*
Forster's Tern *Sterna forsteri*
Common Tern *Sterna hirundo*
Bewick's Wren *Thryomanes bewickii*
Barn Owl *Tyto alba*
*THREATENED*
Henslow's Sparrow *Ammodramus henslowii*
Red-shouldered Hawk *Buteo lineatus*
Great Egret *Casmerodius albus*
Yellow Rail *Coturnicops noveboracensis*
Spruce Grouse *Dendragapus canadensis*
Cerulean Warbler *Dendroica cerulea*
Acadian Flycatcher *Empidonax virescens*
Yellow-Crowned Night-Heron *Nyctanassa violaceus*
Kentucky Warbler *Oporornis formosus*
Osprey *Pandion haliaetus*
Greater Prairie-Chicken *Tympanuchus cupido pinnatus*
Bell's Vireo *Vireo bellii*
Hooded Warbler *Wilsonia citrina*

### REPTILES & AMPHIBIANS

*ENDANGERED*
Blanchard's Cricket Frog *Acris crepitans blanchardi*
Slender Glass Lizard *Ophisaurus attenuatus*
Queen Snake *Regina septemvittata*
Massasauga Rattlesnake *Sistrurus catenatus*
Ornate Box Turtle *Terrapene ornata*
Western Ribbon Snake *Thamnophis proximus*
Northern Ribbon Snake *Thamnophis sauritus*

*THREATENED*
Wood Turtle *Clemmys insculpta*
Blanding's Turtle *Emydoidea blandingii*
Butler's Garter Snake *Thamnophis butleri*

### FISHES

*ENDANGERED*
Skipjack Herring *Alosa chrysochloris*
Crystal Darter *Crystallaria asprella*
Gravel Chub *Erimystax x-punctata*
Bluntnose Darter *Etheostoma chlorosomum*
Starhead Topminnow *Fundulus dispar*
Goldeye *Hiodon alosoides*
Striped Shiner *Luxilus chrysocephalus*
Black Redhorse *Moxostoma duquensnei*
Pallid Shiner *Notropis amnis*
Slender Madtom *Noturus exilis*
*THREATENED*
Blue Sucker *Cycleptus elongatus*
Black Buffalo *Ictiobus niger*
Longear Sunfish *Lepomis megalotis*
Redfin Shiner *Lythrurus umbratilis*
Speckled Chub *Macrhybopsis aestivalis*
River Redhorse *Moxostoma carinatum*
Greater Redhorse *Moxostoma valenciennesi*
Pugnose Shiner *Notropis anogenus*
Ozark Minnow *Notropis nubilus*
Gilt Darter *Percina evides*
Paddlefish *Polyodon spathula*

### INSECTS

*ENDANGERED*
Pecatonica River Mayfly *Acanthametropus pecatonica*
Red-tailed Prairie Leafhopper *Aflexia rubranura*
Flat-headed Mayfly *Anepeorus simplex*
Swamp Metalmark *Calephelis mutica*
Northern Blue Butterfly *Lycaeides idas*
Giant Carrion Beetle *Nicrophorus americanus*
Powesheik Skipperling *Oarisma powesheik*
Extra-striped Snaketail Dragonfly *Ophiogomphus anomalus*
Saint Croix Snaketail Dragonfly *Ophiogomphus susbehcha*
Silphium Borer Moth *Papaipema silphii*
Phlox Moth *Schinia indiana*
Warpaint Emerald Dragonfly *Somatochlora incurvata*

149

Hine's Emerald Dragonfly *Somatochlora hineana*
Regal Fritillary *Speyeria idalia*
Knobels Riffle Beetle *Stenelmis knobeli*
Lake Huron Locust *Trimerotropis huroniana*
**THREATENED**
Spatterdock Darner Dragonfly *Aeshna mutata*
Frosted Elfin *Incisalia irus*
Prairie Leafhopper *Polyamia dilata*
Pygmy Snaketail Dragonfly *Ophiogomphus howei*

## SNAILS

**ENDANGERED**
Midwest Pleistocene Vertigo *Vertigo hubrichti*
Occult Vertigo *Vertigo occulta*
**THREATENED**
Wing Snaggletooth *Gastrocopta procera*
Cherrystone Drop *Hendersonia occulta*

