Blue-stemmed Goldenrod *Solidago caesia*
Lake Huron Tansy *Tanacetum bipinnatum ssp. huronese*
Hairy Meadow Parsnip *Thaspium barbinode*
Foamflower *Tiarella cordifolia*
Purple False Oats *Trisetum melicoides*
Dwarf Bilberry *Vaccinium cespitosum*
Mountain Cranberry *Vaccinium vitis-idaea*
Squashberry *Viburnum edule*
Sand Violet *Viola fimbriatula*

## PLANTS

### THREATENED

Northern Monkshood* *Aconitum noveboracense*
Muskroot *Adoxa moschatellina*
Round Stemmed False Foxglove *Agalinus gattingeri*
Yellow Giant Hyssop *Agastache nepetoides*
Small Round-leaved Orchis *Amerorchis rotundifolia*
Prairie Indian Plaintain *Arnoglossum plantagineum*
Dwarf Milkweed *Asclepias ovalifolia*
Wooly Milkweed *Asclepias lanuginosa*
Prairie Milkweed *Asclepias sullivantii*
Pinnatifid Spleenwort *Asplenium pinnatifidum*
Forked Aster *Aster furcatus*
Kitten Tails *Besseya bullii*
Sand Reed *Calamovilfa longifolia*
Large Water Starwort *Callitriche heterophylla*
Calypso Orchid *Calypso bulbosa*
Carey's Sedge *Carex careyana*
Beautiful Sedge *Carex concinna*
Coast Sedge *Carex exilis*
Handsome Sedge *Carex formosa*
Garbers Sedge *Carex garberi*
Lenticular Sedge *Carex lenticularis*
Michaux's Sedge *Carex michauxiana*
Drooping Sedge *Carex prasina*
Prairie Thistle *Cirsium hillii*
Dune Thistle* *Cirsium pitcheri*
Rams-head Lady's-slipper *Cypripedium arietinum*
Thickspike Wheatgrass *Elymus lanceolatus ssp. psammophilus*

Western Fescue *Festuca occidentalis*
Blue Ash *Fraxinus quadrangulata*
Yellowish Gentian *Gentiana alba*
Cliff Cudweed *Gnaphalium saxicola*
Round Fruited St. John's Wort *Hypericum sphaerocarpum*
Dwarf Lake Iris* *Iris lacustris*
Slender Bush Clover *Lespedeza virginica*
Bladderpod *Lesquerella ludoviciana*
Broad-leaved Twayblade *Listera convallarioides*
Brittle Prickly Pear *Opuntia fragilis*
White Lady's-slipper *Cypripedium candidum*
English Sundew *Drosera anglica*
Linear-leaved Sundew *Drosera linearis*
Pale Purple Coneflower *Echinacea pallida*
Beaked Spike Rush *Eleocharis rostellata*
Clustered Broomrape *Orobanche fasciculata*
Marsh Grass-of-Parnassus *Parnassia palustris*
Wild Quinine *Parthenium integrifolium*
Sweet Coltsfoot *Petasites sagittatus*
Tubercled Orchid *Platanthera flava*
Bog Bluegrass *Poa paludigena*
Braun's Holly Fern *Polystichum braunii*
Prairie-parsley *Polytaenia nuttallii*
Algal-leaved Pondweed *Potamogeton confervoides*
Sheathed Pondweed *Potamogeton vaginatus*
Seaside Crowfoot *Ranunculus cymbalaria*
Bald Rush *Rhynchospora scirpoides*
Hawthorn-leaved Gooseberry *Ribes oxyacanthoides*
Flat-leaved Willow *Salix planifolia*
Tussock Bulrush *Scirpus cespitosus*
Plains Ragwort *Senecio indecorus*
Snowy Campion *Silene nivea*
Dune Goldenrod *Solidago simplex var. gillmanii*
Clustered Bur Reed *Sparganium glomeratum*
False Asphodel *Tofieldia glutinosa*
Snow Trillium *Trillium nivale*
Spike Trisetum *Trisetum spicatum*
Marsh Valerian *Valeriana sitchensis*

APPENDIX E

WISCONSIN GUIDELINES FOR CONDUCTING DEPREDATION CONTROL ON WOLVES IN WISCONSIN WHILE FEDERAL LISTED AS "THREATENED" OR "ENDANGERED" STATUS.

