

United States Department of the Interior

FISH AND WILDLIFE SERVICE
Bishop Henry Whipple Federal Building
1 Federal Drive
Fort Snelling, MN 55111-4056

IN REPLY REFER TO:

FWS/AES-ESO

AUTHORIZATION TO USE REGION 3 ENDANGERED AND THREATENED SPECIES PERMIT TO CARRY OUT THE FOLLOWING ACTIVITIES WITHIN THE STATE(S) OF WISCONSIN

SUBPERMIT NO.   05-03 A1           ISSUED   April 1, 2005
                                   EXPIRES  December 31, 2005

INDIVIDUALS COVERED BY THIS SUBPERMIT:

WDNR Personnel: Adrian P. Wydeven (Coordinator), Bruce E. Kohn, Ronald N. Schultz, Richard P. Thiel, Greg Kessler, Shawn Rossler, Tim Van Deelen, Ellen Heilhecker, Todd A. Naas, Bruce R. Bacon, Kenneth W. Jonas, Wayne H. Hall, Thomas M. Gehring, Darby Murphy, and Michele A. Windsor; Ho-Chunk Personnel: Ritchie Brown, Will Quackenbush, Ronald Anwash, and John Blackdeer;   USDA/APHIS/Wildlife Services Personnel: David A. Nelson (State Director), Robert C. Willging (Supervisor for northern WS Districts), John Shivik, Kelly A. Thiel, Chad Q. Alberg, James C. Rollman, Ed W. Zydzik, Walter W. Follis, James Miller, Eric A. Fromm, Jeremy J. Irish, Phil V. Peterson, Barry F. Benson, David Ruid, Charles Lovell, Mike Edwards, Mark Kerr, John Nuce, Mike Petrie, Dan Hirchert, Aaron Freund, John Carbonari, Jim Tharman, Bob Seefeldt, Weston Schmidt, and DeWayne A. Snobl. Assistants may work under the direct and on-site supervision of named permittees.

SPECIES COVERED BY THIS SUBPERMIT:

Gray Wolf   *Canis lupus*

In accordance with Federal Endangered Species Permit PRT-697830, you are authorized to conduct the following take activities on the above species for scientific research, enhancement of propagation, or enhancement of survival. Any activity related to Federally listed threatened or endangered species that is not specifically permitted in this document is prohibited.

The activities allowed under this subpermit and the conditions under which those activities must be conducted, are as follows:

Research, monitoring, and depredation abatement activities

(1) Trapping, and retrapping, of wolves in number 4, 14, or 7 McBride-Button leg hold traps, CDR 7.5 foot hold, and cable restraints throughout Wisconsin.
(2) Chemically immobilize and radio-collar adult, yearling, and pup (over 30 pounds) wolves. Wolves may be fitted with radio-collars or ear tagged, and tracked as needed to successfully resolve complaints or collect data for wolf conservation.
(3) Collect blood samples, carry out routine non-invasive health assessment procedures, administer standard medications to combat health problems, and affix ear tags to all wolves captured.
(4) Aerially radio-track radio-tagged wolves at daily to weekly intervals.
(5) Remove and relocate depredating wolves in response to verified landowner complaints.
(6) Attach electronic avoidance collars, or similar devices, to condition potentially depredating wolves to avoid livestock facilities.
(7) A maximum of 34 wolves may be taken in 2005 for depredation control provided:
   7(a) The depredation has occurred within the calendar year;
   7(b) The depredation occurred on lawfully present livestock (as defined by the 1999 Wisconsin Wolf Management Plan); livestock guarding animals; and pets that are near residences or farm buildings or that are confined by cages,

Exhibit D-1

fencing, or leashes, and not including pets running at large or in hunting or training situations;
    7(c) Takings are preceded by a determination by individuals named on this subpermit that the depredation was likely to have been caused by a gray wolf;
    7(d) Depredation at the site is likely to continue in the immediate future if the depredating wolf or wolves are not removed;
    7(e) The taking is performed in a humane manner;
    7(f) The taking occurs within ½ mile of the depredation site;
    7(g) Pups of the year captured before August 1 are released near the capture site; and
    7(h) Depredation control activities within reservation boundaries are coordinated with tribal natural resource personnel, and opportunities provided for tribal involvement in the verification investigation. In cases when trapped wolves are believed to be primarily residents of a reservation, and if requested by tribal authorities, consideration shall be given to non-lethal control measures upon the first depredation incident.
    7(i) If a verified depredation has not occurred in the current calendar year, lethal control shall only proceed in accordance to Conditions 7(b) through 7(h) and with the following:
        7(i)(1) Verified depredation occurred at the site or in the immediate vicinity during the previous year;
        7(i)(2) There is strong evidence one or more members of the depredating pack has remained in the area since the verified depredation;
        7(i)(3) Based on wolf behavior and other factors, the depredation is likely to be repeated; and
        7(i)(4) Trapping is conducted in a location and in a manner to minimize the likelihood a wolf or wolves from a non-depredating pack is captured.

