UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

| | |
|---|---|
| The Humane Society of the United States, et al. | **Case No. 1:06-cv-01279-CKK** |
| Plaintiffs, | |
| vs. | |
| Dirk Kempthorne, Secretary of the Interior, et al. | |
| Defendants. | |

---

PLAINTIFFS' NOTICE OF FILING

Due to difficulties encountered with the electronic filing system when trying to upload all exhibits and attachments into one filing, Plaintiffs have divided the remaining exhibits and attachments in support of their Motion for Preliminary Injunction in the above-captioned matter and are submitting those documents in two additional ECF filings.

Respectfully submitted,

Dated: July 25, 2006

/s/
Patricia Lane, DC # 382842
plane@hsus.org
Jonathan R. Lovvorn, DC # 461163
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street
NW Washington DC 20037
(202) 955-3669
(202) 778-6132 (facsimile)

Brian B. O'Neill, MN # 82521
boneill@faegre.com
Richard A. Duncan, MN # 192983
rduncan@faegre.com
Elizabeth H. Schmiesing, MN # 229258
eschmiesing@faegre.com
Sanne H. Knudsen, MN # 0344552
sknudsen@faegre.com
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000
(612) 766-1600 (facsimile)

Attorneys for Plaintiffs The Humane Society of the United States, Animal Protection Institute, Friends of Animals and Their Environment ("FATE"), Help Our Wolves Live ("HOWL"), Indigenous Environmental Network, Klamath Forest Alliance, and RESTORE: The North Woods.