# Minnesota Wolf Management Plan

February, 2001





Prepared by the

**Minnesota Department of Natural Resources**
Division of Wildlife

in consultation with the Minnesota Department of Agriculture

Exhibit O-1

# Minnesota Wolf Management Plan

## Prepared by the

## Minnesota Department of Natural Resources
## Division of Wildlife

in consultation with the Minnesota Department of Agriculture

## February 2001

Funding provided in part by the Legislative Commission on Minnesota Resources



Approved  _Allen Garber_  3/14/01
Allen Garber, Commissioner      Date

_Timothy Bremicker_  3/?/2001
Timothy Bremicker, Director      Date
Division of Wildlife

_William Bernhjelm_  3/8/2001
William Bernhjelm, Director      Date
Division of Enforcement

_Gene Hugoson_  3/8/01
Gene Hugoson, Commissioner      Date
Minnesota Department of Agriculture

**Exhibit O-2**

Minnesota Wolf Management Plan - 2001    6

## Table of Contents

| | |
|---|---|
| **INTRODUCTION** | 9 |
| Plan goal | 9 |
| Plan development | 9 |
|     Public information meetings | 9 |
|     Wolf Management Roundtable | 10 |
|     Legislation | 10 |
|     Wolf Management Plan | 10 |
| **BIOLOGY AND HISTORY OF WOLVES IN MINNESOTA** | 10 |
| General knowledge and research | 10 |
| Biology | 11 |
|     Distribution and relations with other wolves and carnivores | 11 |
|     Prey relationships | 11 |
|     Social organization | 12 |
|     Territoriality | 12 |
|     Dispersal and reproduction | 12 |
|     Survival | 12 |
|     Density | 13 |
| Interactions with humans | 13 |
|     Values | 13 |
|     Attitudes | 14 |
| Legal and conservation status | 14 |
|     Federal | 14 |
|     State | 14 |
|     Tribal | 15 |
|     Recovery criteria | 15 |
| Density and distribution | 15 |
|     Through the 1970s | 15 |
|     1988-89 | 16 |
|     1990s | 16 |
|     Wisconsin and Michigan | 16 |
| Management activities | 16 |
|     Monitoring | 16 |
|     Depredation control | 17 |
|     Compensation payments | 17 |
|     Enforcement | 17 |

Exhibit O-3

## Table of Contents, continued

**FUTURE WOLF MANAGEMENT IN MINNESOTA** ........... 17
- Authority ........... 17
  - Federal and State ........... 18
  - Tribal management ........... 19
  - Other government and private land management ........... 19
- Population monitoring ........... 19
  - Assessment of wolf numbers and distribution ........... 19
  - Annual indices ........... 19
  - Radio-telemetry ........... 19
  - Population modeling ........... 19
  - Health ........... 20
- Population management ........... 20
  - Population goal ........... 20
  - Distribution ........... 20
  - Population management activities ........... 21
- Public Safety ........... 21
- Depredation management ........... 21
  - Administration ........... 21
  - Approach ........... 22
  - Zones ........... 22
  - State wolf control activities ........... 23
  - Private wolf depredation control activities ........... 23
  - Best Management Practices ........... 24
  - Compensation ........... 24
- Habitat management ........... 25
  - Prey ........... 25
  - Potential disturbance at den and rendezvous sites ........... 26
  - Subpopulation connectivity ........... 27
- Human-caused mortality ........... 28
  - Accidental mortality ........... 28
  - Illegal mortality ........... 28
  - Legal mortality ........... 29
- Law enforcement ........... 29
  - Administration and funding ........... 29
  - Penalties ........... 30
  - Captive wolves and wolf-dog hybrids ........... 30

Minnesota Wolf Management Plan - 2001       8

## Table of Contents, continued

| | |
|---|---|
| Public Education and Attitudes | 30 |
|     Program and material development | 30 |
|     Collaboration with other organizations | 30 |
|     Public and media relations | 31 |
|     Ecotourism | 31 |
|     Assessment of public attitudes | 31 |
| Research | 31 |
|     Population assessment | 31 |
|     Livestock interactions | 32 |
|     Prey interactions | 32 |
|     Disease monitoring | 32 |
| Program administration | 32 |
|     Personnel | 32 |
|     Funding | 33 |
|     Interagency cooperation | 33 |
|     Volunteers | 33 |
| Plan monitoring and review | 33 |
| **SELECTED REFERENCES** | 34 |

