# Michigan Gray Wolf Recovery and Management Plan

December 15, 1997

Prepared by the Michigan Gray Wolf Recovery Team

for the

Michigan Department of Natural Resources

Lansing, Michigan

Approved: _____
K. L. Cool, Director

Michigan Department of Natural Resources

Date: _____

Exhibit Q-1

## MICHIGAN GRAY WOLF RECOVERY TEAM

Gray wolves have increased in number in the Upper Peninsula in recent years through natural immigration and reproduction. Several agencies and groups have mandates and interests in wolf management and protection. The need for a unified and coordinated wolf recovery and management effort was recognized. To this end, former Department of Natural Resources Director Roland Harmes appointed an interagency recovery team with the assignment to develop a gray wolf recovery and management plan through public and agency involvement.

Thomas F. Weise, Team Leader
Department of Natural Resources

Curtis M. Bacon
Department of Natural Resources

Michael E. DeCapita
U. S. Fish and Wildlife Service

Lisa A. Dlutkowski
Great Lakes Indian Fish and Wildlife Commission

Robert A. Evans
U. S. Forest Service

Jim H. Hammill
Department of Natural Resources

John Hendrickson
Department of Natural Resources

Don Howlett
U. S. Forest Service

Brian Kenner
National Park Service

George E. McLaughlin
U. S. Forest Service, Retired

Jack G. Oelfke
National Park Service

Michael L. Paluda
Department of Natural Resources

Michael G. Tansy
U. S. Fish and Wildlife Service

Exhibit Q-2

## ACKNOWLEDGMENTS

The Michigan Gray Wolf Recovery Team thanks the many people who participated in the 15 public wolf forums and for their contributions to the development of this plan. We thank the agency personnel and the moderators who assisted with the public forum meetings.

The Team thanks Department of Natural Resources (DNR) employees Eve Rolandson and Ann Wilson for their special talents in wolf education and outreach, for their attendance at Team meetings, and for their contributions to the plan. Dr. Stephen Schmitt, DNR Wildlife Veterinarian, assisted in preparation of the wolf health sections. Lori Sargent, Laura Hebert, Mike Austin, and Kraig Kurroch assisted in preparation of the maps. Computer files for the preparation of the wolf habitat map were provided by Dave Mladenoff, University of Wisconsin-Madison, and Ted Sickley, University of Minnesota-Duluth.

A special thanks to Sheri Badder, DNR Wildlife Division in Lansing, for her computer and editing skills, for preparing and sending out Team correspondence, and for assisting with the preparation and development of materials for public forums, Team mailings, and public mailings.

Thanks are due to the Wildlife Division staff in Marquette and Lansing for developing the Team mailing list and for sending information to over 800 addresses on the list.

We thank the International Wolf Center and artist Joan Clements-Ouelette for granting us permission to use her artwork on the cover.

Primary funding for the development and preparation of the plan was provided through Federal Endangered Species E-1 grants and from citizen contributions to the Nongame Wildlife Fund on their income tax forms.

**Exhibit Q-3**

## SUMMARY

Gray wolves have increased in the Upper Peninsula of Michigan due to natural immigration from Wisconsin, Ontario, and Minnesota and through production of pups in Michigan. The 1996-97 winter population was estimated at 112 wolves in at least 20 packs distributed across the Upper Peninsula, and 24 wolves in three packs on Isle Royale.

The main factors affecting long-term survival and management of wolves in Michigan are the abundance and distribution of wild prey species, the level of human-caused wolf mortality, and the ability of wolves to move between areas of suitable wolf habitat.

The plan is designed to involve natural resource management agencies and Michigan residents in restoring and managing wolves through a cooperative approach. Fifteen public forums held by the Recovery Team found that over 90 percent of the attendees supported wolf restoration in Michigan.

The Plan summarizes wolf biology, history, status and distribution. It includes sections on public attitudes, goals, education, monitoring, wolf habitat, prey relationships, diseases, protection, depredation, and research.

**Wolf Population Goals**

The wolf restoration goals are presented at three levels. No wolf introductions are recommended or needed.

The *federal recovery plan goal* will be achieved when there is a combined population of 100 wolves in Michigan and Wisconsin for a period of five consecutive years. At this level the wolf will be recommended for removal from endangered status on the Federal Endangered and Threatened Species List and changed from endangered to threatened status on the Michigan Endangered Species List. When wolves are downlisted from endangered states, lethal wolf control may be allowed in some localized areas in special circumstances, such as repeated livestock depredations. When a *minimum sustainable population* is achieved in the Upper Peninsula for a period of five consecutive years, the wolf can then be removed from the Michigan Endangered Species List.

