# Control of Endangered Gray Wolves in Montana

■ Edward E. Bangs, Steven H. Fritts, Dale R. Harms, Joseph A. Fontaine, Michael D. Jimenez, Wayne G. Brewster, and Carter C. Niemeyer

*Wolves were deliberately eliminated from the western United States by 1930, largely because of depredations on livestock. In 1974, wolves became protected under the federal Endangered Species Act. By 1980 they began to recolonize northwestern Montana, and by 1993 had been involved in seven depredation events. Wolf-caused livestock losses (12 sheep and 17 cattle) have been rare compared to other reported predator-caused losses, but have invoked disproportionate attention and controversy. Seventeen problem wolves were controlled as part of a program to further tolerance of non-depredating wolves and promote recovery. In Montana, control was responsible for 52% of all known wolf losses since 1985 and annually affected 6% of the expanding wolf population. Professional animal damage control apparently has reduced controversy by efficiently controlling problem wolves and improving communications with rural residents, thus contributing to wolf recovery in Montana.*

## Introduction

Depredation on livestock was the primary factor responsible for the deliberate extirpation of wolves (*Canis lupus*) from Montana by 1930 (Young and Goldman 1944, Curnow 1969, Lopez 1978). In 1974, wolves were protected under the federal Endangered Species Act of 1973 (ESA). The Northern Rocky Mountain Wolf Recovery Plan (Recovery Plan) [U.S. Fish and Wildlife Service (USFWS) 1987] anticipated attacks on livestock and management of problem wolves if recovery was to be tolerated by rural residents, many of whom are concerned about potential depredations (Lenihan 1987, Tucker and Pletscher 1989, Bath and Phillips 1990). In 1988, a Control Plan (USFWS 1988a) was developed by the USFWS and implemented jointly by USFWS and U.S. Department of Agriculture, Animal and Plant Health Inspection Service, Animal Damage Control (ADC).

Wolf depredations on livestock are controversial and a challenge to successful wolf recovery in a variety of areas (cf. Fritts 1993a). We report the only information on management of wolf-livestock conflicts in a listed population of wolves in the contiguous United States (U.S.) outside Minnesota. We examined livestock losses, wolf depredations, and control, to give a perspective of their magnitude in Montana. We also examined the current wolf control policy to assess its effectiveness at resolving livestock depredations, improving communications with livestock producers, increasing tolerance of wolves, and enhancing wolf recovery. Our findings may foretell the nature and extent of wolf-livestock conflicts in other northern Rocky Mountain states and the feasibility of managing depredations there under the ESA.

## Background

Wolves recolonized the North Fork of the Flathead River (North Fork), in and near Glacier National Park, Montana in the early 1980's (Ream et al. 1991). By August 1992, an estimated 59 wolves were in or immediately adjacent to northwestern Montana, most still in the North Fork (Fritts et al. this volume).

The Recovery Plan recommended a zone management system to encourage wolves to naturally recolonize areas with few livestock and a responsive wolf control program when livestock were attacked. Three wolf recovery areas, composed primarily of Forest Service and National Park Service lands, were recommended because they were large remote areas of public land, had adequate wild prey, and potential for conflicts with livestock was low (USFWS 1987). The Montana recovery area is centered around Glacier National Park and Forest Service Wilderness to the south (Fig. 1).

The Control Plan established guidelines identifying when and how wolves would be controlled. Wolves would not be controlled for killing pets (one dog was killed in 1990) or reducing big game populations. Outside recovery areas,

E.E. Bangs, S.H. Fritts, D.R. Harms, J.A. Fontaine, M.D. Jimenez, W.G. Brewster, and C.C. Niemeyer



