# Trends and Management of Wolf-Livestock Conflicts in Minnesota

by
**Steven H. Fritts[1]**
*U.S. Fish and Wildlife Service*
*Patuxent Wildlife Research Center*
*Laurel, Maryland 20708*
**William J. Paul**
*U.S. Department of Agriculture*
*Animal and Plant Health Inspection Service*
*Animal Damage Control*
*717 N.E. Fourth Street*
*Grand Rapids, Minnesota 55744*
**L. David Mech[2] and David P. Scott[3]**
*U.S. Fish and Wildlife Service*
*Patuxent Wildlife Research Center*
*Laurel, Maryland 20708*
***United States Department of the Interior***
*Fish and Wildlife Service/Resource Publication 181*

## Abstract

The nature and extent of wolf-livestock conflicts in Minnesota during 1975-86 was studied as part of a wolf depredation control program. The level of wolf (*Canis lupus*) depredation on livestock in Minnesota, as determined from the total number of complaints verified annually during 1975-86, showed a slight upward trend but did not increase significantly. A significant portion of the annual variation in verified complaints-perhaps the best index on severity of the depredation problem was explained by variation in severity of the winter before the depredation season (inverse relation). The addition of a time variable did not account for a significant portion of the remaining variation. Verified complaints of depredations averaged 30 per year, affecting an average of 21 farms (0.33% of producers) annually. Conflicts were highly seasonal and involved primarily cattle (mainly calves), sheep, and domestic turkeys. Annual variation in losses of sheep and turkeys was higher than for cattle. In recent years, sheep and turkey losses in two northwestern counties have increased; preventive control may be warranted in those areas. Site-specific trapping and removal of wolves in response to depredations was the primary control method, resulting in captures of 437 wolves in 12 depredation seasons. For the wolf range as a whole, no relation was found between wolf removal and subsequent depredation rates; however, wolf removal seemed to reduce depredations

locally at some farms. When adults and yearlings were removed, no subsequent losses occurred in about 55% of instances; removal of young of the year reduced losses in 22%. Removal of breeding wolves did not reduce the incidence of subsequent losses more than removal of nonbreeding adults and yearlings did. The low number of conflicts for 1975-86 was remarkable considering the frequent contact between wolves and livestock. However, an update of complaints for 1987-89 revealed a definite upward trend in depredations (Epilogue). Improvements in farm management practices may reduce the present number of conflicts.

**Key words:** *Canis lupus*, control, control program, depredation, domestic animal, endangered species, livestock, recovery, wolf.

---

**This resource is based on the following source:**
Fritts, Steven H., William J. Paul, L. David Mech, and David P. Scott. 1992.
    Trends and management of wolf-livestock conflicts in Minnesota. U.S. Fish
    and Wildlife Service, *Resource Publication* 181. 27 pp.
**This resource should be cited as:**
Fritts, Steven H., William J. Paul, L. David Mech, and David P. Scott. 1992.
    Trends and management of wolf-livestock conflicts in Minnesota. U.S. Fish
    and Wildlife Service, *Resource Publication* 181.
    Northern Prairie Wildlife Research Center Online.
    http://www.npwrc.usgs.gov/resource/mammals/wolflive/wolflive.htm
    (Version 15MAY98).

---

## Table of Contents

- Introduction
- Study Area
- Livestock Production in the Wolf Range
- Methods and Program Approach
- Data Analysis
- Depredations
  - Annual Variation and Long-term Trend
  - Seasonality of Depredations
  - Distribution of Depredations
  - Role of Animal Husbandry
  - Program Results and Effectiveness of Control Measures
  - Noncapture Methods
- Conclusion and Management Recommendations
- Implications for Areas Outside Minnesota
- Acknowledgments
- References
- Epilogue

## Tables

- Table 1 -- Livestock claimed and verified as killed by wolves in MN, 1979-89.
- Table 2 -- Comparison of depredation characteristics for cattle, sheep, and turkeys in MN.
- Table 3 -- Compensation paid by MN Department of Agriculture for livestock destroyed by wolves.

## Figures

- Figure 1 -- Wolf management zones in MN.
- Figure 2 -- Estimated numbers of cattle and sheep on farms within the MN wolf range.
- Figure 3 -- Winter severity index values for the MN wolf range.
- Figure 4 -- Mean seasonal distribution of verified complaints of wolf depredation on livestock.
- Figure 5 -- Seasonal distribution of verified complaints in Roseau and Kittison Counties.
- Figure 6 -- Spatial distribution of verified wolf depredations on livestock in MN.
- Figure 7 -- Wolves captured and killed in depredation control activities in MN wolf range.
- Figure 8 -- Number of adult and pup wolves captured by month, 1979-86.

---

[1]Present address: U.S. Fish and Wildlife Service, Federal Building, 301 South Park, Helena, Mont. 59626.
[2]Present address: North Central Forest Experiment Station, 1992 Folwell Avenue, St. Paul, Minn. 55108.
[3]Present address: Ohio Division of Wildlife, Olentangy Wildlife Experiment Station, 8589 Horseshoe Road, Ashley, Ohio 43003.

---

Downloading Instructions -- Instructions on downloading and extracting files from this site.

wolflive.zip *( bytes)* -- **Trends and Management of Wolf-Livestock Conflicts in Minnesota**

**Installation:** Extract all files and open **wolflive.htm** in a web browser.

---

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

**Exhibit U-3**

## *Introduction*

Wherever gray wolves (*Canis lupus*) and domestic animals have coexisted in North America, some depredation has occurred (Young and Goldman 1944; Fritts and Mech 1981; Fritts 1982; Brown 1983; Gunson 1983; Tompa 1983a; Fritts and Paul 1989). This problem, although as old as animal domestication itself, has only recently become the subject of scientific scrutiny; however, documented information on this aspect of wolf biology is scarce. As was true historically in the United States and Canada, depredation on livestock is not only a major challenge to human tolerance of the wolf where wilderness and agriculture meet, but also to recovery of wolves in such areas as northern Wisconsin and Michigan, the northern Rocky Mountains, parts of the Southwest, and upstate New York (U.S. Fish and Wildlife Service [USFWS] 1978, USFWS 1982; Henshaw 1982; USFWS 1987).

Wolves live in packs or family groups that, in Minnesota in midwinter, average from three to eight individuals and occupy territories of 110 to 260 km$^2$ (Mech 1973, 1986; Van Ballenberghe et al. 1975; Fritts and Mech 1981; Berg and Kuehn 1982; Fuller 1989). Packs typically consist of an adult male, adult female, and their offspring from one or more generations. A dominance hierarchy exists within packs, with breeding animals usually being the dominant members. The dominant male and female guide almost all the pack's activities. In Minnesota, except for rare occurrences, only one female within each pack breeds; litters of 5-6 pups are born in early April to early May. Pups are adult-sized by winter, but usually stay with their packs until they are 1-2 years old or older. Some wolves disperse from their packs to become lone wolves that search for a mate and an area for establishing their own packs. Large ungulates are the main prey of wolves wherever they have been studied in North America (Mech 1970; Carbyn 1987).

In the contiguous United States, the wolf is found mainly in northern Minnesota where the population numbers about 1,200 (USFWS 1978; Berg and Kuehn 1982). The animal is listed by the U.S. Fish and Wildlife Service (Service) as *threatened* in Minnesota (43 *Federal Register* 9612, 9 March 1978) and *endangered* elsewhere. The wolf presently shows some natural range expansion into other states, recolonizing northern Wisconsin (Mech and Nowak 1981; Thiel and Welch 1981); Michigan (Robinson and Smith 1977; Thiel 1988; Thiel and Hammill 1988), extreme northwestern Montana (Boyd 1982; Ream and Mattson 1982; Ream et al. 1985; Ream et al. 1991), and possibly Idaho (Kaminski and Boss 1981; Kaminski and Hansen 1984). Some recent activity is suspected in the Cascades Range of Washington (Laufer and Jenkins 1989). However, only in Minnesota has substantial experience been obtained in managing wolf-human conflicts during recent times and under the Endangered Species Act of 1973.

Wolves kill livestock and other domestic animals in northern Minnesota (Fritts and Mech 1981; Fritts 1982; Mech et al. 1988b; Fritts and Paul 1989). These depredations are of concern not only to the Service, but to the Minnesota Departments of Natural Resources (MDNR) and Agriculture (MDA), and to the U.S. Department of Agriculture (USDA), to which animal damage control responsibility was transferred in March 1986. Moreover, the nature and extent of wolf-livestock conflicts in Minnesota is closely monitored by

advocates and opponents of wolf recovery in other parts of the United States, particularly the northern Rocky Mountains and the Southwest. Several types of livestock are available to wolves in Minnesota. Our experience with active depredations in the state may lend insight into problems and solutions that may occur where wolves become established naturally or by reintroduction, and can provide background for developing effective control programs in those areas.

Programs for controlling wolf depredations in Minnesota have been described and the results provided (Fritts 1982; Fritts et al. 1984). Since 1978, the threatened status of the wolf in Minnesota has allowed state and federal authorities to kill wolves proven to have committed depredations on domestic animals, except in Wolf Management Zone 1 in extreme northeastern Minnesota, an established sanctuary (USFWS 1978; Fig. 1a).

