# PEOPLE
# *and*
# PREDATORS

*From Conflict to Coexistence*

Edited by

Nina Fascione, Aimee Delach,
Martin E. Smith

*Foreword by James A. Estes*

*Defenders of Wildlife*

ISLAND PRESS

*Washington   Covelo   London*

**Exhibit V-1**

# Wolves in Rural Agricultural Areas
## of Western North America:
## Conflict and Conservation

*Marco Musiani, Tyler Muhly, Carolyn Callaghan, C. Cormack Gates,
Martin E. Smith, Suzanne Stone, and Elisabetta Tosoni*

Gray wolves (*Canis lupus*) prey on all ungulate species present within their distributional range, including domestic ungulates (Young and Goldman 1944; Mech 1970; Meriggi and Lovari 1996). Soon after the introduction of domestic livestock to North America, producers began to experience wolf depredation (Young and Goldman 1944). As you have read in Chapter 1 of this volume, depredation can have a great impact on individual ranchers who suffer losses, and creates severe animosity toward wolves, especially in rural agricultural areas (Mech 1995, 1998). In addition to domestic herbivores, wolves will also kill domestic pets (e.g., hunting dogs, livestock guardian dogs, and other pets; Fritts and Paul 1989; Kojola and Kuittinen 2002; Treves et al. 2002), creating an additional source of conflict between wolves and people. Understanding the factors that influence depredation allows us to consider alternative approaches for managing depredation risk while encouraging wolf conservation.

Historically, wolves were reviled in many areas of North America largely because of wolf-livestock conflicts, and were persecuted by people as a nuisance or pest animal (Young and Goldman 1944; Cluff and Murray 1995). Organized killing of wolves in response to conflicts resulted in their extirpation from most of the lower forty-eight states, with the exception of a wolf population occupying northern Minnesota, at the border with Canada (Mech 1970). In Canada, wolves were extirpated from predominant agricultural areas in the prairie provinces by the early 1900s (Gunson 1992; Hayes and Gunson 1995). Until the 1970s, when the last wolves were killed legally, wolves were repeatedly extirpated from agricultural areas in

51

**Exhibit V-2**

western North America where recolonization otherwise might have been possible (Fischer 1995). The attitudes and conflicts that existed during the extirpation period are persistent today and can impede wolf recovery.

In this chapter we review conflicts of livestock depredation, compensation, and depredation management for Alberta, Idaho, Montana, and Wyoming, and relevant aspects of wolf recovery, conservation, and legal status. We analyzed depredation data compiled by state and federal agencies over the last twenty years (1982 to 1996 for Canada, 1987 to 2002 for the United States), during which time the wolf was classified as endangered in the U.S. portion of the study area.

## Background

In 1973, wolf protection in the lower forty-eight states was embodied in legislation under the Endangered Species Act (ESA) (USFWS 1973). Since then, wolf conservation has received increasing support in North America (Kellert et al. 1996). Proponents of wolf conservation cite evidence of the pivotal role that wolves play in natural ecosystems (Noss et al. 1996; Weaver et al. 1996; Ripple et al. 2001; Hebblewhite et al. 2002; Jedrzejewski et al. 2002). Some sectors of the public advocate complete protection for ethical reasons (Enck and Brown 2002; Williams et al. 2002), while others continue energetic opposition to wolf conservation and recovery (Lohr et al. 1996). Muth and Jamison (2000) explain the motivations for complete protection of wildlife, *sensu* animal rights, which include "urban perceptions of nature," "popularized interpretations of science," "anthropomorphism," and "egalitarianism." Antiwolf sentiments are more strongly held by rural residents in the United States and Canada than by the general public (Bath 1987; Duda et al. 1998; Kellert 1999), reflecting concerns about competition with wolves for large herbivore game species, and real and perceived threats to livestock production (Boyd et al. 1994; Breitenmoser 1998).

The wolf is not considered threatened in Canada because the species, although virtually extirpated from agricultural regions in south-central Canada, has continually occupied much of the remainder of its original range in northern Canada (Hayes and Gunson 1995; Committee on the Status of Endangered Wildlife in Canada 2002). In southern Canada, conflicts with wolves persist, and livestock producers continue to see wolves as a nuisance to livestock production. Ranchers, trappers, and government

**Exhibit V-3**

authorities commonly kill wolves to manage depredation (Bjorge and Gunson 1985; Gunson 1992).

In the mid-1980s, wolves dispersing from Canada began to recolonize northern Montana (Ream et al. 1989; Forbes and Boyd 1997). Management authorities believed that a combination of natural dispersal and reintroduction efforts was needed to establish a viable population in the northwestern United States (Bangs and Fritts 1996). Subsequently, in 1995 and 1996, wildlife officials translocated a number of Canadian wolves into the Greater Yellowstone Area (GYA) and central Idaho (Bangs and Fritts 1996; Bangs et al. 1998). Since then, wolves originating from these populations have expanded into adjacent regions of Idaho, Montana, and Wyoming and now number around 650 individuals (Bangs et al. 1998; USFWS et al. 2003). These recovering populations have come into increasing conflict with livestock operations in the United States (Bangs et al. 1998; USFWS 2003). In addition, there is ongoing conflict in Alberta, where wolf populations have persisted in areas where cattle ranching is a predominant industry (Gunson 1992; Musiani et al. 2003).

In April 2003, the U.S. Fish and Wildlife Service downlisted the wolf from "endangered" to "threatened" under the ESA (USFWS 2003). The reason for downlisting was the improved status and partial recovery of wolf populations in portions of the United States owing to restoration efforts (Bangs et al. 1998). In the northwestern United States, downlisting affected only the northwestern Montana population, as the Yellowstone and Idaho populations were initially classified "experimental, nonessential" (a legal status that allows lethal control of depredating individuals); that classification will be retained for the foreseeable future. However, wolf management may not change significantly as government use of lethal control of wolves has been equal to or greater than in the experimental population. Landowners may now also be issued permits to kill wolves if their livestock is threatened (USFWS 2003). Currently, government officials have the authority to shoot depredating wolves.

Compensation programs are in place to improve tolerance of wolves by livestock producers. The Alberta Conservation Association, a nongovernmental organization (NGO) funded primarily from the province's hunters and anglers, provides funding to the provincial government, which administers the Alberta compensation program (Alberta Conservation Association 2002). In Idaho, Montana, and Wyoming, compensation is provided by a nongovernmental organization, the Defenders of Wildlife (Defenders

**Exhibit V-4**

of Wildlife 2003). As of January 1999, Defenders of Wildlife also began funding proactive depredation management measures. Other antidepredation measures currently employed in the study area include killing or relocation, aversive conditioning, and monitoring the behavior of offending wolves (USFWS et al. 2003).

## Depredation Patterns in the Western U.S. and Canada

Effective management of wolf-livestock conflict requires an accurate understanding of the spatial and seasonal patterns of depredation. Our research aims to answer those questions.

