**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:06CV1279 (CKK) |
| v. | ) ) | |
| DIRK KEMPTHORNE, Secretary of the Department of the Interior, H. DALE HALL, Director of the United States Fish and Wildlife Service, and the UNITED STATES FISH and WILDLIFE SERVICE. Defendants. | ) ) ) ) ) ) ) ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that JIMMY A. RODRIGUEZ will be appearing as counsel for Defendants in the above-captioned case. Service of all papers by regular U.S. Mail may be made to Mr. Rodriguez at the following address:

JIMMY A. RODRIGUEZ
U.S. Dept. of Justice
Environment and Natural Resources Div.
Ben Franklin Sta., P.O. Box 7369
Washington, D.C. 20044-7369
telephone: 202-305-0342
fax: 202-305-0275

DATED this 25th day of July, 2006.

SUE ELLEN WOOLDRIDGE, Assistant Attorney General
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section

_____/s/_____
JIMMY A. RODRIGUEZ, Trial Attorney
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0342

Attorneys for Defendants