UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al., <br><br> Plaintiffs, <br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civ. No. 06-1279 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) |

### FEDERAL DEFENDANTS' NOTICE OF FILING
### THE ADMINISTRATIVE RECORD

    Notice is hereby provided to the Court and the parties that, on August 1, 2006, Federal Defendants sent for filing with this Court a copy of the administrative record in the above-referenced case. Pursuant to Local Civil Rule 5.4(e)(1)(A) and (B) the administrative record will not be filed using the Court's Electronic Case Filing system. Instead, Federal Defendants will file one (1) CD-ROM containing the administrative record.

    An Index for the administrative record is attached hereto as Exhibit 1. A declaration supporting this administrative record is attached hereto as Exhibit 2. Copies of this administrative record (on CD-ROM) are also being provided to Plaintiffs.

Dated: August 1, 2006          Respectfully Submitted,

                               SUE ELLEN WOOLDRIDGE, Asst. Attorney General
                               JEAN E. WILLIAMS, Section Chief

                               s/Jimmy A. Rodriguez
                               JIMMY A. RODRIGUEZ, Trial Attorney
                               U.S. Department of Justice
                               Environment & Natural Resources Division
                               Wildlife & Marine Resources Section
                               Ben Franklin Station, P.O. Box 7369
                               Washington, DC 20044-7369
                               Phone: (202) 305-0342/ Fax: (202) 305-0275
                               Email: Jimmy.Rodriguez@usdoj.gov

                               Attorneys for Federal Defendants