# GRAY WOLF WI PERMIT
# ADMINISTRATIVE RECORD INDEX [1]

AR 1 - Federal Register, 70 FR 54401 (September 14, 2005)

AR 2 - Permit Application

AR 3 - Biological Opinion

AR 4 - Environmental Action Statement

AR 5 - Environmental Assessment

AR 6 - FONSI

AR 7 - Permit ( TE111360-0)

AR 8 - Set of Findings

AR 9 - Federal Register, 64 FR 60453 (November 5, 1999)

AR 10 - Federal Register, 63 FR 20212 (April 23, 1998)

AR 11 - Federal Register, 66 FR 14190 (March 9, 2001)

AR 12 - Federal Register, 68 FR 17088 (April 9, 2002)

AR 13 - Federal Register, 70 FR 61300 (October 21, 2005)

AR 14 - Interim Control Plan

AR 15 - Eastern Timber Wolf Recovery Plan

AR 16 - Wisconsin Wolf Mgmt. Plan Table of Contents[2]

---

[1] The publically available literature, treatises, studies, and other material relied upon by the Fish and Wildlife Service are hereby incorporated by reference and are available upon request if they are not already part of the record.

[2] The complete Wisconsin Wolf Mgmt. Plan is available at the following address: http://dnr.wi.gov/org/land/er/publications/wolfplan/toc.htm

AR 17 - Bangs, et al. 1995

AR 18 - Luigi Boitani

AR 19 - Memorandum (December 8, 2005)

AR 20 - Decker, et al. 1988

AR 21 - Excerpt from MIDNR White Paper Wolf Control

AR 22 - Fritts, et al. 1984

AR 23 - Fritts, et al. - Wolves and Humans

AR 24 - Fuller, et al. - Wolf Population Dynamics

AR 25 - Mech 1995

AR 26 - Mech & Boitani

AR 27 - Mishra 1987

AR 28 - Mission Valley

AR 29 - Naughton-Treves, et al. 2003

AR 30 - Oct. 4 version wolf control vs. tolerance

AR 31 - Promberger & Schroder 1992

AR 32 - Restoration of Wolves in N.A. TWS 1991

AR 33 - Slovic 1987

AR 34 - Treves, et al. 2002

AR 35 - Wolstenholme 1996

AR 36 - Comments on Receipt of Permit Application - Emails

AR 37 - Comments on Receipt of Permit Application - Letters

AR 38 - Comments on Wolf EA