UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) ) ) DIRK KEMPTHORNE, et. al., ) ) Defendants ) ) | Civ. No 06-1279 (CKK) |

DECLARATION OF PETER FASBENDER

Peter Fasbender does hereby swear and attest as follows:

1.  I am a Wildlife Biologist for the U.S. Fish and Wildlife Service (hereinafter referred to as "FWS"). I am stationed in FWS's Regional Office (Region 3), in Fort Snelling, Minnesota. In this capacity, I am responsible for coordinating Region 3's response to applications for Endangered Species Act permits.

2.  I am the primary custodian of documents relating to FWS's April 24, 2006 permit (Permit # TE111360-0) issued to Wisconsin pursuant to Section 10(a)(1)(A) of the Endangered Species Act. I was informed on July 27, 2006, that the Court in the above case had directed FWS to prepare and file the documents relating to the April 24, 2006 permit, by August 1, 2006.

3    The attached documents include all primary decision and supporting documents which I determined, within the short time provided to me, to pertain to the FWS's decision to issue the April 24, 2006 permit to Wisconsin. At my request, the documents comprising "Comments on the Wolf EA" (indexed as AR 38) were provided to legal counsel directly from the Department of Agriculture, which serves as the custodian for those records.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of August, 2006.

_____
Peter Fasbender, FWS Biologist (Region 3)