# Recovery Plan For The EASTERN TIMBER WOLF



U.S. Fish and Wildlife Service

Twin Cities, Minnesota

# RECOVERY PLAN FOR THE

# EASTERN TIMBER WOLF

### Revised 1992

Original Recovery Plan Approved June 5, 1978

Prepared by the Eastern Timber Wolf Recovery Team

for

Region 3, U.S. Fish and Wildlife Service

Twin Cities, Minnesota

Approved: *[signed] James C. Gritman*
Regional Director, U.S. Fish and Wildlife Service

Date: JAN    1992

   

EASTERN TIMBER WOLF

RECOVERY PLAN

## DISCLAIMER PAGE

Recovery plans delineate reasonable actions which are believed to be required to recover and/or protect listed species. Plans are published by the U.S. Fish and Wildlife Service, sometimes prepared with the assistance of recovery teams, contractors, State agencies, and others. Objectives will be attained and any necessary funds made available subject to budgetary and other constraints affecting the parties involved, as well as the need to address other priorities. Recovery plans do not necessarily represent the views nor the official positions or approval of any individuals or agencies involved in the plan formulation, other than the U.S. Fish and Wildlife Service. They represent the official position of the U.S. Fish and Wildlife Service only after they have been signed by the Regional Director or Director as *approved*. Approved recovery plans are subject to modification as dictated by new findings, changes in species status, and the completion of recovery tasks.

   

EASTERN TIMBER WOLF

RECOVERY PLAN

## ACKNOWLEDGEMENTS

The U.S. Fish and Wildlife Service gratefully acknowledges the efforts of the many individuals that have contributed their energy and time - official as well as personal - to the preparation of this recovery plan. We especially extend our appreciation to the current recovery team members, as well as former team members William Hickling, LeRoy Rutske, and Robert Linn, and recovery team consultants Tom Weise and John Mathisen. Ron Refsnider, staff biologist in the Endangered Species Division, Twin Cities, Minnesota, was instrumental in getting this recovery plan revised and finalized. Many other individuals have also assisted in this effort and we sincerely thank them all for their various contributions.

---

This document should be cited as follows:
U.S. Fish and Wildlife Service. 1992. *Recovery Plan for the Eastern Timber Wolf.* Twin Cities, Minnesota. 73 pp.

---

Additional copies may be purchased from

Fish and Wildlife Reference Service
5430 Grosvenor Lane, Suite 110
Bethesda, Maryland 20814
301-492-2603 or 1-800-582-3421

The fee for a recovery plan varies depending upon the number of pages in the plan.

   

EASTERN TIMBER WOLF

RECOVERY PLAN

# SUMMARY

**Current Status:** The eastern timber wolf is a subspecies of the gray wolf and is listed as threatened in Minnesota and endangered throughout the remainder of its historic range in the eastern United States. A stable and growing population estimated at 1550 to 1750 wolves currently exists in Minnesota. Approximately 45 to 60 wolves comprise a second population in northern Wisconsin and the Upper Peninsula of Michigan. An additional thirteen or fourteen wolves are located in Isle Royale National Park, Michigan.

**Habitat Requirements and Limiting Factors:** This subspecies cannot survive over the long term without (1) large tracts of wild land with low human densities and minimal accessibility by humans, and (2) the availability of adequate wild prey, largely ungulates and beaver. Currently, it is believed that there exists sufficient suitable habitat in Minnesota, Wisconsin, and Michigan to achieve the recovery criteria.

**Recovery Objective:** Delisting.

**Recovery Criteria:** At least two viable populations within the 48 United States satisfying the following conditions must exist: (1) the Minnesota population must be stable or growing, and its continued survival be assured, and (2) a second population outside of Minnesota and Isle Royale must be re-established, having at least 100 wolves in late winter if located within 100 miles of the Minnesota wolf population, or having at least 200 wolves if located beyond that distance. These population levels must be maintained for five consecutive years before delisting can occur. A Wisconsin-Michigan population of 100 wolves is considered to be a viable second population, because continued immigration of Minnesota wolves will supplement it demographically and genetically for the foreseeable future.

**Reclassification Criterion:** The Wisconsin wolf population should be reclassified to threatened status when the late-winter Wisconsin population is maintained at 80 wolves for three consecutive years. Reclassifying Michigan wolves also may be considered at that time.

# For Remaining Pages See AR 15