1

# Justification for Lethal Control Authority for Recovery Activity under 10(a) (1)(A) of the Endangered Species Act on Gray Wolves in Wisconsin.

### By Adrian P. Wydeven and Randle Jurewicz
### October 10, 2005
### Wisconsin Department of Natural Resources
### Box 7921, Madison, WI 53707

The gray wolf (*Canis lupus)* was listed as an Endangered Species in the eastern U.S. by the federal government in 1974 (U.S. Fish and Wildlife Service, 1992), and the State of Wisconsin listed wolves as Endangered in 1975 (Wisconsin DNR, 1975) at about the time wolves began to recolonized Wisconsin from Minnesota. The Wisconsin Department of Natural Resources (DNR) annually monitored the wolf population since 1979-1980, and it has grown from 25 in 1980, to 425-455 wolves in 2005 (Wydeven et al 1995, Wydeven et al. 2005).  The State of Wisconsin downlisted wolves to Threatened in 1999, and removed them from state list of threatened and endangered species on August 1, 2004, when they were listed as Protected Wild Animal.  The U.S. Fish and Wildlife Service downlisted wolves in Wisconsin and 21 others states in the Eastern Distinct Population Segment (EDPS) to Threatened on April 1, 2003, but  a judicial order from the Oregon District Court relisted wolves as Endangered in the EDPS and other portions of the U.S. (Defenders of Wildlife et al. v. Gail Norton, 2005).  Thus although the State of Wisconsin no longer considers gray wolves as endangered, the federal government continues to list wolves as an endangered species.  Concurrent with the growth of the wolf population are drastic increases in depredation by wolves on domestic animals, which threaten to undo public acceptance, and increase illegal kills on wolves.  Lethal control takes on specific problem wolves will be necessary for continued successful recovery and conservation to occur in Wisconsin.

The Wisconsin DNR applied for a Permit (TE 111360) under section 10(a)(1)(A) of the Endangered Species Act (ESA) for lethal control activities and other wolf recovery activities in September 8, 2005.  Lethal controls on wolves were granted the State of Wisconsin in 2003 and 2004 by the 4d rule while wolves were listed as federal Threatened and from April 1 through September 13, 2005 by special subpermit with the U.S. Fish and Wildlife Service.  The Wisconsin DNR is again applying for a permit to allow lethal controls as a management practice to reduce depredation of wolves on domestic animals.  Such authority is critical for proper management of wolves and allowing continuation of the successful recovery of the gray wolf population in the state.  Lethal control is a critical aspect of wolf population management as populations expand and increase into agricultural areas, and necessary to maintain tolerance and acceptance of wolves in rural areas.

We believe lethal control authority is appropriate for the State of Wisconsin for the following reasons:

1. Lethal take on problem wolves is an accepted aspect of wolf management by wolf managers and wildlife scientists throughout wolf range in North America and other locations.
2. Lethal take on problem wolves improves tolerance and social acceptance for wolves.
3. Lethal take allow wolf populations to continue to increase and expand in wild areas, while minimizing problems and expansion of wolves into developed areas.
4. Lethal take authority allows trained professionals to selectively remove problem wolves in the most humane manner possible in field situations.
5. Government lethal controls, reduces rates of indiscriminant and inhumane killing of wolves across wolf range.
6. Alternatives to lethal take, such as non-lethal controls and translocation of problem wolves have limited applicability especially as wolf population expands across most suitable range.
7. Lethal take are generally accepted as reasonable for reducing wolf depredation and reducing conflict for many environmentalists.
8. Wisconsin wolves are no longer truly endangered or threatened based on the U.S. Fish and Wildlife Services recovery plan (1992) for eastern gray wolves, or based on the Wisconsin Wolf Management Plan (1999).

### 1. Lethal take on problem wolves is an accepted aspect of wolf management by wolf managers and wildlife scientists throughout wolf range in North America and other locations.

Although the liberal killing of wolves by humans caused wolves to initially become endangered in the U.S. south of Canada, and across much of Europe (Mech 1970, Lopez 1978, Thiel 1993), highly selective lethal controls by governmental agencies are nearly universally considered as part of recovery and conservation programs for wolves (Boitani 2003, Breck and Meier 2003).

The concept of lethal controls on wolves preying on livestock is strongly supported by wolf managers and biologists/scientists throughout wolf range, even in recovering populations. The Wildlife Society, an international organization of professional wildlife biologists, especially focused on North America, states that "Control of wolves preying on livestock and pets is imperative and should be prompt and efficient if illegal killing is to be prevented and human tolerance of the presence of wolves is to be maintained (Peek et al.1991)." This statement was made in a Technical Review by The Wildlife Society on the "restoration of wolves in North America".

The IUCN (International Union of Nature and Natural Resources or World Conservation Union) has established a "Manifesto on Wolf Conservation". The "Manifesto" was published in International Wolf Magazine in 1994 (Anonymous 1994). The 7th Principle for wolf conservation stated "It is recognized that occasionally there may be a scientific established need to reduce non-endangered wolf populations; further it may become scientifically established that in certain endangered wolf populations specific individuals

must be removed by appropriate conservation authority for the benefit of the wolf population".

Dr. David Mech, who is probably the leading wolf biologist across the world, has written that "lethal control will remain the ultimate means of curbing wolf damage to livestock and pets (Mech 1995)". He further states that, "Direct lethal control is still usually the only practical course under most conditions". Mech (1995) agued that a more flexible system of lethal controls could actually allow wolves to occur over much larger portions of North America, if problem animals can readily be controlled.

