| USDA | United States Department of Agriculture | Animal and Plant Health Inspection Service | Wildlife Services | 34912 U.S. Hwy. 2 Grand Rapids, MN 55744 (218) 327-3350 (218) 326-7039 (fax) |
|---|---|---|---|---|

To:   Regional Director                                               Date: October 11, 2005
      Attn: Pete Fasbender
      U.S. Fish & Wildlife Service
      Ecological Services
      1 Federal Drive
      Fort Snelling, MN  55111-4056

Subject:  Comments on Endangered and Threatened Species Permit Applications for the Michigan Department of Natural Resources (TE111357) and the Wisconsin Department of Natural Resources (TE 111360) as published in the Federal Register, Vol. 70, No. 177, p. 54401, September 14, 2005.

I strongly support the issuance of permits by the U.S Fish & Wildlife Service (USFWS) to take gray wolves in Wisconsin and Michigan in order to conduct various recovery activities for the species.  Take would include both lethal and non-lethal control for wolves involved in verified depredations on domestic animals.

As a wildlife biologist with 30 years of experience managing wolf-livestock conflicts in Minnesota under both USFWS and U.S. Department of Agriculture – Wildlife Services wolf depredation control programs, I support the lethal control of wolves that are confirmed to have depredated on livestock or pets.  It has been my personal observation that the selective removal of depredating wolves at localized damage sites in Minnesota has helped to mitigate wolf-livestock conflicts while building public tolerance for wolves.  Effective federal wolf depredation management activities in Minnesota have helped to reduce the animosity held by livestock producers and other members of the general public towards wolves and wolf recovery.  The lethal control of livestock depredating wolves in Minnesota has helped to reduce illegal killing of wolves, and has fostered increased tolerance for wolves and wolf recovery in Minnesota.  In this way, lethal take of problem wolves helps to facilitate recovery of wolves and enhances propagation and survival of the species.

Wolf depredation control activities in Minnesota have removed between 150 and 200 wolves annually or 4 to 9 percent of the estimated Minnesota wolf population.  Wolf biologists and managers generally agree that healthy, productive wolf populations can sustain annual harvests of 28-53 percent without permanently reducing their numbers.  Selective lethal removal of problem wolves causing localized livestock depredations has not prevented wolf population growth, range expansion, or wolf recovery in Minnesota.  Minnesota's wolf population has continued to grow at a rate of 4-5 percent annually (in spite of legal lethal wolf control and illegal killing) from an estimated 500-750 wolves in 1970 to 3,000 wolves in 2004.

The issuance of USFWS permits for lethal control of depredating wolves in Wisconsin and Michigan should not jeopardize wolf recovery in either state, as both states reached wolf recovery goals in 1999 that were established by the Eastern Timber Wolf Recovery Plan.  Wisconsin and Michigan each currently have a population of over 400 wolves which is double the recovery goal of 200 wolves in each of those states for a "geographically isolated population."  A projected lethal take of 10 percent of each state's wolf population (or 40–45



wolves) annually under the requested wolf permits should not jeopardize wolf population growth or wolf recovery in either Wisconsin or Michigan, especially when such lethal take of depredating wolves will be localized in nature at verified depredation sites.  In the absence of effective management of wolf-livestock conflicts, public tolerance for wolves in Wisconsin and Michigan is likely to decline in each state, with a resultant increase in illegal killing of wolves. Such a scenario does not enhance propagation and survival of gray wolves in Wisconsin and Michigan.


William J. Paul
WI/MN Assistant State Director
USDA – Wildlife Services

