INTERIM

WOLF CONTROL PLAN

NORTHERN ROCKY MOUNTAINS

OF

MONTANA AND WYOMING

U.S. Fish and Wildlife Service
P.O. Box 25486
Denver Federal Center
Denver, CO  80225

_____
Regional Director, Region 6

8-5-88
Date

TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| I. | Introduction | 1 |
| II. | Definitions | 3 |
| III. | Wolf Control to Enhance the Survival of the Species | 4 |
| IV. | Guidelines for Determining Problem Wolf Status | 7 |
|  | 1. Investigative Procedures | 7 |
|  | 2. Criteria for Determining Status of Problem Wolves | 7 |
| V. | Guidelines for Conducting Wolf Control Actions | 9 |
| VI. | Guidelines for Disposition of Problem Wolves | 11 |
| VII. | Communications and Media Coordination | 12 |
| VIII. | Literature Cited | 13 |
| IX. | Acknowledgments | 14 |
| X. | Appendices | 18 |
|  | Appendix A: Wolf Investigation and Control Action Forms | 18 |
|  | Appendix B: Agency Contacts for Wolf Conflicts in Northwest Montana | 27 |

INTERIM
WOLF CONTROL PLAN

Northern Rocky Mountains
of
Montana and Wyoming

I. Introduction

The gray wolf (Canis lupus) is classified federally as an endangered species in the conterminous United States (except for Minnesota where the species is listed as threatened). The Endangered Species Act of 1973, as amended (see Section II. - Definitions), requires Federal agencies to carry out conservation (recovery) programs for listed species and to insure that agency actions are not likely to jeopardize the continued existence of listed species or adversely modify or destroy their critical habitat. The Act also directs the development and implementation of recovery plans for listed species.

The revised Northern Rocky Mountain Wolf Recovery Plan (U.S. Fish and Wildlife Service 1987; also see Section II. - Definitions), dated August 3, 1987, identifies three wolf recovery areas (Figure 1). These areas include central Idaho, northwest Montana, and the Greater Yellowstone area. Based on reported sightings, a few wolves range through central Idaho (Kaminski and Hansen 1984), and 20-25 wolves occur in northwest Montana (Ream 1985). However, wolves are considered missing from Yellowstone National Park and vicinity (Weaver 1978).

Gray wolves prey primarily upon wild ungulates such as elk, deer, and moose. However, wolves can and sometimes do attack domestic livestock. The incidence and magnitude of wolf depredations upon livestock in western Canada and northern Minnesota are, however, remarkably low (Bjorge and Gunson 1982, Fritts 1982, Gunson 1982, Tompa 1982; see Weaver 1983 for review). Even though 1,000 to 1,200 wolves inhabit northern Minnesota (Bailey 1978), recorded livestock losses in relation to cattle availability to wolves are low. An annual average of 13 farms out of approximately 12,230 farms had livestock losses from 1976 through 1980 (Fritts 1982). Cattle losses were highest in 1979 with 0.45 cows lost to wolves per 1,000 cows present. Sheep losses were 1.18 per 1,000 sheep in the highest sheep loss year (1980).

The three proposed recovery areas for the Northern Rocky Mountain wolf are composed primarily of Federal lands, mainly National Park and designated wilderness lands, with relatively few livestock allotments and abundant wild prey. Coordinated management of livestock, wolves, and wild ungulate populations in wolf recovery areas can reduce the probability of wolf-livestock conflicts.

Because livestock allotments and private lands are common outside wolf recovery areas, the Northern Rocky Mountain Wolf Recovery Plan calls for a zone system for wolf management and a responsible wolf control plan. Under the zone system, areas in and around each of the three proposed recovery areas will be stratified into specific management zones identifying the importance of various habitats to wolves. Specific management directives will be outlined for each zone to guide decisions affecting the wolf. These would include conditions and criteria for wolf control actions as well as coordination of other land and resource uses with wolf management objectives.

1



FIGURE 1. *RECOVERY AREAS*

2

Zone I would represent the core recovery area containing sufficient habitat to sustain a viable wolf population. Wolf recovery would be promoted in Zone I due to its importance to the wolf and the low potential for conflict with other land uses. Zone II would serve as a buffer zone between Zone I and III. Zone III would represent all land area outside the recovery area where wolf recovery would not be promoted due to the high potential for conflict with existing land uses. When management zones (I, II, III) are designated, this Control Plan will be amended to incorporate any subsequent changes in management objectives or direction in the different zones. Until such area specific management zones and objectives are established, documented cases of wolf depredation on legally present livestock will trigger management and control actions in Montana and Wyoming following the protocol outlined herein. A separate control plan will be required if an "experimental population" is ever established in Yellowstone National Park and vicinity.

