**Safari Club International and Safari Club International Foundation
Motion to Intervene**

# Exhibit "B"

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al.<br>  Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, United States Department of the Interior, et al.<br><br>  Defendants,<br><br>and<br><br>SAFARI CLUB INTERNATIONAL, and<br>SAFARI CLUB INTERNATIONAL FOUNDATION<br>  et al.<br>  Defendant-Intervenor-Applicants | Case No. CV 06-1279(CKK)<br><br><br>DECLARATION OF<br>BERNARD SMITS |

1. My name is Bernard Smits and I am a resident of Denmark, Wisconsin.

2. I am a member of the Northeast Wisconsin Chapter of Safari Club International and have been a hunter all of my life.

3. I have hunted throughout North America for all species of small and large game.

4. I own approximately 270 acres of land east of Denmark, Wisconsin where I do the majority of my hunting for deer, small game, as well as turkeys and grouse.

5. During the winter of 2003-2003, I encountered several dead mature turkeys on my land which appeared to have been killed by a wolf or wolves.

6. During January or February of 2003, I was walking through the woods of my land

and came face to face with a huge, mature wolf.

7. After that encounter, I measured the tracks that the wolf had left in the snow and received confirmation from a local game warden that the animal I had seen was indeed a wolf.

8. Wolves on my land in Wisconsin are taking game that belongs to me that I intend to hunt. These wolves are interfering with the enjoyment of my hunts on this land and my ability to take the game that I am pursuing. I am now hunting on my land in direct competition with gray wolves.

9. It is my belief that Gray Wolves in Wisconsin pose a direct threat to the game on my land and elsewhere in Wisconsin that if their population is not kept under control, these wolves will interfere with my ability and the ability of other hunters to hunt in Wisconsin.

10. It is my plan to hunt on my land again and I am concerned that the presence of Gray Wolves will jeopardize my success and will diminish the value and the enjoyment I will receive from my hunt.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 27 day of July, 2006, at Green Bay, Wisconsin.

Bernard Smits