**Safari Club International and Safari Club International Foundation
Motion to Intervene**

# Exhibit "C"

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al.<br>　　　Plaintiffs,<br><br>　vs.<br><br>DIRK KEMPTHORNE, Secretary of the Interior,<br>United States Department of the Interior, et al.<br><br>　　　Defendants,<br><br>　　and<br><br>SAFARI CLUB INTERNATIONAL,<br>　　and<br>SAFARI CLUB INTERNATIONAL<br>　　FOUNDATION<br>　　　et al.<br>　　　Defendant-Intervenor-Applicants | Case No. CV 06-1279(CKK)<br><br><br><br><br>DECLARATION OF<br>RUSSEL D. SMITH |

1. My name is Russell D. Smith and I am a resident of northern Wisconsin.

2. I am 48 years old and have been hunting for 32 years.

3. I am a member of Safari Club International as well as the Lake Superior Chapter of Safari Club International.

4. I have hunted most species of big and small game animals all across the continental United States and have hunted several times in Alaska. I have also hunted big game in Canada as well as big game and waterfowl in New Zealand.

5. In Wisconsin, I have hunted small game, birds, deer, bear and bobcats.

Page 1

6. While hunting in Wisconsin, I have encountered wolves on several occasions.

7. On one such occasion, I was bow hunting in December, in Sawyer County, 18 miles east of Hayward, just north of the Chippewa Flowage. I shot a doe in the late afternoon and left the animal briefly to get help from friends for its retrieval. By the time I returned to the animal, it was dark. Though a relatively short time had passed, I returned to find nothing left of the deer carcass but bones and hair. Around the remains was snow heavily matted with the tracks of several wolves.

8. During the summer of 2005, I had even a closer encounter with wolves, when two of them entered my back yard. I was able to videotape the wolves and also noticed that one was fitted with a tracking collar. I contacted the Wisconsin Department of Natural Resources and gave them information about the sighting.

9. During the 2005 bear season, I encountered wolves several times while bear hunting.

10. In 2006, while turkey hunting, I have seen several sets of wolf tracks and have heard wolves howling in the vicinity of my hunt.

11. It is my belief that wolves in Wisconsin are in direct competition with me for the prey that I hunt. The growing number of wolves and their increasing boldness about encountering humans and pets in the areas where I reside and hunt is changing the way I approach outdoor activities and is interfering with my ability to hunt and enjoy the outdoors.

12. The state of Wisconsin has been given the ability to use lethal and non-lethal means to control problem wolves in the state. If they lose that authority, wolves will become an increasing threat to my ability to enjoy hunting and other recreational activities in Wisconsin.

Page 2

In accordance with 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 30 day of JULY, 2006, at HAYWARD, Wisconsin.

_____
Russell D. Smith