**Safari Club International and Safari Club International Foundation
Motion to Intervene**

# Exhibit "D"

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al. <br> Plaintiffs, <br><br> vs. <br><br> DIRK KEMPTHORNE, Secretary of the Interior, United States Department of the Interior, et al. <br><br> Defendants, <br><br> and <br><br> SAFARI CLUB INTERNATIONAL, and <br> SAFARI CLUB INTERNATIONAL FOUNDATION <br> et al. <br> Defendant-Intervenor-Applicants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 06-1279(CKK) <br><br><br> DECLARATION OF ROBERT W. JURACK |

1. My name is Robert W. Jurack and I am a resident of Waukesha, Wisconsin.

2. I am a member of the Local Waukesha Chapter of Safari Club International and have been a hunter for 25 years.

3. I have hunted in Wisconsin, South Dakota, North Dakota, Arkansas and Canada for deer, ducks, geese, turkey and pheasant.

4. In Wisconsin I hunt for deer in Presque Isle and Star Lake and hunt ducks in the Vernon Marsh, La Crosse and the Oconomowoc area.

Page 1

5. I have encountered wolves several times during my outdoor activities in the state of Wisconsin.

6. For example, while deer hunting in Star Lake, I spotted two wolves just 40 yards from the deer stand from which I was hunting. The wolves had obviously followed the scent left by my black Labrador retriever. The wolves marked the exact trail that my dog had taken during my earlier walk with him. It was clear to me that my dog's safety was in jeopardy from these wolves.

7. On another occasion, during opening weekend of the deer season in 2004, I was just outside of the small city of Star Lake and was posting when I heard a noise that I presumed to be a deer. Instead, a moment later, I discovered the noise to be a wolf. The wolf ran past me at full speed and was most likely pursuing a deer himself.

8. It is my belief that wolves in Wisconsin pose a direct threat to me, my dogs and to the game that I hunt. The growing number of wolves and their increasing boldness about encountering humans and pets in the areas where I reside and hunt is changing the way I approach outdoor activities and is interfering with my ability to hunt and enjoy the outdoors.

9. The state of Wisconsin has been given the ability to use lethal and non-lethal means to control problem wolves in the state. If they lose that authority, wolves will become an increasing threat to my ability to enjoy hunting and other recreational activities in Wisconsin.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Page 2

Dated this _1_ day of _August_, 2006, at _Delafield_, Wisconsin.

_Robert W. Jurack_
Robert W. Jurack

08/01/2006  08:25  2626467628  SCHMELTA  PAGE  03/03