**Safari Club International and Safari Club International Foundation
Motion to Intervene**

# Exhibit "E"

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

HUMANE SOCIETY OF THE UNITED )
STATES, et al.                )     Case No. CV 06-1279(CKK)
         Plaintiffs,          )
                              )
   vs.                        )
                              )
DIRK KEMPTHORNE, Secretary of the )
United States Department of the Interior, )   DECLARATION OF
         et al.               )     STEPHEN J. GILLHOUSE
         Defendants,          )
                              )
   and                        )
                              )
SAFARI CLUB INTERNATIONAL,    )
   and                        )
SAFARI CLUB INTERNATIONAL     )
   FOUNDATION                 )
         et al.               )
         Defendant-Intervenors. )

1. My name is Stephen J. Gillhouse and I am a resident of Sarona, Wisconsin.

2. I am 57 years old and have been hunting since I was 16 years old.

3. I am a member and past President of the Lake Superior Chapter of Safari Club International.

4. I have hunted many species in the United States including Alaska and have also hunted in Africa, Russia, South America and Canada.

5. In Wisconsin, I have hunted deer, bear, bobcat, waterfowl, turkeys and small game.

page 1

6. I was hunting bobcat near the headwaters of the Brule River in December of 2000 when a pack of wolves attacked and killed two of hunting companion's dogs just yards in front of us. It happened so quickly that we could do nothing to save the dogs. The fight lasted less than ten seconds and when it was over both of the dogs had their rib cages opened up by the wolves.

7. My dogs are at risk from wolves even when the dogs are within the confines of my own property. Less than a month ago, my wife and our English Springer Spaniel were out near the barn on our property when a wolf appeared and came within 60 yards of my wife and spaniel. The dog attempted to give chase, but my wife called her back. The wolf just stood and watched them for several seconds before walking away.

8. The wolves that attacked and/or killed the dogs obviously had little fear of humans and were willing to pursue the dogs in close proximity to humans. Although I recognize that Wisconsin's permit does not authorize the lethal control of wolves that prey on hunting dogs, I nonetheless believe that the type of wolves that would attack so violently in such close proximity to humans are the sort of problem wolves that would have no fear of people and would commit such acts on farms and in people's backyards. My wife's recent encounter with a wolf on our property confirms my concern. Therefore I believe that hunters and domestic animal owners like myself benefit from the wolf predation control authority that has been given to Wisconsin state authorities and I also believe that hunters and hunting dog owners will be at greater risk if the state loses that authority."

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

page 2

Dated this 2 day of AUGUST, 2006, at SARONA, Wisconsin.

_____
Stephen J. Gillhouse