**Safari Club International and Safari Club International Foundation**
**Motion to Intervene**

# Exhibit "G"



April 3, 2006

Re: Draft Environmental Assessment for the Management of Wolf Conflicts and Depredating Wolves in Wisconsin

USDA, APHIS, Wildlife Services
732 Lois Drive
Sun Prairie, Wisconsin 53590

FAX (608) 837-6754

PermitsR3ES@fws.gov.

Dear Sir or Madam:

Safari Club International and Safari Club International Foundation appreciate the opportunity to comment on the draft Environmental Assessment for the Management of Wolf Conflicts and Depredating Wolves in Wisconsin. Although we agree with much of the discussion and conclusions of the EA, we do believe that the document fails to address some important ramifications caused by increasing wolf populations and that the EA misses an opportunity to discuss some important benefits available from the proposed alternative.

Safari Club International, a nonprofit IRC § 501(c)(4) corporation, has approximately 45,000 members worldwide, including many who live and/or enjoy recreational opportunities in Wisconsin. Its missions include the conservation of wildlife, protection of the hunter, and education of the public concerning hunting and its use as a conservation tool. Safari Club International Foundation is a nonprofit IRC § 501(c)(3) corporation. Its missions include the conservation of wildlife, education of the public concerning hunting and its use as a conservation tool, and humanitarian services. More specifically, the conservation mission of SCIF is: (a) to support the conservation of the various species and populations of game animals and other wildlife and the habitats on which they depend, and (b) to demonstrate the importance of hunting as a conservation and management tool in the development, funding and operation of wildlife conservation programs.

Safari Club International and Safari Club International Foundation support the Proposed Alternative described by the Environmental Assessment. We submit that the Environmental Assessment provides sufficient research and analysis to establish that the proposed action of Integrated Wolf Damage Management ("WDM") will not only cause no significant detrimental impact to the human environment, but that the beneficial impact on the wolf populations and on other environmental factors will outweigh any other potential outcomes from the WDM.

**Safari Club International - Washington DC Office**
501 2nd Street, NE, Washington, DC 20002 • Phone 202 543 8733 • Fax 202 543 1205 • www.sci-dc.org

In the past, SCI and SCIF have actively participated in the U.S. Fish and Wildlife's ("FWS") effort to recognize the recovery of the gray wolf populations in the Midwest and West. SCI participated as a defendant-intervenor in the litigation brought by groups and individuals in the federal courts in Oregon to challenge the FWS's Final Rule to reclassify gray wolves in these areas. SCI and SCIF also participated as an amicus in litigation brought in Vermont to challenge the same rule. In addition, SCI and SCIF offered comments in response to the permit applications filed by the states of Michigan and Wisconsin for authority to conduct Integrated Wolf Damage Management in these states.

SCI and SCIF agree with the Draft Environmental Assessment that "a prompt, professional, effective program to resolve wolf conflicts is needed in order to minimize negative attitudes toward wolf recovery in Wisconsin and enhance wolf conservation efforts." SCI and SCIF also support the need for Wisconsin to obtain authority to manage wolf damage with both non-lethal and lethal take options and agree that an integrated approach is necessary to reduce the illegal take of wolves. SCI supports the statement, highlighted in Section 1.3.10 of the EA entitled "How can killing wolves benefit the recovery of the species?" that states:

> If no government-sanctioned relief from the loss of livestock is in sight, intolerant stakeholders will likely adopt anti-wolf behaviors including illegal killing. (Fuller et al. 2003). In this scenario, social carrying capacity effectively will be lowered because stakeholders erroneously turn their attention to the wolf population at large as the primary cause of wolf problems.

p. 22. The EA also provides accurate predictions of problems that could arise if Michigan and Wisconsin are granted different levels of wolf management authority. Such disparities could certainly increase the frustration of individuals who are regularly dealing with wolf encounters. The EA correctly analyzes the impact of this frustration and the probability that it could lead to increased illegal take.

As stated above, while we agree with much of the discussion and conclusions of the EA, we do believe that the document fails to address some important ramifications caused by increasing wolf populations. For example, although the authors do address some of the impact that wolf recovery will have on other species, we fear that this analysis does not fully address the issue. The authors of the EA gently address the detrimental impact of wolves on Wisconsin's ungulate species in Section 1.3.6, but avoid discussing the possibility that wolves could decimate the state's elk and moose populations. Similarly, in Section 1.3.4, entitled *Benefits of Wolves*, the EA discusses the fact that on Isle Royale National Park, balsam fir growth has been linked to wolf-moose interactions and that when wolf numbers grew, moose numbers decreased, resulting in balsam fir growth. The EA authors do not take the analysis a step further and miss the opportunity to discuss the long-term impacts of reduced moose populations.

Other studies on wolf and moose interaction document the detrimental impact on the moose population. According to the Summary section of the document entitled 2004-2005 Ecological Studies of Wolves on Isle Royale:

2

**Safari Club International - Washington DC Office**
501 2nd Street, NE, Washington, DC 20002 • Phone 202 543 8733 • Fax 202 543 1205 • www.sci-dc.org

During 2005, there were thirty wolves on Isle Royale, up one from 2004, and moose, estimated to number 540, continued to decline for the third straight year [ ]. There are now only eighteen moose alive for each wolf, a ratio seen only twice before at Isle Royale. Three territorial wolf packs raised a total of eleven pups, offsetting a high mortality rate of 34 percent in the past year. Wolves preyed heavily on moose, but they exhibited no territorial trespassing that might indicate food shortage. Moose calves were relatively numerous in 2004, but few remained alive in winter 2005. The effect of moose ticks continued to increase, and this parasite may be an important factor in the moose decline. Winter severity in the past two years and chronic food shortage in winter have also impacted the moose population. However, wolf predation is presently the major direct cause of moose mortality and should hold moose at a low level over the next year.

Although they consider the impact of wolves on the vegetation that the moose eat, the authors of the EA fail to address the potential long-term impact of these recovering wolf populations on the area's moose population. While increased wolf populations may be good for the vegetation, the impact on wildlife should also be examined.

Another oversight in the EA is the authors' failure to analyze the impact of wolves on the recreational opportunities enjoyed by the hunting community. Hunters are a significant stakeholder group who find themselves competing with wolves for ungulate prey. The greater the wolf population, the more the likelihood that a hunter will encounter a wolf during a hunting expedition and the greater the likelihood that the hunter will lose his prey to a wolf. The EA should address the impact of increasing numbers of wolves on the recreational and aesthetic opportunities of the hunting community.

In summary, although the EA misses some analyses that we believe are important to the consideration of the environmental impact of the proposed action, SCI and SCIF nonetheless support the proposed action and agree with the EA's assessment that the WDM authority requested by the state of Wisconsin will not have a significant detrimental impact on the state's wolf populations or on wolf recovery in the population of gray wolves that includes those living in Wisconsin and will in fact prove beneficial to wolf recovery efforts.

Sincerely,

*Mike Simpson*

Mike Simpson
President,
Safari Club International
Safari Club International Foundation

Safari Club International - Washington DC Office
501 2nd Street, NE, Washington, DC 20002 • Phone 202 543 8733 • Fax 202 543 1205 • www.sci-dc.org

3