**Safari Club International and Safari Club International Foundation
Motion to Intervene**

# Exhibit "H"

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES )<br>et al. )<br>)<br>Plaintiffs )<br>v. )<br>)<br>DIRK KEMPTHORNE, Secretary of the Interior, )<br>et al. )<br>Defendant )<br>)<br>and )<br>)<br>SAFARI CLUB INTERNATIONAL )<br>4800 West Gates Pass Road )<br>Tucson, Arizona 85745 )<br>)<br>and )<br>)<br>SAFARI CLUB INTERNATIONAL )<br>FOUNDATION )<br>4800 West Gates Pass Road )<br>Tucson, Arizona 85745 )<br>)<br>Defendant-Intervenor Applicants ) | 1:06-cv-01279(CKK) |

## DECLARATION OF KEVIN ANDERSON

1. I am the Chairman of the Legal Task Force of Safari Club International, a Vice-President and member of the Executive Committee, and a member of the Board of Safari Club International.

2. I am an attorney and a partner in the law firm of Anderson & Milholland and Wagner, P.C. of Harrisonville, Missouri.

3. Safari Club International is a 501(c)(4) tax-exempt social welfare organization created to promote, protect, and preserve the hunting heritage for the common good and general welfare of the public. Safari Club International Foundation is a 501(c)(3) charitable organization created to promote wildlife conservation through scientific, educational, and humanitarian programs for the common good and general welfare of the public.

4. Safari Club International promotes conservation of wildlife through sustainable use practices and supports hunting as a valuable, efficient and cost effective tool for managing wildlife populations.

5. SCI has a long track record in supporting scientific efforts to understand carnivore and predator population dynamics, carnivore/prey relationships, and threats to maintaining sustainable populations of various carnivore species including wolves.

6. SCIF is currently sponsoring some of the most successful research and conservation programs on jaguar in Mexico and on African lions in the Zambezi Valley of Zimbabwe. SCIF has also supported multiple Black Bear research projects in North America as well as Brown Bear conservation and research in Alaska and Russia. SCIF produced a technical review of the status of brown bears in Europe, and revised that paper in 2002. SCIF will continue to be a leader in the effort to document and to communicate the issues regarding the role of carnivores in the landscape and in the management of their populations.

7. Safari Club International has chapters throughout the United States including many in Wisconsin and in other states who have sought permit authority from the FWS in order to control their increasing wolf numbers and to deal with problem wolves that prey on livestock and pets.

8. Safari Club International members hunt in many of the states now populated by gray wolves, including in Wisconsin and other states that have applied for wolf depredation permit authority, and these members hunt deer, elk, moose, caribou, bison, muskoxen, snowshoe hare, beaver, rabbits and other species that are the typical prey of gray wolves.

9. Many Safari Club International members have encountered gray wolves during their hunts and have lost their prey to gray wolves.

10. Many Safari Club International members have lost to wolf attacks beloved and valuable pets including many dogs that routinely accompanied those members during their hunting expeditions.

11. Many Safari Club International members, like other residents of Wisconsin and other states with wolf populations, have experienced anger and frustration during

times when their state wildlife management authorities were powerless to take necessary action to control problem wolves.

12. SCI and its members support sustainable use conservation and consider the state of Wisconsin's lethal control of depredating wolves a significant example of sustainable use conservation.

13. SCI and its members support the state of Wisconsin's authority to exercise lethal control of problem wolves as an effective means of enhancing the long-term survival of gray wolves in the state of Wisconsin.

14. If Plaintiffs succeed in the above-captioned litigation, the state authorities in Wisconsin will lose the ability, granted to them by federal permit, to effectively manage their populations of gray wolves, including their problem wolves that prey on livestock and pets, that compete with hunters for prey and that have lost their fear of coming into contact with humans.

15. If Plaintiffs succeed in the above-captioned litigation, Safari Club International members who hunt and otherwise enjoy recreational opportunities in the Wisconsin outdoors will lose that ability due to the threat to themselves, their pets and their prey from problem wolves.

16. If Plaintiffs succeed in the above-captioned litigation, Safari Club International and Safari Club International Foundation will be harmed in their work towards promoting sustainable use as a wildlife conservation and management tool and supporting the proper management of carnivore species.

17. Safari Club International and Safari Club International Foundation seek to participate as Defendant-Intervenors in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as provided by 28 U.S.C. Section 1746.

Executed this 31st day of July, 2006.

By: /s/ Kevin Anderson

Kevin Anderson