**Safari Club International and Safari Club International Foundation**
**Motion to Intervene**

# Exhibit "I"

WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
GRAY WOLF PROJECT REPORT

RHL 14-2006

11-30-04

## BASIC DATA

Date call received: March 19, 2006     Time 8:00     AM ☒  PM ☐

Who reported complaint to WS? ████████

Reported date/time of depredation: 3-18-06 p.m.

## COMPLAINANT DATA

Name ████████     Phone ████████     ☒ H  ☐ W

Address ████████     City ████████     Zip ████████

## SPECIES REPORTED

Wolf ☒     Hybrid Wolf ☐     Other _____     No. Involved NA

## DAMAGE DATA

Damage     Reported ☐     Verified ☒

Damage Type     Predation ☒     Injury ☐     Harassment ☐     Damage Threat ☐

Resource: Beef Calves     No. Involved 2     Total Dollar Value $1,400.00

Damage Location (describe area): Winter pasture along fish creek se of buildings

Township/Range/Section T47N-R6W-S23     GPS Coordinates N46.54865  W091.07680

County Bayfield     Township Keystone

## WS RESPONSE

Telephone consultation ☒     Literature sent ☐     Referred to WDNR ☐

Referred to field ☒     Date 3-19-06     Assigned to Eric Fromm

Field Investigation ☒     Date 3-19-06     09:00 a.m.

Carcass present ☒ Yes ☐ No     Remains of beef calves

Scat Present ☐ Yes ☒ No

Tracks Present ☒ Yes ☐ No     Wolf tracks in snow at kill site
(provide measurements below)

| Track Measurements | 1. Length | 4.2 | 2. Length | 4.4 | 3. Length | |
|---|---|---|---|---|---|---|
| | Width | 3.7 | Width | 3.8 | Width | |

## COMPLAINT/DEPREDATION VERIFICATION

**Resource #1:**

☒ Confirmed Wolf Depredation ☐ Probable Wolf Depredation ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation- Species [ ]

☐ Unconfirmed-Depredation

Comments: Mr. ▮▮▮▮ reported finding a dead calf which had been fed upon while checking cattle on the morning of 3-18-06. Mr ▮▮▮▮ covered the calf with a tarp and covered some large canine tracks he found near the calf. He also discovered the remains of another calf about 50 yards west of the first calf. I examined the calves on the morning of 3-19-06 and found wolf tracks around both calves and in the surrounding pasture. There was blood in the snow were a wolf had dragged the fresher of the two carcasses and I found were a wolf had carried the front leg and shoulder blade of the second calf about 50 feet before dropping it. The carcasses were both frozen and I took them with me to thaw out for further examination. After thawing the calves I skinned the first calf. Mr. ▮▮▮▮ found and discovered a hemorrhaged bite to the left hock which partially severed the hamstring and did substantial damage to the joint. There was mud in the hooves of the calf. The rib cage was opened on the side of the calf and the heart, lungs, diaphragm, and liver were consumed. There was blood visible in the nostrils and I found clotted blood in the trachea. There was feeding on the right shoulder and just a small piece of hide held the shoulder and leg in place. From the evidence of wolf tracks at the kill site and hemorrhaged feeding on the calf this is a confirmed wolf depredation. Eric Fromm

**Resource #2:**

☐ Confirmed Wolf Depredation ☒ Probable Wolf Depredation ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation- Species [ ]

☐ Unconfirmed-Depredation

Comments: The second calf consisted of a piece of sun dried hide, half of a skull with a short length of spinal column, the pelvis with rear legs attached and a front leg with shoulder blade. There was mud between the hooves showing that the calf had walked and there were large canine punctures in the hide consistent with wolves but due to the dried nature of the hide accurate measurements were not possible. The side of the skull was bitten off and there was a large canine puncture in the skull that measured 3/8 inch in diameter. I am calling this calf a probable wolf depredation due to the fact the calf had walked, another confirmed depredation was nearby and canine punctures in skull and hide were consistent with wolves and track evidence showed wolves had fed on the carcass. Eric Fromm

**ACTION TAKEN:**

☐ Trapping Initiated    Date [ ]

METHOD: ☐ Cage Trap ☐ Leghold ☐ TTD Used ☐ Other [ ]

☒ Technical Assistance

Comments: Keep a watch out for more depredations and call 1-800# if any are found. WS will install flashing lights and fladry around the pasture as soon as possible.

☒ Equipment Loaned: number:25
type:flashing lights and approx. ¼ mile fladry

Cooperator Employed Methods: [ ]

Recommendations: [ ]

Reviewed by: Dave Ruid    Date: March 28, 2006

Forwarded to DNR? ☒ Yes ☐ No    Date 03/28/06

**Confirmed Depredation**: Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding. Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.
**Probable Depredation**: Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species. This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
GRAY WOLF PROJECT REPORT

RHL 15-2006

11-30-04

## BASIC DATA

Date call received: March 21, 2006          Time: 10:00          AM ☒  PM ☐

Who reported complaint to WS? Eric Fromm

Reported date/time of depredation: 3-20-06 p.m.

## COMPLAINANT DATA

Name: ███████          Phone: ███████          ☒ H  ☐ W

Address: ███████          City: ███████          Zip: ███████

## SPECIES REPORTED

Wolf ☒          Hybrid Wolf ☐          Other: _____          No. Involved: NA

## DAMAGE DATA

Damage          Reported ☐          Verified ☒

Damage Type          Predation ☒          Injury ☐          Harassment ☐          Damage Threat ☐

Resource: Beef Calf          No. Involved: 1          Total Dollar Value: $700.00

Damage Location (describe area): Winter pasture along fish creek

Township/Range/Section: T47-R6W-S23          GPS Coordinates: N46.54873 W091.07642

County: Bayfield          Township: Keystone

## WS RESPONSE

Telephone consultation ☒          Literature sent ☐          Referred to WDNR ☐

Referred to field ☒          Date: 3-21-06          Assigned to: Eric Fromm

Field Investigation ☒          Date: 3-21-06          Time: 10:30 a.m.

