**Safari Club International and Safari Club International Foundation
Motion to Intervene**

# Exhibit "J"

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al.<br>    Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, United States Department of the Interior, et al.<br><br>    Defendants,<br><br>and<br><br>SAFARI CLUB INTERNATIONAL,<br>    and<br>SAFARI CLUB INTERNATIONAL FOUNDATION<br>    et al.<br>    Defendant-Intervenor-Applicants | Case No. CV 06-1279(CKK)<br><br><br>DECLARATION OF<br>ANNA M. SEIDMAN |

1. My name is Anna M. Seidman and I am counsel for Safari Club International and Safari Club International Foundation.

2. I obtained copies of Wisconsin Cooperative Wildlife Damage Control Program Gray Wolf Project Reports ("reports") from Adrian Wydeven, Mammalian Ecologist/ Conservation Biologist with the Wisconsin Department of Natural Resources, in response to a request I made for documents maintained by the DNR that documented the wolf depredation incidents that prompted the state to exercise its 10(a)(1)(A) enhancement permit authority.

Page 1

3. Personal information about the identity of the Wisconsin residents and/or landowners involved in these incidents has been redacted from these reports in order to preserve the privacy of these individuals.

4. These reports have been attached to Safari Club International and Safari Club International Foundation's Motion to Intervene as Exhibit "I."

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1st day of August, 2006, in Washington, D.C.

Anna M. Seidman