UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HUMANE SOCIETY OF THE UNITED STATES et al. | ) ) ) ) ) ) ) ) | |
| Plaintiffs | ) | 1:06-cv-01279(CKK) |
| v. | ) ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al. | ) ) | |
| Defendant | ) ) ) | |
| and | ) ) | |
| SAFARI CLUB INTERNATIONAL, et al. | ) ) | |
| Defendant-Intervenor Applicants | ) | |

**[PROPOSED] ORDER**

It is hereby ORDERED this _____ day of _____, 2006, that Safari Club International and Safari Club International Foundation's Motion to Intervene is granted. Safari Club International and Safari Club International Foundation may intervene as of right and their Answer and Opposition to Plaintiffs' Motion for Preliminary Injunction are deemed filed.

_____
U.S. District Court Judge