UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HUMANE SOCIETY OF THE UNITED STATES et al. | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs | ) | 1:06-cv-01279(CKK) |
| v. | ) ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al. | ) ) ) | |
| Defendant | ) ) | |
| and | ) ) | |
| SAFARI CLUB INTERNATIONAL 4800 West Gates Pass Road Tucson, Arizona 85745 | ) ) ) ) | |
| and | ) ) | |
| SAFARI CLUB INTERNATIONAL FOUNDATION 4800 West Gates Pass Road Tucson, Arizona 85745 | ) ) ) ) ) | |
| Defendant-Intervenor Applicants | ) | |

**MOTION OF SAFARI CLUB INTERNATIONAL AND SAFARI CLUB INTERNATIONAL FOUNDATION FOR LEAVE TO PARTICIPATE IN THE DETERMINATION OF THE PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs Humane Society of the United States, *et al*. have initiated litigation against Defendants Dirk Kempthorne, Secretary of the U.S. Department of Interior *et al*. and have moved for a Preliminary Injunction to enjoin Defendants from issuing permits to the state of Wisconsin that allow state wildlife officials to conduct lethal and non-lethal control of problem wolves. Safari Club International and Safari Club International Foundation ("SCI"), by and through counsel, seek to intervene in this litigation and seek to participate in the determination of Plaintiffs' preliminary injunction motion. To that end, SCI submits this Motion and a Proposed Opposition to Plaintiffs' Motion for a Preliminary Injunction, attached to this Motion as Exhibit "A."

Pursuant to L.Cv.R. 7.1(m), counsel for SCI has contacted counsel for both Plaintiffs and Defendants with respect to their position on SCI's intent to seek leave to participate in the resolution of the preliminary Injunction motion. Plaintiffs' counsel has informed Counsel for SCI that Plaintiffs take no position as long as there is no enlargement of time required for SCI to file its documents and so long as the timing for the preliminary injunction motion is not postponed or delayed beyond the original deadlines imposed by the Court. SCI will abide by all time deadlines imposed on the Defendants. Defendants' counsel has informed Counsel for SCI that Defendants take no position on SCI's Motion.

WHEREFORE, as SCI's request is timely, has met all the filing requirements that this Court has imposed upon the Defendants and in no way delays the resolution of the Plaintiffs' request for a preliminary injunction, SCI respectfully requests that this Court grant leave to SCI to file its Opposition to Plaintiffs' Motion for a Preliminary Injunction and to participate in the resolution of this matter.

Dated August 1, 2006.

>Respectfully submitted,
>
>*/s/ Anna M. Seidman*
>
>Anna M. Seidman
>(D.C. Bar No. 417091)
>501 2nd Street N.E.
>Washington, D.C. 20002
>Tel: 202-543-8733
>Fax: 202-543-1205
>aseidman@sci-dc.org
>Counsel for
>Safari Club International
>Safari Club International Foundation
>
>Douglas S. Burdin
>(D.C. Bar No. 434107)
>501 2nd Street N.E.
>Washington, D.C. 20002
>Tel: 202-543-8733
>Fax: 202-543-1205
>dburdin@sci-dc.org
>Counsel for
>Safari Club International
>Safari Club International Foundation