UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HUMANE SOCIETY OF THE UNITED STATES et al. | ) ) ) | |
| Plaintiffs | ) ) | 1:06-cv-01279(CKK) |
| v. | ) ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al. | ) ) ) | |
| Defendant | ) ) | |
| and | ) ) | |
| SAFARI CLUB INTERNATIONAL, et al. | ) ) | |
| Defendant-Intervenor Applicants | ) | |

## [PROPOSED] ORDER

It is hereby ORDERED this _____ day of _____, 2006, that the "Motion Of Safari Club International And Safari Club International Foundation For Leave To Participate In The Determination Of The Plaintiffs' Motion For A Preliminary Injunction" is granted. Safari Club International and Safari Club International Foundation's Opposition to Plaintiffs' Motion for Preliminary Injunction is deemed filed and will be considered by the Court.  Safari Club International and Safari Club International Foundation will be permitted to participate, subject to further order of the court, in all proceedings pending a decision on their motion to intervene.

_____
U.S. District Court Judge