CO-386-online
10/03

# United States District Court
# For the District of Columbia

Humane Society of the United States, et. al.

              vs    Plaintiff

Kempthorne et al.

                   Defendant

Civil Action No. 1:06 cv 01279

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _Safari Club International and Safari Club International Foundation_ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Safari Club International and Safari Club International Foundation_ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
*[signature]*
Signature

417091
BAR IDENTIFICATION NO.

Anna M. Seidman
Print Name

501 2nd Street NE
Address

Washington, D.C. 20002
City       State       Zip Code

202-543-8733
Phone Number