UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HUMANE SOCIETY OF THE UNITED STATES et al. | ) ) ) ) ) ) ) ) |  |
| Plaintiffs | ) | 1:06-cv-01279(CKK) |
| v. | ) ) |  |
| DIRK KEMPTHORNE, Secretary of the Interior, et al. | ) ) ) |  |
| Defendant | ) ) |  |
| and | ) ) |  |
| SAFARI CLUB INTERNATIONAL, et al. | ) ) |  |
| Defendant-Intervenor Applicants | ) |  |

**CERTIFICATE OF SERVICE**

I hereby certify that the Motion of Safari Club International and Safari Club International Foundation to Intervene and Memorandum of Points and Authorities in Support Thereof, Proposed Order, Proposed Answer on behalf of Safari Club International, Safari Club International Foundation, Proposed Opposition to Plaintiffs' Motion for a Preliminary Injunction, Motion for Leave to Participate in the Determination of Plaintiffs' Motion for a Preliminary Injunction and Rule 7.1 Certificate are being served, via hand delivery to Chambers and via e-mail and hand delivery this 1st day of August 2006 to the following:

Patricia Lane,
plane@hsus.org
Jonathan R. Lovvorn
jlovvorn@hsus.org
The Humane Society of the United States
2100 L Street NW
Washington, D.C. 20037


and by e-mail and regular mail to

Jimmy Rodriquez
Jimmy.rodriguez@usdoj.gov
U.S. Department of Justice
P.O. Box 7369
Washington D.C.  20044

Brian B. O'Neill
boneill@faegre.com
Richard A. Duncan
rduncan@faegre.com
Elizabeth H. Schmiesing
Eschmeising@faegre.com
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

/s/ Anna M. Seidman

Anna M. Seidman
(D.C. Bar No. 417091)
501 2nd Street N.E.
Washington, D.C. 20002
Tel:  202-543-8733
Fax:  202-543-1205
aseidman@sci-dc.org
Counsel for
Safari Club International
Safari Club International Foundation