UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, *et al.*,<br><br>   Defendants. | Civil Action No. 06–1279 (CKK) |

**ORDER**
(August 9, 2006)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 9th day of August, 2006, hereby

ORDERED that Safari Club International and Safari Club International Foundation's [11] Motion to Intervene is GRANTED pursuant to Federal Rule of Civil Procedure 24(a)(2).

                                                                     /s/
                                                     COLLEEN KOLLAR-KOTELLY
                                                     United States District Judge