## MUSSELS

**ENDANGERED**
Spectaclecase *Cumberlandia monodonta*
Purple Wartyback *Cyclonaias tuberculata*
Butterfly *Ellipsaria lineolata*
Elephant-Ear *Elliptio crassidens*
Snuffbox *Epioblasma triquetra*
Ebonyshell *Fusconaia ebena*
Higgins Eye *Lampsilis higginsi*
Yellow/Slough Sandshell *Lampsilis teres*
Bullhead *Plethobasus cyphyus*
Rainbow *Villosa iris*
Winged Mapleleaf *Quadrula fragosa*
**THREATENED**
Slippershell mussel *Alasmidonta viridis*
Rock-Pocketbook *Arcidens confragosus*
Monkeyface *Quadrula metanevra*
Wartyback *Quadrula nodulata*
Salamander Mussel *Simpsonaias ambigua*
Buckhorn *Tritogonia verrucosa*
Ellipse *Venustaconcha ellipsiformis*

## PLANTS

**ENDANGERED**
Carolina Anemone *Anemone caroliniana*
Hudson Bay Anemone *Anemone multifida*
Lake Cress *Armoracia lacustris*
Purple Milkweed *Asclepias purpurascens*
Green Spleenwort *Asplenium trichomanesramosum*
Alpine Milk Vetch *Astragalus alpinus*
Prairie Plum *Astragalus crassicarpus*
Coopers Milk Vetch *Astragalus neglectus*
Prairie Moonwort *Botrychium campestre*
Moonwort *Botrychium lunaria*
Goblin Fern *Botrychium mormo*

Floating Marsh Marigold *Caltha natans*
Wild Hyacinth *Camassia scilloides*
Crow-spur Sedge *Carex crus-corvi*
Smooth-sheathed Sedge *Carex laevivaginata*
Hop-like Sedge *Carex lupuliformis*
Intermediate Sedge *Carex media*
Schweinitz's Sedge *Carex schweinitzii*
Brook Grass *Catabrosa aquatica*
Stoneroot *Collinsonia Canadensis*
Hemlock-parsley *Conioselinum chinense*
Beak Grass *Diarrhena americana*
Lanceolate Whitlow-cress *Draba cana*
Neat Spike-rush *Eleocharis nitida*
Wolf Spike-rush *Eleocharis wolfii*
Angle-stemmed Spikerush *Eleocharis quadrangulata*
Harbinger-of-Spring *Erigenia bulbosa*
Chestnut Sedge *Fimbristylis puberula*
Umbrella Sedge *Fuirena pumila*
Northern Commandra *Geocaulon lividum*
Pale False Foxglove *Agalinus skinneriana*
Bog Rush *Juncus stygius*
Prairie Bush Clover* *Lespedeza leptostachya*
Dotted Blazing Star *Liatris punctata*
Auricled Twayblade *Listera auriculata*
Fly Honeysuckle *Lonicera involucrata*
Smith Melic Grass *Melica smithii*
Large-leaved Sandwort *Moehringia macrophylla*
Mat Muhly *Muhlenbergia richardsonis*
Louisiana Broomrape *Orobanche ludoviciana*
Fassett's Locoweed* *Oxytropis campestris*
Small-flowered Grass-of- Parnassus *Parnassia parviflora*
Smooth Phlox *Phlox glaberrima*
Butterwort *Pinguicula vulgaris*
Heart-leaved Plantain *Plantago cordata*
Eastern Prairie White- fringed Orchid *Platanthera leucophaea*
Western Jacob's Ladder *Polemonium occidentale lacustre*
Pink Milkwort *Polygala incarnata*
Spotted Pondweed *Potamogeton pulcher*
Rough White Lettuce *Prenanthes aspera*
Great White Lettuce *Prenanthes crepidinea*
Pine-drops *Pterospora andromedea*
Small Shinleaf *Pyrola minor*
Small Yellow Water Crowfoot *Ranunculus gmelinii*
Lapland Buttercup *Ranunculus lapponicus*
Lapland Rosebay *Rhododendron lapponicum*
Wild Petunia *Ruellia humilis*
Sand Dune Willow *Salix cordata*
Satiny Willow *Salix pellita*
Hall's Bulrush *Scirpus hallii*
Netted Nut-rush *Scleria reticularis*
Small Skullcap *Scutellaria parvula*
Selago-like Spikemoss *Selaginella selaginoides*
Fire Pink *Silene viginica*

150

**Exhibit B-150**