By the Wisconsin Department of Natural Resources

October 14, 2005

The gray wolf (*Canis lupus*) was listed as Endangered by the federal government in 1974, and listed as Endangered by the State of Wisconsin in 1975. In 1999 the State of Wisconsin reclassified wolves to threatened status, and in on August 1, 2004 was removed from the threatened species list, and classified as protected wild animal. The U. S. Fish and Wildlife Service federally reclassify wolves in Wisconsin as Threatened on April 1, 2003, but a district judge decision on wolf reclassification in Oregon on January 31, 2005, caused wolves to be relisted as endangered.

The 1999 Wisconsin Wolf Management Plan prescribes how wolves should be managed in the state following federal and state reclassified to Threatened and delisted status. The following, more specific, guidelines were developed by the Wisconsin Wolf Science Advisory Committee to determine appropriate depredation control activity when and while listed as a **Threatened or Endangered Species** by the federal government, but delisted by the state. These guidelines will need to be updated when wolves are federally de-listed.

Note: *These guidelines will be reviewed annually with scientists and stakeholders, and will be revised as necessary.*

 **Authority**—Authority to control and manage problem wolves will be held by the Wisconsin Department of Natural Resources (DNR), USDA-APHIS-Wildlife Services (WS), U. S. Fish and Wildlife Service (USFWS), tribal agents on Indian reservations, and other federal, state and tribal agents authorized by DNR and USFWS.

<u>Definitions</u>

**Abatement**—Techniques for reducing risk of depredation by creating exclusions, establishing barriers, or using scare devices.

**Aversive Conditioning**—Conditioning of animals to eliminate undesired behavior by associating such behavior with a disagreeable stimulus.

**Chronic Farm**—Farm with verified wolf depredation in 2 or more years in the past 5 year-period.

152

Exhibit B-152

**Control**—Attempt to capture or shoot problem wolves, and may include translocating, placing in captivity for study or research, euthanizing, or dispatching.

**Depredation**—Refers to predation on domestic animals.

**Depredation Site**----Location where depredation has occurred. On private land this includes contiguous property under the same ownership or lease of the affected landowner renter.

**Dispatch**—Attempting to humanely kill an animal in field situations.

**Domestic Animal**—Animal owned by people.

**Euthanize**—Humane killing of an animal.

**Guard Animal**----Use of one species of domestic animal to provide predator protection for another species of domestic animal, and may include Guarding dogs, llamas, donkeys, and other animals. Guarding dogs are dogs specifically bred for the protection of livestock, and have historically been used for this purpose; specific breeds include Maremma, Shar Planinetz, Anatolian shepherd, Komondor, Great Pyrenees, Akbash, and various crosses of these breeds.

**Significant Loss**—The killing or maiming of one or more domestic animals by wolves where the imminent threat of attacks on additional domestic animals is apparent. For poultry or other small animals, loss of $250 or likely to exceed $250 would be considered a significant loss.

**Verified Depredation**—Depredation verified by trained personnel from an authorized agency, and defined either as **Confirmed,** clear evidence that one or more wolves were responsible, or **Probable,** sign strongly suggesting that one or more wolves were responsible.

## Wolf Depredation Management Guidelines

1) **Use of Aversive Conditioning or Other Non-Lethal Methods----**
a) Where appropriate, WS will offer suitable non-lethal alternatives.
b) Upon the first verification of depredation by wolves, a depredation management plan will be made for the farm, which will include recommended suitable nonlethal methods and other practices that may reduce depredation on the farm. A signed plan will be required before any control actions can proceed on any farm.
c) If cost effective abatement is feasible, cost-shared abatements will be offered by DNR if money is available; DNR and WS will jointly determine suitable practices.
d) A depredation management plan would be developed on farms before cost-share abatements are offered; DNR and USDA-WS will develop the plan in consultation with county and state livestock specialists.
e) Experimental non-lethal abatement measures, such as the use of shock collars will be

done by DNR in consultation with WS; control trapping will normally not be conducted by WS in areas where DNR is conducting experimental abatement measures.

2) **Verifications Necessary to Begin Wolf Control —**
a) Control may begin in any zone after one significant loss during the current grazing season if authorized by the USFWS.