8. Wolves trapped trapped under provisions of this subpermit that would otherwise result in their release back to the wild may be euthanized when they have moderate to severe signs of mange or other serious contagious diseases that are likely to result in their death or the death of other wolves. A maximum of 3 cases of such euthanization is authorized by this subpermit.

9. Wolves that are severely injured or are in very poor condition as a result of activities or situations not related to this subpermit may be euthanized, up to a maximum of 10 wolves.

10. Accidental injury and/or mortality (incidental take) resulting from trapping activities may not exceed 4 specimens. In the event this number is met, all trapping activities shall cease.

11. All wolf injuries and mortalities as a result of activities conducted under this subpermit shall be reported to the U.S. Fish and Wildlife Service, BHW Federal Building, 1 Federal Drive, Fort Snelling, MN 55111-4056, telephone (612-713-5343) and the Green Bay Field Office, 2661 Scott Tower Road, New Franken, Wisconsin, 54229 (920/866-1717) within 5 calendar days. Dead or moribund wolves are to be transferred to the U.S.G.S., National Wildlife Health Center in Madison for necropsy of radio collared or federal legal cases, or submit to Wisconsin Department of Natural Resources Wildlife Health Lab in Monana, Wisconsin for non-collared wolves and state legal cases. Specimens may be retained for further study or educational purposes with the written permission of the Madison Wildlife Health Laboratory; copies of such permission must be submitted with the report required by this subpermit. Wolves, or wolf parts, so taken may be transferred to Native Americans for religious and/or cultural purposes, public educational use, or scientific research purposes. A copy of this subpermit, or a letter of authorization from this office, must be retained with all specimens so transferred. All requests for carcasses must be made in writing. Specimens not suitable, or not needed, for such use must be destroyed.

    A copy of PRT-697830 is attached, and you are required to adhere to the conditions of that permit. This subpermit and PRT-697830 must be in your possession while conducting any authorized activities. You are reminded that necessary state and/or local permits and a U.S. Fish and Wildlife Service bird banding permit, if applicable, must also be acquired and observed; this subpermit is invalid without such permits. This subpermit does not, either directly or by implication, allow or grant right of trespass.

    All specimens obtained under this subpermit remain the property of the United States Government and must be clearly identified as such.

**REPORTING REQUIREMENTS**

Annual and final reporting requirements for activities conducted under the authority of this subpermit, as well as copies of all data obtained from those activities, are due as described below. In addition, copies of all reports and publications resulting from those data must be submitted to this office as they become available. Failure to furnish any reports that are required by this subpermit is cause for subpermit revocation and/or denial of future permit or subpermit applications.

A report of your activities is due 01/31/2006. At a minimum, your report for activities conducted under the authority of this subpermit must contain a discussion of:

(1) The date, location, age, sex, ear tag number, and general description of the physical condition of each wolf captured;

(2) The results of any non-lethal wolf deterrent studies;

(3) Any administration of medications to captured wolves;

(4) The disposition of wolves killed, injured, salvaged, and/or transported to the Madison Wildlife Health Laboratory;

(5) The results of any blood analyses.

(6) The results of efforts to address and resolve depredation issues.

(7) Reports shall be provided to the following:

Peter Fasbender  
US Fish and Wildlife Service  
BHW Federal Building  
1 Federal Drive  
Fort Snelling, MN  55111  

Joel Trick  
US Fish and Widlife Service  
Green Bay Field Office  
2661 Scott Tower Drive  
New Franken, Wisconsin  54229-9565  

All correspondence related to this subpermit should reference the subpermit number shown above. Any questions you may have regarding this subpermit should be directed to the Region 3 Endangered Species Permits Biologist at (612) 713-5343.

Wendi Weber  
Assitant Regional Director  
Ecological Services  

Attachment

cc: FWS, Ft. Snelling, LE  
    FWS/ES Endangered Species Coordinator for    Wisconsin  
    DNR/DOC Endangered Species Coordinator for    Wisconsin  

Exhibit D-3