**APPENDICES**

I. Wolf Management Legislation: Chapter 463, Laws of 2000
II. Wolf Management Plan Budget: October 2000 Report to the Legislature
III. Wolf Management Zones Map
IV. Wolf Range Expansion 1978 to 1998
V. 1998 Wolf Management Roundtable Recommendations
VI. Wolf Population Survey 1997-98
VII. Predator Control Statutes and Rules
VIII. Livestock Best Management Practices
IX. Livestock Compensation Statutes

Minnesota Wolf Management Plan - 2001        14

early European fur traders seemed indifferent to wolves because they neither posed a threat to their livelihood nor were considered valuable furbearers. Conversely, European settlers definitely did not value wolves and already had a long history of persecuting them in their homelands. In Minnesota, the bounty system for wolves started in 1849 and continued through 1965. Settlers not only had a mostly unfounded fear of wolves, but knew that wolves killed livestock and competed with humans for wild ungulates. Culturally, wolves had little or no value to European settlers and were viewed as a species to be eliminated. Over time, some economic value of wolf pelts accrued, but there was no widely accepted protection or conservation of wolves in Minnesota prior to the 1960s.

Attitudes -- Public attitudes began to change significantly with the "environmental revolution" in the 1960s, and by 1966 the first federal Endangered Species Act was passed. Subsequently, wolf research and protection efforts increased substantially, as did educational efforts on behalf of the wolf. Wolves remained a species to be eliminated in the eyes of some, but gradually more people became concerned about wolves and their long-term survival in Minnesota.

**Legal and conservation status**

Federal -- The federal Endangered Species Preservation Act of 1966 provided wolves limited protection, but only on federal lands. In 1970 the Superior National Forest was closed by supervisory decree to the taking of wolves. In 1974 the federal Endangered Species Act of 1973 legally protected all wolves in the lower 48 states as an endangered species. Beginning in 1975, wolves depredating on livestock were captured and relocated elsewhere in extreme northern Minnesota by United States Fish and Wildlife Service (USFWS) trappers. In 1978 an Eastern Timber Wolf Recovery Plan was published that called for wolf management zones, the re-establishment of wolves elsewhere, and reclassification of wolves in Minnesota. Wolves in Minnesota were federally reclassified as threatened in 1978, thus allowing government trappers to kill depredating wolves under a set of strict guidelines. In 1986 authority for federal wolf control efforts passed from USFWS to USDA Animal Damage Control (now Wildlife Services). Under federal law, disposal of gray wolf parts and hides is by federal permit.

State -- Wolves were unprotected in Minnesota prior to the federal ESA and could be taken by public hunting and trapping. In addition to the state bounty, Minnesota had for

a number of years an ongoing government wolf control program, including aerial shooting, which ended in 1956. The last bounties on wolves were paid in 1965. From 1965 through 1973, some wolves were killed for fur, while depredating wolves were killed from 1969 through1973 under a state directed predator control program. Under State endangered species laws, wolves were listed by Minnesota as a threatened species in 1984, and were removed from the state list in 1996 because their populations had met recovery criteria. In 1978, Minnesota created a compensation program administered by the Minnesota Department of Agriculture (MNDA) to pay livestock owners for wolf caused losses.

Tribal -- American Indian tribes in Minnesota are sovereign governments that by various treaties retain certain rights to regulate natural resources used by their members on tribal and public lands on reservations, and in some cases, on public lands in ceded territories. Tribal governments also have the authority to dispose of gray wolf parts and hides taken under their authorities as they see fit, including use for religious and ceremonial purposes.

Recovery criteria -- In 1992 a revised federal recovery plan (1992 Recovery Plan) identified specific criteria for delisting wolves in Minnesota and adjacent states. These included a Minnesota wolf population goal of 1,251-1,400 by the year 2000, a combined Wisconsin-Michigan population of greater than 100 for 5 consecutive years, and management programs in each state that would ensure the continued survival of wolves in the future.

**Density and Distribution**

Through the 1970s -- Wolf distribution and abundance have changed significantly in Minnesota over the past 150 years, as a consequence of changes in the human population composition, public attitudes, and legal status afforded wolves. Wolves once occurred throughout the state, but by 1900 wolves were rare in southern and western Minnesota. Wolf range continued to decrease, and by the 1940s the highest densities remained in remote areas of the northern third of the state, adjacent to and contiguous with the much larger wolf population in Canada. During the early 1950s, wolves still occurred almost exclusively in 12,000 square miles of the northern and northeastern part of the state and numbered 450-700. By the mid-1960s wolves might have numbered 350-700, and by 1970 numbers were estimated at 750 and their range probably covered almost 15,000 square