*Fully occupied range* cannot be quantified now but is defined as the upper limit of wolf numbers that is compatible with human land use practices and human tolerance. Wolf numbers and human attitudes need to be closely monitored as the wolf population increases to determine this cultural carrying capacity. When this level is determined and attained, it may be necessary to stabilize the wolf population.

Exhibit Q-4

**Recovery and management strategy**

1. Public support is vital for the long-term survival of wolves in Michigan. Information and education efforts designed to exchange information with Michigan residents are essential and need to receive a high priority.

2. Wolf population monitoring is needed to measure progress toward restoration, to determine limiting factors, and to direct management at all wolf population levels.

3. Adequate wolf habitat now exists in the Upper Peninsula to meet the population goals. However, the survival of wolves and other species with large home ranges is best assured by maintaining some large tracts of land with relatively low human densities and accessibility. Future land management will require careful planning at the landscape level to maintain sufficient quantity and proper distribution of suitable wolf habitat.

4. Large area closures or extensive road closures solely for wolf protection are not needed. Some restrictions on land use are recommended around wolf home sites (dens and pup rendezvous sites) to protect pups. Year-around protection is recommended within a 5 chain (100 m) radius of home sites. Seasonal protection is recommended within a 5-40 chain (100-800 m) radius of home sites from March 1 to July 31.

5. Wolves are expected to have a negligible effect on prey species. Some reduction in deer numbers is possible in local areas where declining deer habitat is coupled with severe winters. Existing deer management programs and commercial timber cutting will provide adequate populations of prey species for wolves and still provide adequate deer numbers for hunters and viewers.

6. Wolf protection will be achieved through coordinated law enforcement and by working cooperatively with tribal leaders, landowners, hunters, trappers, and livestock farmers to ensure wolf protection.

7. Wolf depredation on livestock will be minimized by providing assistance in developing preventive measures and ameliorated by seeking to provide compensation through private funding sources for livestock losses caused by wolves. Wolves that are likely to cause repeated depredations will be trapped and relocated, or lethally controlled when *the federal recovery plan goal* has been attained.

8. Research on Michigan wolves should be directed toward coordinated Great Lakes regional efforts and problems of concern in Michigan.

9. A wolf steering committee should be appointed by the DNR to direct the annual and long-term aspects of the Plan.

10. The Plan should be reviewed in five years, or at the time federal reclassification is proposed.

Exhibit Q-5

# TABLE OF CONTENTS

**MICHIGAN GRAY WOLF RECOVERY TEAM** .................................................................................. ii

**ACKNOWLEDGMENTS** ................................................................................................................. iii

**SUMMARY** ...................................................................................................................................... iv

**1. INTRODUCTION**......................................................................................................................... 1

    1.1 PURPOSE............................................................................................................................. 1

    1.2 LEGAL STATUS................................................................................................................... 1

**2. WOLF BIOLOGY AND ECOLOGY** ............................................................................................. 2

    2.1 DESCRIPTION ..................................................................................................................... 2

    2.2 SOCIAL STRUCTURE AND BEHAVIOR.............................................................................. 3

    2.3 REPRODUCTION AND MORTALITY ................................................................................... 5

    2.4 WOLF FOOD HABITS .......................................................................................................... 6

**3. WOLVES IN MICHIGAN**.............................................................................................................. 6

    3.1 HISTORY AND CURRENT DISTRIBUTION......................................................................... 6

    3.2 ISLE ROYALE ..................................................................................................................... 10
        3.21 History........................................................................................................................ 10
        3.22 Future Management And Direction............................................................................ 11

**4. ATTITUDES OF MICHIGAN RESIDENTS TOWARD WOLVES**................................................ 12

**4.1 1990 PUBLIC ATTITUDE SURVEY** ..................................................................................12

**4.2 1993 PUBLIC WOLF FORUMS**......................................................................................14

## 5. RECOVERY GOALS .............................................................................................16

### 5.1 *Federal Recovery Plan Goal* ................................................................................16

### 5.2 *Minimum Sustainable Population*........................................................................17

### 5.3 *Fully Occupied Range* .........................................................................................18