**Fig. 1** *Northwestern Montana and the Montana Wolf Recovery Area around and to the south of Glacier National Park. The locations of depredations by wolves are represented by black dots. The movements of wolves translocated into Glacier National Park in 1989(A) (three died near the release site and one adult female dispersed) and 1990(B) (three yearling wolves dispersed) are displayed by small dashed lines. The crosses indicate sites where dispersing translocated wolves were killed.*

wolves could be controlled if livestock depredations appeared likely. Within recovery areas, livestock must have been attacked, wolves must not have been artificially fed or attracted, livestock allotment management plans on public lands must have been followed, and in areas and times critical to wolves, other options for resolving conflicts must have been exhausted before wolves would be controlled. Before 1 August, females and their young would be radio-collared and released on site. All other wolves and females and their young after 1 August would be translocated after their first depredation event (multiple depredations by the same wolves in an area within a growing season are considered one event). Wolves that depredate after being translocated would be placed in captivity or killed.

The policy of controlling problem wolves in an "endangered" population is based on three assumptions: 1) wolf populations can sustain annual human-caused mortality of around 30% and still increase (Keith 1983, Fuller 1989); 2) intolerance and illegal killing of wolves by local residents is the greatest challenge to successful recovery (Archibald et al. 1991, Fritts et al. this volume); and 3) control of depredating wolves, as part of a comprehensive conservation program, will enhance the survival of the majority of wolves, which do not depredate (Gunson 1983b, Tompa 1983b, USFWS 1988a, Fritts et al. 1992). The legal basis for controlling "endangered" wolves is found in Section 10(a) of the ESA, which allows the Secretary of Interior to permit acts otherwise prohibited by Section 9 (taking of an endangered species) to enhance survival of the species.

## Study Area

Montana is the fourth largest state in the U.S. and has the third lowest human density (2.04 people/km$^2$). Eastern Montana (273,000 km$^2$) is an open plain and river breaks habitat with a predominantly agricultural (livestock and wheat) economy and culture. Western Montana (108,500 km$^2$) is mountainous forest and meadow with extensive public land. The economy and culture are more diverse in the west, with logging, mining, tourism, agriculture, and other activities interspersed throughout the area (Montana Agriculture Statistics 1991). Western Montana contains 453,500 cattle and 58,420 sheep or 19% and 8.5% of state totals. Most suitable wolf habitat is in western Montana because of larger blocks of remote public land, more forest cover, lower numbers of livestock, higher societal tolerance of wolves, and abundant wild ungulates. It also has the highest concentration of wolf activity (Fritts et al. this volume), and is more likely to experience further wolf recolonization in the near future.

Table 1. Summary of average annual sheep and cattle losses reported by Animal Damage Control (ADC) in Montana, 1986-1991; average annual number of predators controlled by ADC in Montana, 1986-1991; and estimated sheep and cattle losses reported to Montana Agricultural Statistics Service (MAS) by livestock producers in 1991.

|  |  | Reported by ADC | | | # Predator Controlled | Reported to MAS | | |
|---|---|---|---|---|---|---|---|---|
|  |  | $ | Number | % Adult |  | $ | Number | % Adult |
| Mountain Lion | Sheep | 3,825 | 47 | 18 | 2.0 | 20,000 | 600 | — |
|  | Cattle | 650 | 1.5 | 0 |  | <99,000 | <300 | 33 |
| Coyote | Sheep | 145,408 | 2,106 | 12 | 4,880 | 1,186,800 | 33,700 | — |
|  | Cattle | 53,712 | 127 | 1 |  | <429,000 | <1,300 | 1 |
| Fox | Sheep | 3,561 | 64 | 4 | 1,075 | 140,400 | 4,900 | — |
|  | Cattle | 71 | 0.3 | 0 |  | — | — | — |
| Black Bear | Sheep | 8,893 | 102 | 60 | 25 | 26,400 | 600 | — |
|  | Cattle | 1,733 | 3.4 | 23 |  | — | — | — |
| Brown Bear | Sheep | 777 | 13.5 | 68 | 1.5 | — | — | — |
|  | Cattle | 854 | 1.8 | 28 |  | — | — | — |
| Wolf | Sheep | 263 | 2.3 | 65 | 2.5 | — | — | — |
|  | Cattle | 1,336 | 3.8 | 39 |  | <66,000 | <200 | — |
| Dog | Sheep | 5,880 | 60 | 48 | 1.8 | 162,000 | 3,500 | — |
|  | Cattle | 71 | 0.5 | 40 |  | <66,000 | <200 | <50 |
| Total Predator Losses | Sheep | 168,607 | 2,394 | 15 | 5,988 | 1,587,200 | 44,900 | 24 |
|  | Cattle | 58,427 | 138 | 3 |  | 825,000 | 2,112 | 15 |
| Total Annual | Sheep | — | — | — | — | 5,320,000 | 142,000 | 30 |
|  | Cattle | — | — | — | — | 39,700,000 | 86,000 | 30 |