The primary source of information about wolf depredations in Minnesota, including a program description for dealing with the problem (Fritts 1982), is based on data obtained from 1975 through 1980, but focused on information from 1979 and 1980. With more recent data obtained we are able to (1) describe the wolf depredation problem in Minnesota more thoroughly than was previously possible, (2) evaluate the effectiveness of control methods used, and (3) reevaluate the conclusions of the earlier report (Fritts 1982). For the present report we analyzed data from 1975 through 1986, the years from the listing of the wolf as threatened in Minnesota and the initiation of a federal control program to the transfer of the depredation control program from the Service to the USDA in 1986. The Epilogue contains an update for 1987-89.

**Fig. 1.a.** Wolf Management Zones in Minnesota. Two counties where depredations were relatively high in Zone 5 are also shown. Zones 1, 2, and 3 are critical habitat. **b.** Occupied and potential wolf range in Minnesota. A = primary, B = Roseau peripheral, C = northwest nonoccupied, D = Marshall peripheral, E = Hubbard disjunct, F = central nonoccupied, G = Crow Wing disjunct, H = main peripheral, I = Nemadji disjunct. Blank areas indicate intensively farmed or developed areas devoid of resident wolves (Mech et al. 1988a).

Return to Contents
Next Section -- Study Area

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## Study Area

A general description of the 59,900 km$^2$ wolf range in Minnesota (Mech et al. 1988a) is provided (USFWS 1978; Fig. 1b). Generally, the area can be characterized as one of short growing season, rocky outcrops, muskeg, infertile soil, and low human density. Topography and vegetation vary from the eastern to western part of the area. In northeastern Minnesota the terrain is gently to strongly rolling with frequent rock outcrops. Farther west and southwest the terrain is flatter, forest cover is less consistent, and soils range from peat to sand and sandy loam with a broad range of textures. Climate is cool-temperate (Hovde 1941) with snow cover from about mid-November to mid-April. Mean January temperature at Grand Rapids, near the center of the area, is -14°C; the July mean is 19°C (U.S. Department of Commerce, unpublished data). Precipitation at that reporting station averages 67 cm.

Upland forests in the region are mixed coniferous-deciduous. Infertile soils and poor drainage limit agriculture in much of the primary range of wolves. Lakes are common. About 77% of the primary range is classified as forested land use, whereas forested in the other portions of the range varies between 21 and 86% (G. L. Radde, personal communication). Human population in the primary zone declined from 1970 to 1986, while it increased in each of the other zones where farm density is higher.

White-tailed deer (*Odocoileus virginianus*) are the primary prey of wolves in all occupied areas of Minnesota, but wolves also eat moose (*Alces alces*), beaver (*Castor canadensis*), and snowshoe hares (*Lepus americanus*; Frenzel 1974; Van Ballenberghe et al. 1975; Fritts and Mech 1981; Fuller 1989). In our studies, deer populations seemed to be at least as high in areas where livestock were produced as in more remote forested areas. Reliable estimates of deer populations have been available for the wolf-inhabited areas of Minnesota since 1982, and they showed no substantial changes during 1982-86. However, decreases of 8 to 24% were indicated in some deer management subunits in the southern and southwestern part of the wolf range where several of the farms are located (Joselyn et al. 1988).

No data were available on wolf population trends in the main agricultural areas of Minnesota during the present study. Although the over all population seemed to be generally stable, with essentially all habitat filled, our observations suggested that some increase may have occurred in the western part of the range, especially in Wolf Management Zone 5 (Fig. 1a). The total Minnesota population was estimated at 1,000-1,200 in the mid-1970's (USFWS 1978) and at 1,235 in 1979 (Berg and Kuehn 1982). Some statewide increase since 1979 is likely.

**Exhibit U-6**

Wolves occasionally prey on Minnesota livestock wherever the two coexist, but most depredations occur in north-central and northwestern counties where farm density and livestock production is highest within the wolf s range. Fritts (1982) estimated that there were about 12,230 farms (at least 80% having some livestock) in the wolf range in 1979, containing 234,000 cattle, 91,000 sheep, and an unknown number of turkeys, swine, horses, goats, chickens, ducks, and geese. Recalculation of the number of farms based on more recent census data (1982 v. 1976; Minnesota Agricultural Statistics 1984) showed about 7,200 farms. This figure is lower than the previous one because a more restricted wolf range was used in computations of farm numbers-based on a refinement of the known wolf distribution (Mech et al. 1988a); and a real decline occurred in farm numbers in wolf range estimated at 13% from 1976 to 1982. A further decline in farm numbers from 7,200 to 6,800 was revealed by the 1987 census data, but total land area in farms declined only 1%. Farm size averaged 141.6 ha in the wolfrange during the study, tending to be larger in northwestern counties and smaller in northeastern counties.

---

Previous Section -- Introduction
Return to Contents
Next Section -- Livestock Production in the Wolf Range

---

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## Livestock Production in the Wolf Range

---

The northern Minnesota wolf range is not a major livestock production area compared with other areas of the state. Cattle, sheep, and turkeys constituted the domestic prey most available to wolves from 1975 through 1986, and production of cattle and sheep generally declined during the period. Cattle were fairly common across the area, varying between 231,000 and 362,000 during the period (midsummer estimates based on data from Minnesota Agricultural Statistics 1975-82, 1984-87; Fig. 2). Although both beef and dairy cattle were present, beef cattle were far more common. Sheep were less uniformly distributed than beef cattle, with heaviest production in northwestern counties, and numbers more variable 16,000 to 58,500 (Fig. 2). Turkeys were primarily in northwestern counties where the leading county, Roseau, produced 682,000 turkeys in 1982 (J. K. Hausladen, personal communication). No other data are available except that statewide production increased by 50% between 1975 and 1986, with fewer producers raising larger flocks (C. Rock, personal communication). The increase in turkey production in the wolf-inhabited areas may have exceeded 50%. Minnesota ranks second nationally in turkey production, which continues to rise (Minnesota Monthly Turkey Report 1988).

**Fig. 2.** Estimated numbers (x 1,000) of cattle and sheep on farms within the Minnesota wolf range in summer, 1975-86. Numbers are not shown for 1982-84 because county estimates were not made by the Minnesota Crop and Livestock Reporting Service in those years.

In winter, cattle, sheep, and other large livestock are in or near farm buildings where they are fed; movements elsewhere are discouraged by snow and lack of forage. In late April or May, most are released to graze in open and wooded pasture where they remain until about October (Fritts 1982). Within this period they are vulnerable to depredation by wolves. Young are usually with adults during summer; this is especially true of beef cattle, which calve mostly in March and April in northern Minnesota (R. L. Arthaud, personal communication) and whose young usually are not marketed until fall. Some livestock, especially late-birthing cattle, give birth in remote, often wooded pastures where they, and especially their young, are vulnerable to predators. Birthing and marketing schedules of dairy cattle and sheep are more variable than those of beef cattle, although lambing peaks in April. Turkey flocks are moved outdoors in June, and birds remain outdoors until final marketing in September or October. Flocks typically consist of 10,000-30,000 birds. Most flocks are contained by fencing except that an unfenced woods or brushline may form one boundary of the pasture. Dairy cattle, feeder cattle, and swine are more often confined and thus less subject to depredation than beef cattle.

Kellert (1985) found a strong positive perception of the wolf among Minnesotans, although a lower proportion of farmers held positive attitudes. Fritts (1982) believed that perception of the depredation problem in Minnesota exceeded the actual problem, because the term "wolf" was often used for both coyotes (*Canis latrans*) and wolves in Minnesota.

---

Previous Section -- Study Area
Return to Contents
Next Section -- Methods and Program Approach

---

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## *Methods and Program Approach*

---

**Exhibit U-8**

A wolf depredation control program was operated by the Service from 1975 through March 1986, with work conducted by the Minnesota Research Station, Patuxent Wildlife Research Center, from 1979 to March 1986. The program was transferred to the Animal and Plant Health Inspection Service, Animal Damage Control, U.S. Department of Agriculture, in March 1986. Farmers were encouraged to report wolf depredations promptly after their occurrence. The phone number and address of an office in Grand Rapids, Minnesota, were publicized to all wildlife personnel of the Minnesota Department of Natural Resources (MDNR), University of Minnesota Agricultural Extension personnel, and farmers who had previously contacted the office. Since 1978 the Minnesota Department of Agriculture (MDA) has administered a program of compensation for losses of livestock to wolves (Minnesota Statutes 1978, Section 3.737). The program provides compensation as high as $400 per animal killed or injured by wolves. The responsibility of verifying claims of wolf depredations was assigned to the local MDNR conservation officer, and that of determining market value of the livestock to the local University of Minnesota Agricultural Extension Service county extension agent.

Although farmers were encouraged to call directly, many complaints reached the office by way of MDNR field personnel. Farmers often contacted the local MDNR conservation officer first because that person lived in the community and was responsible for authorizing compensation payments by the MDA. Information from our investigations and those by the MDNR was freely exchanged. We believe that essentially all eligible farmers participated in our program; only one refused assistance during the 1979-86 period.