### Study Area

The case study area consisted of the northwestern U.S. states of Idaho, Montana, and Wyoming, and the Canadian province of Alberta (Figure 3.1). This area includes boreal forest, which is prevalent in northern Alberta. Portions of the study area are occupied by temperate steppe, characterized by agricultural lands and grasslands interspersed with stands of *Populus* spp., with occasional patches of willow (*Salix* spp.). Other portions of the study area encompass the Rocky Mountains, with typical closed to open forests of white and black spruce (*Picea* spp.), subalpine fir (*Abies lasiocarpa*), lodgepole pine (*Pinus contorta*), trembling aspen (*Populus tremuloides*), balsam poplar (*P. balsamifera*), and white birch (*Betula papyrifera*).

Several natural prey species are abundant in parts of the study area, including bison (*Bison bison*), moose (*Alces alces*), elk (*Cervus elaphus*), white-tailed deer (*Odocoileus virginianus*), mule deer (*Odocoileus hemionus*), bighorn sheep (*Ovis canadensis*), and pronghorn antelope (*Antilocapra americana*). Domestic animals, particularly livestock such as cattle, sheep, and horses, are also abundant. Livestock production is an important economic activity on private and public grazing lands.

The region contains both developed areas (towns, agricultural lands, and managed forests) and undeveloped areas (national forests, wilderness areas, and national parks, including Wood Buffalo, Banff/Jasper, Waterton/Glacier, and Yellowstone) (Gunson 1992; Bangs and Fritts 1996).

### Methods

We analyzed complaints about wolf depredation on domestic animals in Alberta, Canada, for the period April 1982–April 1996. Alberta Sustain-

Exhibit V-5

*3. Wolves in Rural Agricultural Areas of Western North America*    55



FIGURE 3.1  Study area, including the province of Alberta, Canada, and the northwestern U.S. states of Idaho, Montana, and Wyoming. Light gray denotes ranges for the studied wolf populations. Dark gray denotes national parks.

able Resource Development and Community Development, Government of Alberta, compiled complaint data. Data included instances of: (a) domestic animals that were harassed, killed, or injured by wolves as confirmed by government officials; and (b) wolves killed by government authorities engaged in depredation management. The Alberta database included only information on the occurrences of livestock depredations, with little additional data, but it specified the total number of wolves killed by government authorities in response to these complaints.

We compared Canadian data with those for Wyoming, Idaho, and Montana. The U.S. Fish and Wildlife Service (USFWS) and the USDA Wildlife Services (WS) investigate all depredation complaints. If upon investigation wildlife officials are able to confirm the wolf depredation, then nonlethal, lethal, or a combination of wolf control measures may be implemented under the direction of USFWS (Bangs and Fritts 1996; USFWS et al. 2003).

We compiled data on compensated depredation events originally

Exhibit V-6

collected by the USFWS and Defenders of Wildlife from January 1987 to December 2002. In addition to the type of information that was available for Canada, the U.S. database also specified the total number of (a) domestic animals of various age groups that were killed or injured by wolves, and (b) wolves killed or relocated by government authorities.

Using criteria agreed on by the USFWS and WS (Defenders of Wildlife 2003; USFWS et al. 2003), and definitions provided by USDA Wildlife Services, we classified depredation events as "confirmed" (when unequivocal physical evidence was consistent with a wolf attack); "probable" (when available information was consistent with a wolf attack and wolf depredation had been previously confirmed in the area); or "possible" (when insufficient evidence was available to determine the cause of death or injury). Only confirmed events for wolf depredation on domestic animals were included in our analyses. We also obtained information on payments sent to ranchers who had a confirmed or probable loss. Data on the U.S. wolf population were autumn/winter estimates made by the USFWS (USFWS et al. 2003). Depredation data for the United States did not include information on domestic animals harassed by wolves.

Our data represented a minimum estimate for the number of domestic animals killed or injured and for wolves killed. Remains of domestic animals killed by wolves may not be found, or may be found after decomposition or scavenging by other animals. In such cases, assessment of the cause of death is not possible. These detection problems may be particularly relevant in remote areas where livestock are grazed on open ranges (Musiani et al. 2003; Oakleaf et al. 2003).

In Canada or the United States, ranchers are not required to report depredation unless they file a compensation claim for damage. In the United States, all confirmed losses from wolf depredation may be compensated (Wagner et al. 1997). In contrast, losses in Alberta are refunded only for relatively common livestock species, including cattle, sheep, hog, goat, and bison (Alberta Conservation Association 2002). As a consequence, the information available on other livestock (e.g., horse, llama, and alpaca) may be scarce.

Another important difference between Canadian and U.S. data sets is the number of wolf deaths that are reported. In the lower forty-eight states, all wolves killed must be reported in accordance with the Endangered Species Act (USFWS 2003). In Alberta, wolves may be legally killed by hunters (reporting was not required prior to 2000) and registered trappers

Exhibit V-7

(reporting required). Landowners may kill wolves without restriction, anywhere on or within 8 km of their property (Gunson 1992).

### Analysis

We ran statistical analysis using the Kolmogorov-Smirnov test with reference to Lilliefors's probabilities (Sokal and Rohlf 2000) to determine whether the U.S. data on wolf population size, domestic animals killed and injured, compensation costs, and wolves killed were normally distributed. For normally distributed data, we used analysis of variance (ANOVA) and least-squares simple linear regression to test correlation among yearly numbers. We analyzed separately the period 1987–1994 (natural recolonization period, with wolves present in northwestern Montana only) and the period 1995–2002 (recovery period, with wolves present in Idaho, Montana, and Wyoming).

We evaluated monthly and seasonal trends for both Canadian and American wolf depredation data. In our analysis, we treated each complaint as a single incident, regardless of the numbers of domestic animals affected. To reveal whether depredation events varied by month, we used a Friedman test. We used the Wilcoxon test to evaluate significant increases or decreases from month to month. The latter method allowed us to identify depredation seasons—that is, periods during which depredation occurrences did not change significantly. We used Mann-Whitney U and Kruskal-Wallis tests to compare average seasonal depredation occurrences pairwise and among more than two seasons, respectively (Sokal and Rohlf 2000). All computations were conducted using Statistical Package for the Social Sciences (SPSS Version 10.0). The significance cutoff was $p = 0.05$ for all tests.

### Results

Wolf numbers slowly increased in the naturally recolonized area in northwestern Montana between 1987 and 1994 (Figure 3.2a), though the population has undergone temporary declines and long periods of stagnation. The number of domestic animals killed and injured by wolves did not increase during this period ($p = 0.45$), nor did the numbers of domestic animals killed and injured show any relationship with wolf population size during the period ($p = 0.78$). On the other hand, a strong relationship was detected between numbers of domestic animals killed and injured by wolves and numbers of wolves killed by people (Figure 3.2b).