In extensive literature review of strategies for reducing carnivore/ livestock conflict by Norwegian biologists, it was concluded that lethal control should considered on endangered carnivores such as wolves to prevent expansion into areas of high conflict (Linnell et al. 1996). They state that "Failure to control individuals in such areas will turn public opinion against their conservation in general…(Linnell et al. 1996)". Reduced expansion of depredation with wolf population growth in western North America was attributed to elimination of individuals and packs from the population that had learned to kill livestock (Musiani et al. 2004). Others have said that "the selective removal of problem animals can lead to increased success and better carnivore conservation" (Sillero-Zubiri and Laurenson 2001).

2. **Lethal take on problem wolves improves tolerance and social acceptance for wolves.**

Several studies have shown that local acceptance of wolves is improved if government lethal controls are allowed on problem wolves. In a 1995 survey of American households, 60% of respondents supported removing of predators that preyed on livestock (Reiter et al. 1999). Prior to the 1995 reintroduction of wolves into Wyoming, a larger proportion of residents surveyed supported wolf recovery than opposed it (44 vs. 34.5%), but the majority of respondents supported killing of wolves (58.5%) that killed livestock (Thompson and Gasson 1991).

Several studies in Wisconsin indicate that residents, especially rural people in wolf range accept and expect control of wolves that kill livestock or pets on private land. In a 2001 survey of bear hunters, farmers, and residents in wolf range, 52.5 % expressed support for destroying wolves that had killed livestock or family pets (Naughton-Treves et. al 2003). Support for killing problem wolves was highest for bear hunters (77%), lowest for general residents (32%), and intermediate for farmers (45%) (Naughton-Treves et al. 2003).

In a more recent opinion survey, a stratified random sample of zip codes was used to survey: urban areas outside wolf range, rural areas outside of wolf range, urban areas in wolf range, and rural areas in wolf range (Naughton et al. 2005). Respondents were also compared by contributors to endangered resources verse non-contributors, as well as livestock producers and non-producers. Non-contributors supported translocation of

wolves slightly above lethal control on problem wolves (35% vs. 45%), but among endangered resources contributors there was a much lower preference for lethal control (14%), compared to translocations (53%). The survey asked persons if they preferred translocation of problem wolves to wilderness areas, compared to lethal control or other actions, but it was not clear if respondents were aware of feasibility and problems with translocations (see below). When asked about reliability of killing only the problem wolves, only 5% of endangered resource contributors and 11 % of non-contributors said they opposed all lethal controls. Among livestock producers nearly 1/2, preferred lethal control (46%).. If lethal control of wolves was to be done, about 70% respondents preferred government agents conducting the controls (Naughton et al. 2005).

A survey of random Wisconsin residents was conducted in 2003 of general attitudes toward wolves (Schanning et al. 2003). A total of 66.4 % of respondents to this survey supported DNR shooting problem wolves, and 54.4% supported translocation of problem wolves. For problem wolves killing livestock, 43.7% of respondents agreed these wolves should be killed, and 19.9% were neutral on DNR killing of such wolf, but 63.2% of respondents agreed that farmers should have the right to kill wolves that kill or injury livestock. It does appear that with adequate justification, the majority of respondents support or do not oppose the killing of problem wolves.

In Minnesota, 80% of residents had positive attitudes toward wolves, including 60% of the farmer, but farmers (83%), and northern Minnesota residents (71%) expected wolves that kill livestock to be eliminated (Kellert 1999). Thus it appears that even where there is strong support for wolf conservation, most people in wolf range expect problem wolves to be removed.

In 1983 the U.S. Congress amended the Endangered Species Act to include a new section 10 (j) that allowed the Secretary of the Interior to designate reintroduced populations as "experimental" to encourage greater acceptance of reintroductions (Fritts 1990). A major aspect of this "experimental population" concept was a more flexible
system of lethal controls on problem individuals. The experimental population designation was used for planning reintroduction of gray wolves to Yellowstone National Park and central Idaho (U.S. Fish and Wildlife Service 1994), reintroduction of Mexican gray wolves (*Canis lupus baileyi)* to southwest U.S. (U.S. Fish and Wildlife Service 1996), and red wolves *(Canis rufus)* to North Carolina (Phillips et al. 2003). These plans allowed more flexible taking of wolves by government agents, or members of the public. This flexibility in lethal control activity in the experimental populations have allowed successful reintroduction of these wolf populations, and caused these recovery efforts to receive broad public support and acceptance.

3. **Lethal take allow wolf populations to continue to increase and expand in wild areas, while minimizing problems and expansion of wolves into developed areas**.

Lethal control activities by government agents have been authorized on wolves in Minnesota since 1978, when they were downlisted to a threatened population (Fritts et al

1992).  These selective removal of problem wolves resulted in a capture of 2430 wolves, and killing of 2261 wolves between 1979 and 2003 (Paul 2003).  Annual number of captured and killed wolves ranged from 6 in 1979 to 216 in 1997, but declined to 125 in 2003 (Paul 2003). Despite these lethal controls, the Minnesota wolf population increased from an estimated 1235 in 1979 to 3020 in 2004 (Erb and Benson 2004).  In the 1990's, the lethal take of problem wolves averaged about 6% of the winter population, but in 2000's has averaged about 4 -5 % of the population.  Human mortality rates of 30% or greater are generally considered necessary to cause declines in a wolf population (Fuller et al. 2003).  Clearly wolf population growth has not been drastically slowed by depredation control activities in Minnesota.  Although numbers have continue to rise, the distribution of the wolf population has stabilized to heavily forested portions of the state, and spread into agricultural areas has halted (John Erb, pers. comm.); this is possibly due in part to the control activities, reducing presence of wolves in areas of conflict.