II. <u>Definitions</u>

The following definitions will apply for the purposes of this Control Plan.

Control: (a) capturing problem wolves on Federal or private lands and relocating problem wolves to remote areas on Federal lands, or (b) placing problem wolves in captivity, or (c) killing problem wolves.

Control Agency: A Federal or State agency or Indian Tribe permitted by the Service under Section 10 of the Endangered Species Act to conduct wolf control actions.

Depredation: Killing or serious maiming of lawfully present domestic livestock on federally/State managed lands or private lands by one or more wolves, accompanied by the threat that additional livestock will be killed or maimed by wolves.

Endangered Species Act of 1973, 16 U.S.C. 1531 <u>et.seq</u>.: Congressional act which provides for the identification and protection of endangered and threatened fish, wildlife, and plants.

Lawfully Present Livestock: Livestock occurring on private lands or on legal allotments (not trespassing) on Federal lands.

Northern Rocky Mountain Wolf Recovery Plan: A document prepared by a team of individuals with expertise regarding the biological and habitat requirements of the wolf, outlining the tasks/actions necessary to recover the species within parts of its former range in the Rocky Mountain region. Original plan completed in 1980. Revised Recovery Plan approved August 3, 1987.

Pack: A group of wolves, usually consisting of a male, female, and their offspring.

3

Problem Wolves:  Wolves that have depredated on lawfully present domestic livestock or other members of a group or pack of wolves including adults, yearlings, and young-of-the-year that were directly involved in the depredations; or fed upon the livestock remains that were a result of the depredation; or were fed by and/or are dependent upon adults involved with the depredations (because before these young animals mature to where they can survive on their own, they will run with the pack and learn the pack's depredation habits).

Federal Land:  Federally/State managed lands.

Recovery Area:  The three geographic areas identified in Figure 1 where wolf recovery is considered feasible based upon criteria outlined in the Recovery Plan, which include (1) presence of an adequate natural prey base on a year-round basis; (2) a minimum contiguous area of 3,000 square miles; (3) no more than 10 percent private land, excepting railroad grant lands; (4) if possible, absence of livestock grazing or little possibility for conflict; and (5) sufficient isolation to protect 10 breeding pairs.

Removal:  Capture and placement in captivity or killing of problem wolves.

### III. Wolf Control to Enhance the Survival of the Species

The (listed) status of the wolf in the Rocky Mountains requires it be managed so as to allow for an increase in its numbers and eventual removal from the endangered species list. Natural recolonization of wolves is now occurring in Montana and with this recolonization comes the potential for depredations which must be responded to in a timely, professional manner. The incidence of wolf depredations is expected to be low, especially in the early stages of wolf recovery due, in part, to the relatively low number of wolves present during this phase. However, some livestock operators will sustain livestock losses due to wolves and implementation of a practical, responsive management program including control is essential to the recovery effort.

It is the Service's intention to manage wolves in the northern Rocky Mountains in a manner that allows nondepredating wolves to be the "building blocks" of the population. Nondepredating wolves should cause little or no conflict with man, thus it is these animals that the Service intends to build its recovery program around. Animals that habitually depredate on livestock are not desirable for use as seed stock in establishing or bolstering wolf populations. Therefore, wolves that direct their hunting behavior toward livestock will be removed from the population. The Northern Rocky Mountain Wolf Recovery Plan (U.S. Fish and Wildlife Service 1987) indicates that, if necessary, lethal control methods should be used to stop depredations.

Section 10 of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 et seq.) includes provision allowing the Secretary of Interior to permit acts otherwise prohibited by Section 9 (including the taking of an endangered species) for scientific purposes or to enhance propagation or survival of the species. A 1985 decision by the 8th Circuit Court of Appeals in a case regarding wolf control in Minnesota stated that this provision gives the

4

Secretary discretion to permit removal of depredating animals or culling of diseased animals from a population. Section 10 permits will be required for any wolf control actions and according to the requirements of the Act, such actions or programs must be for scientific purposes or to enhance propagation or survival of the species.