Carcass present ☒ Yes ☐ No          Remains of beef calf

Scat Present ☐ Yes ☒ No

Tracks Present ☒ Yes ☐ No          Tracks in sand on river bank
(provide measurements below)

| Track Measurements | 1. Length | 4.2 | 2. Length | | 3. Length | |
|---|---|---|---|---|---|---|
| | Width | 3.7 | Width | | Width | |

## COMPLAINT/DEPREDATION VERIFICATION

**Resource #1:**

☒ Confirmed Wolf Depredation ☐ Probable Wolf Depredation ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation- Species _____

☐ Unconfirmed-Depredation

Comments: While installing flashing lights around the winter pasture I found the remains of a calf. The calf had been fed upon and there was blood on the frozen ice and manure at the site. There was mud and manure on the hooves of the calf indicating it had walked. Most of the flesh on the hind quarters was consumed and the chest cavity was opened and all internal organs except large intestine were consumed. I skinned the calf and found a hemorrhaged bite dorsal over the neck with much tissue damage, there was feeding in this area which prevented accurate canine measurements on the hide. The packed and frozen manure and ice at the kill site prevented track evidence but I found fresh wolf tracks in the sand along Fish creek 300 feet south of the site. Due to the evidence of wolf sign in the area, mud on the hooves and hemorrhaging this is a confirmed depredation. Eric Fromm

**Resource #2:**

☐ Confirmed Wolf Depredation ☐ Probable Wolf Depredation ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation- Species _____

☒ Unconfirmed-Depredation

Comments: I also discovered the remains of a calf frozen in the ice and snow in the winter pasture. The calf appears to have been fed upon but until it melts free for closer examination it's an unconfirmed depredation. GPS on this calf is N 46.54920 W 091.07684

**ACTION TAKEN:**

☐ Trapping Initiated    Date _____

METHOD: ☐ Cage Trap ☐ Leghold ☐ TTD Used ☐ Other _____

☒ Technical Assistance:

Comments: Fladry and flashing lights installed around pasture. I saw a 300-400 lb. calf with what appears to be a prolapsed rectum or reproductive tract but was unable to examine it closely, ▮▮▮▮▮ stated it may be wolf related and/or will try to capture the animal. Eric Fromm

☐ Equipment Loaned:    number:
                       type:

Cooperator Employed Methods:

Recommendations:

Reviewed by: Dave Ruid                          Date: March 28, 2006

Forwarded to DNR?  ☒ Yes  ☐ No   Date  03/28/06

**Confirmed Depredation:** Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding. Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.
**Probable Depredation:** Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species. This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

**WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM**
**GRAY WOLF PROJECT REPORT**

RHL 24-2006

2-28-06

## BASIC DATA

Date call received: April 18, 2006

Time: 8:00    AM ☒  PM ☐

Who reported complaint to WS? ██████████

Reported date/time of depredation: 4-18-06 p.m.

## COMPLAINANT DATA

Name ██████████    Phone ██████████    ☐ H  ☒ W

Address ██████████    City ██████████    Zip ██████

## SPECIES REPORTED

Wolf ☒    Hybrid Wolf ☐    Other _____    No. Involved _____

## DAMAGE DATA

Damage    Reported ☐    Verified ☒

Damage Type    Predation ☒    Injury ☐    Harassment ☐    Damage Threat ☐

Resource: Beef Calf    No. Involved: 1    Total Dollar Value: 700.00

Damage Location (describe area): Pasture south of buildings along Hwy 35

Township/Range/Section: T42-R15-S28    GPS Coordinates: N46.09201 W092.24335

County: Burnett    Township: Blaine

## WS RESPONSE

Telephone consultation ☐    Literature sent ☐    Referred to WDNR ☐

Referred to field ☒    Date: 4-18-06    Assigned to: Eric Fromm

Field Investigation ☒    Date: 4-18-06    Time: 10:30 a.m.

Carcass present    ☒ Yes  ☐ No    Remains of beef calf

Scat Present    ☐ Yes  ☒ No

Tracks Present    ☒ Yes  ☐ No    Wolf tracks on sand field road 200 feet west of carcass
(provide measurements below)

Track Measurements    1. Length 4.6    2. Length _____    3. Length _____
                          Width 3.7          Width _____          Width _____

## COMPLAINT/DEPREDATION VERIFICATION

**Resource #1:**

☒ Confirmed Wolf Depredation  ☐ Probable Wolf Depredation  ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species [　　　　　　　　]

☐ Unconfirmed Complaint

Comments: The ▮▮▮▮▮ reported finding the remains of a calf while tagging calves on the morning of 4-18. I examined the remains later that morning and found the skeleton and a portion of the hide of a newborn calf. The carcass was completely cleaned of flesh and no hemorrhaging was found on the remaining hide. The hooves of the calf contained sand and manure showing that calf had stood. One of the front legs was laying 50 feet from the carcass and bite marks on the margin of the scapula were of large diameter and were consistent with those of a wolf. Several of the ribs were chewed off at the spine. There was a torn up area of sod near the calf remains that had clotted blood in the grass indicating that the calf had bled and was alive and not just scavenged. I found fresh wolf tracks in the sand on a field road in an adjacent pasture. Due to the evidence of blood at the kill site, feeding pattern consistent with wolves and wolf tracks near the site I am confirming this as a wolf depredation. Eric Fromm

**Resource #2:**

☐ Confirmed Wolf Depredation  ☐ Probable Wolf Depredation  ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species [　　　　　　　　]

☐ Unconfirmed Complaint

Comments:

**ACTION TAKEN:**

☐ Trapping Initiated    Date [　　　　　　　　]

METHOD:    ☐ Cage Trap    ☐ Leghold    ☐ TTD Used    ☐ Other [　　　　　　　　]

☐ Technical Assistance.

Comments: Call WS if any more depredations are found.

☐ Equipment Loaned:    number:
                        type:

Cooperator Employed Methods:

Recommendations:

Reviewed by: Dave Ruid    Date: April 24, 2006

Forwarded to DNR?    ☒ Yes    ☐ No    Date    04/24/06
MIS completed?    ☐ Yes    ☐ No

**Confirmed Depredation**: Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding. Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.
**Probable Depredation**: Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species. This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
GRAY WOLF PROJECT REPORT

RHL 26-2006

2-28-06

## BASIC DATA

| | | | |
|---|---|---|---|
| Date call received | April 24, 2006 | Time | 9:00 | AM ☒ PM ☐ |

Who reported complaint to WS? ▮▮▮▮▮▮▮▮

Reported date/time of depredation: April 23 p.m.

## COMPLAINANT DATA

Name ▮▮▮▮▮▮▮▮    Phone ▮▮▮▮▮▮    ☐ H ☒ W

Address ▮▮▮▮▮▮    City ▮▮▮▮    Zip 54830

## SPECIES REPORTED

Wolf ☒    Hybrid Wolf ☐    Other _____    No. Involved NA

## DAMAGE DATA

Damage    Reported ☐    Verified ☒

Damage Type    Predation ☒    Injury ☐    Harassment ☐    Damage Threat ☐

Resource Beef Calf tag # 140 y    No. Involved 1    Total Dollar Value 700.00

Damage Location (describe area) Pasture south of buildings along St Hwy 35

Township/Range/Section T42-R15-S28    GPS Coordinates N46.09132 W092.24658

County Burnett    Township Blaine

## WS RESPONSE

Telephone consultation ☐    Literature sent ☐    Referred to WDNR ☐

Referred to field ☒    Date 4-24-06    Assigned to Eric Fromm

Field Investigation ☒    Date 4-24-06    Time 1:30 p.m.