3) **Determination to Begin Wolf Control —**
a) On private land, WS determines when trapping will begin, and will notify the local DNR wildlife biologist or other DNR representative, and DNR will notify tribes where appropriate, that trapping has begun.
b) On public lands, WS, the local DNR wildlife biologist or other DNR representative, and the manager of the public land to be trapped, will jointly determine if trapping will occur on such land, and will notify affected tribes.
c) On private lands in Indian Reservations, and any area surrounding the reservation negotiated between tribes and State: WS and DNR will consult with the tribe before trapping and dispatching of wolves.
d) On tribal lands will only be trapped by WS if requested by the tribe.

4) **Maximum Distance Trapping Will Occur From Depredation Site:**
a) Trap to 0.5 or 1.0 mile or whatever distance from depredation site is permitted by the U.S. Fish and Wildlife Service throughout the state.

5) **Duration of Trapping at a Depredation Site---**
a) WS will use its discretion to determine trapping effort needed to effectively resolve depredation problems and will generally trap up to 10 to 15 days for first time depredation, and up to 21 days for chronic farms.

6) **Treatment of Special Sex/Age Group---**
a) Prior to August 1, all pups will be released at site.
b) On certain areas of highly suitable wolf habitat, the local DNR wildlife biologist, after being notified by WS that depredation control trapping has begun, may request that lactating females be released nearby. Such actions would only be done with consultation with the affected landowner and if an effective abatement or aversive conditioning method is available to keep the wolf off the depredation site. Lactating females would not be released near chronic farms after June 15.

7) **Treatment of Radio-Collared or Tagged Wolves---**
a) Radio-collared or tagged wolves will be treated as any other depredating wolf (dispatch or translocate as appropriate).
b) Consult with tribal officials on any wolves that are clearly from an Indian reservation in areas near such reservations or near Indian lands.

8) **Capture of Dogs or Wolf-Dog Hybrids---**
a) Dogs caught at depredation sites will be turned over to town chairman, dog owner, or animal shelter.
b) Wolf-dog hybrids caught at depredation sites will be dispatched by USDA-WS or DNR if no collar or other identifying mark occur on the animal.

9) **Wolf Control on Depredation to Dogs----**
a) Control could be conducted on wolves killing dogs leashed, confined, or under the owner's control on the owner's land if there is likeliness of additional depredation.
b) No control trapping would be conducted on wolves killing dogs that are free-roaming, roaming at large, hunting, or training on public lands, and all other lands except land owned or leased by the dog owner.
c) Other abatement and aversive conditionings will be considered on public lands where depredation occurs on dogs or other domestic animals.
d) Guard animals would be treated as other domestic animals for verification and control purposes.

10) **Wolf Control on Deer or Game Farms----**
a) Wolf control would be conducted on deer and game farms using the guidelines listed above.
b) Normally, trapping would only be allowed within the fenced area of the game farm, unless unusual circumstances makes it necessary to trap up to 100 yards beyond. Trapping outside fence areas would only be considered following additional consultation among WS, DNR, and adjacent landowners.

11) **Information Sharing-----**
a) DNR will share radio locations of potential depredating wolves with USDA-WS
b) DNR will notify landowners and publish information of wolf depredation problems through local news releases when appropriate.
c) DNR will share information with tribes on wolves that travel onto Indian reservation lands.
d) USDA-WS will turn all wolves euthanized at depredation sites over to the U. S. Fish and Wildlife Service, who will normally turn these carcasses over to the Wisconsin DNR or Tribes for final designation. Wolf carcasses will be used for research, education, and cultural purposes.
e) DNR will develop publications and educational materials on wolf depredation focused toward specific organizations or groups most affected by depredation by wolves.
f) DNR will provide press releases to explain lethal and non-lethal forms of control.
g) DNR will provide timely response to depredations with news releases.
h) DNR will cooperate with USDA-WS and other organizations to test and research nonlethal methods of control, including methods of exclusion and aversive conditioning; results of such research will be published in scientific reports and in popular media.
i) DNR will cooperate with USDA-WS and others to conduct cooperative research on wolf/livestock relationships and will attempt to determine means for preventing and educating landowners on wolf depredation on pets and livestock.

**Exhibit B-155**

# APPENDIX F

## SET OF FINDINGS:  WISCONSIN DEPARTMENT OF NATURAL RESOURCES
## WOLF DEPREDATION PERMIT

Exhibit B-156