## 6. WOLF MANAGEMENT ........................................................................................20

### 6.1 EDUCATION AND INFORMATION.....................................................................20
6.11 Develop A Coordinated Information And Education Plan ................................20
6.12 Develop Materials For Specific Educational Needs .........................................20
6.13 Maintain Public Contact ....................................................................................21
6.14 Public Presentations And Events........................................................................21
6.15 Training For Agency Personnel .........................................................................23

### 6.2 WOLF POPULATION RESEARCH AND MONITORING...................................23
6.21 Monitoring..........................................................................................................23
6.22 Research ............................................................................................................25

### 6.3 WOLF HABITAT MANAGEMENT........................................................................27
6.31 Access Management .........................................................................................27
6.32 Home Site Management ...................................................................................28
6.33 Habitat Corridors/Linkage Zones ......................................................................30
6.34 Area Closures.....................................................................................................30
6.35 Critical Habitat ...................................................................................................30

### 6.4 PREY SPECIES AND PREY MANAGEMENT....................................................31
6.41 Wolf Predation On Deer.....................................................................................31
6.42 White-tailed Deer Population Management......................................................32
6.43 Deer Habitat Management.................................................................................33
6.44 Moose, Beaver, And Other Species ..................................................................34

### 6.5 WOLF PROTECTION .............................................................................................35
6.51 Coordinated Law Enforcement ..........................................................................35

Exhibit Q-7

6.52 Hunter and Trapper Cooperation ..................................................................................... 36
6.53 Landowner Cooperation ............................................................................................... 36
6.54 Agency Regulations .................................................................................................... 36

**6.6 DEPREDATION** .................................................................................................................. 37

6.61 Policies And Programs In Minnesota and Wisconsin ................................................. 37
6.62 Michigan Action Plan for Depredation Complaints ................................................... 37
6.63 Insurance ...................................................................................................................... 39
6.64 Compensation .............................................................................................................. 39
6.65 Preventive Actions To Reduce Livestock Losses ....................................................... 40

**6.7 DISEASES AND PARASITES** ........................................................................................... 41

6.71 Sarcoptic Mange .......................................................................................................... 42
6.72 Canine Parvovirus ....................................................................................................... 42
6.73 Lyme Disease ............................................................................................................... 42
6.74 Canine Heartworm Disease ......................................................................................... 43
6.75 Canine Distemper ........................................................................................................ 43
6.76 Rabies ........................................................................................................................... 43
6.77 Cystic Hydatid Disease ................................................................................................ 44

**6.8 WOLF INTRODUCTIONS** ................................................................................................. 44

**6.9 CAPTIVE WOLVES AND WOLF–DOG HYBRIDS** ........................................................ 44

6.91 Wolf-dog hybrids ......................................................................................................... 44
6.91 Captive Wolves ............................................................................................................ 46
6.92 Injured Wolves ............................................................................................................. 46

**7. PLAN MONITORING AND REVIEW** ................................................................................. 48

**8. IMPLEMENTATION SCHEDULE** ....................................................................................... 49

**9. LITERATURE CITED** ............................................................................................................ 50

**10. APPENDICES** ....................................................................................................................... 54

**APPENDIX 1. SUMMARY OF PUBLIC FORUM MEETINGS** ......................................... 54

**APPENDIX 2. DELISTING PROCEDURES** ....................................................................... 62
Federal .................................................................................................................................. 62
State ..................................................................................................................................... 62

viii

Exhibit Q-8

**APPENDIX 3. RECOMMENDED HOME SITE MANAGEMENT ................................................................ 63**

**Exhibit Q-9**

## LIST OF FIGURES

Figure 1. Michigan Wolf Distribution, 1994-95. ........................................................................... 9

Figure 2. Michigan Wolf Habitat with 50 Percent and Greater Probability of Occupancy by Wolf Packs (Mladenoff et al. 1995a).................................................................................. 19

## LIST OF TABLES

Table 1. Michigan Wolf Mortality From Wolves Recovered Between 1960-1997. .................... 6

Table 2. Confirmed Late Winter Wolf Numbers in the Upper Peninsula 1991-96. ................... 8

Table 3. Percent of Respondent Groups Supporting Upper Peninsula Wolf Recovery. ...... 12

Table 4. Percent Probability of Wolf Packs Occupying Habitat Areas in the Upper Peninsula (Mladenoff et al. 1995a)............................................................................................................ 18

Exhibit Q-10