Agriculture is Montana's top income-producing industry ($1,899,000,000/year) (Montana Agriculture Statistics 1991). Cattle and calves comprise 48% and sheep and wool, hogs, and other livestock about 2% each of total agricultural income. About 65% of Montana is in farms or ranches (24,600 farms and ranches, covering over 242,812 km$^2$) with about 66% used for rangeland and pasture. The farm and ranch population is estimated to be 67,500 people, 8.6% of Montana's population. Ranchers are the most likely people to utilize the same habitats as wolves and are most likely to oppose wolf recovery (Kellert 1985a, Bath and Buchanan 1989, Bath and Phillips 1990).

ADC, which investigates and controls livestock damage, employs 25 people and has a $1,200,000 annual budget in Montana. Nearly $40,000,000 in cattle (34.6/1000 head) and $5,300,000 in sheep (172/1000 head) are reportedly lost in Montana annually, 2.4% (0.8/1000) and 30% (54/1000), respectively, allegedly caused by predators (Montana Agriculture Statistics 1992). Only 6.5% of cattle and 5.3% of sheep losses allegedly caused by predators result in requests for assistance from ADC. Coyotes (*Canis latrans*) cause most of the damage and are the primary species controlled (Table 1).

## Methods

Standard procedures (Roy and Dorrance 1976, Fritts 1982, Paul and Gipson 1994) were used to document losses allegedly caused by predators. The only compensation for livestock killed by wolves is provided by a private group, the Defenders of Wildlife (Fischer 1989), and is based upon rancher-estimated market value. Standard capture, control, and radiotelemetry techniques were used to remove and monitor depredating wolves (USFWS 1988a, Bangs 1991, Fritts et al. 1992).

## Results

Wolves depredated on livestock seven times since 1980, killing 12 sheep (three lambs and nine ewes) and 17 cattle (seven calves, six steers and four cows) (Table 2, Fig. 1).

Case 1:06-cv-01279-CKK    Document 7-3    Filed 07/25/2006    Page 4 of 8



*Cattle production is Montana's top income-producing industry. The ranching community has strenuously opposed wolf reintroduction efforts. (Photo: S.H. Fritts)*

ADC suspected wolves might have been involved in the loss of another 29 sheep and 34 cattle, but evidence was not convincing. All depredations occurred on private land. Five of seven depredations occurred between March and May, when young livestock were available, but neonate wild ungulates were not. Several depredations occurred after extenuating circumstances. Wolves in Marion depredated after the suspected alpha male was illegally shot and a severe winter caused the loss of many sheep and calves that were left in the field. Few natural prey were available in the Big Sandy, Babb, and Heart Butte areas.

In Montana from 1985–1992 (eight years), the average estimated wolf population was 25.3 wolves and wolf deaths from all known causes (n = 25) averaged 3.1 wolves per year (Fritts et al. this volume). Humans caused 72% of wolf mortality and removed about 9% of the wolf population annually despite legal protection and a control program that emphasized translocation. Control was directly or indirectly responsible for 13 (52%) wolf losses and annually affected 6% of the population in Montana.