Field staff consisted of a full-time wildlife biologist, a full-time wildlife technician, and one to three seasonal technicians. Complaints were investigated in the field as soon as possible. Timeliness was critical to investigations of alleged depredations, as livestock carcasses deteriorated or were sometimes quickly consumed or dragged away, and inclement weather or livestock activity destroyed predator sign near kills. Eighty-nine percent of complaints were investigated within 24 h, and 95% within 48 h. The greatest delays in investigation or implementation of control came during intermittent periods when funding was not available to operate the program. Despite our best efforts to field-check complaints promptly after receipt, in some instances several days elapsed between the incident and its discovery by the farmer or the actual reporting of it.

We considered a complaint verified if the field investigation revealed the remains of an animal or a wounded animal, and evidence of wolf involvement. Distinguishing wolf from coyote depredation was a common problem, stemming in part from the public's failure or inability to distinguish between the two canids (Fritts and Mech 1981; Fritts 1982; Kellert 1985). Our investigations revealed coyote involvement in a minimum of 15% of all reports. (Farmers reported known coyote damage directly to conservation officers to obtain trapping assistance from the MDNR.) Also, a prejudice toward wolves as the cause of livestock death or disappearance (Fritts 1982) was common, and related to the compensation paid by the state for livestock destroyed specifically by wolves.

**Exhibit U-9**

Livestock death attributable to wolves was often based on size and location of bite marks, feeding patterns, and extent of feeding (Roy and Dorrance 1976; W. J. Paul, unpublished data). Wolf presence at or near the depredation site was confirmed by tracks, scats, or other wolf sign, and occasionally by a farmer's wolf observation if we were convinced of its authenticity.

Lethal control methods were limited to euthanasia after live-trapping. Traps (No. 4 and 14 Newhouse) were set in response to virtually all confirmed depredations. The location of traps and duration of trapping were set to conform with a court ruling (Federal Judge P. McNulty, court order, 14 July 1978, unpublished data). From 1978 to 1986, traps had to be set within 0.25 mile (0.4 km) of the property boundary on which a confirmed depredation had occurred, and pups could not be killed. The trapping policy of 1979-80 (Fritts 1982) was refined to increase efficiency and conform with new regulations. Beginning in 1986, traps were set within 0.5 mile (0.8 km) of the property boundary, and wolf pups captured after 1 August were killed (USFWS 1985; modification of 14 July 1978 court order by Judge M. Lord, 2 May 1985, unpublished data).

On the basis of data collected early in the program, the duration of trapping was modified in 1982. In most instances trapping was terminated after 10 days if no further losses occurred during that time. However, traps were left out for as long as 21 days in the following situations: (1) after a second verified depredation at any farm in the same year if there was evidence of continued wolf activity there or if we believed that the wolves involved in the depredations had not been captured; (2) after the first and any subsequent depredations at farms where we had verified wolf depredations during the previous 2 or more consecutive years ("chronic problem farms"); and (3) after the first and any subsequent losses at any farm in Wolf Management Zone 5 (USFWS 1978; Fig. 1a) where we had evidence that all the wolves involved in the depredations had not yet been captured. Northern Zone 5 included Roseau, Kittson, and Marshall Counties in northwestern Minnesota where livestock numbers were relatively high, relatively more sheep and turkeys (the most vulnerable livestock) were produced, and surplus killing (Kruuk 1972) by a few wolves sometimes resulted in a substantial loss of sheep and turkeys. In contrast with the lengthening of the trapping period described above, the period was reduced to 5 days when a depredation seemed to have been caused by a transient lone wolf that probably had left the area.

Overall, these modifications in trapping policy resulted in more effort being directed to farms where wolf depredations were most severe. Often farmers vehemently resisted trap removal, preferring to have them set for much longer periods. Nonetheless, our trapping policy proved satisfactory for capturing wolves in response to verified complaints and balancing workload with program resources.

Methods of nonlethal control of wolf depredations were attempted to a limited degree. Aside from trapping, we placed flashing highway lights and strobe light-siren devices (Linhart 1984; Linhart et al. 1984) at some farms to frighten wolves from the immediate vicinity; assessment of the efficacy of those devices was subjective. An experiment with taste aversion was conducted in 1979 and 1980 (Gustavson 1982). Also, in 1982 we

**Exhibit U-10**

began a cooperative project with the New England Farm Center to test the feasibility of using Old World livestock guarding dogs to protect livestock from wolves (Coppinger 1987).

Previous Section -- Livestock Production in the Wolf Range
Return to Contents
Next Section -- Data Analysis

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## *Data Analysis*

Regression analysis was used to determine the relation between time and severity of the winter before a depredation season on the number of verified complaints, number of farms with verified complaints, and number of wolves captured and killed. Winter severity index (WSI) values were based on a combination of the cooling (temperature, wind, and relative humidity as an integrated measure), the supporting capability of snow, and total snow depth Werme 1968). Lower WSI values represent mild winter weather; higher values represent a severe winter. Deer fawns, the primary wild prey of wolves, are more vulnerable to predation after severe winters because they are more poorly nourished in utero. The WSI values we used were the average of values from two reporting stations at opposite ends of the region-International Falls and Agassiz National Wildlife Refuge. The hypotheses that the regression slopes did not differ from zero (no trend) versus the one-sided alternative that slopes were greater than zero (positive slope) were tested (Sokal and Rohlf 1969). When multiple regressions were used, partial sums of squares were used to compute test statistics. Equality of the variance in yearly depredation indices among prey types was tested using $F$-ratios (Sokal and Rohlf 1969).

We used the minimum convex polygon method to calculate the total land area that the depredation sites covered during the different periods. Shifts in these polygons were useful in assessing trends in distribution of depredations. We also calculated geometric means of these sites for different periods as indicators of distribution shifts.

The relation between trapping success and subsequent depredations at the same location was examined with 2 x 2 contingency tables and chi-square tests. This method was also used to test for relations between the removal of specific age classes of wolves and subsequent depredations (Snedecor and Cochran 1973). Unless stated otherwise, $P < 0.05$ was considered statistically significant.

Because several data from 1975 through 1978 were incomplete, comparison with more recent data was not always appropriate. Many of the analyses and discussion in this paper

refer only to 1979-86. Several farms experienced depredations in more than 1 year. Therefore, figures for the number of farms with depredations during multiple years are cumulative totals derived by summing the numbers from each year.

---

Previous Section -- Methods and Program Approach
Return to Contents
Next Section -- Depredations

---

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## *Depredations*

---

During 1975-86, we investigated 600 complaints of depredations on livestock and verified 328 (55%) at 240 farms (farms counted more than once if they experienced depredations in multiple years). Verified complaints averaged 30 per year, and the number of farms where depredations were verified averaged 21 (Fig. 3). From 1979 to 1986 the number of verified complaints averaged 33 annually, and the number of farms with verified complaints averaged 24. About 0.33% of the farms within the range of the wolf in Minnesota were affected annually, assuming a total of 7,200 farms.

Cattle, sheep, and turkeys were the most common domestic prey during each year of the study (Table 1). Complaints of depredations on those three livestock types composed 88% of all verified complaints (Table 2). An average of 23 cattle, 49 sheep, and 173 turkeys were verified as lost to wolves per year from 1979 through 1986. Although complaints involving cattle were the most common, they were usually characterized by fewer losses per complaint (Table 2). The average number of individuals killed or wounded per verified complaint was clearly related to size (vulnerability) and abundance, ranging from 1.2 for cattle to 53.5 for turkeys (Table 2). There was greater agreement between numbers claimed lost and numbers verified lost for turkeys than for sheep, and especially for cattle (Table 2). The difference probably relates to the relative difficulty of finding remains of calves in the wooded areas where they are often pastured in spring and summer, whereas sheep and turkeys are more often killed in open (nonwooded) pastures. Thirty-nine percent of the 570 cattle claimed killed by wolves were missing cattle. Actual loss of cattle and other livestock to wolves lies between the verified and claimed loss figures (Fig. 2).

**Table 2.** *Comparison of depredation characteristics for the most common domestic prey of wolves in Minnesota: cattle, sheep, and turkeys.*

|  |  |  |  |
|---|---|---|---|
| Percent of all verified complaints | 54 | 27 | 7 |

| Ratio of claimed killed (in relation to cattle) | 1.00 | 1.28 | 3.82 |
|---|---|---|---|
| Ratio of verified killed (in relation to cattle) | 1.00 | 2.14 | 7.60 |
| Percent of number of individuals claimed lost that were verified | 31 | 52 | 62 |
| Mean number of individuals killed or wounded per verified complaint | 1.20 | 4.40 | 53.50 |

Calves constituted 87% of the cattle claimed and 82% of the cattle verified lost, indicating a clear selection by wolves for calves over adult cattle, which are more difficult to kill. This result is comparable to findings in western Canada, where 62 and 66% of the cattle killed by wolves in Alberta and British Columbia were calves (Gunson 1983).

The amount of compensation paid to farmers remained fairly stable from 1977 to 1986, averaging $21,228 (high-$38,606, low-$8,668) per year, even though public awareness of the program probably increased throughout the period (Table 3). The number of farmers who received compensation from the MDA for livestock destroyed by wolves statewide (Table 3) was similar to the number of farms having verified complaints. We believe that farmers were motivated to report claims for possible compensation and that they missed few opportunities to do so. Any complaint to the MDA was relayed to our program. The number of livestock losses authorized for payment by the MDA often slightly exceeded our figures for animals verified as lost to wolves because the MDA used more liberal verification criteria. Compensation was sometimes paid for missing animals after complaints that other livestock were suspected or confirmed killed by wolves, or if wolf depredations had been confirmed at the same farm in previous years.