**Exhibit V-8**

58    PEOPLE AND PREDATORS



FIGURE 3.2   Trends in wolf population size, domestic animals killed, and injured by wolves, compensation costs, and wolves killed by government authorities in northwestern Montana from 1987 to 1994 (*panel a*). Relationship between the number of domestic animals killed and injured by wolves and wolves killed. Simple linear regression 95% confidence intervals are provided (*panel b*).

Exhibit V-9



Throughout the area in which wolves were reestablished in Idaho, Montana, and Wyoming, wolf numbers increased from 1995 to 2002 in a nearly linear fashion (see Figure 3.3a). In this region, the number of domestic animals killed and injured also did not increase during the period ($p = 0.125$), nor were such depredations linked to yearly wolf population sizes ($p = 0.162$) (see Figure 3.3a). Likewise, numbers of domestic animals killed and injured by wolves were strongly related to numbers of wolves killed by people (see Figure 3.3b).

In Canada and the United States, a similar proportion (13% for each country) of submitted compensation claims were for domestic animals injured by wolves. In Alberta, from 1982 to 1996, wolves killed cattle on 756 occasions, dogs on 77 occasions, and sheep on 61 occasions. Wolves also reportedly killed horses and other domestic animal species on 40 and 87 occasions, respectively. In Idaho, Montana, and Wyoming, from 1987 to 2002, wolves killed cattle on 164 occasions (125 attacks on calves, 19 on yearlings, and 20 on adults); sheep on 88 occasions (55 attacks on adults and 33 on lambs); and dogs on 27 occasions.

Sheep were killed more often in the United States than in Alberta (31% versus 6% of all occurrences). Sheep represented 69% of all animals killed by wolves in the United States (data on numbers of animals depredated were not available for Canada). Similarly, 68% of animals injured in the United States were sheep. Calves clearly constituted the majority of U.S. cattle killed or injured by wolves (80%; Table 3.1). The Canadian database included figures for domestic animals harassed by wolves and showed that cattle were harassed on 288 occasions, dogs on 85 occasions, and all other species on 74 occasions (see Table 3.1).

We have no data on compensation trends for the Canadian portion of the study area, but throughout Idaho, Montana, and Wyoming (1987 to 2002), annual compensation payments were significantly related to the numbers of domestic animals killed and injured by wolves, with payments increasing from 1987 to 2002 (see Figures 3.2 and 3.3). Our data demonstrated that the number of wolves killed in management control actions was also consistently related to the number of domestic animals killed or injured by wolves (see Figures 3.2 and 3.3). Thus, our findings indicate that the damage compensation and lethal wolf control are primarily used in response to wolf depredation.

Wolf depredation on livestock appears to follow a seasonal pattern. From 1987 to 2002, in Idaho, Montana, and Wyoming, occurrence of

**Exhibit V-10**

60    PEOPLE AND PREDATORS



FIGURE 3.3  Trends in wolf population size, domestic animals killed and injured by wolves, compensation costs, and wolves killed by government authorities in Idaho, Montana, and Wyoming from 1995 to 2002 (after wolf reintroductions) (*panel a*). Relationship between the number of domestic animals killed and injured by wolves and wolves killed. Simple linear regression 95% confidence intervals are provided (*panel b*).

Exhibit V-11

**TABLE 3.1**

The number of occurrences and number of individuals (in parentheses) harassed, injured, or killed by wolves in Alberta, Canada (*top section*), or in Idaho, Montana, and Wyoming, USA (*bottom section*). Wolves refer to the number of wolf control actions and the number of individual wolves killed in the two areas.

| Alberta 1982–1996 | Harassment Events | Injury Events | Kill Events |
|---|---|---|---|
| Cattle | 288 | 170 | 756 |
| Dogs | 85 | 25 | 77 |
| Sheep | 5 | 4 | 61 |
| Horses | 31 | 13 | 40 |
| Chickens | 5 | | 19 |
| Goats | | | 13 |
| Bison | 5 | | 9 |
| Geese | 1 | | 4 |
| Turkeys | | | 3 |
| Other | 27 | 4 | 39 |
| Total | 447 | 216 | 1021 |
| Wolves | | | 246 (795) |

| Idaho, Montana, and Wyoming: 1987–2002 | Harassment Events | Injury Events (no. injured) | Kill Events (no. killed) |
|---|---|---|---|
| Cattle | | | |
|   Calves | | 10  (4) | 125 (178) |
|   Yearlings | | 4 (11) | 19  (24) |
|   Adults | | 4  (5) | 20  (25) |
| Sheep | | | |
|   Lambs | | | 33 (302) |
|   Adults | | 9 (63) | 55 (300) |
| Dogs | | 8  (9) | 27  (38) |
| Horses | | | 1  (3) |
| Total | | 35 (92) | 280 (870) |
| Wolves | | | 62 (108) |

depredation events varied significantly by month. Our data revealed significant increases in number of depredations from February to March and significant decreases from October to November (Figure 3.4). Depredation occurrences did not change significantly in two uniform seasons lasting from March to October and from November to February, respectively. More depredations occurred between March and October than between November and February. Thus, we could identify a two-season pattern in the occurrence of depredations in the United States, which is comprised of

**Exhibit V-12**

62    PEOPLE AND PREDATORS



FIGURE 3.4 Monthly occurrences of wolf depredation on domestic animals in Idaho, Montana, and Wyoming from 1987 to 2002. Hatching indicates low or medium-high depredation seasons (horizontal and vertical lines, respectively).

a "low depredation season" (November to February) and a "medium-high depredation season" (March to October) (see Figure 3.4).

In Alberta, depredation occurrences also varied by month (Figure 3.5). Our data revealed decreases in depredations from January to February; increases from April to May; and decreases again from September to October (see Figure 3.5). Fewer depredations occurred between February and April than between May and September. The period from October to January had fewer depredations than May to September, but more than February to April. Thus, we identified a three-season pattern in the occurrence of depredations in Canada, which is comprised of a distinctive "medium depredation season" (October to January), a "low depredation season" (February to April), and a "high depredation season" (May to September).

## Discussion

The expansion of the wolf population since reintroductions in Yellowstone National Park and central Idaho without a related increase in the number

Exhibit V-13



**FIGURE 3.5** Monthly occurrences of wolf depredation on domestic animals in Alberta, Canada from 1982 to 1996. Hatching indicates low, medium, or high depredation seasons (horizontal, diagonal and vertical lines respectively).

of domestic animals killed or injured is contrary to initial predictions (Bangs et al. 1998; Musiani et al. 2003). In fact, in recent years there was no significant relationship between numbers of wolves present and the number of domestic animals killed or injured by wolves. A potential explanation for the slower increase in the number of domestic animals depredated is that lethal control of problem wolves (*sensu* Linnell et al. 1999) by government authorities eliminated individuals or packs from the population that had "learned" to take livestock. Potential repeat offenders may be selected against, and these offenders may not have the opportunity to teach their offspring or other pack members how to kill livestock, thus reducing further depredations. This would require livestock depredation to be a learned behavior that can be retained by individuals and propagated among wolves in a pack or population.