Wolves in the Northern Rocky Mountains have been exposed to lethal control activities since 1987, initially under an Interim Wolf Control Plan for northwest Montana (Fritts 1990).  Despite a small population of wolves listed as federally endangered, limited lethal controls were applied to 6 wolves from1987 to 1995 in Northwest Montana. Wolves that were introduced into central Idaho and the Greater Yellowstone Recovery Area in 1995 and 1996 were listed as experimental populations, thus allowing more flexible lethal controls (Bangs et al. 2004).  Between 1996 and 2004, 286 wolves were removed from the Northern Rocky Mountain wolf population, with a range of 6 to 85 per year (U.S. Fish and Wildlife Service et al. 2005).  The wolf population grew from 152 wolves in 1996 to 835 in 2004, and annual kill of problem wolves ranged from 3 to 11% of the population (U.S. Fish and Wildlife Service et al. 2005). Obviously this level of take has not slowed down the rate of wolf population growth in this region.  It appears that this management program with lethal control activities allowed the wolf population to recover and kept livestock losses below levels predicted prior to the reintroduction (Bangs et al. 2004).  The wolf control program "helped maintain the tricky political balance between adequate local tolerance for nondepredating wolves and adequate general public tolerance for agency control of problem wolves (Bangs et al. 2004)."

Lethal control was authorized on problem wolves in Wisconsin in 2003 through the 4d rule when wolves were downlisted to threatened in Wisconsin.  In recent years there has been drastic increases in wolf depredation as wolves have saturated most large wildland areas in northwest and north-central Wisconsin, and have begun to occupy more agricultural areas.  The numbers of farms with wolf depredation grew from 8 in 2002, 14 in 2003, 22 in 2004 and 23 so far in 2005 (as of 10/10/05). In 2003 17 wolves were trapped and euthanized on farms in the state or 5.1% of the previous winter population.  In 2004, 27 wolves were captured and 24 were euthanized or 6.4% of the previous winter population.  In 2005, Wisconsin wolves were again listed as endangered, and thus lethal control activities were conducted under a special subpermit issued by the U.S Fish and Wildlife Service; 29 wolves were trapped and killed at depredation sites or 6.8% of the previous winter wolf population.  In 2005, 6 probable wolf-dog hybrids were also caught at depredation sites, and these are currently being genetically tested.

Between 2002 and 2005, the Wisconsin wolf population grew from 327 to 425 wolves, thus the removal of 41 wolves in 2003 and 2004, did not seem to reduce growth of the population (Wydeven et al. 2005). These selective trappings may have slowed the spread of wolves into agricultural areas.

In recent years about 7% of state wolf packs were responsible for depredation on livestock (Wydeven et al 2004). Usually trapping on wolves by Wildlife Services agents resulted in captures at slightly over ½ of farms were trapping was conducted (Fritts et al 1992, data from USDA-WS in Wisconsin), therefore during most years only about 4 % of state packs are likely to be impacted by control trapping.

Haight et al. (2002) conducted a computer simulation of 3 types of wolf removal on a simulated subset of a western Great Lakes wolf population. The 3 strategies included reactive management (government control on verified depredations), preventive management (similar to pro-active controls by government trappers), and population-size management (similar to a public hunting/trapping seasons). Under the various scenarios, reactive managements, reduced depredation by 40% or greater, had minor impact on wolf population growth, and posed almost no risk of wolves becoming endangered or threatened (< 100 wolves in an area able to support 64 wolf packs). The other strategies generally resulted in greater reductions of depredations, but also considerably lower wolf populations, and under some scenarios, posed greater risks of wolves becoming endangered (Haight et al. 2002).

Across North America, livestock losses to wolves have been low in recent years, during a period when lethal controls were available across much of wolf range (Fritts et al. 2003). Depredations would probably have been much higher if not for the removal of problem wolves (Fritts et al. 2003).

4. **Lethal take authority allows trained professionals to selectively remove problem wolves in the most humane manner possible in field situations**

Investigations of possible wolf depredations and the trapping of problem wolves in Wisconsin is done by the professionally trained staff at USDA-Wildlife Services (Treves et al. 2002), similar to the program in Minnesota (Fritts et al 1992, Paul 2003), and the Northern Rocky Mountains (Bangs et al. 2004). These wildlife technicians and biologists, have extensive training and experience in detecting animal sign, trapping and handling of animals, and behavior and ecology of carnivores. Trapping is done near carcasses and trails used by the responsible predator. Trapping is restricted to areas within ½ mile (0.8 km) of the depredation sites to improve likeliness of trapping the responsible wolf or wolves, and minimize chance of capturing a wolf not involved in the depredation. Wildlife Services use the Wisconsin Wolf Plan (Wisconsin DNR1999), and "Guidelines for conducting depredation control in Wisconsin..." (Wisconsin DNR 2005) to determine how to conduct control actions. The guidelines are intended to be more restrictive at lower wolf numbers, but more flexible as the population increases.