Implementation of a control program will serve to enhance the overall survival of the wolf by demonstrating that responsible Federal agencies will act quickly to resolve depredation problems. Timely response to depredations will alleviate the perception of Government inaction that often results in increased landowner frustration, which, in turn, may lead to the indiscriminate killing of wolves. Removal of problem animals does more than stop the depredation. It relieves the pressures or antagonisms directed towards the total population by the landowner(s) incurring the losses or other members of the public. Consequently, the local (wolf) population is in less danger from potential nonselective illegal attempts at damage control. In addition, control actions will focus on control of problem wolves and, in doing so, will resolve wolf-human conflicts through removal of a minimum number of wolves. Based on the low rates of livestock depredation in areas where there are established wolf populations and the availability of ungulate biomass in proposed wolf recovery areas, the number of wolves killed under this wolf control strategy is not likely to impede recovery efforts. The Fish and Wildlife Service (Service) biological opinion on the draft Control Plan, dated August 5, 1988, concluded that the proposed action is not likely to jeopardize the continued existence of the wolf. By enhancing the survival chances of those nonoffending wolves and removing those wolves that do kill livestock, the control program will actually contribute to the ultimate recovery of the wolf in the Northern Rocky Mountains.

Unlike grizzly bears, which have an extremely low reproductive rate and therefore are highly susceptible to overutilization, wolves have a relatively high reproductive rate. Thus, established wolf populations can sustain rather high mortality rates without experiencing negative net recruitment. Research indicates that rates of increase in wolf populations are primarily determined by the per-capita biomass of their ungulate food supply, and that wolf densities in stationary populations are thereby adjusted to total ungulate biomass. Human-induced wolf mortality affects the rate of population increase by reducing wolf densities and thus elevating per-capita food resources (Keith 1982). Considerable data exist on the population dynamics of exploited wolf populations. Ballard and Stephenson (1982), reporting on wolf control in Alaska (1976-1978), indicated that 86 percent of the fall 1975 wolf population was removed, and within one denning season following termination of control actions, the population had increased to 81 percent of the estimated precontrol population. They pointed out that the response of a wolf population to control/harvest will vary, depending on the level of harvest and whether adequate numbers exist outside the control area to allow for immigration. Carbyn (1980) determined that increases in pack size from late winter of one year to early winter of the next year can approach 70 percent in some areas. Mech (1986) reported that, generally, the wolf population studied in the Superior National Forest in Minnesota (1967-1985) increased up to 86 percent from spring to winter each year as a result of reproduction.

5

In reviewing the literature on population dynamics of wolves, Keith (1982) compared reported exploitation rates with resulting numerical trends from 13 different wolf populations. He reported that compensatory increases in wolf reproduction and/or survival can apparently offset lower rates of exploitation, but if exploitation rates are too high, wolves may not be able to fully compensate. His review of data from studies conducted on hunted wolf populations indicate that compensatory increases in wolf reproduction and/or pup survival permit an estimated sustained harvest of about 30 percent of established fall wolf populations (Keith 1982). In view of this information, it is anticipated that increases in wolf reproduction and/or pup survival would be sufficient to compensate for any anticipated mortality resulting from control actions. The guidelines for controlling problem wolves, as outlined in Table 1, are structured to keep adequate "seed" animals in the population by taking into consideration the age of the animal, whether the animal is an "alpha" member of the pack, and the number of wolf packs in the recovery area.

Ungulate biomass is not expected to be a limiting factor in the rate of increase in wolves in recovery areas, particularly during the early phases of recovery. Rather, the rates of increase in wolf numbers will more likely be controlled by human-induced mortality. Management of wolves under the control guidelines outlined herein will attempt to minimize wolf mortality, particularly female mortality, during the early phase of recovery, yet deal firmly with any depredation problem. As recovery progresses, removal of the problem animals from the population will be favored rather than relocation.

Control actions must be conducted in a responsible, professional manner and at a level that will involve taking only a minimum number of wolves, thus allowing for an increase in numbers and eventual removal of the wolf from the endangered species list. Thus, specific guidelines are required for determining problem wolf status, capturing, translocating, and releasing or disposing of problem wolves.

In areas outside of or adjacent to recovery areas, the lack of adequate ungulate prey base and the presence of livestock will aggravate the potential for livestock depredations. Failure to adequately respond to problem wolves or to situations in which wolves are frequenting areas where livestock depredations are highly likely will result in increased opposition to wolf populations in the proposed recovery areas, will increase the likelihood of indiscriminate, illegal killing of wolves, and will substantially increase the overall risk of wolf mortality. Thus, it is the Service's belief and policy that outside of proposed recovery areas problem wolves or those frequenting livestock areas must be relocated or removed immediately.

If verified wolf depredation occurs on lawfully present livestock, control actions will be undertaken to capture and relocate the problem animal(s) or, if this is not possible, the animal(s) may be lethally controlled. To facilitate prompt and selective control actions when necessary, a Control Plan should provide clear direction for determining "problem" status of wolves and for controlling problem animals. Hence, the purposes of this document are to:

(1) provide uniform interagency guidelines for determining and controlling (control and disposition) problem wolves, and

6

# For Remaining Pages See AR 14