Carcass present ☒ Yes ☐ No    Remains of beef calf

Scat Present ☒ Yes ☐ No    Wolf scat on shoulder of St Hwy 35 which borders pasture on east side

Tracks Present ☒ Yes ☐ No
(provide measurements below)    Wolf track in cow trail 50 feet southeast of carcass

| Track Measurements | 1. Length | 4.3 | 2. Length | | 3. Length | |
|---|---|---|---|---|---|---|
| | Width | 3.6 | Width | | Width | |

## COMPLAINT/DEPREDATION VERIFICATION

**Resource #1:**

☒ Confirmed Wolf Depredation ☐ Probable Wolf Depredation ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species _____

☐ Unconfirmed Complaint

Comments: ████████ found a dead calf which had been fed upon in his pasture on the morning of 4-24-06. I examined the calf and found the remains of a tagged calf that had been heavily fed upon. The calf had been torn in half at the center of the spine with just a small portion of hide connecting the two pieces. I found hemorrhaged pieces of flesh on the hide that had covered the center of the back and the vertebra at this location was smashed. The internal organs and the majority of the flesh on the rear half of the calf was consumed. Several of the ribs were chewed of at the spine. I found a single wolf track in a cow trail 50 feet from the carcass and there was fresh wolf scat on the shoulder of St Hwy 35 which borders the east side of this pasture. The cattle in this pasture were very agitated and cow which was this calf's mother was very distressed and aggressive. I am confirming this as a wolf depredation. Eric Fromm

**Resource #2:**

☐ Confirmed Wolf Depredation ☐ Probable Wolf Depredation ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species _____

☐ Unconfirmed Complaint

Comments:

**ACTION TAKEN:**

☐ Trapping Initiated    Date _____

METHOD:    ☐ Cage Trap    ☐ Leghold    ☐ TTD Used    ☐ Other _____

☐ Technical Assistance

Comments:    Call WS if any more suspected depredations are found.

☐ Equipment Loaned:    number:
type:

Cooperator Employed Methods:

Recommendations:

Reviewed by: David Ruid    Date: April 28, 2006

Forwarded to DNR?    ☒ Yes    ☐ No    Date    04/28/06
MIS completed?    ☐ Yes    ☐ No

**Confirmed Depredation**: Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding. Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.
**Probable Depredation**: Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species. This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
GRAY WOLF PROJECT REPORT

RHL 37-2006

2-28-06

## BASIC DATA

Date call received: May 8, 2006          Time: 7:15          AM ☒  PM ☐

Who reported complaint to WS? ███████

Reported date/time of depredation: wolf sign on farm for several weeks

## COMPLAINANT DATA

Name: ███████          Phone: ███████  ☒ H  ☐ W

Address: ███████          City: ███████          Zip: ███████

## SPECIES REPORTED

Wolf ☒    Hybrid Wolf ☐    Other: _____    No. Involved: 1

## DAMAGE DATA

Damage:    Reported ☐    Verified ☒

Damage Type:    Predation ☐    Injury ☐    Harassment ☒    Damage Threat ☒

Resource: Dairy Cattle/Calves    No. Involved: 300    Total Dollar Value: NA

Damage Location (describe area): wolf sign present on farm

Township/Range/Section: T37N-R14W-29    GPS Coordinates: None Taken

County: Burnett    Township: Roosevelt

## WS RESPONSE

Telephone consultation ☐    Literature sent ☐    Referred to WDNR ☐

Referred to field ☒    Date: 05/08    Assigned to: Jim Miller

Field Investigation ☒    Date: 05/08    Time: 11:00 AM

Carcass present    ☐ Yes  ☒ No

Scat Present    ☐ Yes  ☒ No

Tracks Present    ☒ Yes  ☐ No
(provide measurements below)

| Track Measurements | 1. Length | 4.25 | 2. Length | 4 | 3. Length | |
| | Width | 3.25 | Width | 3 | Width | |

## COMPLAINT/DEPREDATION VERIFICATION

**Resource #1:**

☐ Confirmed Wolf Depredation    ☐ Probable Wolf Depredation    ☒ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species [                    ]

☐ Unconfirmed Complaint

Comments: ████████████████ and a hunter on the property had sited a wolf twice in the past week. On the morning of 05/08 he reported that the cows were very agitated and "stampeded" 3 times when trying to put them in the barn. A site visit was done and wolf tracks were found in several locations on the farm. Fresh tracks were found coming from the north of the property to within 50 yards of one pasture. ████████ has approx. 150 cows to freshen in this pasture this spring/summer and is very concerned about their safety. The pasture adjoins another pasture that has had confirmed depredations in the past. This is a chronic farm having had wolf predation during the past two years, the same wolf pack that has caused the depredations previously still exists in this area, and ████████ is going to have a large numbers of cows freshen outside; this farm meets provisions of F10 of the current permit and trapping was initiated.  Jim Miller

**Resource #2:**

☐ Confirmed Wolf Depredation    ☐ Probable Wolf Depredation    ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species [                    ]

☐ Unconfirmed Complaint

Comments:

**ACTION TAKEN:**

☒ Trapping Initiated    Date [ May 10. 2006 ]

METHOD:    ☐ Cage Trap    ☒ Foot-hold    ☐ TTD Used    ☐ Other [                    ]

☒ Technical Assistance

Comments: [ Monitor cattle closely and notify immediately if problems occur. ]

☐ Equipment Loaned:    number:
                        type:

Cooperator Employed Methods:

Recommendations:

Reviewed by: [ Dave Ruid ]    Date: [ May 15. 2006 ]

Forwarded to DNR?    ☒ Yes    ☐ No    Date [ 05/17/05 ]
MIS completed?    ☐ Yes    ☐ No

**Confirmed Depredation**: Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding.  Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.
**Probable Depredation**:  Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species.  This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
GRAY WOLF PROJECT REPORT

RHL 45-2006

2-28-06

## BASIC DATA

| | | | |
|---|---|---|---|
| Date call received | June 2, 2006 | Time | 1:00 | AM ☐ PM ☒ |

Who reported complaint to WS? ████████████

Reported date/time of depredation: 06-01-06 a.m.