From 1987–1992 (six years) an annual average of $18,930 was spent controlling wolves. Administration by the USFWS cost an additional $4,500/year. In 1991, Congress provided USFWS and ADC an additional $291,000 to fund ≤ 5 years of future wolf control activities. From 1987–1992, wolves may have caused an average annual loss (confirmed and possible) of livestock valued at ≤ $1,839 (cattle $1,635 and sheep $204). This comprises a small fraction of the annual predator-caused losses reported to ADC of cattle $58,427 (2.3% wolf-caused) and sheep $168,607 (0.16% wolf-caused) and ≤ 0.004% of reported cattle and sheep losses from all causes (Table 2).

Cattle producers in the 18 mountain and western states reported losing 1,400 head ($480,000) of cattle to wolves in 1991 (National Agriculture Statistics 1992). However, less than 200 head of those losses occurred in Montana, where the only known wolf packs exist. In 1990 (September-December), 1991, and 1992 ADC investigated four, 28, and 16 reports of wolf depredations in Montana; zero, four, and one were confirmed, respectively. Of those 48 reports, seven (15%) involved dogs and five (10%) coyotes.

Wolf packs have continuously occupied the North Fork where there are ≤400 cattle and ≤50 horses, since 1980 without conflict (D. Pletscher, Univ. of Montana, pers. commun.). While these wolves have been located near livestock on several occasions, they spend > 90% of their time inside Glacier National Park or areas in Canada where there are virtually no livestock (D. Pletscher, Univ. of Montana, pers. commun.).

Four wolf packs have denned in Montana outside the North Fork and were regularly exposed to livestock. While these packs lived a year or more in areas with abundant livestock without conflict, three eventually depredated. Since 1980, 17 wolves have been controlled 18 times (Table 2). Six were killed, three were placed in permanent captivity, seven were translocated, and two were released on site. Of the translocated wolves, two pups died of starvation, one adult was euthanized, one yearling was placed in captivity, and one adult and two yearlings were illegally killed.

### Summary of Wolf Translocations

The first wolf translocation in the western U.S. involved one adult female, one two-year-old male with damaged teeth, and two five-month-old pups that depredated near Marion in 1989 (Fig. 1). Two pups were held 20 days and the two adults

**Table 2.** Summary of wolf depredation and control in Montana, 1980–1992.

| | 1980<br>Big Sandy | 1987<br>Babb | 1989<br>Marion | 1990<br>Marion | 1991<br>Ninemile | 1991<br>Heart Butte | 1992<br>Ninemile |
|---|---|---|---|---|---|---|---|
| Date first Depredation | 12/22/80 | 5/8/87 | 8/31/89 | 3/20/90 | 3/29/91 | 5/23/91 | 5/16/92 |
| Wolves involved | 1 | 7 | 5 | 2 | 4 | 1 | 7 |
| Wolves controlled | 1 | 6 | 4 | 1 | 3 | 1 | 2 |
| Control method | aerial gun | 4 trap<br>2 aerial gun | 3 trap<br>1 aerial dart | aerial gun | aerial dart | aerial dart | trapped |
| Fate of wolves | killed | 4 killed<br>2 captivity | translocated | killed | translocated | captivity | released on site |
| Possible livestock losses | 27 sheep<br>27 cattle | 9 ewe<br>1 lamb<br>2 cows<br>1 calf<br>3 steers | 0 sheep<br>2 cows<br>8 calves | 0 sheep<br>5 calves | 0 sheep<br>2 steers | 4 lambs<br>0 cattle | 0 sheep<br>1 steer |
| Confirmed losses | 0 sheep<br>0 cattle | 9 ewe<br>1 lamb<br>2 cows<br>1 calf<br>3 steers | 0 sheep<br>2 cows<br>1 calf | 0 sheep<br>5 calves | 0 sheep<br>2 steers | 2 lambs<br>0 cattle | 0 sheep<br>1 steer |
| Control Cost[1] | $4,578 | $41,000 | $15,500 | $5,000 | $9,000 | $1,500 | $1,200 |
| Value losses[2] | $27,750 | $3,049 | $3,910 | $2,500 | $1,000 | $200 | $375 |
| Amount Compensated[3] | 0 | $3,049 | $2,920 | $2,500 | $1,000 | $150 | $375 |
| Control days | 373 | 125 | 18 | 17 | 9 | 1 | 2 |
| Other losses within 6 months after control[4] | none | 1 calf | none | 1 calf | none | none | none |