---

Previous Section -- Data Analysis
Return to Contents
Next Section -- Annual Variation and Long-term Trend

---

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## *Annual Variation and Long-term Trend*

---

Except for 1981, annual variation in the number of complaints received, complaints verified, and farms where depredations were verified was moderate (Fig. 3). Previously, Mech et al. (1988b) reported strong negative correlations for simple linear regressions between WSI and nine related measures of wolf depredation on domestic animals the

following summer in Minnesota. The strongest relation was with total verified complaints. That analysis included depredations on pets, mainly dogs, as well as livestock, and was limited to 1979-86. The explanation proposed was that vulnerability of white-tailed deer fawns in summer was directly related to previous winter severity, and wolf depredations on domestic animals were inversely related to fawn vulnerability. That is, when fawns were difficult to capture, wolves turned to domestic prey.

We reran the preceding analysis using numbers of verified complaints on livestock only (pets excluded) for 1976-86 and found a similar relation ($r = -0.701$, $P = 0.016$). Generally, the winters of lowest WSI values (i.e., mild) were followed by summers of highest verified complaints and vice versa (Fig. 3). Likewise, the year with the most verified complaints (1981) was preceded by the second mildest winter in the period. The severest winter, 1978-79, was followed by the second lowest number of verified complaints. Thus, although cause and effect cannot be confirmed, severity of the previous winter seemed to be the best indicator of the level of losses to be expected during a given depredation season.

A question of considerable interest to us and other agencies concerned with wolf management was whether the depredation problem was increasing. We believed the best index of depredation severity to be the total number of complaints verified annually during 1976-86; annual numbers of farms having verified losses was possibly the second best indicator (Fig. 3). (Complaint data from 1975 were not included in analyses because of low public awareness of the program in the start-up year.) Simple linear regression on time for the 11-year period did not indicate a significant positive trend in verified complaints ($r = 0.433$, $P = 0.092$), although an increase (average, 1.55 per year) was noted in the number of farms having verified complaints ($r = 0.578$, $P = 0.032$). The number of complaints increased significantly (average, 3.48 per year) from 1976 to 1986 ($r = 0.628$, $P = 0.020$), at least partly because of increased awareness of our program and the state's compensation program. Taken together, however, these results suggest a long-term, increasing trend in the depredation problem.

To evaluate the relative effects of WSI and year on annual numbers of verified complaints, we used multiple linear regression. This analysis supported the relation between WSI and verified complaints ($F_{1,8} = 8.25$, $P = 0.021$). However, when the effect of WSI was accounted for, there was little evidence of a time trend in verified complaints ($F_{1,8} = 2.18$, $P = 0.178$). When the effect of WSI was accounted for, the addition of the time variable accounted for an additional 18.1% of the total variation explained. However, when the effect of time was accounted for, the addition of WSI accounted for an additional 68.7% of the total variation explained.

After taking into account WSI, related specific variables that we suspect contributed to the unexplained variation in depredation rates were date of snowmelt in spring (the earlier the snowmelt the earlier the livestock and their young are exposed to wolves), weather in summer, time of first snowfall (thus restricting movements or causing confinement of cattle and sheep and shortening the annual periods of exposure), number of wolves captured locally the previous year, degree of local illegal killing of wolves, and

**Exhibit U-14**

number of livestock available (related to market fluctuations). Availability of natural prey was also a potential factor but did not explain the increase in depredations in Roseau and Kittson Counties. Estimates of prefawning deer density and moose density in that area indicated no decreasing trend from 1982 to 1986 (Joselyn et al. 1988).

Annual variation in numbers killed (Table 1) was higher for sheep than for cattle ($F_{7,7} = 25.6$, $P < 0.005$), and higher for turkeys than for sheep ($F_{7,7} = 23.7$, $P < 0.005$). This finding reflects the difference in the depredation problem in the northwestern counties where more sheep and turkeys are available (55% of sheep were in Roseau, Kittson, and Marshall Counties in northwestern Minnesota), compared with the major part of the wolf range where cattle are the primary domestic prey. Because the depredation problem was more variable in the northwestern counties, the events there played a disproportionate role in determining whether any given year in Minnesota was characterized by relatively high or low losses. Moreover, often a few wolves had a disproportionate affect on the state's compensation program. A vivid example occurred in 1981 when four packs or pairs of wolves were responsible for $23,276 of the total $38,605 paid in compensation; that year the compensation paid in Roseau and Kittson Counties was 65% of the total.

Previous Section -- Depredations
Return to Contents
Next Section -- Seasonality of Depredations

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## *Seasonality of Depredations*

The livestock depredation problem in Minnesota was highly seasonal, occurring primarily from May through September, when 83% of all verified complaints occurred (Fig. 4a). This period is generally snow-free, and livestock are on range and most accessible to predators. Distinctive seasonal patterns were found for cattle, sheep, and turkeys (Fig. 4a). The number of animals killed or wounded peaked in May for cattle, in July-August for sheep, and in August-September for turkeys (Fig. 4b). The depredation season peaked later in Roseau and Kittson Counties, probably because of the prevalence of sheep and turkeys there Fig. 5.

**Fig. 5.** Seasonal distribution of verified complaints in Roseau and Kittson Counties compared with all other counties in the wolf range, 1979-86.

The peak in cattle losses in May corresponded to the availability of newborn calves that month; most cattle killed were young calves. The high potential for calf losses in spring demonstrated the potential effect of turn-out date (related to snowmelt) on the cattle loss figures for a given year. A sharp decline in depredations on cattle from May to June, compared with July and August (Figs. 4a and 4b), could have been related to a surge in predation on deer fawns in early summer. Fawns, which are born in June, become the major food of wolves. (Frenzel 1974; Van Ballenberghe et al. 1975; Fritts and Mech 1981; Fuller 1989). Maturing calves are less vulnerable after May or June, which suggests a reason for the overall decline in cattle losses after that time. We noted that calves killed in latesummer were often lateborn individuals born on pasture.

The seasonality of cattle losses in Minnesota differed from those in Alberta and British Columbia, where calf losses peaked in late summer (Dorrance 1982; Gunson 1983; Tompa 1983a). The difference between the areas might result from wolves being closer to cattle in spring and early summer in Minnesota.

No reason is clear for the peak in sheep losses in July and August, as sheep were available on pastures before then. Possibly increasing food demand by pups in midsummer and establishment of rendezvous sites near pastures were factors. In Alberta, sheep were killed during July-October, with no significant variation throughout the pasture season (Gunson 1983). Similarly, no reason is known for the distinct peak in turkey losses in August and September, as they are available on range well before that time. Losses decrease rapidly after September when turkeys are shipped to market.

We recorded several instances in which wolf rendezvous sites were established near turkey flocks in August and September. Each instance was characterized by heavy killing, and pups may have participated because they were known to have frequented the depredation sites. In such instances, wolf packs showed optimum foraging strategy (Schoener 1971) by exploiting an abundant, easy-to-capture, and highly localized food resource. This behavior especially served the high energy requirements of the pups (Mech 1970), which are about 4.5 months old by early September. During periods when wolves killed turkeys on successive days, their entire diet probably consisted of domestic prey. However, in most depredation situations, the biomass obtained from domestic prey was far too small to sustain a pack except for a limited period.

Seasonality of losses in Minnesota were similar to those in British Columbia except that a secondary peak occurs in midwinter there (Tompa 1983a). In British Columbia, wolves follow their prey in winter into areas of lower elevation where most farms are located; this action could account for the winter losses. No such seasonal movement of wolves occurs in relatively flat Minnesota, although some deer yards are near farms and residences, thus increasing wolf activity there in winter.

___

Previous Section -- Annual Variation and Long-term Trend
Return to Contents

Next Section -- Distribution of Depredations

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## *Distribution of Depredations*

Verified depredations were scattered over 38,228 km$^2$ in 1975-80 and over 56,827 km$^2$ in 1981-86, an increase of 48.7% (Figs. 6a and 6b). Some expansion in the total area occurred in every direction except north. The geometric center of the depredation sites shifted 14.5 km to the southwest. Although no drastic change has occurred in the distribution pattern since 1980, four areas may have become new depredation locales (Figs. 6a and 6b). Three of these, areas A, B, and D in Fig. 6b, are at or near the edge of the wolf range and may represent some expansion of the problem areas over the previous period. Meanwhile, depredations apparently decreased along the Canadian border west of International Falls and in an area immediately north of Duluth. No data are available from those areas before 1975 to compare with recent years.

Many farms where depredations occurred within a given year had experienced losses previously during our program. In 1986, about 40% of farms having verified complaints were repeaters from 1 of the previous 2 years. During 1979-86, seven farms (6% of total farms with verified depredations) were considered "chronic" or Type I problem farms (Fritts 1982). One of these farms was the site of depredations during each of 7 years, one during 6 years, one during 5 years, and four during 4 years. Thirty-four percent of all wolf captures were at these seven farms.