Linnell et al. 1999 argued against the idea of problem individuals existing in predator populations. Further research is urgently needed to test

**Exhibit V-14**

whether learning and propagation are possible in wolves. A second, nonexclusive possibility is that there is a limited number of areas where environmental conditions predispose livestock to depredation. This proposition requires study of the biophysical factors that contribute to livestock depredation at the landscape level (see approach by Mech 1998).

The higher proportion of attacks on sheep in the United States compared with Alberta is likely related to the differential availability of sheep. In Alberta, there are few sheep operations in proximity to wolf range (Musiani et al. 2003), whereas in the United States many sheep operations are within wolf range, particularly in Idaho and Wyoming (Bangs et al. 1998). The high prevalence of calves recorded is in agreement with previous studies showing that wolves disproportionately select younger cattle (Bjorge and Gunson 1985; Fritts et al. 1992; Oakleaf et al. 2003). There may also be spatial and temporal variability in the availability and vulnerability of young cattle that we could not infer from the available data.

The effects of harassment on livestock are poorly understood. Harassment may cause reduced weight gain, such as observed for white-tailed deer (Berger et al. 2001), though an extensive study in Salmon, Idaho, on cattle raised with a high degree of persistent wolf predation did not find any significant weight loss (Oakleaf et al. 2003). Our results on cattle harassed by wolves in Canada reflect the prevalence of cattle among domestic animals present. The harassment of dogs may reflect that wolves and dogs are closely related species (Leonard et al. 2002) and thus interact aggressively toward each other (Coppinger and Coppinger 1995).

In the U.S. portion of the study area, it is possible that increasing collaboration between government, NGOs, and ranchers is improving animal husbandry practices and reducing the number of domestic animals depredated. Some ranchers are actively participating in wolf depredation management by monitoring wolf movements close to farms and relocating livestock herds when wolves are present (Defenders of Wildlife 2003). Similar cooperation may also be developing in Canada, where a few experiments with nonlethal methods have occurred (see Musiani et al. 2003). Alternatively, the combination of lethal and nonlethal management approaches currently in place in the United States (e.g., killing and relocation of offending wolves, compensation, aversive conditioning, fencing, rancher education, etc.) may be limiting the impact of depredation through complex interactions involving multiple factors. In short, we cannot specifically

Exhibit V-15

identify which individual approach, or combination of techniques, is most important in mitigating depredation risk.

## Seasonal Depredation Patterns

In Idaho, Montana, and Wyoming the grazing period typically lasts from May to October (Oakleaf et al. 2003). Although this could explain increased depredation during May to October, it fails to explain the spike in March, the beginning of the medium-high depredation season. One possible explanation is that calving often occurs during midspring (Cole 1966). The magnitude of wolf depredation on calves (see above) together with the timing of the grazing season helped explain the two-season pattern of wolf depredation in the United States (see Figure 3.4).

In Alberta, the grazing period varies among years and areas as a result of variation in weather conditions. However, as a general pattern, the typical grazing period starts in May. In most areas, livestock is not grazed after mid-October (Barry Adams, Range Management Specialist, Sustainable Resource Development, Government of Alberta, pers. comm.). In a few areas, grazing may be continued to December/January. February through April is the period when the fewest livestock are grazed (Lodge 1970). Thus, also in Canada, grazing practices could help explain the seasonal pattern of wolf depredation (see Figure 3.5).

In both countries, the peak in depredation occurred in August, which is the month during which the protein demands for a wolf pack might also be at a peak, owing to demand for nurturing pups (Mech 1970). Depredation similarly decreased during the winter in both the United States and Canada. The widespread practice of supplemental feeding in winter may reduce depredation risk because herds are often relocated to pastures closer to main farm buildings and there is an increased presence of people near the pastures. Finally, livestock are concentrated in dense herds for supplemental feeding during the winter, thus reducing the vulnerability of individuals to attack by predators (i.e., evolutionary advantage of herds; Lingle 2001).

Vigilance of ranchers at different times of the year may also influence the pattern of depredation. Alberta ranchers have had to deal with wolf depredation almost continuously (Gunson 1992), whereas U.S. ranchers have had a gap of a few generations in dealing with depredation because wolves were extirpated (Mech 1970; Fischer 1995; Bangs and Fritts 1996). The

Exhibit V-16

low depredation season in Alberta during late winter/early spring coincides with the beginning of the medium-high depredation season in the United States. This difference may be due to better vigilance by Alberta ranchers during calving, which typically occurs in pastures close to ranch buildings and is closely monitored by the ranchers.

## Possible Solutions

Regardless of the legal status of wolves, there is a similar need in Canada and the United States to develop a range of alternatives for simultaneously managing wolf depredation and fostering wolf conservation. Several nonlethal and lethal methods have been employed to mitigate conflicts in different regions of the world.

Financial compensation is one of the most common methods for mitigating wolf depredation conflicts. Payments are typically administered and funded by government authorities and/or private organizations (Mech 1995, 1998; Treves et al. 2002). Compensation payments can help to relieve the economic burden of wolf depredation and increase tolerance of wolves by rural communities (Wagner et al. 1997; Ciucci and Boitani 1998; Phillips and Smith 1998). Compensation programs funded by private organizations are less likely to be criticized by taxpayers (Mech 1995, 1998). However, private funding may not be guaranteed in the long term. Compensation may also provide a perverse subsidy in the sense that livestock managers may reduce efforts to protect their stock. Some authors suggest that compensation should be coupled with strong policies favoring management actions that reduce depredation risk (Cozza et al. 1996; Poulle et al. 1997; Ciucci and Boitani 1998).

Surveillance of livestock herds is the most traditional nonlethal method used by ranchers. It is a simple, but labor-intensive technique (Mysterud et al. 1996a, 1996b) that can be expensive if the producer employs staff to watch over livestock (Bjorge and Gunson 1985; Ciucci and Boitani 1998).

The use of guardian dogs to protect livestock, particularly sheep, from predators is widespread in southern Europe and Asia (Hansen and Smith 1999; Smith et al. 2000a). In North America, the use of guardian dogs became more common when poison control of coyotes was banned in the 1970s (Coppinger and Coppinger 1995, 2001). In spite of additional costs in raising and maintaining dogs, their use is now fairly common in the United States, and although they are most effective against smaller preda-

**Exhibit V-17**

tors, they have also been used successfully in disrupting depredation by bears and wolves (Smith et al. 2000a).

Fencing techniques are also used to deter predators such as wolves and bears. Electric fences, or combinations of wire mesh and electric fences, have proven to be particularly effective (Gipson and Paul 1994). However, permanent predator-proof fencing is of limited use when livestock are kept in large enclosures, because such fences are costly to build and maintain (Smith and Christiansen, in prep.). In addition, permanent fences are generally not portable and therefore of little use when livestock are moved from one pasture to the other. In western North America, livestock are often kept in big pastures or are grazed on open ranges during the spring, summer, and fall months (Lodge 1970; Oakleaf et al. 2003), making fencing impractical in many instances. However, the use of portable and permanent night pens has been successful in stopping chronic depredations in the Nine Mile Valley in Montana and the Sawtooth National Recreation Area in Idaho, and warrants consideration in favorable situations.