USDA Wildlife Services uses an approach of integrated wildlife damage management for dealing with wolf depredation on wolves in Wisconsin (USDA-APHIS-Wildlife Services 2003). This approach includes technical assistance, non-lethal damage control, preventive damage management, corrective damage management, as well as lethal control. Therefore lethal controls are imbedded among a variety of strategies, for dealing with wolf depredations. Trapping and euthanizing of problem wolves only occurs when a significant depredation has occurred and when there is a likeliness of additional depredations. Slightly more than ½ of wolf trapping efforts result in capture of problem wolves. When wolves are not captured, these probably represent situations where depredation was due to a wolf just passing through and was only a one-time event, or sometimes the increase human activity by government trappers may cause wolves to abandon an area. When wolves are captured, it probably represents individuals returning to feed on animals they have killed or intending to kill additional domestic animals. Therefore these represent the most important animals to remove from the population. Because wolves are very territorial, non-pack members would not normally travel through pack areas, and would normally avoid kills by other packs. Thus there is high probability that wolves caught at depredation sites are the wolves responsible for depredations or members of the pack responsible for depredation. Once conditioned to feeding on domestic animals, any of these pack members are likely to feed on other livestock when the opportunity presents itself. Lethal removing of wolves generally reduces depredation for the remainder of a grazing season, but in areas of high quality habitat, new packs may recolonized by the next year (Fritts et al. 1992).

5. **Government lethal controls, reduces rates of indiscriminant and inhumane killing of wolves across wolf range**.

Historically some of the cruelest methods for reducing and controlling animal populations were used on wolves (Lopez 1978, Coleman 2004). With the emergence of the environmental movement, cruel traps, and indiscriminant poisons are no longer legally used on wolves or other predators in the United States. But illegal killing does continue to occur in all protected wolf populations. Shooting during hunting seasons, including the use of shotguns not designed to kill wolves, occurs every year. Placement of illegal traps, snares, and poisons occasionally occur as well.

The highest illegal kill detected in Wisconsin in recent years was found in 2002, when at least 15 illegally shot wolves were found in the state (Table 1). Most years the overall death rates represent dead wolves that were easily found such as vehicle kills, and death rate of collared wolves usually provides a less biased assessment of wolf mortality, but collared wolves usually have a low sample size of death rates. Both death rates (radio-collared and total) are of value to assess overall wolf mortality and illegal kill. There is some indication that illegal kill was on the rise before lethal control activity was authorized in 2003. The rate of collared illegal kill in 2005, suggests that illegal kill may again be on the rise, possibly reflecting frustrations with federal delisting and the federal court actions. In March 2005, poisons probably set for wolves, were found in several

locations in Ashland and Price Counties, suggesting possibly some drastic efforts at attempting to reduce wolf numbers

Fritts (1990) states that "When depredation on livestock occur, control actions are imperative…..Leaving problem wolves in the population may exacerbate the level of wolf-livestock conflict in the long run…..Wolf-human conflicts will precipitate illegal killing by the public, regardless of the penalty." Fritts (1990) further states, "Control of problem wolves is expected to reduce the hostility toward wolves that would result in illegal killing."

With the recent loss of lethal control activities in Wisconsin, many people have expressed major frustration with federal wolf recovery efforts, as typified by a northern Wisconsin news editor who stated "This is the type of response from the federal government that causes people to take matters into their own hands. If I was a farmer suffering from wolf depredation, I simply wouldn't put up with this nonsense. ….So don't be surprised to hear the local folks are implementing the SSS Wolf Plan – shoot, shovel, and shut-up – knowing the consequences of such actions could be dire (Bortz 2005)." In his article the columnist represents the frustrations of many hunters and farmers who feel adequate controls for dealing with problem wolves are being prohibited.

Although their studies showed generally high support for wolf conservation, Naughton-Treves et al. (2003) indicated that 12 % of all respondents indicated they might shoot a wolf while hunting, and in Naughton et al. (2005) 13 % of hunters indicated that they might shoot a wolf if encountered while hunting. If these figures are representative of the 700,000+ hunters in Wisconsin, it would mean that as many as 84,000 to 91,000 hunters in Wisconsin might be willing to kill wolves. Laws and educational efforts to protect wolves will never be able to reach enough people, and therefore there also needs to be reasonable public policies that have broad support, even among those who do not like wolves.

6. **Alternatives to lethal take, such as non-lethal controls and translocation of problem wolves have limited applicability especially as wolf population expand across most suitable range**.

Although non-lethal means of controlling depredating wolves are generally more readily accepted by the public, many are costly, time-consuming, and there effectiveness declines over time. Although extensive research have been conducted to develop effective nonlethal control techniques, none have been developed that can be broadly used in a wide variety of wolf depredation situations (Schultz et al. 2005, Shivik 2004, Shivik et al. 2003). Most non-lethal procedures are most useful if they can be applied before wolves have started killing domestic animals, and have habituated to livestock. It is important to continue to search and research more non-lethal controls for reducing wolf depredation, and the Wisconsin DNR continues to search for new procedures (Schultz et al. 2005), or work with others to develop nonlethal controls (Shivik et al. 2003). But nonlethal controls have not been adequately developed to eliminate need of lethal controls (Fritts et al. 2003).

Translocation of problem wolves to wilderness areas is generally perceived as more highly accepted by many members of society for removing problem wolves. Translocation of problem individuals have been used in wolf recovery programs in Minnesota (Fritts et al. 1984), Northern Rockies (Bradley et al. 2005), North Carolina (Phillips et al 2003), Wisconsin (Treves et al. 2002), and Michigan (Brian Roell, pers. comm.).

In Minnesota 107 wolves were translocated between 1975 and 1978, and were generally moved 50 to 317 km away (Fritts et al. 1984). Among 32 wolves whose final fate was known, 60% of those moved <64 km returned to the depredation site, whereas none of the wolves moved over 64 km returned. At least 13% retuned to cause additional depredation at the original the site where they had previously depredated. Average annual survival of adults and yearlings was 0.59, similar to other wolves in the Minnesota at the time (Fritts et al. 1984), but a survival level that would normally cause declines in wolf populations (Fuller et al. 2003). Of 16 radio-collar translocated wolves, 5 associated with other wolves, and 2 apparently reproduced.