## COMPLAINANT DATA

| Name | ████████████ | Phone | ████████████ | ☒ H ☐ W |
|---|---|---|---|---|
| Address | ████████████ | City | ████████ | Zip ██████ |

## SPECIES REPORTED

Wolf ☒    Hybrid Wolf ☐    Other [              ]    No. Involved [      ]

## DAMAGE DATA

Damage    Reported ☐    Verified ☒

Damage Type    Predation ☐    Injury ☒    Harassment ☐    Damage Threat ☐

Resource [Male Golden Retriever type dog]    No. Involved [1]    Total Dollar Value [Not Availible]

Damage Location (describe area) [Open field 75 feet from buildings]

Township/Range/Section [T46n-R5W-S4]    GPS Coordinates [N46.48916 W090.99863]

County [Bayfield]    Township [Kelly]

## WS RESPONSE

Telephone consultation ☐    Literature sent ☐    Referred to WDNR ☐

Referred to field ☒    Date [6-2-06]    Assigned to [Eric Fromm]

Field Investigation ☒    Date [6-2-06]    Time [3:00 p.m.]

Carcass present ☒ Yes ☐ No    [Golden Retriever type dog]

Scat Present ☐ Yes ☒ No    [                    ]

Tracks Present ☒ Yes ☐ No    [Wolf tracks in creek bottom 150 feet south of barn and on deer trail 100 feet west of buildings]
(provide measurements below)

| Track Measurements | 1. Length | 4.5 | 2. Length | | 3. Length | |
|---|---|---|---|---|---|---|
| | Width | 3.9 | Width | | Width | |

## COMPLAINT/DEPREDATION VERIFICATION

Resource #1:

☒ Confirmed Wolf Depredation        ☐ Probable Wolf Depredation        ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species

☐ Unconfirmed Complaint

Comments: Mr. ▓▓▓▓ let his dog out about 5:00 a.m. on 6-1-06 and then normally puts his dogs in their kennels before he leaves for work at about 5:30. When he went out to kennel the dogs his golden was already in his kennel laying down which was not normal but Mr. ▓▓▓▓ shut the kennel and went to work. When he returned in the p.m. the dog could not get up and its hind end was covered with flies. The dog was taken to the vet and several large punctures were discovered and treated. I examined the dog on 6-2-06 and found large diameter (3/8") matched canine punctures measuring 1.75" on the flanks and dorsally over the pelvis of the dog. There was a lot of tissue damage with most of the bites and a large tear 2.5 inches long next to the dog's anus that was over 2 inches deep with massive tissue damage in this area. I searched the property for sign and found wolf tracks in a creek bottom 150 feet south of the farm and on a deer trail 100 feet west of the buildings. The owners reported that they are hearing wolves howl almost nightly very near the buildings and their horses and dogs are very agitated. They feel wolves are chasing their horses at night and one mare came up lame from an injury that occurred during this harassment. They are very concerned about the safety of their animals. This is a confirmed wolf caused injury to a pet dog. Eric Fromm

Resource #2:

☐ Confirmed Wolf Depredation        ☐ Probable Wolf Depredation        ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species

☐ Unconfirmed Complaint

Comments:

ACTION TAKEN:

☐ Trapping Initiated      Date

METHOD:      ☐ Cage Trap    ☐ Leghold    ☐ TTD Used    ☐ Other

☐ Technical Assistance:

Comments:

☐ Equipment Loaned:    number:
type:

Cooperator Employed Methods:

Recommendations:    Call WS if any more problems occur.

Reviewed by: Dave Ruid        Date: June 5, 2006

Forwarded to DNR?  ☒ Yes    ☐ No    Date  06/05/06
MIS completed?    ☐ Yes    ☐ No

**Confirmed Depredation**: Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding. Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.

**Probable Depredation**: Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species. This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
GRAY WOLF PROJECT REPORT

RHL 50-2006

2-28-06

## BASIC DATA

Date call received | April 28, 2006 | Time | while working on the farm. | AM ☐ PM ☐

Who reported complaint to WS? | Eric Fromm

Reported date/time of depredation: | 4-27-06 p.m.

## COMPLAINANT DATA

Name ███████████ | Phone ███████████ | ☐ H ☒ W

Address ███████████ | City ███████████ | Zip ███████

## SPECIES REPORTED

Wolf ☒ | Hybrid Wolf ☐ | Other | No. Involved

## DAMAGE DATA

Damage | Reported ☐ | Verified ☒

Damage Type | Predation ☒ | Injury ☐ | Harassment ☐ | Damage Threat ☐

Resource | Beef calf | No. Involved | 1 | Total Dollar Value | 700.00

Damage Location (describe area) | Open pasture along Hwy 35 north of buildings

Township/Range/Section | T42n-R15w-S21 | GPS Coordinates | N46.10183 W091.23952

County | Burnett | Township | Blaine

## WS RESPONSE

Telephone consultation ☐ | Literature sent ☐ | Referred to WDNR ☐

Referred to field ☒ | Date | 4-28-06 | Assigned to | Eric Fromm

Field Investigation ☒ | Date | 4-28-06 | Time | 8:30 a.m.

Carcass present ☒ Yes ☐ No | Remains of beef calf

Scat Present ☐ Yes ☒ No

Tracks Present ☒ Yes ☐ No | Wolf tracks on sand cow trail 15 feet from carcass and on main field road adjacent to pasture
(provide measurements below)

| Track Measurements | 1. Length | 4.4 | 2. Length | 4.8 | 3. Length | |
| | Width | 3.6 | Width | 3.9 | Width | |

## COMPLAINT/DEPREDATION VERIFICATION

**Resource #1:**

☐ Confirmed Wolf Depredation          ☒ Probable Wolf Depredation          ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species [_____]

☐ Unconfirmed Complaint

Comments: While checking traps on the ▬▬▬▬▬ farm I saw eagles lift from a dead calf in an adjacent pasture. The remains of the calf consisted of the head, spine, hind legs and rib cage with the majority of the ribs chewed off at the spine. Most of the flesh was consumed and only a small piece of hide attached to the head remained. There was dirt in the hooves indicating the calf had stood, and there were wolf tracks in a cow trail 15 feet south of the carcass and on the main field road of the property which borders this pasture on the west side. With the close proximity of wolf tracks to the carcass, feeding patterns consistent with wolves and indications that the calf was not stillborn (dirt in its hooves) I am classifying this as a probable wolf depredation. Eric Fromm

**Resource #2:**

☐ Confirmed Wolf Depredation          ☐ Probable Wolf Depredation          ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species [_____]

☐ Unconfirmed Complaint

Comments:

**ACTION TAKEN:**

☒ Trapping Initiated     Date [ 4-27-06 ]

METHOD:     ☐ Cage Trap     ☒ Leghold     ☐ TTD Used     ☐ Other [_____]

☐ Technical Assistance:

Comments: [_____]

☐ Equipment Loaned:     number:
                         type:

Cooperator Employed Methods:

Recommendations:

Reviewed by: [ Dave Ruid ]                    Date: [ June 19, 2006 ]

Forwarded to DNR?     ☒ Yes     ☐ No     Date [ 06/19/06 ]
MIS completed?        ☐ Yes     ☐ No

**Confirmed Depredation:** Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding. Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.
**Probable Depredation:** Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species. This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
GRAY WOLF PROJECT REPORT

RHL 62-2006

2-28-06

## BASIC DATA

Date call received | July 1, 2006          Time | 9:00          AM ☒ PM ☐

Who reported complaint to WS? ▮▮▮▮▮▮▮▮▮▮

Reported date/time of depredation: | 6-30-06 p.m.