1  includes all salary, travel, specific equipment purchases, services
2  includes confirmed losses, possible losses, and losses after control
3  Defenders of Wildlife Program — 100% compensation for confirmed and 50% for possible losses
4  There were no wolf depredations in 1993; 4 calves were killed at 2 ranches in 1994. Near Helena, MT, 2 wolves were translocated

---

seven days at a veterinary clinic before being immobilized, separately translocated into Glacier National Park (85 km northeast of the Marion depredation site) and released near one another (hard release) on 14 September 1989. Carrion was not left at the release site.

The wolves immediately separated. The pups travelled less than 8 km to higher elevations where wild prey was scarce and starved by 26 September and 2 October. The adult male had two toes injured by trapping and was released with a bandaged foot that became infected. He moved 16 km to private land and stayed near livestock before being euthanized on 1 October. The female rapidly traveled southwest, an azimuth of 205 degrees (generally toward Marion). She swam a 1.6-km-wide reservoir before travelling back and forth along the east shore of Flathead Lake and the Flathead Valley, a heavily-developed ranch and farming area with several towns and numerous rural residences, apparently trying to find her way across this area. In December 1989, she followed a forested corridor around the southern end of the Flathead Valley into the Ninemile Valley where she

Exhibit S-5

began to travel with a male wolf of unknown origin. She denned in late April 1990 and was illegally killed in June 1990. The male tended the six pups until 3 September 1990, when he was killed by a vehicle on highway Interstate 90 (Boyd and Jimenez 1994). White-tailed deer (*Odocoileus virginianus*) carcasses were left for the orphaned pups until November, when they began feeding on remains of deer killed by hunters. They killed a white-tailed deer in late December. The young wolves gradually expanded their movements and began utilizing most of their parents' old home range (260 km$^2$). The Ninemile Valley is about 160 km southwest on an azimuth of 205 degrees from the release site in Glacier National Park and has many livestock (Fig. 1). The second translocation occurred in 1991 after four yearling survivors from the orphaned litter described above left the Ninemile valley for the first known time and killed two steers. Three were captured, held in a veterinarian's clinic for seven days, immobilized, placed in a large culvert trap, transported to Glacier National Park, allowed to recover from the anesthesia, and hard-released together on 13 April 1991 (Fig. 1). Several deer carcasses were left at the release site, but the wolves were never located near them. The wolves moved together throughout the area for seven days, then separated and began traveling more widely. One female traveled over 120 km south along the eastern edge of mountains and then north again. She was placed in captivity on 23 May, after killing lambs, 42 km southeast (105 degrees) of the release site (Fig. 1). One male was found illegally shot near Kalispell on 17 June, 40 km southwest (240 degrees) from the release site. The remaining female was shot by a livestock producer who reportedly thought it was a dog chasing his cattle 74 km southwest (190 degrees) of the release site on 17 June 1991. All three wolves were in excellent condition when recovered.

## Discussion

Control is part of every wolf management program in North America where the ranges of wolves and livestock overlap, including those involving recovering populations (Dorrance 1982, Bjorge and Gunson 1983, 1985; Gunson 1983b, 1992; Tompa 1983b; Fritts et al. 1992). Control of wolves in Minnesota was tested in court and found acceptable, under certain guidelines (Fritts 1982, O'Neill 1988, Fritts et al. 1992), for wolves classified as "endangered" (translocation) and "threatened" (lethal). The legality of wolf control in Montana has not been tested in court, but is modeled after the Minnesota program.