Eleven additional farms were the sites of depredations during 3 of the 8 years (1979-86) and were considered "moderately chronic." Chronic problem farms consistently involved depredations by packs of wolves rather than by lone wolves. Wolves were usually trapped at the farms, but enough individuals were usually left to keep the pack going, or the area was rapidly recolonized because of proximity to medium- or high-density wolf populations.

Depredations generally occurred in remote parts of farms, but sites included distant pastures to within a few meters of farm buildings. Losses near buildings were usually in early spring when wolves were visiting livestock carrion that had been disposed of outside the farmyard during winter. Cattle were killed in both wooded pasture and open pasture near woods. Sheep and turkeys were killed in open pasture, but usually were approached from the nearest wooded side. Aside from totally wooded pastures, areas with a mosaic of fields and forests seemed to present the greatest opportunity for depredations. Wolves were reluctant to cross large open spaces. In areas with a sharp transition between expanses of forest and expanses of open pastureland, wolves generally remained

in the forest (Fritts and Mech 1981, unpublished data). The same finding was reported in the vicinity of Riding Mountain National Park, Manitoba (Carbyn 1980).

Previous Section -- Seasonality of Depredations
Return to Contents
Next Section -- Role of Animal Husbandry

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## Role of Animal Husbandry

On the basis of data and observations from 1975 to 80, the development and perpetuation of depredation problems in Minnesota was found to be related to three animal husbandry or farm management practices (Fritts 1982). Leaving livestock carcasses near farmyards or in pastures during winter and spring centered wolf activity there at calving time. Allowing calving on pastureland also drew wolves to easy prey. And allowing livestock access to large wooded areas prevented them from being easily monitored. Data collection on these issues was not extended beyond that taken for the earlier report, so any further conclusions are subjective. The additional years of observations strongly reinforced the conclusion that each of these three practices is important in fostering wolf-livestock conflicts.

We alerted farmers to these problems through mailings and public presentations, by informing County Extension Agents, and by direct contact when investigating complaints. Either through our efforts or on their own, some farmers recognized the relation between these practices and depredations and took steps to alleviate them. For example, one cattle producer stopped calving in a large wooded pasture and began calving in a fenced, nonforested pasture near the barn and farmhouse after several consecutive years of calf losses in spring. Thereafter, fewer calves were thought lost to wolves in late spring and early summer. This husbandry change allowed the producer to recognize barren cows, birth-related mortality, and natural mortality of calves during the first few weeks after birth, which helped eliminate some potential reasons for calves missing from his herd.

Changes in farm management practices to elude wolf predation will not be taken in Minnesota unless they are economically feasible. Some modifications, such as removing carcasses from the vicinity of a farmyard, can be accomplished with little effort. Others, such as removing the trees and brush from large summer pastures, are less practical for livestock producers.

Similar husbandry or management problems have been recognized in the western Canadian provinces, and improved animal husbandry has been called for there (Gunson 1983; Stardom 1983; Tompa 1983a, 1983b; Bjorge and Gunson 1983, 1985). In British Columbia, wolf control is denied and improved husbandry recommended if faulty husbandry practices are directly responsible for wolf conflicts (Tompa 1983a, 1983b).

Previous Section -- Distribution of Depredations
Return to Contents
Next Section -- Program Results and Effectiveness of Control Measures

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## Program Results and Effectiveness of Control Measures

### Trapping

For the period 1975-86, 437 wolves were captured in foot traps and 262 destroyed or otherwise removed during control activities (Fig. 7). The number of wolves captured did not increase during this period ($r = 0.021$, $P = 0.475$), but the number destroyed has increased with time ($r = 0.756$, $P= 0.002$). The killing of depredating wolves was prohibited by regulations governing the program from 1975 through 1977 (Fritts 1982). No significant increase occurred in the number of wolves captured from 1979 through 1986 ($r = 0.494$, $P = 0.107$), but the number killed increased ($r = 0.702$, $P = 0.026$). The highest percentage of the Minnesota population killed (assuming 1,200 wolves) was 3.4% in 1983, well below the 30% harvest that wolf populations are believed capable of sustaining in fall (Keith 1983).

**Fig. 7.** Wolves captured and killed in depredation control activities in the Minnesota wolf range. Data from 1987 to 1989 are discussed in the Epilogue.

From 1979 to 1986, 232 attempts were made to trap problem wolves at 207 farms (sum of number of farms trapped annually). Some farms required more than one trapping attempt per year, and some received trapping in several years. The mean number of trap-nights per complaint was 145 (min-max = 2-1,224). There were 271 individual wolves (average, 34 per year) among the 279 captures, and 216 were destroyed. Successful trapping was defined as the capture of one or more wolves during a period of continuous

trapping at a farm. One hundred and twenty-four (53%) trapping efforts resulted in capture of one or more wolves and thus were considered successful.

When trapping efforts were successful, the number of wolves captured was one in 44% of the efforts, two in 27%, three in 14%, and four to eight in 15%. The mean number of trap-nights per capture was 126. The mean number of wolves destroyed per verified complaint was 1.1 during 1983-86, compared with 0.6 during 1979-82, primarily because of longer trapping periods, but also because of pan-tension devices on traps, increased skill of personnel, and earlier killing of pups.

Periods of trapping lasted 1 to 38 days; about 70% lasted 1 to 15 days. When wolves were captured, the average time to the first capture at a complaint site was 4.8 days (min-max = 1-17). Seventy-five percent of wolves were captured in the first 10 days of trapping and 88% in the first 15 days. An analysis of trapping efficiency was made for 5-day periods after 10 days and as long as 35 days, although most trapping lasted for 10 to 14 days. When calculated per period, capture efficiency remained stable up to the maximum period trapped. We left traps out beyond 10-15 days only under special circumstances (e.g., at farms where there was continued wolf activity); otherwise, efficiency probably would have declined. A trapping period of 10-15 days seemed to be the best approach for balancing costs and trapping efficacy at most farms.

Wolves were most likely to be captured when a pack or pair lived nearby. Ninety percent of successful trapping attempts involved a pair or pack of wolves (determined from sign present or the age and breeding status of wolves captured); 10% involved single animals. When no wolves were captured during a trapping attempt, one of the following factors was responsible: (1) a transient lone wolf was involved but left the area shortly after the depredation, (2) members of a pack or pair were involved but returned only sporadically to the site, or (3) members of a pack or pair were involved and simply eluded capture. We concluded that about 90% of depredations were caused by members of packs. In British Columbia, about 82% of the problems were believed to be caused by packs (Tompa 1983a, 1983b). Lone wolves associated with cattle more often than packs did on grazing leases in Alberta; however, their relative importance as predators of cattle was not clear (Bjorge and Gunson 1983).

The age ratio of adult or yearling wolves to pups captured during 1979-86 was 187:84; 48% were males. Pups began showing up in the catch as early as 22 June and outnumbered adults by September (Fig. 8). Breeding adults were difficult to identify with certainty; we identified 21 breeding females in the May, June, and July catches because they were lactating or had recently lactated. In total, some 80 wolves were thought to be breeding adults. In many respects, the May-June period was an ideal time to trap; the probability of a captured wolf being a depredator was higher during that period because packs were not yet traveling with pups of the year.

**Exhibit U-20**

**Fig. 8.** Number of adult (including yearling) and pup wolves captured by month, 1979-86.

We found it extremely difficult to determine the age and breeding status of the wolves that committed depredations. Depredations were rarely observed, and the only evidence available for assessment was tracks, droppings, and other signs at the kill site. We expected that adult wolves, especially breeders (dominant pack members), were most likely to be responsible because they are known to play a lead role in killing wild prey (L. D. Mech, unpublished data). However, our evidence to support that assumption was scarce. Accordingly, when a pack was involved we usually found it difficult to determine whether the wolves captured were actually the ones responsible for depredations. Proximity of capture site to kill site usually provided the best inference possible.

Captured wolves were generally in excellent condition. Few debilitating conditions were found that might have predisposed wolves to seek domestic prey. Eleven wolves sustained foot injuries from being trapped previously (primarily in coyote or fox traps set by private coyote and fox trappers) that were judged severe enough to hinder their killing of wild prey.

Forty-eight pups were released from 1979 through 1986 (Federal Judge P. McNulty, court order, 14 July 1978, unpublished data). Their fates are largely unknown. Four pups were recaptured at one farm and two at a neighboring farm. Two additional wolves were recaptured as yearlings at other farms where they were implicated in depredations. Pups were not believed to be depredating animals until late fall, when they were capable of killing sheep and turkeys. However, the food demand of rapidly growing pups, especially in July and August, probably contributed to depredation when rendezvous sites were established near farms. Wolves that were exposed to livestock as pups may have been more inclined to cause problems later in life; however, because we recaptured so few of the 48 pups (all had been ear-tagged) in later trapping, that hypothesis lacks support. Survival of the released pups could have been low because adults were removed from their packs.

Evaluating the effectiveness of wolf removal programs for reducing livestock depredations has been difficult (Fritts 1982; Tompa 1983a, 1983b; Bjorge and Gunson 1983, 1985). It might be possible to determine the effectiveness of reactive trapping of wolves to control livestock depredation by trapping and removing wolves at some farms having verified wolf depredations, conducting mock trapping at other comparable farms (controls), and comparing subsequent losses. However, such an experiment was not the purpose of our program, nor a viable option. A large sample of affected farmers-willing to forego what they believed to be corrective action and risk financial losses-would have been required.