Capturing and translocating individual wolves involved in depredations is another nonlethal option. However, translocation programs are costly and labor-intensive, and may require specialized veterinary skills for sedating and transporting wolves (Fritts 1982; Fritts et al. 1985; Linnell et al. 1997). Translocation may cause indirect mortality resulting from dominance fights with resident wolves residing in release areas.

Another nonlethal method, sometimes combined with translocation, involves "training" wolves not to prey on livestock through aversive conditioning (Fritts et al. 1992; Smith et al. 2000b; Bangs and Shivik 2001). One technique is to fit captured wolves with electric shock collars and shock them as they approach livestock. These wolves are then translocated back into the wild, and those that return to attacking livestock are subsequently lethally removed.

Another aversive conditioning technique is to feed wolves livestock carcasses laced with chemicals that will make the wolves sick and hopefully keep them from eating that type of meat again (Smith et al. 2000b). The major drawbacks of both translocation and aversive conditioning are high costs and inconsistent results, often with only short-term effects, if any (Scott et al. 1989; Linnell et al. 1996; Smith et al. 2000b).

Lethal methods involve killing depredating individuals or entire packs of wolves (Cluff and Murray 1995; Mech 2001). Lethal control is controversial and has been criticized as ineffective and inhumane (Struzik 1993;

**Exhibit V-18**

68    PEOPLE AND PREDATORS

Haber 1996; Berg 1998). Evidence suggests that lethal control can be effective at reducing depredation (Fritts 1982; Tompa 1983; Bjorge and Gunson 1985). However, effectiveness of lethal control depends on various parameters that are often difficult to manage, including wolf population density, size and age structure of packs, and age and social status of wolves killed. Implementing lethal control methods, including helicopter gunning and exhaustive trapping efforts, can be very expensive and elevate risk to human safety.

Given these uncertainties, there is an urgent need for thorough reevaluation of lethal control programs and their effects on both depredation by wolves and wolf population survival. Lethal control has historically been the leading cause of extirpation of wolves in the absence of a conservation objective (Mech 1970). Consideration of alternatives to the controversial practice of killing depredating wolves will require an improved understanding of factors that influence depredation risk and which are also amenable to management (Mech 1995, Musiani et al. 2003).

## Conclusion

In Canada, the lack of legislation to protect wolves (because of the relative stability of wolf populations; Committee on the Status of Endangered Wildlife in Canada 2002) provides liberal opportunities for killing wolves that cause livestock depredation. Control actions in Canada could negatively impact recovery efforts in the United States if emigrants or immigrants are killed in Canada (USFWS 2003). In our study area, there is an important link between the two countries because wolves move between Alberta, Montana, and northern Idaho (Forbes and Boyd 1997). To support recovery efforts in the United States, there should be more cooperation and sharing of knowledge between the two countries to reduce conflicts arising from livestock depredation.

Our results are encouraging because the number of domestic animals killed and injured by wolves is not increasing in proportion to the increase in the wolf population, as was initially predicted for the United States (Bangs et al. 1998). We evaluated a variety of explanations for these trends that might shed light on how the depredation problem could be mitigated. Our analysis of the seasonal patterns of wolf depredation suggests the need to protect domestic animals at specific vulnerable times of the year (see Figures 3.4 and 3.5). However, we must be cautious in predicting future

**Exhibit V-19**

trends. Thus far, predation in the United States has primarily occurred within the original recovery program areas (Bangs et al. 1998; USFWS et al. 2003). Geographic expansion of the wolf population could lead to increased depredation outside of the recovery area, where environmental and socioeconomic contexts may be different.

Future research should focus on determining areas of high depredation occurrence, and identifying which factors make such areas differentially susceptible to depredation. This knowledge could then be used to assess depredation risk at the landscape level and to plan suitable management actions in areas at higher risk for livestock depredation.

Efforts should continue to evaluate objectively the effectiveness of various management approaches in reducing depredation. Lethal control may be effective in some circumstances, but it is contentious because large sectors of the public oppose it, and it may not prevent future depredations if wolves recolonize the same area and are exposed to the same conditions that led to the initial depredation. In addition to techniques traditionally used to protect livestock or to kill wolves, described above, new methods should be tested that might reduce the risk of depredation while providing for effective wolf conservation.

For example, our group is testing a management technique called fladry (barriers made by surrounding an area with ropes that have $18 \times 2$ inch flags attached every couple of feet), which is designed to repel wolves (Musiani and Visalberghi 2001; Musiani et al. 2003; Figure 3.6). During experiments conducted in captivity, fladry prevented wolves from accessing their daily food ration. Fladry also prevented access by wild wolves to baited sites, where we attempted to lure wolves to road kills. In Alberta and Idaho, we also set fladry around cattle pastures (see Figure 3.6). Wolves approached on various occasions, but did not cross fladry, nor were any cattle killed.

In Idaho, wolves avoided the fladry for 63 days but then crossed the fladry and killed livestock. It was unclear if the fladry was tangled and therefore ineffective at the time the wolves crossed it. However, helicopter hazing could not force the wolves back through the fladry even after they penetrated the line and killed livestock, which suggests that the wolves still strongly avoided the fladry. Meanwhile wolves did kill cattle on neighboring ranches during the trials, as well as before and after the trials on the tested ranches.

Our results suggested that fladry has potential for protecting livestock

**Exhibit V-20**

Case 1:06-cv-01279-CKK    Document 7-7    Filed 07/25/2006    Page 21 of 29



FIGURE 3.6  Fladry barrier (flags hanging from a rope stretched above the ground) employed to protect livestock from wolves on a Canadian ranch. Photo by M. Musiani.

from wolves, but that wild wolves can switch to adjacent available livestock herds. Thus, fladry may offer a cost-effective tool for reducing livestock depredation on a local, short-term basis. However, fladry may be ineffective when no alternative food sources are available to wolves—that is, we do not advise using fladry on gigantic areas and/or for long periods of time if enough wild prey is not available.

Historically, people quickly eradicated wolves from large portions of the study area (Gunson 1992; Fischer 1995). It is possible that continued conflicts with people, particularly livestock depredation, could again result in wolf extirpation, at least from certain regions and for short time periods. Although the social context and the values assigned to wolves are changing, particularly among urban dwellers (Kellert et al. 1996), the study area is still characterized by extensive livestock production and a social climate that commonly opposes wolf recovery. Wolf survival in rural agricultural areas is disproportionately dependent on the actions of human residents whose livelihoods depend on the productivity of the landscape they share. Conservationists are challenged to work with ranchers and others experiencing depredation to improve methods for mitigating impacts and increasing tolerance of wolves.