In the Northern Rocky Mountains, 88 wolves were translocated between 1989 through 2001 at distances of 74 to 515 km from depredation sites (Bradley et al. 2005). Sixteen wolves returned to capture sites at distances of 74 to 316 km (median = 147.5). At least 27% returned to cause depredation in previous locations or new locations. Mean annual was 0.60, similar to Minnesota, but less than non-translocated wolves in the Northern Rockies (0.73). As with Minnesota, a high percentage (67%) did not establish or join other packs.

In Wisconsin between 1991 and 2002, 36 wolves were captured 38 times, and 32 were translocated 52 to 277 km (Wisconsin DNR files). No wolves returned to their original depredation sites, but at least 3 caused depredation on livestock at new locations. At least 6 wolves appeared to join packs and reproduce (4 in Wisconsin and 2 in Michigan). Most captures and translocations occurred in 2001 and 2002 (69%), but as of October 2005, only 2 were known to be alive in Wisconsin, and apparently 2 were still were still alive in Michigan. At least one translocated wolf died from being killed by local wolves in the area of the release site.

Translocations in general, are more likely to be successful early in a recovery program, when large amounts of suitable habitat are available (Bradley et al. 2005, Linnell et al. 1997). Prior to 2002, most wolves in Wisconsin were translocated to the northeastern part of the state were most areas of unoccupied suitable habitat occurred (Mladenoff et al. 1995), but late in 2001 Forest County within the core of this area, passed a resolution against the release of problem wolves into the county. The remaining counties in northeast Wisconsin soon followed suit, as well as others across northern Wisconsin for a total of 8 counties passing resolutions against release of problem wolves into their counties by the end of 2003 (Florence, Langlade, Lincoln, Marinette, Oconto, Rusk and Taylor Counties). Although counties do not have authority to stop release of problem wolves in their area by state or federal official, to totally ignore these requests will likely

create additional animosity toward wolves, and in Wisconsin the counties own the largest area of public lands.

Although problem wolves translocated in Wisconsin were all released in areas of perceived suitable habitat (Mladenoff et al. 1995), 9 wolves settled into 4 territory areas in marginal wolf range in Zone 3 (Wisconsin DNR 1999, Wydeven and Wiedenhoeft 2005). At least 2 of these 4 territories have caused depredation on livestock, a much higher rate than wolf territories across Zones 1 or 2 within the state (Wydeven and Wiedenhoeft 2005).

In general, mortality rate on translocated wolves seemed high, success rates of finding new packs and breeding were low, risk of depredations in new locations was likely to occur, and translocated wolves could be killed by local wolves, especially when habitat becomes saturated. Translocation success rates are low, and can be fairly costly ordeals that are major drains on under-funded programs for conservation of wolves or other carnivores (Linnell et al. 1997). As areas of suitable habitat are occupied and the DNR's flexibility for translocating wolves is restricted, problems with translocations are likely to be exacerbated, including more translocated wolves killed by local wolves, more translocated wolves moving into unsuitable areas, more translocated wolves causing depredation in new locations, higher losses on translocated wolves, and reduced tolerance and public support by rural residents and local governments for wolf conservation.

7. **Lethal take are generally accepted as reasonable for reducing wolf depredation and reducing conflict for many environmentalists**.

Even among several mainstream environmental groups, lethal controls, when done very selectively by government agents, is supported. Hank Fischer, a field representative for Defenders of Wildlife, indicated that in 1987, the killing of 4 depredating wolves by federal agents in Montana was supported by Defenders of Wildlife, as well as the National Wildlife Federation, and National Audubon Society (Fischer 1995, page 101). Fischer also indicated that he and former Defender president Rupert Cutler, supported private citizen authority to kill problems wolves, as did The National Wildlife Federation, and Wolf Fund (Fischer 1995, pp. 138-139). The wolf reintroduction plans for Yellowstone and Idaho including the designation of experimental populations for both, and including government authority to kill problem wolves and some authority for lethal controls by private landowners, was strongly supported by the Defenders of Wildlife, The National Wildlife Federation, the Wolf Fund, and other environmental organizations (Fischer 1995).

In personal communication with Wisconsin DNR officials, Defender of Wildlife officials have indicated support for lethal control activities by the state for dealing with wolf depredation. On February 7, 2005 shortly after the Oregon District Court caused Wisconsin wolves to be relisted as endangered, Nina Fascione of Defenders of Wildlife contacted Wisconsin wolf biologist, Adrian Wydeven, and indicated that Defenders of Wildlife supported downlisting of wolves to threatened status in Wisconsin and support lethal control activities in the state (A. P. Wydeven phone log). On February 16, 2005,

Fascione contacted Wydeven to let him know that Wisconsin could probably use section 10(a)1(A) of the ESA to get authority to conduct lethal controls on problem wolves (A. P. Wydeven phone log).  On April 13, 2005, shortly after Wisconsin receiving a subpermit from the U.S. Fish and Wildlife Service to allow some limited lethal control authority on problem wolves, Wydeven was contacted by Fascione, who indicated that the Defenders of Wildlife supported this permit for Wisconsin, and Defenders did not agree with a lawyer from Humane Society, who was proposing to sue the US Fish and Wildlife Service over the permit (A. P. Wydeven phone log).

Karlyn Berg, representative of the Humane Society of America, indicated in 1998, that she supported removing the "depredating" wolf from an area (Berg 1998).  Although she did say removing rogue depredating wolves should be a last resort.

8. **Wisconsin wolves are no longer truly endangered or threatened based on the U.S. Fish and Wildlife Services recovery plan (1992) for eastern gray wolves, or based on the Wisconsin Wolf Management Plan (1999**).