## COMPLAINANT DATA

Name ▮▮▮▮▮▮▮          Phone ▮▮▮▮▮▮▮          ☒ H ☐ W

Address ▮▮▮▮▮▮          City ▮▮▮▮▮          Zip ▮▮▮▮

## SPECIES REPORTED

Wolf ☒          Hybrid Wolf ☐          Other |          No. Involved | NA

## DAMAGE DATA

Damage          Reported ☐          Verified ☒

Damage Type          Predation ☐          Injury ☒          Harassment ☐          Damage Threat ☐

Resource | Beef calf          No. Involved | 1          Total Dollar Value | 750.00

Damage Location (describe area) | Open pasture south of buildings

Township/Range/Section | T48N-R13W-S30          GPS Coordinates | N46.61877 W092.05528

County | Douglas          Township | Parkland

## WS RESPONSE

Telephone consultation ☐          Literature sent ☐          Referred to WDNR ☐

Referred to field ☒          Date | 7-1-06          Assigned to | Eric Fromm

Field Investigation ☒          Date | 7-1-06          Time | 12:00 p.m.

Carcass present ☒ Yes ☐ No |

Scat Present ☒ Yes ☐ No | Numerous wolf scats on town road adjacent to pasture

Tracks Present ☒ Yes ☐ No | Single wolf track in dust entering pasture were attack occured
(provide measurements below)

Track Measurements    1. Length | 4.4      2. Length |        3. Length |
                          Width | 3.8         Width |           Width |

## COMPLAINT/DEPREDATION VERIFICATION

Resource #1:

☒ Confirmed Wolf Depredation        ☐ Probable Wolf Depredation        ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species [_____]

☐ Unconfirmed Complaint

Comments: The managers for ▓▓▓▓▓▓ cattle operation found the wounded calf on the morning of 7-1-06 and heard the cattle bellowing and running around the pasture about 1:00 a.m. the same morning. I examined the calf and found matched 1.5" canine punctures in the flank and dorsally over the pelvis. There was significant tissue damage with the bite on the flank but the calf was lively and appeared to still be healthy and had not suffered any paralysis to its rear legs. There was a single wolf track in the dust on a field road that entered the pasture were the attack took place but dry conditions and heavy sod prevented finding any more track evidence. There were seven piles of wolf scat on the town road that borders the pasture on the north side, some of it fresh and none of it appeared more than several days old. This is a confirmed injury to a calf caused by wolves. Eric Fromm

Resource #2:

☐ Confirmed Wolf Depredation        ☐ Probable Wolf Depredation        ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species [_____]

☐ Unconfirmed Complaint

Comments:

ACTION TAKEN:

☒ Trapping Initiated    Date [ 7-1-06 ]

METHOD:    ☐ Cage Trap    ☒ Leghold    ☐ TTD Used    ☐ Other [_____]

☐ Technical Assistance:

Comments: [ Contact WS if anymore injuries or depredations are found. ]

☐ Equipment Loaned:    number:
                        type:

Cooperator Employed Methods:

Recommendations:

Reviewed by: [ Dave Ruid ]    Date: [ July 7, 2006 ]

Forwarded to DNR?    ☒ Yes    ☐ No    Date [ 07/07/06 ]
MIS completed?    ☐ Yes    ☐ No

**Confirmed Depredation**: Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding. Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.
**Probable Depredation**: Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species. This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
GRAY WOLF PROJECT REPORT

RHL 63-2006

2-28-06

## BASIC DATA

Date call received | July 4, 2006        Time | 6:00    AM ☒ PM ☐

Who reported complaint to WS? ▓▓▓▓▓▓▓

Reported date/time of depredation: 7-3-06  4:30 a.m.

## COMPLAINANT DATA

Name ▓▓▓▓▓    Phone ▓▓▓▓▓▓    ☒ H  ☐ W

Address ▓▓▓▓▓▓    City Prescott    Zip ▓▓▓

## SPECIES REPORTED

Wolf ☒    Hybrid Wolf ☐    Other [            ]    No. Involved [    ]

## DAMAGE DATA

Damage    Reported ☐    Verified ☒

Damage Type    Predation ☒    Injury ☐    Harassment ☐    Damage Threat ☐

Resource | Beef calves        No. Involved | 2    Total Dollar Value | $1,500.00

Damage Location (describe area) | Open pasture south of buildings

Township/Range/Section | T48N-R13W-S30    GPS Coordinates | N46.61720 W092.05229

County | Douglas        Township | Parkland

## WS RESPONSE

Telephone consultation ☐    Literature sent ☐    Referred to WDNR ☐

Referred to field ☒    Date | 7-4-06        Assigned to | Eric Fromm

Field Investigation ☒    Date | 7-4-06    Time | 8:00 a.m.

Carcass present ☒ Yes ☐ No | Remains of one calf and second calf which was alive at time of investigation

Scat Present ☒ Yes ☐ No | Fresh wolf scat on town road adjacent to pasture

Tracks Present ☐ Yes ☒ No
(provide measurements below) | 

Track Measurements | 1. Length [    ]    2. Length [    ]    3. Length [    ]
                      Width [    ]         Width [    ]         Width [    ]

## COMPLAINT/DEPREDATION VERIFICATION

Resource #1:

☒ Confirmed Wolf Depredation ☐ Probable Wolf Depredation ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species

☐ Unconfirmed Complaint

Comments: The property managers informed me they heard the cattle very upset at about 4:30 a.m. and they went outside to investigate but saw nothing, about an hour later they found one dead calf which had been fed on and another calf that was wounded. I examined the dead calf and found a large hemorrhaged bite dorsal over the center of the back which smashed several vertebrae. The rib cage was opened on one side with several ribs chewed to the spine and the internal organs consumed. There were several large hemorrhaged canine punctures on the head and neck of the calf and a there was also feeding on the rear flanks. This is a confirmed wolf depredation. Eric Fromm

Resource #2:

☒ Confirmed Wolf Depredation ☐ Probable Wolf Depredation ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species