The pattern of wolf-livestock interactions in Montana appears, at this early date, to be similar to those found in more intensively studied areas of North America where annual wolf depredations ranged from 0.23 to 3.0 per 1000 cattle and 0.54 to 2.66 per 1000 sheep (Gunson 1983b, Tompa 1983b, Fritts et al. 1992, Mack et al. 1992). Wolves in Montana inhabited areas where they were regularly exposed to livestock, but few depredations occurred. Livestock husbandry practices (carcass disposal) and the lack of natural prey seemed to be associated with several depredations, as has been suggested elsewhere (Fritts 1982, Bjorge and Gunson 1983, Gunson 1983b, Tompa 1983b, Fritts et al. 1992). Several additional years of data will be necessary to see if these patterns continue.

As in other studies, hard release resulted in pack breakup and long distance movements (Fritts et al. 1984, 1985; Fritts 1993b). Wolves in Montana were translocated more than 80 km from their home ranges and none found their way back. Older wolves apparently had greater motivation to home than yearlings; pups had little such inclination or ability. The survival of translocated wolves ≥ 1 year-old was high, unless killed by people. In Minnesota, translocated pups older than four months had survival rates similar to non-translocated pups (Fritts et al. 1985). Two five-month old pups did not survive translocation in Montana, while a lone littermate that was not captured survived in its original home range. Translocated wolves did not readily cross open terrain or areas with high levels of human activity. They travelled widely, were generally located in drainages, and appeared particularly vulnerable to humans. These findings are consistent with translocated wolves in Minnesota (Fritts 1993b), except for the effect of terrain in Montana and low survival of translocated pups.

Our information suggests that wolf depredations have a minor impact on the livestock industry of Montana compared to other factors. Producers already absorb, tolerate, and personally address 70% of sheep and 97% of cattle losses, which are not related to predation and 89% of sheep and 93% of cattle losses they believed were caused by predators without requesting ADC assistance or receiving compensation. The addition of wolves to the array of Montana's predators will have a minor effect on livestock losses, although a few individual producers may be seriously affected.

The large number of alleged wolf depredations throughout the western states (National Agriculture Statistics 1992), where there are no wolves, suggests the livestock community is more sensitized to wolves than other predators or other causes of livestock loss. This may be due to local cultural values, traditions, and legends regarding depredating wolves in the early 1900's and to the ESA (representing government intervention and outside influences), which prohibits producers from initiating private control. The few depredations that have occurred, particularly in 1987 and 1989, attracted almost daily reporting by news media. This has perhaps resulted in an exaggerated perception of the magnitude of the problem by the public and politicians. In Minnesota, up to 50% of reported wolf depredations were caused by coyotes (W. Paul, ADC, pers. commun.). The reputation and novelty of wolves and attributing coyote damage (the most common predator damage) to wolves will continue to result in a high level of reported, compared to

*Wilderness areas with potential wolf habitat frequently also serve as important areas for raising livestock. This combination of suitable wolf range, distribution of ungulates interspersed with cattle herds creates a potential for major human/wolf conflict. Successful management of wolf/livestock conflicts will be a major challenge for wolf conservation in the 21st century. (Photo: M.D. Jimenez)*

actual, wolf depredations and an overestimation of the threat that wolves actually pose.

Success in the Montana wolf control program is difficult to measure. The concept of minimizing wolf-livestock conflict by "encouraging" wolf population growth into specific recovery areas via natural dispersal has been largely unsuccessful (Fritts et al. 1994). While wolves in the recovery area (North Fork) have not depredated, those that recolonized outside the recovery area have been involved in several depredations. However, there have been no reliable criteria to predict depredations or which wolves could be removed to prevent depredations. While three of the four packs that established outside the recovery area eventually depredated on livestock, they previously lived around livestock for extended periods of time without problems. Even when livestock were lost, depredations stopped when wolves remained in the area, as often happens in Minnesota (Fritts et al. 1992). For these reasons, the concept of confining naturally dispersing wolves to a specific recovery area, especially when natural dispersal into other nearby recovery areas is encouraged, has been largely abandoned in favor of a program that addresses conflicts as they occur.