The only method we had for evaluating trapping effectiveness was to compare posttrapping losses at farms where trapping was successful with posttrapping losses

**Exhibit U-21**

where trapping was unsuccessful. Therefore, we analyzed the 124 successful trapping efforts (108 farms) and 108 unsuccessful efforts (99 farms) for followup losses in the same and succeeding years. Of the 108 farms where trapping was successful, 37 (34%) had another loss in the same year, and 34 (31%) had another loss in the succeeding year. Of the 99 farms where trapping was not successful, 23 (23%) had another loss in the same year, and 23 (23%) had another loss in the succeeding year. As in the past, depredations at many farms stopped even though few or no wolves were removed, but continued at other farms despite regular removal of wolves. Thus our comparison method proved inconclusive.

The preceding results were unrelated to type of livestock except that unsuccessful trapping was followed by additional losses in the same year more often when the prey was sheep-13 of 29 instances-than when the prey was cattle--8 of 64 instances ($X^2 =$ 11.93, df = 1, $P = 0.001$). Thus, depredation problems with cattle were more likely to be sporadic than those involving sheep.

We examined the relation between number and age-class of wolves captured and subsequent verified depredations in the same and following year. In this assessment, a trapping effort in which wolves were captured was considered effective if no further depredations were verified later that year or in the following year, or ineffective if any were verified during that period. Trapping efforts in which one wolf was captured (regardless of age) were effective 54% of the time, two wolves 53% of the time, and three or more 43% of the time. This result is misleading, however, because pups are included. Trapping that resulted in the capture of only pups was effective in 4 of 18 instances (22%) compared with 57 of 105 (54%) instances in which only adult or yearling wolves or both were captured ($X^2 = 6.319$, df = 1, $P = 0.012$). With only adult and yearling wolves considered, the capture of one wolf was effective in 27 of 47 (58%) instances, and 2 wolves in 14 of 25 (58%) instances The capture of three or more adult or yearling wolves was effective in 11 of 17 (67%) instances (but not significantly higher than for captures of one or two wolves ($X^2 = 0.355$, df = 2, $P = 0.837$).

Contrary to our expectations, no higher effectiveness resulted from breeding wolves being caught. The effectiveness rate for efforts in which either one or both breeding adults alone were captured versus the rate when nonbreeding adults or yearlings were captured were identical (55%). Even when we captured both breeding adults (18 instances), the effectiveness rate was still only 50%. Therefore, capture of nonbreeding adult or yearling wolves evidently had as positive an effect as capture of breeding adults, suggesting that nonbreeding adults or yearlings may be as likely to initiate depredations as breeding adults.

The major difference in types of farms must be clearly understood before attempting to interpret the preceding results. Wolves were most readily captured at chronic problem farms (Type I farms; Fritts 1982) where one or more packs were present year round, and where depredations usually resumed within a year despite successful trapping (34% of all captures occurred at 6% of the farms). The reasons for resumption of depredations at those farms were not understood, but probably included high density of wolves locally,

**Exhibit U-22**

differences in wolf traditions, farm management practices, and the degree to which the pastures were forested (Fritts 1982). Also, the incidence of subsequent losses at farms that were unsuccessfully trapped was probably naturally low because many of those farms were of the sporadic problem type (Type II farms; Fritts 1982).

No significant relation was found between the number of verified complaints in a year and the total number of wolves captured the previous year ($r = 0.062$, $P = 0.883$). Removal of depredating wolves may have had a positive *local* effect on losses at some farms during the current and subsequent year, but usually did not prevent annually recurring losses at chronic problem farms. Therefore, the finding of no overall year-to-year relation may have resulted from the blending of new and repeat farms each year. If we had trapped mostly the same farms from year to year, a reduction in losses due to a positive effect of trapping at some of the farms might have been more apparent. However, because the total number of farms with verified complaints each year consisted of farms trapped the previous year (30-40% of total) and farms trapped for the first time (60-70%), the positive effect of trapping at farms across the wolf range the previous year was negated by losses occurring at new farms each year. Also, some repeat farms that have persistent losses regardless of the trapping efforts would be chronic problem farms. Depredations ceased at some farms after trapping. In 1983, for example, six wolves were captured after the loss of at least nine calves at a large farm having exclusively open pasture near the edge of the wolf range; no further losses occurred there. At some farms, removal of wolves was followed by long-term absences of depredation; generally those farms did not meet the same criteria as chronic problem farms and in many instances they were not situated adjacent to high density wolf areas.

Roseau and Kittson Counties showed notable differences in the depredation problem compared with the rest of the wolf range (Fig. 1). Many farms in these two extreme northwest counties were disjunct from the primary range but adjacent to small parcels of wilderness capable of supporting only a pack or pair of wolves. Several of the depredations in Roseau and Kittson Counties involved turkey flocks, whose husbandry favors extremely selective wolf control. We therefore expected trapping in that area to be more specific for offending wolves and abate complaints for a longer time. However, no relation was found between the number of wolves captured and verified complaints during the subsequent year ($r\ 0.030$, $P = 0.944$).

We suggest that the Roseau and Kittson County findings resulted from the ease with which sheep and turkeys are captured, enabling wolves to have a higher probability of killing livestock. The number of wolves captured never demonstrated a positive effect of wolf removal, especially with new wolves developing livestock-killing behavior on a regular basis.

The critical question in evaluating the effect of trapping is whether losses would have been higher without removal of problem wolves. Although we believe that to be true, no proof can be offered for the Minnesota wolf range as a whole. Any positive effect of wolf removal on losses throughout the entire wolf range probably was obscured by the blending of recurrent and new farms experiencing wolf depredations each year. Control

trapping and wolf removal had its most obvious value in seasonally curtailing the most serious problems where wolves returned regularly to commit depredations (e.g., nightly surplus killing of turkeys and sheep). One such example involved a farm in Roseau County where 61 sheep were killed in repeated incidents in 1984 before two wolves were captured and killed. Removal of wolves conditioned to livestock undoubtedly reduced the accumulation of such individuals in the population and may have impeded long-term growth of the depredation problem. Moreover, we suspect that the level of annual losses at Type I farms would have been higher without wolf removal. Another probable, but unmeasurable, benefit of wolf removal was the reduction of illegal local control efforts.

Conceivably, regular removal of wolves could have been counter-productive in some instances by making remaining pack members more dependent on livestock. A wolf in Alberta became more dependent on cattle after the removal of the majority of his pack and his dispersal (Bjorge and Gunson 1985). A yearling wolf in Montana preyed on calves during the spring after the removal of other pack members (E. E. Bangs, J. Fontaine, and S. H. Fritts, unpublished data). Clearly, much remains to be understood about the effects of wolf removal, especially at Type I farms, but it is obvious that disruption of social organization within the packs occurs. The effectiveness of trapping improved during the program. Personnel gained expertise at trapping, refined trapping techniques, and became familiar with the physiography of farms and travel routes of wolves at farms that were trapped more than once. Also, a major advance in trapping efficiency came with the use of tension devices or underpan spring devices in 1984, which drastically reduced captures of smaller, nontarget species (Turkowski et al. 1984). This refinement reduced the amount of time spent resetting traps and left more traps available for catching wolves. The use of all-terrain vehicles and improvements in lures and baits also improved efficiency.

Previous Section -- Role of Animal Husbandry
Return to Contents
Next Section -- Noncapture Methods

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## Noncapture Methods

We installed flashing highway lights at farms in response to 36 complaints, placed surveyor's flagging on farms in at least 8 instances, and placed a combination strobe light-siren device at the problem site in 6 instances. These devices were used along with trapping in 17 instances. Whether these nonlethal devices were successful in frightening away wolves is not certain. Observations from 1981 through 1986 did not alter earlier (Fritts 1982) impressions that use of the flashing lights found favor with the public, and

as such played a meaningful role in the program. The combination strobe light-siren device reduced coyote depredations on pastured sheep when three to six devices were used, and thus may deserve systematic research trials with wolves in the future (Linhart et al. 1984).

Flashing lights were useful in the following conditions and circumstances: (1) in Zone 1 where lethal control was prohibited; (2) at the edge of small, open pastures where visibility to surrounding areas was good; (3) when wolves were reported near livestock but no depredation had occurred and lethal control could not be implemented; (4) where the remoteness and timing of a problem made trapping impractical; (5) when a depredation had occurred, but evidence of wolf involvement was insufficient to implement lethal control; (6) when weather and ground conditions prohibited trapping; (7) when presence of local dogs or other domestic pets prohibited trapping; and (8) when a depredation problem was so severe (e.g., nightly killing of turkeys) that every possible legal means had to be implemented immediately. At the request of two farmers, flashing lights were left installed at their farms for 3 years. In summary, these devices were valuable to the program from a public relations standpoint, despite lack of proof of their effectiveness.

Livestock-guarding dogs and taste-aversion conditioning have been promoted as alternatives to lethal control. The variation in pasture conditions and animal husbandry among farms is such that the effectiveness of these and other nonlethal techniques was expected to vary greatly. Taste aversion did not seem to be a viable technique (Gustavson 1982). We are presently more optimistic about the use of livestock-guarding dogs (Coppinger 1987) than we are about taste aversion or lights, but have observed that such dogs are not always effective. Effectiveness of dogs seems to be reduced in wooded or brushy pastures where livestock are dispersed, and in situations close to neighboring residences or other farm operations. Clearly, new approaches are needed. We noted that no single technique presently known can solve the depredation problem; rather, resolution must be sought through a combination of approaches that includes improvements in farm management practices, lethal trapping, and creative, nonlethal techniques.