Exhibit V-21

## Acknowledgments

We acknowledge the ranching communities of Alberta, Idaho, Montana, and Wyoming; Alberta Beef Producers, Alberta Sustainable Resource Development and Community Development, The Bailey Wildlife Foundation Wolf Compensation Trust, Defenders of Wildlife, USDA Wildlife Services, USFWS, Ed Bangs, Joe Bews, Nina Fascione, Laura Jones, Timothy Kaminsky, Terry Mack, Charles Mamo, Carter Niemeyer, Carol Powell, and Gary Sargent. We acknowledge support from the Alberta Conservation Association, Alberta Ecotrust, Calgary Foundation, Calgary Zoo, Humane Society U.S., TD Friends of the Environment foundation, and Yellowstone to Yukon Conservation Initiative. MM was supported by Honourary Killam, NSERC, Canada, and Consiglio Nazionale delle Ricerche, Italy. ET was supported by the University of Rome, Italy.

## Literature Cited

Alberta Conservation Association. 2002. *2001/02 Annual Report.* ACA, Edmonton, AB. www.ab-conservation.com/about_us/reports_publications/Annual_Report_2001_2002. pdf.

Bangs, E. E., and S. H. Fritts. 1996. "Reintroducing the gray wolf to central Idaho and Yellowstone National Park," *Wildlife Society Bulletin* 24:402–413.

Bangs E. E., S. H. Fritts, J. A. Fontaine, D. W. Smith, K. M. Murphy, C. M. Mack, and C. C. Niemeyer. 1998. "Status of gray wolf restoration in Montana, Idaho, and Wyoming," *Wildlife Society Bulletin* 26:785–798.

Bangs, E. E., and J. Shivik. 2001. "Managing wolf conflict with livestock in the northwestern United States," *Carnivore Damage Prevention News* 3:2–5.

Bath, A. J. 1987. "Attitudes of various interest groups in Wyoming toward wolf reintroduction in Yellowstone National Park." M.A. thesis, University of Wyoming.

Berg, K. A. 1998. "The future of the wolf in Minnesota: Control, sport or protection?" *Proceedings of the Defenders of Wildlife's Restoring the Wolf Conference,* Seattle, WA.

Berger, J., J. E. Swenson, and I. L. Persson. 2001. "Recolonizing carnivores and naïve prey: Conservation lessons from Pleistocene extinctions," *Science* 291:1036–1039.

Bjorge, R. R., and J. R. Gunson. 1985. "Evaluation of wolf control to reduce cattle predation in Alberta," *Journal of Range Management* 38:483–487.

Boyd, D. K., R. R. Ream, D. H. Pletscher, and M. W. Fairchild. 1994. "Prey taken by colonizing wolves and hunters in the Glacier National Park area," *Journal of Wildlife Management* 58:289–295.

Breitenmoser, U. 1998. "Large predators in the Alps: The fall and rise of man's competitors," *Biological Conservation* 83:279–289.

Ciucci, P., and L. Boitani. 1998. "Wolf and dog depredation on livestock in central Italy," *Wildlife Society Bulletin* 26:504–514.

Cluff, H. D., and D. L. Murray. 1995. "Review of wolf control methods in North America," in *Ecology and Conservation of Wolves in a Changing World,* ed. L. N. Carbyn, S. H. Fritts, and

**Exhibit V-22**

D. R. Seip, 491–607. Canadian Circumpolar Institute, Occasional Publication no. 35. University of Alberta, Edmonton.

Cole, H. H. 1966. *Introduction to Livestock Production.* W. H. Freeman, San Francisco.

Committee on the Status of Endangered Wildlife in Canada. 2002. COSEWIC Species Database. Date published: January 21, 2002, Modified: September 25, 2002. www.cosewic.gc.ca/eng/sct1/searchform_e.cfm.

Coppinger, R., and L. Coppinger. 1995. "Interactions between livestock guarding dogs and wolves," in *Ecology and Conservation of Wolves in a Changing World,* ed. L. N. Carbyn, S. H. Fritts, and D. R. Seip, 523–526. Canadian Circumpolar Institute, Occasional Publication no. 35. University of Alberta, Edmonton.

———. 2001. *Dogs: A New Understanding of Canine Origin, Behavior and Evolution.* University of Chicago Press, Chicago.

Cozza, K., R. Fico, M. L. Battistini, and E. Rogers. 1996. "The damage-conservation interface illustrated by predation on domestic livestock in central Italy," *Biological Conservation* 78:329–336.

Defenders of Wildlife. 2003. www.defenders.org/wildlife/new/wolves.html.

Duda, M. D., S. J. Bissell, and K. C. Young. 1998. *Wildlife and the American Mind: Public Opinion and Attitudes Toward Fish and Wildlife Management.* Responsive Management, Harrisonburg, VA.

Enck, J. W., and T. L. Brown. 2002. "New Yorkers' attitudes toward restoring wolves to the Adirondack Park," *Wildlife Society Bulletin* 30:16–28.

Fischer, H. 1995. *Wolf Wars: The Remarkable Inside Story of the Restoration of Wolves to Yellowstone.* Falcon Press, Helena, MT.

Forbes, S. H., and D. K. Boyd. 1997. "Genetic structure and migration in native and reintroduced Rocky Mountain wolf populations," *Conservation Biology* 11:1226–1234.

Fritts, S. H. 1982. *Wolf Depredation on Livestock in Minnesota.* U.S. Fish and Wildlife Service, Washington, DC, Resource Publication 145.

Fritts, S. H., and W. J. Paul. 1989. "Interactions of wolves and dogs in Minnesota," *Wildlife Society Bulletin* 17:121–123.

Fritts, S. H., W. J. Paul, and L. D. Mech. 1985. "Can relocated wolves survive?" *Wildlife Society Bulletin* 13:459–463.

Fritts, S. H., W. J. Paul, L. D. Mech, and D. P. Scott. 1992. *Trends and Management of Wolf-Livestock Conflicts in Minnesota.* U.S. Fish and Wildlife Service, Washington, DC, Resource Publication 181.

Gipson, P. S., and W. J. Paul. 1994. *Wolves—Prevention and Control of Wildlife Damage.* United States Department of Agriculture, Great Plains Agricultural Council. University of Nebraska Press, Lincoln.

Gunson, J. R. 1992. "Historical and present management of wolves in Alberta," *Wildlife Society Bulletin* 20:330–339.

Haber, G. C. 1996. "Biological, conservation, and ethical implications of exploiting and controlling wolves," *Conservation Biology* 10:1068–1081.

Hansen, I., and M. E. Smith. 1999. "Livestock-guarding dogs in Norway—Part II: Different working regimes," *Journal of Range Management* 52:312–316.

Hayes, R. D., and J. R. Gunson. 1995. "Status and management of wolves in Canada," in *Ecology and Conservation of Wolves in a Changing World,* ed. L. N. Carbyn, S. H. Fritts, and D. R. Seip, 21–33. Canadian Circumpolar Institute, Occasional Publication no. 35, Edmonton, AB.