A final consideration for granting the state of Wisconsin authority to conduct lethal control activity on wolves is because based on the federal recovery plan developed by knowledgeable wildlife scientist and natural resource managers, wolves should no longer be listed as endangered or threatened species.  Wisconsin, along with Michigan and Minnesota, has far exceeded levels set for the states to be delisted and considered recovered wolf populations (U.S. Fish and Wildlife Service 1992).  The plan set delisting goals for Minnesota at 1251 to 1400, plus a population goal of at least 100 wolves for 5 or more years in Michigan and Wisconsin.  That population goal was achieved in 1999, thus delisting for the region is over 6 years over-due.  In the meantime the Minnesota population has grown to 3,020 wolves (Erb and Benson 2004), or twice as many as indicated by the recovery plan.  The Wisconsin wolf population has grown to over 425 (Wydeven et al. 2005), and Michigan has grown to 405 (Brian Roell pers. comm.), for a combined total of 830 wolves, or more than 8 times the federal recovery goal.  Additionally all three states have management plans approved within the states, and approved by the U.S. Fish and Wildlife Service.  All state plans have population goals higher than the federal recovery plan.  Because of the complexity and contentiousness of the federal wolf reclassification, the U.S. Fish and Wildlife Service have not been able to complete the delisting process for the three Great Lakes state.

Even the two recent federal court rulings against the U.S. Fish and Wildlife Service, do not question that wolves have recovered in these 3 states (Defenders of Wildlife et al. v. Gale Norton 2005; National Wildlife Federation et al. v. Gale Norton 2005) . Judge Robert E. Jones states that "The Western Great Lakes and Northern Rockies populations achieved recovery goals" (Defenders of Wildlife et al. v. Gale Norton 2005).

Based on the discussion of all these factors, we feel it is very much appropriate to issue a permit to the State of Wisconsin under Section 10 (a) 1(A) of the Endangered Species

Act to allow limited, selective control on problem wolves by agents of the state. Such lethal takes are strongly supported by other wolf conservationists. Limited lethal controls will reduce depredation by wolves, maintain public acceptance of wolf recovery, and will allow the wolf population to continue to grow and occupy areas of suitable habitat within the state. The authorization of such limited take will allow the recovery of gray wolves to continue in Wisconsin and other portions of the western Great Lakes Region.

**Literature Cited;**

Anonymous 1994. Manifesto of Wolf Conservation. International Wolf. Winter 1994 16-17.

Bangs, E. E., J. Fontaine, T. Meier, C. Niemeyer, M. Jimenez, D. Smith, C. Mack, V. Asher, L. Handegard, M. Collinge, R. Krischke, C. Sime, S. Nadeau, and D. Moody. 2004. Restoration and conflict management of the gray wolf in Montana, Idaho, and Wyoming. Transactions of the 69th North American Wildlife and Natural Resources Conference.89-105.

Berg, K. A. 1998. The future of the wolf in Minnesota: control, sport or protection. pp.40-44, *in* N. Fascione, and H. Ridgley (compilers) Proceedings, Defenders of Wildlife's Restoring the Wolf Conference, 12-14 November 1998, Seattle, Washington, USA 115 pp.

Boitani, L. 2003. Wolf conservation and recovery. pp. 317-340 *in* L. D. Mech and L. Boitani, (editors). Wolves: Behavior, Ecology and Conservation. University of Chicago Press, Chicago, Illinois, U.S.A. 448 pp

Bortz, D. 2005. State Roundup: State livestock and dog owners…Opinion Page. p. 3, Wisconsin Outdoor News, September 23, 2005 Outdoors News Inc., Plymouth, Minnesota.

Bradley, E. H., D. H. Pletscher, E. E Bangs, K. E. Kunkel, D. W. Smith, C. M. Mack, T. J. Meier, J. A. Fontaine, C. C. Neimeyer, and M. D. Jimenez. 2005. Evaluating wolf translocation as a nonlethal method to reduce livestock conflicts in the Northwestern United States. Conservation Biology. 19: 1498- 1508.

Breck, S. and T. Meier. 2004. Managing wolf depredation in the United States: Past, present and future. Sheep and Goat Research Journal. 14: 41-46.

Coleman, J. T. 2004. Vicious: Wolves and Men in America. Yale University Press, New Haven, Connecticut. 270 pp.

Defenders of Wildlife et al. v. Gale Norton, Secretary, U.S. Department of the Interior et al. 2005. Opinion and Order, Civil No. 03-1348-JO, Judge Robert E. Jones, U.S. District Judge, District of Oregon.

Erb, J. and S. Benson. 2004. Distribution and abundance of wolves in Minnesota, 2003-04. Minnesota Department of Natural Resources, Unpublished Report, 12 pp http://files.dnr.state.mn.us/natural_resources/animals/mammals/wolves/2004_wolfsurvey_report.pdf

Fischer, H. 1995. Wolf Wars: The Remarkable Inside Story of the Restoration of Wolves to Yellowstone. Falcon Press Publishing Co., Inc. Helena, Montana, USA. 183 pp.

Fritts, S. H. 1990. Management of wolves inside and outside Yellowstone National Park and possibilities for wolf management zones in the Greater Yellowstone Ecosystem. Pp. 1-5 – 1-88, *in* Wolves for Yellowstone? A Report to the United States Congress, Volume II, Research and Analysis. Prepared by Yellowstone National Park, U.S. Fish and Wildlife Service, University of Wyoming, University of Idaho, Interagency Grizzly Bear Study Team, and University of Minnesota Cooperative Park Study Unit.