☐ Unconfirmed Complaint

Comments: The ▓▓▓▓▓ also found a wounded calf in the pasture which had its tail ripped off and had several matched 1.5" canine punctures on its flanks. There was a 4" by 6" piece of hide and flesh missing from the side of the calf anterior to its left rear leg. The calf had lost a lot of blood and was listless at the time of my examination and later died. I captured a wolf on the property the night these depredations took place. This is a confirmed wolf depredation. Eric Fromm

ACTION TAKEN:

☒ Trapping Initiated    Date    7-1-06

METHOD:    ☐ Cage Trap    ☒ Leghold    ☐ TTD Used    ☐ Other

☐ Technical Assistance:

Comments:

☐ Equipment Loaned:    number:
                        type:

Cooperator Employed Methods:

Recommendations:

Reviewed by:    Dave Ruid    Date:    July 7, 2006

Forwarded to DNR?    ☒ Yes    ☐ No    Date    07/07/06
MIS completed?    ☐ Yes    ☐ No

**Confirmed Depredation**: Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding. Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.
**Probable Depredation**: Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species. This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
GRAY WOLF PROJECT REPORT

RHL 68-2006

2-28-06

## BASIC DATA

Date call received: July 13, 2006     Time: _____  AM ☐  PM ☐

Who reported complaint to WS? ███████████

Reported date/time of depredation: 7-11-06 p.m.

## COMPLAINANT DATA

Name: ███████████     Phone: ███████████     ☒ H  ☐ W

Address: ███████████     City: Mason     Zip: ███████

## SPECIES REPORTED

Wolf ☒     Hybrid Wolf ☐     Other: _____     No. Involved _____

## DAMAGE DATA

Damage:  Reported ☐  Verified ☒

Damage Type:  Predation ☒   Injury ☐   Harassment ☐   Damage Threat ☐

Resource: Beef Calf     No. Involved: 1     Total Dollar Value: 750.00

Damage Location (describe area): Open pasture east of buildings on rented land

Township/Range/Section: T45N-R5W-S18     GPS Coordinates: N46.38093 W091.03680

County: Bayfield     Township: Lincoln

## WS RESPONSE

Telephone consultation ☐     Literature sent ☐     Referred to WDNR ☐

Referred to field ☒     Date: 7-13-06     Assigned to: Eric Fromm

Field Investigation ☒     Date: 7-13-06     Time: 2:30 p.m.

Carcass present ☒ Yes  ☐ No    Remains of beef calf

Scat Present ☒ Yes  ☐ No    Wolf scat on town roads that border farm on south and west

Tracks Present ☒ Yes  ☐ No    Wolf track in dust on cow trail 50 feet east of carcass
(provide measurements below)

| Track Measurements | 1. | 2. | 3. |
|---|---|---|---|
| Length | 4.5 | | |
| Width | 3.7 | | |

## COMPLAINT/DEPREDATION VERIFICATION

Resource #1:
☒ Confirmed Wolf Depredation          ☐ Probable Wolf Depredation          ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species _____

☐ Unconfirmed Complaint

Comments: Mr. ▮▮▮▮▮ neighbor reported seeing a wolf in the pasture feeding on something. The ▮▮▮▮▮ investigated and discovered the remains of a calf. I examined the scene the following day and found the scattered remains of a large calf (250+ lbs). There were large diameter canine punctures in the remaining hide that corresponded to a bite in the flank and a bite dorsally over the upper neck. There was bruising on the hide at both these locations indicating a live calf at the time of the attack. The skull had been crushed and there was a 3/8" diameter canine puncture in a piece of skull that would have been located just above the eye socket. There were wolf tracks in the dust on a nearby cow trail and there was wolf scat on the town roads that border the farm on the south and west. The ▮▮▮▮▮ and their neighbor, whom they rent pasture land from, say they have seen wolves on the farm in the past several weeks and that they are missing 3 other calves. This is a confirmed depredation. Eric Fromm

Resource #2:
☐ Confirmed Wolf Depredation          ☐ Probable Wolf Depredation          ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species _____

☒ Unconfirmed Complaint

Comments: While searching the farm for the missing calves I discovered the remains of one of them. It consisted of some scattered bones and a few dried pieces of hide but cause of death was not determinable due to lack of evidence.

ACTION TAKEN:

☒ Trapping Initiated     Date   7-13-06

METHOD:     ☐ Cage Trap     ☒ Foot-hold     ☐ TTD Used     ☐ Other _____

☐ Technical Assistance:

Comments:   Call WS if any more suspected depredations are found.

☐ Equipment Loaned·    number:
                       type:

Cooperator Employed
Methods:

Recommendations:

Reviewed by:   Dave Ruid                          Date:   July 17, 2006

Forwarded to DNR?     ☒ Yes     ☐ No     Date   07/17/06
MIS completed?        ☐ Yes     ☐ No

**Confirmed Depredation:** Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding. Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.
**Probable Depredation:** Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species. This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
GRAY WOLF PROJECT REPORT

RHL 69-2006

2-28-06

## BASIC DATA

Date call received: July 14, 2006        Time 12:00     AM ☐  PM ☒

Who reported complaint to WS? ▉▉▉▉▉▉

Reported date/time of depredation: 7-13 p.m.

## COMPLAINANT DATA

Name ▉▉▉▉        Phone ▉▉▉▉▉     ☒ H  ☐ W

Address ▉▉▉▉        City ▉▉▉▉     Zip ▉▉▉

## SPECIES REPORTED

Wolf ☒        Hybrid Wolf ☐        Other [          ]        No. Involved [     ]

## DAMAGE DATA

Damage        Reported ☐     Verified ☒

Damage Type        Predation ☒     Injury ☐     Harassment ☐     Damage Threat ☐

Resource: Beef calves        No. Involved 1        Total Dollar Value 700.00

Damage Location (describe area): Open pasture along town rd east of buildings

Township/Range/Section: T48N-13W-S30        GPS Coordinates: N46.61824  W092.04956

County: Douglas        Township: Parkland

## WS RESPONSE

Telephone consultation ☐        Literature sent ☐        Referred to WDNR ☐

Referred to field ☒        Date 7-14-06        Assigned to: Eric Fromm

Field Investigation ☒        Date 7-14-06        Time 4:30 p.m.