Since 1989, ADC has quickly captured offending wolves, defusing a once commonly heard argument (probably originating from stories about the famous last "lobo" wolves around 1900) (cf. Young and Goldman 1944) that wolves were too crafty to be controlled. While there will certainly be exceptions, recent control actions were completed within a few days or weeks, which greatly reduced media coverage and local concerns about additional losses. Helicopter darting combined with radiotelemetry has been particularly effective in capturing wolves. However, control of wolf packs never resulted in the capture of all pack members as also was the case in Minnesota (Fritts et al. 1992). Wolf activity is still reported at all locations where control occurred, except Big Sandy.

The fact that livestock producers readily contact ADC when they suspect livestock were attacked by wolves is the most apparent indicator of success of the control program. In addition, USFWS and ADC biologists are often asked to speak to livestock groups about wolves and wolf recovery. Personnel involved in wolf recovery believe that, although still controversial, communications with most livestock producers seem less polarized and discussions more focused on substantial issues than at any time in the past several years.

Whether illegal killing of wolves has actually been reduced because of the control program is unknown. The deaths of three translocated wolves indicate wolves are still being illegally killed. However, the Ninemile and Murphy Lake packs (Fritts et al. this volume) are associated with livestock on almost a daily basis, and are regularly seen and reported by local residents who appear tolerant of them if livestock are not attacked. We believe more local residents would attempt to kill wolves if agencies did not have an effective control program.

Whether and to what extent the control program has actually enhanced wolf recovery is speculative. Two of four packs that formed outside the recovery area were eliminated by agency control. Of the 17 wolves controlled, only one contributed to population growth in Montana. However, that translocated female established the southern-most pack in the western U.S., where eight wolves live at the time of this writing. The information gained so far should improve success of future translocations. Data indicated that survival of pups translocated prior to mid-September will be low, so pups $\leq 6$ months old should be released on site. In addition,

the control program has evolved from strictly a removal program in 1980 and 1987, to a translocation program in 1989 and 1991, to being able to release wolves on site, with landowner approval, in 1992. The program will continue to evolve as more information and experience is obtained.

Wolf control is but one component of a conservation program that emphasizes education and information to improve local tolerance of wolves (Bangs 1991, Pomerantz and Blanchard 1992, Fritts et al. this volume). The importance of quickly reporting wolf activity as well as possible wolf depredations was emphasized to livestock producers as the most effective way to identify problems, initiate control to minimize additional losses, and receive compensation (Gunson 1983b, Tompa 1983b, Fritts et al. 1992). In several instances, livestock producers voluntarily initiated improved livestock carcass disposal after being made aware of the suspected relationship between wolf depredations and livestock carrion (Fritts 1982).

Most importantly, the wolf population in northwestern Montana continues to increase, indicating that a recovering wolf population can overcome human-caused mortality of $\leq 9\%$. Our observations support those of Gunson (1983b) and Fritts et al. (1992) that damage prevention, control, and compensation programs improved communications with agriculturists, improved tolerance of predators, and reduced animosity between the rural public and resource agencies. We believe that these achievements reduce attempts to illegally kill wolves and thus are consistent with wolf recovery and long-term conservation of wolf populations.

*Acknowledgments*

We thank J. Mack, N. Bishop, D. Pletscher, and four anonymous reviewers, whose comments greatly improved this manuscript. We also thank the many livestock producers in western Montana who cooperated with us to help resolve and minimize wolf-livestock conflicts.

**Exhibit S-8**