The existence of an indemnity program seemed to have a mollifying effect on the agricultural community. The animosity directed at program personnel and the federal government probably would have been much higher if no such indemnity program existed, and the pressure on our program to resolve depredation problems would have been even greater. There were some common complaints about the compensation program: livestock value limits were too low, fair-market value at the time of the loss was paid rather than projected value at market time, and no compensation was paid for missing livestock at farms with verified losses. Several instances were seen in which the program created a bias attributing the cause of losses to wolves when overwhelming evidence indicated otherwise. Also, we observed that payment for losses did not encourage operators to correct management practices or try nonlethal methods.

**Exhibit U-25**

We consider the Minnesota compensation program successful and well worth its cost, but suggest that payment be reduced or withheld when correctable husbandry practices seem responsible for depredations. This modification should provide farmers with incentive to improve husbandry practices that will save the program money. Other areas where producers are compensated for livestock losses to wolves are Alberta (Gunson 1983), Italy (Zimen and Boitani 1979), Montana (Fischer 1989), and Ontario (Kolenosky 1983). Gunson (1983) reported that yearly payment in Alberta varied from $29,828 to $85,122. Compensation was believed to be a useful component of problem wildlife (including wolf) management in Alberta, especially when used in combination with damage prevention and control (Gurba 1982). Gunson (1983, personal communication) listed other advantages of the Alberta indemnity program, including improved communication with agriculturists and improved appreciation of wildlife. Our observations in Minnesota led to the same conclusions.

---

Previous Section -- Program Results and Effectiveness of Control Measures
Return to Contents
Next Section -- Conclusions and Management Recommendations

---

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## Conclusions and Management Recommendations

---

The addition of data through 1986 validated most of the earlier conclusions about the nature and extent of wolf-livestock conflicts in Minnesota (Fritts 1982). The level of depredation on live stock remained relatively stable despite complete legal protection of the wolf since 1974 (cf. Epilogue). No statistically definable increasing trend occurred in the number of verified complaints (best indicator of the level of wolf-livestock conflicts) from 1975 to 1986, although the number of farms affected and total complaints received annually did increase. Annual variation in depredation levels was, to a great extent, related to severity of the previous winter, whereas the evidence for an increase in depredations over time was less compelling. A small fraction of the farms in wolf range were affected annually, and the effect on livestock production as a whole continued to be negligible.

However, each year certain individual producers were seriously affected by wolf depredations. Especially disconcerting was the high level of turkey losses in northwestern counties and an increase in the number of farms affected in that area. The tendency of wolves in Management Zone 5 to exploit the particular vulnerability of turkeys and sheep suggests that the wolf depredation problem would be greatly exacerbated by any increase in production of these domestic animals in other zones with higher wolf densities or any further increase in numbers and distribution of wolves in Zone 5. In evaluating the recent

and present levels of wolf-livestock conflicts in Minnesota, it is noteworthy that the reporting period was one of generally decreasing livestock production (except for turkeys).

Preventive control should be considered in certain parts of Zone 5 in northwestern Minnesota, in view of the relatively high numbers of sheep and turkeys present, and the proven tendency for wolves there to kill substantial numbers in a short period. However, such taking would be contrary to a court order (Federal Judge P. McNulty, court order, 14 July 1978, unpublished data). The Eastern Timber Wolf Recovery Team recommended that no wolves be allowed in Zone 5 because of the high density of livestock (USFWS 1978). Preventive removal of wolves could be directed at packs in chronic problem areas and could occur in May-June when trapping conditions are near ideal.

Although neither the number of verified complaints nor wolves taken in response to losses were shown to have escalated on the basis of the 1981-86 data, to manage the problem more wolves may have to be taken than was previously believed on the basis of 1979-80 data (Fritts 1982). The numbers taken on the program to date have not reduced the Minnesota wolf population, and the take could be increased considerably before an effect would occur (Mech 1970; Peterson and Woolington 1982; Keith 1983). However, we still believe that depredations can be controlled without taking large numbers of wolves and that, except for Zone 5, trapping should be directed toward the capture of specific offending wolves or offending packs rather than local populations. The number of wolves necessary to take to control the problem and the precise effect of control trapping still are not understood, especially at chronic problem farms. In fact, few conclusions are possible about the effectiveness of wolf removal in reducing livestock depredations.

The depredation problem in Minnesota will not be eliminated soon. Efforts to reduce livestock losses should include a combination of approaches and not rely solely on wolf control measures. First, management practices at many of the farms could be improved; farmers should practice proper carcass disposal as required by law, improve surveillance, reduce pasturing in remote wooded areas, and delay turnout until young livestock are more capable of eluding wolves. Second, a responsive, highly efficient, adequately funded control program should be in place to deal with problems as they arise. Third, additional nonlethal methods should be sought and tested. The use of livestock-guarding dogs should be encouraged when feasible. The public must be educated to realize that nonlethal methods will work only in certain circumstances and have realistic expectations of them. Fourth, the state's compensation program should be continued, but modified to discourage poor management practices. In addition, research is needed to (1) determine the causes of the onset of livestock-killing behavior, (2) explain the relation between winter severity and depredation indices, (3) elucidate the relation between wolf removal and subsequent losses (especially at chronic problem farms), and (4) periodically reassess the relations between winter severity, time, and depredation indices.

Our strongest impression to date about wolf-livestock problems in Minnesota is the low level of depredation in view of the availability of livestock and conditions of their

**Exhibit U-27**

production. For most of the year, wolves live close to livestock; yet, it is clear that only a fraction of possible contacts culminates in depredations. Possibly a strong search image for natural prey is a deterrent to depredation on domestic animals. The infrequency of contact with livestock in winter might be hindering development of a search image for that prey. Alteration of the search image for wild prey, possibly a result of carrion feeding or other transition behavior, could be part of the problem at Type I farms. Whatever the reason, the situation in Minnesota has demonstrated that conflicts between wolves and livestock are not the norm, at least not within the conditions existing in Minnesota from 1975 through 1986.

Previous Section -- Depredations
Return to Contents
Next Section -- Implications for Areas Outside Minnesota

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## *Implications for Areas Outside Minnesota*

The extent of wolf-livestock conflicts in Minnesota is frequently used as a model for predicting the expected level of depredations where wolf reintroductions are proposed, such as the greater Yellowstone area (O'Neill 1988; Fischer 1989). Information is limited for estimating the potential level of depredations in areas outside Minnesota. Essentially all information on wolf-livestock problems in the American West comes from an earlier period when the wolf's wild ungulate prey was severely reduced and the wolf had little choice but to prey on livestock. Moreover, most information was collected in the context of wolf eradication programs where scientific objectivity was not a priority.

Important differences exist between northern Minnesota and other areas in the United States where wolf populations might be recovered. These differences occur in vegetation, terrain, size of ranches, animal husbandry practices, abundance and distribution of the wolf's natural prey and, potentially, in wolf behavior associated with learned avoidance of humans and livestock production areas. Conditions in Minnesota differ from those in the West by having (1) denser vegetation, (2) less-rugged (relatively flat) terrain, (3) smaller ranches, (4) more-controlled calving (although there is little control at some Minnesota operations), (5) fairly stable and nonmigratory natural prey populations, (6) virtually no grazing on public land, and (7) a long history of wolf-human interaction. These factors might suggest a higher rate of depredations outside Minnesota. Early observations of wolf recovery in Montana suggest that wolf-livestock contact may be induced by uneven terrain; wolves tend to use river valleys that support wintering ungulates or high year-round densities of ungulates in areas where livestock are most concentrated (E. E. Bangs, J. Fontaine, and S. H. Fritts, unpublished data).

**Exhibit U-28**

However, the information from Alberta and British Columbia (which resemble the northern Rockies of the United States) reveals loss rates similar to those in Minnesota. Information from western Canada supports our conclusion that wolves frequently live near livestock without depredations occurring. Whether this holds true in other parts of North America is unknown. Clearly, projection of our findings to areas outside Minnesota should be done with great caution. Although losses in other areas of the United States where wolves and livestock would coexist might be as low as in Minnesota, one cannot make such a prediction without having wolves present.

Previous Section -- Conclusions and Management Recommendations
Return to Contents
Next Section -- Acknowledgments

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## *Acknowledgments*

This project was supported by the U.S. Fish and Wildlife Service and the U.S. Department of Agriculture, Animal and Plant Health Inspection Service. The authors are grateful for the help of the following persons who assisted in investigating complaints and conducting control activities: S. C. Berens, D. K. Boyd, J. W. Burch, D. P. Burns, K. C. Carr, O. E. Corr, R. K. Field, W. H. Hexum, R. L. Himes (deceased), S. T. Knick, D. W. Kuehn, B. Mandernack, T. J. Meier, M. E. Nelson, L. G. Peterson, J. J. Renneberg, G. A. Riley, J. D. Smith, T. J. Wallace, G. S. Warren, and J. J. Watson. Several personnel of the Minnesota Department of Natural Resources were of special assistance and support, including W. E. Berg, A. Cornish, T. K. Fuller, P. D. Karns, G. Spaulding, L. Steen, and P. G. Watt. The Minnesota Department of Agriculture provided information from its compensation program and assistance in converting data on livestock abundance to the summer period. Special administrative support was provided by H. R. Perry, D. L Trauger, and R. S. Wetzel. The U.S. Department of Agriculture North Central Forest Experiment Station provided logistical support. Assistance in statistical analysis and manuscript preparation was provided by J. Hatfield, M. D. Jimenez, S. L. MacPherson, G. W. Pendleton, and R. R. Ream. Helpful manuscript review was provided by R. R. Bjorge, R. M. Engeman, M. W. Fall, J. R. Gunson, and R. R. Ream.