**Exhibit V-23**

Hebblewhite, M., D. H. Pletscher, and P. C. Paquet. 2002. "Elk population dynamics in areas with and without predation by recolonizing wolves in Banff National Park, Alberta," *Canadian Journal of Zoology* 80:789–799.

Jedrzejewski, W., K. Schmidt, J. Theuerkauf, B. Jedrzejewska, N. Selva, K. Zub, and L. Szymura. 2002. "Kill rates and predation by wolves on ungulate populations in Bialowieza Primeval Forest (Poland)," *Ecology* 83:1341–1356.

Kellert, S. R., 1999. "The public and the wolf in Minnesota," Report for the International Wolf Center. New Haven, CT.

Kellert, S. R, M. Black, C. R. Rush, and A. J. Bath. 1996. "Human culture and large carnivore conservation in North America," *Conservation Biology* 10:977–990.

Kojola, I., and J. Kuittinen. 2002. "Wolf attacks on dogs in Finland," *Wildlife Society Bulletin* 30:498–501.

Leonard, J. A, R. K. Wayne, J. Wheeler, R. Valadez, S. Guillen, and C. Vilà. 2002. "Ancient DNA evidence for Old World origin of New World dogs," *Science* 298:1613–1616.

Lingle, S. U. S. 2001. "Anti-predator strategies and grouping patterns in white-tailed deer and mule deer," *Ethology* 107:295–314.

Linnell, J. D. C., R. Aanes, J. E. Swenson, J. Odden, and M. E. Smith. 1997. "Translocation of carnivores as a method for managing problem animals: A review," *Biodiversity and Conservation* 6:1245–1257.

———. 1999. "Large carnivores that kill livestock: Do 'problem individuals' really exist?" *Wildlife Society Bulletin* 27:698–705.

Linnell, J. D. C., M. E. Smith, J. Odden, P. Kaczensky, and J. E. Swenson. 1996. *Carnivores and Sheep Farming in Norway. 4. Strategies for the Reduction of Carnivore-Livestock Conflicts: A Review.* Norwegian Institute for Nature Research, Project Report (Oppdragsmelding) No. 443.

Lodge, R. W. 1970. "Complementary grazing system for the northern great plains [MAS1]," *Journal of Range Management* 23:268–271.

Lohr, C., W. B. Ballard, and A. J. Bath. 1996. "Attitudes toward gray wolf reintroductions to New Brunswick," *Wildlife Society Bulletin* 24:414–420.

Mech, L. D. 1970. *The Wolf: The Ecology and Behavior of an Endangered Species.* University of Minnesota Press, Minneapolis.

———. 1995. "The challenge and opportunity of recovering wolf populations," *Conservation Biology* 9:270–278.

———. 1998. "Estimated costs of maintaining a recovered wolf population in agricultural regions of Minnesota," *Wildlife Society Bulletin* 26:817–822.

———. 2001. "Managing Minnesota's recovered wolves," *Wildlife Society Bulletin* 29:70–77.

Meriggi, A., and S. Lovari. 1996. "A review of wolf predation in southern Europe: Does the wolf prefer wild prey to livestock?" *Journal of Applied Ecology* 33:1561–1571.

Musiani, M., C. Mamo, L. Boitani, C. Callaghan, C. Gates, L. Mattei, E. Visalberghi, S. Breck, and G. Volpi. 2003. "Wolf depredation trends and the use of fladry barriers to protect livestock in western North America," *Conservation Biology* 17:1538–1547.

Musiani M., and E. Visalberghi. 2001. "Effectiveness of fladry on wolves in captivity," *Wildlife Society Bulletin* 29:91–98.

Muth, R. M., and W. V. Jamison. 2000. "On the destiny of deer camps and duck blinds: The rise of the animal rights movement and the future of wildlife conservation," *Wildlife Society Bulletin* 28:841–851.

Mysterud, I., A. O. Gautestad, and I. Mysterud. 1996a. *Rovvilt og sauenæring i Norge. 6.*

**Exhibit V-24**

74    PEOPLE AND PREDATORS

*Kommentarer til gjeting som forebyggende tiltak (Carnivores and Sheep Farming in Norway. 6. Comments on Shepherding as a Preventive Measure).* Project Report, Norwegian Institute for Nature Research, Trondheim, Norway. (Norwegian with English abstract.)

Mysterud, I., J. E. Swenson, J. C. D. Linnell, A. O. Gautestad, I. Mysterud, J. Odden, M. E. Smith, R. Aanes, and P. Kaczensky. 1996b. *Rovvilt og sauenæring i Norge: Kunnskapsoversikt og evaluering av forebyggende tiltak. Sluttrapport (Carnivores and Sheep Farming in Norway: A Survey of the Information and Evaluation of Mitigating Measures).* Final report, Norwegian Institute for Nature Research, Trondheim, Norway. (Norwegian with English abstract.)

Noss, R. F., H. B. Quigley, M. G. Hornocker, T. Merrill, and P. C. Paquet. 1996. "Conservation biology and carnivore conservation in the Rocky Mountains," *Conservation Biology* 10:949–963.

Oakleaf, J. K., C. Mack, and D. L. Murray. 2003. "Effects of wolves on livestock calf survival and movements in central Idaho," *Journal of Wildlife Management* 67: 299–306.

Phillips, M. K., and D. W. Smith. 1998. "Gray wolves and private landowners in the Greater Yellowstone Area," *Transactions of the North American Wildlife and Natural Resources Conference* 63:443–450.

Poulle, M. L., L. Carles, and B. Lequette. 1997. "Significance of ungulates in the diet of recently settled wolves in the Mercantour mountains (southeastern France)," *Revue d'Ecologie—La Terre et la Vie* 52:357–368.

Ream, R. R., M. W. Fairchild, D. K. Boyd, and A. J. Blakesley. 1989. "First wolf den in western U.S. in recent history," *Northwestern Naturalist* 70:39–40.

Ripple, W. J., E. J. Larsen, R. A. Renkin, and D. W. Smith. 2001. "Trophic cascades among wolves, elk and aspen on Yellowstone National Park's northern range," *Biological Conservation* 102:227–234.

Scott, J. M., J. W. Carpenter, and C. Reed. 1989. "Translocation as a species conservation tool: Status and strategy," *Science* 245:477–480.

Smith, M. E., and F. O. Christiansen. In prep. "The cost and efficacy of using herding and livestock guardian dogs to reduce sheep depredation in Lierne, Norway."

Smith, M. E., J. D. C. Linnell, J. Odden, and J. E. Swenson. 2000a. "Review of methods to reduce livestock depredation: I. Guardian animals," *Acta Agriculturae Scandinavica,* Sect. A, Animal Sciences, 50:279–290.

———. 2000b. "Review of methods to reduce livestock depredation: II. Aversive conditioning," *Acta Agriculturae Scandinavica* Sect. A, Animal Sciences, 50:304–315.