Fritts, S. H., W. J. Paul, and L. D. Mech. 1984. Movements of translocated wolves in Minnesota. Journal of Wildlife Management 48: 709-721.

Fritts, S. H., W. J. Paul, L. D. Mech, and D. P. Scott. 1992. Trends and management of wolf-livestock conflicts in Minnesota. U.S. Fish and Wildlife Service, Resource Publication 181.Washington, D. C. 27 pp.

Fritts, S. H., R. O. Stephenson, R. D. Hayes, and L. Boitani. 2003. Wolves and humans. pp. 289- 316 *in* L. D. Mech and L. Boitani, (editors). Wolves: Behavior, Ecology and Conservation. University of Chicago Press, Chicago, Illinois, U.S.A. 448 pp

Fuller, T. K., L. D. Mech, and J. F. Cochrane. 2003. Wolf population dynamics. pp. 161-191 *in* L. D. Mech and L. Boitani, (editors). Wolves: Behavior, Ecology and Conservation. University of Chicago Press, Chicago, Illinois, U.S.A. 448 pp

Haight, R. G., L. E. Travis, K. Nimerfro, and L. D. Mech. 2002. Computer simulation of wolf-removal strategies for animal damage control. The Wildlife Society Bulletin. 30: 844-852.

Kellert , S. R. 1999. The public and the wolf in Minnesota. A report to the international Wolf Center. Minneapolis, Minnesota.

Linnell, J. D. C., M.E. Smith, J. Odden, J.E. Swenson, and P. Kaczensky. 1996. Carnivore and sheep farming in Norway. 4. Strategies for the reduction of carnivore-livestock conflicts : a review. NINA (Norsk Institutt for Naturforskning) Oppdragsmelding 443: 1- 118.

Linnell, J. D., R. Aanes, J. E. Swenson, J. Odden, and M. E. Smith. 1997. Translocation of carnivores as a method for managing problem animals: a review. Biodiversity and Conservation 6: 1245-1257.

Lopez, B. H. 1978. Of wolves and men. Charles Schribner's Sons, New York, New York, USA. 309 pp.

Mech, L. D. 1970. The wolf : the ecology and behavior of an endangered species. Natural History Press, Garden City, New York, USA.384 pp.

Mech, L. D. 1995. The Challenge and opportunity of recovering wolf populations. Conservation Biology 9: 270-278.

Mladenoff, D. J., T. A. Sickley, R. G. Haight, and A. P. Wydeven. 1995. A regional landscape analysis and prediction of favorable gray wolf habitat in the northern Great Lakes region. Conservation Biology 9: 279-294.

Musiani, M, T. Muhly, C. Callaghan, C. C. Gates, M. E. Smith, S. Stone, and E. Tosoni. 2004. Wolves in rural agricultural areas of western North America: conflict and conservation. Chapter 3, pp. 51-75 *in* N. Fascione, A. Delach, and M. E Smith. People and Predators: From Conflict to Coexistence. Defenders of Wildlife, Island Press, Washington D. C. USA 285 pp.

National Wildlife Federation et al. v. Gale Norton, Secretary, U.S. Department of the Interior et al. 2005. Opinion and Order, File No. 1:03-CV-340, Judge J. Garvan Murtha, U.S. District Judge, District of Vermont.

Naughton-Treves, L., R. Gossberg, and A. Treves. 2003. Paying for tolerance: rural citizens attitudes toward wolf depredation and compensation. Conservation Biology 17:1500-1511.

Naughton, L., A. Treves, R. Gossberg, and D. Wilcove. 2005. 2004-2005 Public opinion survey: Wolf management in Wisconsin. Department of Geography, University of Wisconsin, Madison, Wisconsin, Unpublished report.
http://www.geography.wisc.edu/livingwithwolves/public_reports.htm

Paul, W. J. 2003. Wolf depredation on livestock in Minnesota, annual updates on statistics-2003. USDA, Animal and Plant Health Inspection Services, Wildlife Services, Grand Rapids, Minnesota.

Peek, J. M., D. E. Brown, S. R. Kellert, L. D. Mech, J. H. Shaw, and V. Van Ballenberghe. 1991. Restoration of wolves in North America. The Wildlife Society, Technical Advisory Committee on Wolf Reintroduction (Ad Hoc), Bethesda, Maryland. Technical Review 91-1.

Phillips, M. K., V. G. Henry, and B. T. Kelly. 2003. Restoration of the red wolf. pp. 272-288 *in* L. D. Mech and L. Boitani, (editors). Wolves: Behavior, Ecology and Conservation. University of Chicago Press, Chicago, Illinois, U.S.A. 448 pp

Reiter, D. K., M. W. Brunson, and R. H. Schmidt. 1999. Public attitudes toward wildlife damage management and policy. The Wildlife Society Bulletin. 27: 746-758.

Schanning, K., M. Demashke, L. Kret, B. Sanford, and J. Vazques. 2003. State of the wolf project Wisconsin Survey 2003. Northland College, Sigurd Olson Environmental Institute, Ashland, Wisconsin. USA, unpublished report. 15 pp.

Schultz, R. N., K. W. Jonas, L. H. Skuldt, and A. P. Wydeven. 2005. Experimental use of dog-training shock collars to deter depredation by gray wolves. Wildlife Society Bulletin 33:142-148.

Shivik, J. A. 2004. Non-lethal alternatives for predation management. Sheep and Goat Research Journal. 14: 64-71.

Shivik, J. A., A. Treves, and P. Callahan. 2003. Nonlethal techniques for managing predation: primary and secondary repellents. Conservation Biology 17: 1531-1537.