Carcass present ☒ Yes ☐ No        Remains of beef calf

Scat Present ☐ Yes ☒ No

Tracks Present ☐ Yes ☒ No
(provide measurements below)

Track Measurements    1. Length [    ]    2. Length [    ]    3. Length [    ]
                          Width [    ]       Width [    ]       Width [    ]

## COMPLAINT/DEPREDATION VERIFICATION

**Resource #1:**

☒ Confirmed Wolf Depredation     ☐ Probable Wolf Depredation     ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species [_____]

☐ Unconfirmed Complaint

Comments: ▮▮▮▮▮▮▮reported finding a newborn calf that had been fed on. The calf consisted of the front legs, head and a portion of the spine and rib cage. There was dirt in the front hooves indicating that the calf had stood and there was dried blood in the grass at the kill site. There were 1.5" matched canine punctures in the hide that would have been dorsal over the back just anterior of the pelvis. Heavy sod at the site and very dry conditions prevented me finding track evidence but due to the bite size consistent with wolves, indications that the calf was alive at the time of the attack, and the large amount of feeding this is a confirmed wolf depredation. Eric Fromm

**Resource #2:**

☐ Confirmed Wolf Depredation     ☐ Probable Wolf Depredation     ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species [_____]

☐ Unconfirmed Complaint

Comments:

**ACTION TAKEN:**

☒ Trapping Initiated    Date [ 7-1-06 ]

METHOD:    ☐ Cage Trap    ☒ Foot-hold    ☐ TTD Used    ☐ Other [_____]

☐ Technical Assistance:

Comments: [_____]

☐ Equipment Loaned:    number:   type:

Cooperator Employed Methods:

Recommendations:

Reviewed by: [ Dave Ruid ]    Date: [ July 17, 2006 ]

Forwarded to DNR?    ☒ Yes    ☐ No    Date [ 07/17/06 ]

MIS completed?    ☐ Yes    ☐ No

**Confirmed Depredation:** Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding. Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.

**Probable Depredation:** Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species. This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
GRAY WOLF PROJECT REPORT

RHL 72-2006

2-28-06

## BASIC DATA

Date call received: June 1, 2006

Time: 8:00    AM ☒  PM ☐

Who reported complaint to WS? ▌▌▌▌▌

Reported date/time of depredation: Ongoing since March

## COMPLAINANT DATA

Name: ▌▌▌▌▌

Phone: ▌▌▌▌▌    ☐ H  ☒ W

Address: ▌▌▌▌▌

City: ▌▌▌▌▌

Zip: ▌▌▌▌▌

## SPECIES REPORTED

Wolf ☒    Hybrid Wolf ☐    Other: ___    No. Involved: ___

## DAMAGE DATA

Damage    Reported ☐    Verified ☒

Damage Type    Predation ☐    Injury ☐    Harassment ☒    Damage Threat ☐

Resource: Beef cattle and calves    No. Involved: 1200+    Total Dollar Value: Not availible

Damage Location (describe area): Pastures along Hwy 35 north and south of farm

Township/Range/Section: T42-R15-S 21 and 28    GPS Coordinates: N/A

County: Burnett    Township: Blaine

## WS RESPONSE

Telephone consultation ☐    Literature sent ☐    Referred to WDNR ☐

Referred to field ☒    Date: 6-1-06    Assigned to: Eric Fromm

Field Investigation ☒    Date: 6-1-06    Time: 8:00 a.m

Carcass present ☐ Yes ☐ No    N/A

Scat Present ☒ Yes ☐ No    Scat on farm and surrounding roads numerous occasions since 4-27-06

Tracks Present ☒ Yes ☐ No    Tracks on farm almost daily since 4-27-06 and observed earlier this spring while doing investigations
(provide measurements below)

Track Measurements    1. Length ___    2. Length ___    3. Length ___
                          Width ___        Width ___        Width ___

## COMPLAINT/DEPREDATION VERIFICATION

**Resource #1:**

☐ Confirmed Wolf Depredation          ☐ Probable Wolf Depredation          ☒ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species

☐ Unconfirmed Complaint

Comments: Mr. ████ reported his concern about pneumonia that is showing up in his cattle. The ████ veterinarian attributes the pneumonia to stress from being chased and harassed by wolves. The ████'s have had 6 wolf depredations this calving season. I have seen wolf sign on the property many times this spring while doing my wolf control activities on the property and have noticed that the cattle have been very agitated and aggressive. The cattle have broken through 4 and 5 strand barbwire fences between pastures on several occasions and I have not seen this on this property in the many times I have been here in the past. This is confirmed harassment. Eric Fromm

**Resource #2:**

☐ Confirmed Wolf Depredation          ☐ Probable Wolf Depredation          ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species

☐ Unconfirmed Complaint

Comments:

**ACTION TAKEN:**

☒ Trapping Initiated    Date    4-27-06

METHOD:    ☐ Cage Trap    ☒ Leghold    ☐ TTD Used    ☐ Other

☐ Technical Assistance:

Comments:

☐ Equipment Loaned:    number:
                       type:

Cooperator Employed Methods:

Recommendations:

Reviewed by.    Dave Ruid                    Date:    July 21, 2006

Forwarded to DNR?    ☒ Yes    ☐ No    Date    07/21/06
MIS completed?    ☐ Yes    ☐ No

**Confirmed Depredation**: Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding. Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.
**Probable Depredation**: Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species. This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

# WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
## GRAY WOLF PROJECT REPORT

RHL 75-2006

2-28-06

## BASIC DATA

| | | | | |
|---|---|---|---|---|
| Date call received | May 4, 2006 | Time | 8:00 | AM X  PM ☐ |

Who reported complaint to WS? ██████████

Reported date/time of depredation: 5-3-06 p.m.

## COMPLAINANT DATA

Name ██████████    Phone ██████████    ☐ H  ☒ W

Address ██████████    City ██████████    Zip ██████

## SPECIES REPORTED

Wolf ☒    Hybrid Wolf ☐    Other _____    No. Involved _____

## DAMAGE DATA

Damage    Reported ☐    Verified ☒

Damage Type    Predation ☒    Injury ☐    Harassment ☐    Damage Threat ☐

Resource    Beef Calf    No. Involved    1    Total Dollar Value    700.00

Damage Location (describe area)    Pasture south of buildings along hwy 35

Township/Range/Section    T42-R15-S28    GPS Coordinates    N46.08762 W092.24681

County    Burnett    Township    Blaine

## WS RESPONSE

Telephone consultation ☐    Literature sent ☐    Referred to WDNR ☐

Referred to field ☒    Date    5-4-06    Assigned to    Eric Fromm

Field Investigation ☒    Date    5-4-06    Time    8:30 a.m.