Previous Section -- Implications for Areas Outside Minnesota
Return to Contents
Next Section -- References

**Exhibit U-29**

# Trends and Management of Wolf-Livestock Conflicts in Minnesota

## *References*

Berg, W. E., and D. W. Kuehn, 1982. Ecology of wolves in north-central
    Minnesota. Pages 4-11 *in* F. H. Harrington and P. C. Paquet,
editors.
    Wolves of the world. Noyes Publications, Park Ridge, N.J.

Bjorge, R. R., and J. R. Gunson. 1983. Wolf predation of cattle on the
    Simonette River pastures in northwestern Alberta. Pages 106-111 *in*
L. N.
    Carbyn, editor. Wolves in Canada and Alaska: their status,
biology, and
    management. Canadian Wildlife Service Report 45, Ottawa, Ontario.

Biorge, R. R., and J. R. Gunson. 1985. Evaluation of wolf control to
reduce
    cattle predation in Alberta. Journal of Range Management 38:483-
486.

Boyd, D. 1982. Food habits and spatial relations of coyotes and a lone
wolf
    in the Rocky Mountains. M.S. thesis, University of Montana,
Missoula.
    109 pp.

Brown, D. E. 1983. The wolf in the Southwest, the making of an
endangered
    species. University of Arizona Press, Tucson. 195 pp.

Carbyn, L. N. 1980. Ecology and management of wolves in Riding Mountain
    National Park, Manitoba. Canadian Wildlife Service Report 10,
Edmonton,
    Alberta. 181 pp.

Carbyn, L. N. 1987. Gray wolf and red wolf. Pages 359-376 in M. Novak,
G. A.
    Baker, M. E. Obbard and B. Malloch, editors. Wild furbearer
management
    and conservation in North America. Ontario Trappers Association,
Ministry
    of Natural Resources, Ontario, Canada.

Coppinger, R. 1987. Increasing the effectiveness of livestock guarding
dogs:
    reducing predation by wolves on livestock in Minnesota with
livestock
    guarding dogs. USDA/APHIS/ADC Grant Award 12-16-72-007, FY 1987
Report.
    Hampshire College, Amherst, Mass, 27 pp.

**Exhibit U-30**

Dorrance, M. J. 1982. Predation losses of cattle in Alberta. Journal of Range
    Management 35:690-692.

Fischer, H. 1989. Restoring the wolf-*Defenders* launches a compensation fund.
    Defenders 64:9, 36.

Frenzel, L. D. 1974. Occurrence of moose in food of wolves as revealed by scat
    analysis: a review of North American studies. Nature Canada 101:467-479.

Fritts, S. H., 1982. Wolf depredation on livestock in Minnesota. U.S. Fish and
    Wildlife Service, Research Report 145. 11 pp.

Fritts, S. H., and L. D. Mech. 1981. Dynamics, movements, and feeding ecology
    of a newly-protected wolf population in northwestern Minnesota. Wildlife
    Monographs 80:1-79.

Fritts, S. H., and W. J. Paul. 1989. Interactions of wolves and dogs in
    Minnesota. Wildlife Society Bulletin 17:121-123.

Fritts, S. H., W. J. Paul, and L. D. Mech. 1984. Movements of translocated
    wolves in Minnesota. Journal of Wildlife Management 48:709-721.

Fuller, T. K. 1989. Population dynamics of wolves in north-central Minnesota.
    Wildlife Monographs 105:1-41.

Gunson, J. R. 1983. Wolf depredation on livestock in western Canada. Pages
    102-105 *in* L. N. Carbyn, editor.  Wolves in Canada and Alaska: their
    status, biology, and management. Canadian Wildlife Service Report 45,
    Ottawa, Ontario.

Gurba, J. B. 1982. Compensation for vertebrate pest damage. Proceedings of the
    Vertebrate Pest Conference 10:90-94.

Gustavson, C. R. 1982. An evaluation of taste aversion control of wolf
    (*Canis lupus*) predation in northern Minnesota.  Applied Animal
    Ethology 9:63-71.

Henshaw, R. E. 1982. Can the wolf be returned to New York? Pages 395-422 *in*
    F. H. Harrington and P. C. Paquet, editors. Wolves of the world. Noyes
    Publications, Park Ridge, N.J.

**Exhibit U-31**

Hovde, M. R. 1941. Climate of Minnesota. In Climate and Man. U.S. Department
    of Agriculture Yearbook of Agriculture, Washington, D.C. n.p.

Joselyn, B., S. Milner, and R. Lake. 1988. Status of wildlife populations,
    fall 1988 and 1980-1987 hunting and trapping harvest statistics. Section
    of Wildlife, Minnesota Department of Natural Resources, St. Paul. 169 pp.

Kaminski, T., and A. Boss. 1981. Gray wolf-the history, present status, and
    management recommendations. Administrative report, Boise National Forest,
    Boise, Idaho. 111 pp.

Kaminski, T., and J. Hansen. 1984. Wolves of central Idaho. Montana Cooperative
    Wildlife Research Unit. University of Montana, Missoula. 196 pp.

Keith, L. B. 1983. Population dynamics of wolves. Pages 66-77 in L. N. Carbyn,
    editor. Wolves in Canada and Alaska: their status, biology, and
    management. Canadian Wildlife Service Report 45, Ottawa, Ontario.

Kellert, S. R. 1985. The public and the timber wolf in Minnesota. Yale
    University, New Haven, Conn. 175 pp.

Kolenosky, G. B. 1983. Status and management of wolves in Ontario. Pages 35-40
    in L. N. Carbyn, editor. Wolves in Canada and Alaska: their status,
    biology, and management. Canadian Wildlife Service Report 45, Ottawa,
    Ontario.

Kruuk, H. 1972. Surplus killing by carnivores. Journal of Zoology (London)
    166:233-244.

Laufer, J. R., and P. T. Jenkins. 1989. Historical and present status of the
    grey wolf in the Cascade Mountains of Washington. Northwest Environmental
    Journal 5:313-327.

Linhart, S. B. 1984. Strobe light and siren devices for protecting
    fenced-pasture and range sheep from coyote predation. Proceedings of the
    Vertebrate Pest Conference 11:154-156.

Linhart, S. B., R. T. Sterner, G. J. Dasch, and J. W. Theade. 1984. Efficacy
    of light and sound stimuli for reducing coyote predation upon pastured
    sheep. Protection Ecology 6:75-84,

**Exhibit U-32**

Mech, L. D. 1970. The wolf: the ecology and behavior of an endangered
species.
      Natural History Press, Doubleday, New York. 389 pp.

Mech, L. D. 1973. Wolf numbers in the Superior National Forest of
Minnesota.
      U.S. Forest Service Research Paper NC-97. 10 pp.

Mech, L. D. 1986. Wolf population in the central Superior National
Forest,
      1967-1985. U.S. Forest Service Research Paper NC-270. 6 pp.

Mech, L. D., S. H. Fritts, G. L. Radde, and W. J. Paul. 1988a. Wolf
      distribution in Minnesota relative to road density.  Wildlife
Society
      Bulletin 16:85-87.

Mech, L. D., S. H. Fritts, and W. J. Paul. 1988b. Relationship between
winter
      severity and wolf depredations on domestic animals in Minnesota.
Wildlife
      Society Bulletin 16:269-272.

Mech, L. D., and R. M. Nowak. 1981. Return of the wolf to Wisconsin.
American
      Midland Naturalist 105:408-409.

Minnesota Agricultural Statistics. 1975, 1976, 1977, 1978, 1979, 1980,
1981, 1982,
      1984, 1985, 1986, 1987. Minnesota Crop and Livestock Reporting
Service. U.S.
      Department of Agriculture Statistical Reporting Service and
Minnesota
      Department of Agriculture, St, Paul. Various pagings.

Minnesota Monthly Turkey Report. 13 January 1988. Minnesota
Agricultural
      Statistics Service, Minnesota and U.S. Departments of Agriculture,
St.
      Paul. 2 pp.

O'Neill, B. B. 1988. The law of the wolves. Environmental Law 18:227-
240.

Peterson, R. 0., and J. D. Woolington. 1982, The apparent extinction
and
      reappearance of wolves on the Kenai Peninsula, Alaska. Pages 334-
344 in
      F. H. Harrington and P. C. Paquet, editors. Wolves of the world.
Noyes
      Publications, Park Ridge, N.J.

Ream, R. R., M. W. Fairchild, D. K. Boyd, and D. H. Pletscher. 1991.
      Population dynamics and home range changes in a colonizing wolf
population.