Sokal, R. S., and J. R. Rohlf. 2000. *Biometry.* W. H. Freeman, New York.

Struzik, E. 1993. "Managing the competition: Wolves are at the center of a wildlife management controversy," *Nature Canada* 22:22–27.

Tompa, F. S. 1983. *Status and Management of Wolves in British Columbia.* Canadian Wildlife Service Report Series 45:112–119.

Treves A., R. R. Jurewicz, L. Naughton-Treves, R. A. Rose, R. C. Willging, and A. P. Wydeven. 2002. "Wolf depredation on domestic animals in Wisconsin, 1976–2000," *Wildlife Society Bulletin* 30:231–241.

USFWS. 1973. *Endangered Species Act, ESA.* Enacted on December 28, 1973. Government of the U.S., Washington, DC. http://endangered.fws.gov/esa.html.

———. 2003. "Endangered and threatened wildlife and plants; final rule to reclassify and remove the gray wolf from the list of endangered and threatened wildlife in portions of the conterminous United States; establishment of two special regulations for threatened gray wolves; final and proposed rules," *Federal Register,* 68, no. 62, 50 CFR, Part 17.

**Exhibit V-25**

USFWS, Nez Perce Tribe, National Park Service, and USDA Wildlife Services. 2003. *Rocky Mountain Wolf Recovery, 2002 Annual Report,* T. Meier, ed. USFWS, Ecological Services, 100 N Park, Suite 320, Helena MT. http://mountain-prairie.fws.gov/wolf/annualrpt02.

Wagner, K. K., R. H. Schmidt, and M. R. Conover. 1997. "Compensation programs for wildlife damage in North America," *Wildlife Society Bulletin* 25:312–319.

Weaver, J. L., P. C. Paquet, and L. F. Ruggiero. 1996. "Resilience and conservation of large carnivores in the Rocky Mountains," *Conservation Biology* 10:964–976.

Williams, C. K., G. Ericsson, and T. A. Heberlein. 2002. "A quantitative summary of attitudes toward wolves and their reintroduction (1972–2000)," *Wildlife Society Bulletin* 30:575–584.

Young, S. P., and E. A. Goldman. 1944. *The Wolves of North America.* Dover, New York.

**Exhibit V-26**

# PART 2

## Coexistence in Developed Landscapes

As we have seen in Part 1, coexistence between humans and carnivores in rural landscapes frequently depends on the extent to which conflicts between carnivores and livestock, a critically important rural resource, can be avoided or mediated. The chapters in Part 1 demonstrate that research into the patterns and causes of predator-livestock interactions, alteration of husbandry practices, and implementation of proactive measures to keep predators away from livestock can help to reduce these conflicts.

As landscapes become more developed, however, new sets of challenges arise. Urbanization, agriculture, timber harvest, and road construction destroy, alter, and fragment carnivore habitats. Some predator species have adapted quite well to developed landscapes, and have expanded their populations in proximity to urban and suburban areas. These "urban carnivores," such as raccoons, coyotes, skunks, and raptors, frequently interact with humans. Many of these interactions can be positive for people whose opportunities to view wildlife, particularly carnivores, might otherwise be limited. However, the potential for conflict exists as well, particularly when urban carnivores consume garbage, harass pets, or prey on songbirds or other favored wildlife species. Urban areas also present direct negative impacts on carnivores, including collisions with cars and buildings and increased opportunities for disease transmission.

While urbanization has benefited some carnivores, other species have proven much more sensitive to development and human presence. Urbanization and agricultural practices that radically alter the landscape have excluded many carnivores from large portions of their former ranges. Sprawl,

**Exhibit V-27**

road building, and other activities threaten to fragment and degrade much of what habitat remains. Fragmentation decreases the likelihood of successful dispersal and breeding for carnivores that require large home ranges, such as grizzly bears and Florida panthers. Human activity also brings nonnative species and opens up niches that allow those species to survive, potentially harming native predators through competition, disease transmission, or further alteration of habitats.

The five chapters in Part 2 address human-carnivore coexistence in urban landscapes where human influence is more pronounced. Chapters 4 and 5 discuss predator species that are thriving in urbanized and suburbanized landscapes, and the benefits and conflicts that arise—for both humans and carnivores. Chapter 6 describes how proper design of transportation corridors can reduce both the impacts of habitat fragmentation and the opportunities for negative interaction between people and predators. Chapters 7 and 8 discuss efforts to conserve declining carnivore species in the face of significant, ongoing habitat alteration due to human activities.

Chapter 4, "Ecology and Management of Striped Skunks, Raccoons, and Coyotes in Urban Landscapes," by Stanley D. Gehrt, examines human interactions with species that have adapted successfully to life in urbanized habitats. This chapter discusses the urban ecology of these three medium-sized carnivore species and the ways they have partitioned niches within a 1,500 ha forest preserve northwest of Chicago, and examines how these ecological characteristics influence the relative propensity of each species to come into conflict with humans.

Chapter 5, "Birds of Prey in Urban Landscapes," by R. William Mannan and Clint W. Boal, turns our attention to avian predators and their interactions with humans. This chapter reviews why some species of raptors utilize urban landscapes as habitats; describes the benefits and problems that humans and raptors pose for one another in urbanized areas; and suggests management and education solutions that will help minimize the problems and maximize the benefits.

Chapter 6, "Challenges in Conservation of the Endangered San Joaquin Kit Fox," by Howard O. Clark Jr. et al., examines conservation of a rare canid in rapidly growing California, where population increase and agriculture have radically altered the landscape upon which the San Joaquin kit fox depends. In this instance, the habitat pressures faced by the fox in this changing landscape are exacerbated by another anthropogenic impact:

**Exhibit V-28**

the introduction of nonnative red foxes, which can competitively exclude the smaller kit fox from what remains of its prime denning and feeding habitat.

Chapter 7, "Carnivore Conservation and Highways: Understanding the Relationships, Problems, and Solutions," by Bill Ruediger, identifies the impacts of development on species that are more sensitive to human activities and developed landscapes. Ruediger discusses how in many parts of the country, roads have reduced and fragmented habitats needed by wide-ranging carnivores. Roads are also a source of car-wildlife collisions. Both problems can be ameliorated with effective wildlife crossings. The chapter discusses the ecological, design, and cost considerations that can make the difference between a marginal and an effective wildlife crossing.

Chapter 8, "Living with Fierce Creatures? An Overview and Models of Mammalian Carnivore Conservation," by David J. Mattson, ties together many of the issues and themes of Parts 1 and 2 and sets the stage for the issues raised in Part 3. Mattson discusses the human-influenced and biological factors governing carnivore conservation, and presents models based on these two categories of causes of endangerment.

Part 2 thus presents a diverse, but by no means comprehensive, selection of the challenges and opportunities faced by carnivores and humans in developed landscapes. As demonstrated here, improvements in science and technology, education, and commitment to conservation can improve the likelihood that humans and carnivores will be able to coexist in these landscapes.

**Exhibit V-29**