Sillero-Zubiri, C. and M. K. Laurenson. 2001. Interactions between carnivores and local communities: conflict or co-existence. pp. 282-312. *in* J. L.Gittleman, S. M. Funk, D. W. MacDonald, and R. K Wayne. (editors). Carnivore Conservation. Cambridge University Press, Cambridge, United Kingdom. 675 pp.

Thiel, R. P. 1993. The timber wolf in Wisconsin: The Death and Life of a Majestic Predator. University of Wisconsin Press, Madison, Wisconsin, U.S.A. 253 pp.

Thompson, T. and W. Gasson. 1991. Attitudes of Wyoming residents on wolf reintroduction and related issues. Wyoming Game and Fish Department, Cheyenne, Wyoming. 43 pp.

Treves, A., R. L.. Jurewicz, L. Naughton-Treves, R.A. Rose, R. C. Willging, and A. P. Wydeven. 2002. Wolf depredation on domestic animals in Wisconsin, 1976 -2000. Wildlife Society Bulletin 30: 231-241.

USDA-APHIS-Wildlife Services. 2003. Environmental assessment of management of wolf conflicts and depredating wolves in Wisconsin. U.S. Department of Agriculture, Animal Plant Health Inspection Service, Wildlife Services, Sun Prairie, Wisconsin. iv + 98 pp.

U.S. Fish and Wildlife Service. 1992. Recovery Plan for the Eastern Timber Wolf. Twin Cities, Minnesota. 73 pp.

U.S. Fish and Wildlife Service. 1994. The reintroduction of gray wolves to Yellowstone National Park and Central Idaho. Final Environmental Impact Statement. U. S. Fish and Wildlife Service, Helena, Montana. 601 pp.

U.S. Fish and Wildlife Service. 1996. Reintroduction of the Mexican wolf within its historic range in Southwestern United States. Final Environmental Impact Statement. U.S. Fish and Wildlife Service, Albuquerque, New Mexico.

U.S. Fish and Wildlife Service, Nez Perce Tribe, National Park Service, Montana Fish Wildlife & Parks, Idaho Fish & Game, and USDA Wildlife Services. 2005. Rocky Mountain Wolf Recovery 2004 Annual Report. D. Boyd (editor). USFWS, Ecological Services, 100 N. Park, Suite 320, Helena, Montana, USA, 72 pp.

Wisconsin DNR. 1989. Wisconsin Timber Wolf Recovery Plan. Wisconsin Department of Natural Resources, Madison, Wisconsin, Endangered Resources Report 50: 37 pp.

Wisconsin DNR. 1999. Wisconsin Wolf Management Plan. Wisconsin Department of Natural Resources, Madison, Wisconsin, PUBL-ER-099 99, 74 pp. http://dnr.wi.gov/org/land/er/publications/wolfplan/toc.htm

Wisconsin DNR. 2005. Guidelines for conducting depredation control on wolves in Wisconsin while federal listed as "threatened" or "endangered" status. Wisconsin Department of Natural Resources, Park Falls, Wisconsin. Unpublished report. 5 pp.

Wydeven, A. P., R. N. Schultz, and R. P. Thiel. 1995. Monitoring of a recovering gray wolf population in Wisconsin, 1979-1991. pp. 147-156 *in* L. N. Carbyn, S. H. Fritts, and D. R. Seip. (editors). Ecology and Conservation of Wolves in a Changing World. Canadian Circumpolar Institute. Occasional Publication No. 35, Edmonton, Alberta, Canada.642 pp.

Wydeven, A. P., A. Treves, B. Brost, and J. E Wiedenhoeft. 2004. Characteristics of wolf packs in Wisconsin: Identification of traits influencing depredation. Chapter 2. pp. 28-50 *in* N. Fascione, A. Delach, and M. E Smith. (editors). People and Predators: From Conflict to Coexistence. Defenders of Wildlife, Island Press, Washington D. C., USA 285pp.

Wydeven, A. P. and J. E. Wiedenhoeft. 2005. Status of the timber wolf in Wisconsin: Performance Report 1 July 2004 through 30 June 2005. Wisconsin Endangered Resources Report no. 132, Madison, Wisconsin, USA.33 pp. http://dnr.wi.gov/org/land/er/publications/reports/mammals.htm#TimberWolf

Wydeven, A. P., J. E. Wiedenhoeft, R. N. Schultz, R. P. Thiel, S. R. Boles, E. Heilhecker, and W. H. Hall Jr. 2005. Progress report of wolf population monitoring in Wisconsin for the period October 2004-2005. Unpublished report, Wisconsin Department of Natural Resources, Park Falls, Wisconsin, USA. 33 pp. http://dnr.wi.gov/org/land/er/publications/wolfreports/report_oct04-mar05.htm

**Table1. Illegal Kill on Wisconsin Wolves from January 1999 through 6 October 2005.**

| Year | Total Illegal kill | Total Dead | Percent | Total Illegal kill Collared | Total Kill Collared | Percent |
|---|---|---|---|---|---|---|
| 1999 | 3 | 12 | 25% | 1 | 4 | 25% |
| 2000 | 2 | 25 | 8% | 2 | 12 | 17% |
| 2001 | 7 | 26 | 27% | 4 | 14 | 29% |
| 2002 | 15 | 59 | 25% | 4 | 14 | 29% |
| 2003 | 9 | 53 | 17% | 4 | 20 | 20% |
| 2004 | 8 | 66 | 12% | 4 | 13 | 31% |
| 2005* | 7 | 60 | 12% | 4 | 9 | 44% |

* incomplete results for this year.