Carcass present ☒ Yes ☐ No    Remains of beef calf

Scat Present ☒ Yes ☐ No    Fresh wolf scat found on road in gravel pit 100 feet south of pasture and on shoulder of Hwy 35

Tracks Present ☒ Yes ☐ No    Wolf tracks entering pasture and on field roads of farm
(provide measurements below)

| Track Measurements | 1. Length | 5" | 2. Length | 4.5" | 3. Length | 4.3" |
|---|---|---|---|---|---|---|
| | Width | 4.2" | Width | 3.9" | Width | 3.7" |

## COMPLAINT/DEPREDATION VERIFICATION

Resource #1:

☒ Confirmed Wolf Depredation  ☐ Probable Wolf Depredation  ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species _____

☐ Unconfirmed Complaint

Comments:  Mr. ▓▓▓▓▓ found the remains of a dead calf in his pasture while tagging calves on the morning of 5-4 and informed me of its location while I was checking traps on his property. The calf had a hemorrhaged bite dorsal over the back just in front of the pelvis that severed the spine and crushed the vertebrae. Canine punctures associated with this bite were of large diameter but accurate canine spacing measurements were not possible due to the amount of trauma in this area.   The calf was in two pieces with the majority of the flesh consumed on the rear half. Several of the ribs were chewed off at the spine and the top of the left scapula was bitten off.  There were many fresh wolf tracks found entering the south east corner of the pasture and also tracks were found on several field roads on the property. There were several fresh piles of wolf scat in an adjoining gravel pit and on the shoulder of St Hwy 35. Due to the large hemorrhaged bite on the calf and the amount of wolf sign in the vicinity this is a confirmed wolf depredation.  Eric Fromm

Resource #2:

☐ Confirmed Wolf Depredation  ☐ Probable Wolf Depredation  ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species _____

☐ Unconfirmed Complaint

Comments:

ACTION TAKEN:

☒ Trapping Initiated    Date   4-28-06

METHOD:  ☐ Cage Trap  ☒ Leghold  ☐ TTD Used  ☒ Other   Cable restraint

☐ Technical Assistance:

Comments:

☐ Equipment Loaned:    number:
                       type:

Cooperator Employed Methods:

Recommendations:

Reviewed by:   Dave Ruid                              Date:   July 24, 2006

Forwarded to DNR?  ☒ Yes  ☐ No   Date   07/24/06
MIS completed?      ☐ Yes  ☐ No

**Confirmed Depredation**: Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding.  Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.
**Probable Depredation**:  Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species.  This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.

# WISCONSIN COOPERATIVE WILDLIFE DAMAGE CONTROL PROGRAM
## GRAY WOLF PROJECT REPORT

RHL 76-2006

2-28-06

## BASIC DATA

Date call received: May 10, 2006    Time: 8:00    AM ☒ PM ☐

Who reported complaint to WS? WS Eric Fromm

Reported date/time of depredation: 5-9-06 p.m.

## COMPLAINANT DATA

Name: ▓▓▓▓    Phone: ▓▓▓▓    ☐ H ☒ W

Address: ▓▓▓▓    City: ▓▓▓▓    Zip: ▓▓▓▓

## SPECIES REPORTED

Wolf ☒    Hybrid Wolf ☐    Other:    No. Involved:

## DAMAGE DATA

Damage: Reported ☐    Verified ☒

Damage Type: Predation ☒    Injury ☐    Harassment ☐    Damage Threat ☐

Resource: Beef Calf    No. Involved: 1    Total Dollar Value: 1000.00

Damage Location (describe area): Open pasture southwest of Buildings

Township/Range/Section: T42N-R15W-S28    GPS Coordinates: N46.09216 W092.25853

County: Burnett    Township: Blaine

## WS RESPONSE

Telephone consultation ☐    Literature sent ☐    Referred to WDNR ☐

Referred to field ☒    Date: 5-10-06    Assigned to: Eric Fromm

Field Investigation ☒    Date: 5-10-06    Time: 8:00 a.m.

Carcass present ☒ Yes ☐ No    Remains of beef calf

Scat Present ☐ Yes ☒ No

Tracks Present ☒ Yes ☐ No (provide measurements below): Wolf tracks on trail south of this pasture and on several field roads on farm

Track Measurements:
1. Length 4.9 Width 4.0
2. Length 4.2 Width 3.6
3. Length ___ Width ___

## COMPLAINT/DEPREDATION VERIFICATION

Resource #1:

☒ Confirmed Wolf Depredation     ☐ Probable Wolf Depredation     ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species [                    ]

☐ Unconfirmed Complaint

Comments: While checking traps on the ▮▮▮▮▮▮ farm I observed an eagle lift from a carcass in the calving pasture. I examined the remains and found that the calf was in two pieces with the front half mostly intact with several ribs chewed to the spine and all internal organs consumed. There was blood on the ground at the site and blood in the calves' nostrils. I found the pelvic girdle about 50 feet south of the carcass, it was cleaned of flesh. There were large canine punctures on the edge of a broken vertebrae attached to the pelvis and this bite corresponded to large diameter punctures found in the remaining hide that would have fit over the back of the calf. There were also 1.5" spaced canine punctures in the hide at several other locations. I captured a wolf on a trail 100 feet south of this pasture this same morning. Due to the blood at the scene, the canine punctures consistent with a wolf and the close proximity of a wolf to this pasture this is a confirmed depredation. Eric Fromm

Resource #2:

☐ Confirmed Wolf Depredation     ☐ Probable Wolf Depredation     ☐ Verified Wolf-Other (Harassment or Damage Threat)

☐ Confirmed Non-wolf Depredation/Complaint- Species [                    ]

☐ Unconfirmed Complaint

Comments:

ACTION TAKEN:

☒ Trapping Initiated     Date [ 4-27-06 ]

METHOD:     ☐ Cage Trap     ☒ Leghold     ☐ TTD Used     ☐ Other [                    ]

☐ Technical Assistance:

Comments: [                    ]

☐ Equipment Loaned:     number:
                        type:

Cooperator Employed Methods: [                    ]

Recommendations: [                    ]

Reviewed by: [ Dave Ruid ]     Date: [ July 24, 2006 ]

Forwarded to DNR?     ☒ Yes     ☐ No     Date [ 07/24/06 ]
MIS completed?     ☐ Yes     ☐ No

**Confirmed Depredation**: Presence of bite marks and associated hemorrhaging and tissue damage, indicating that the attack occurred while the victim was alive, as opposed to just feeding. Spacing between canine tooth punctures, feeding pattern on the carcass, fresh tracks, scat, hair/fur rubbed off on fences and/or eye witness accounts of the attack may help identify the specific species responsible for the depredation.
**Probable Depredation**: Having some evidence to suggest possible predation, but lacking sufficient evidence to clearly confirm predation by a particular species. This evidence may consist of the following: the carcass is missing or inconclusive but presence of good evidence such as kill site, blood trails, wolf tracks and scat in the immediate vicinity, and canine spacing consistent with wolves but hemorrhaging absent because of decay.