UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, *et al.*,<br><br>　Plaintiffs,<br><br>　　v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, *et al.*,<br><br>　Defendants. | Civil Action No. 06–1279 (CKK) |

**ORDER**
(August 9, 2006)

　　For the reasons set forth in the accompanying Memorandum Opinion, it is, this 9th day of August, 2006, hereby

　　ORDERED that Plaintiffs' [5] Motion for Preliminary Injunction is GRANTED; it is also

　　ORDERED that Defendants, their employees, agents, and any and all others acting in concert or participation with Defendants are preliminarily enjoined and restrained from allowing any further killing of gray wolves pursuant to the lethal depredation control provisions of Permit No. TE111360-0; it is also

　　ORDERED that Defendant the United States Fish and Wildlife Service is directed to immediately stop the Wisconsin Department of Natural Resources, its employees, agents, and any and all others acting in concert or participation with it, from any further killing of gray wolves pursuant to the lethal depredation control provisions of Permit No. TE111360-0; it is also

ORDERED that the Parties are to file a Joint Status Report with the Court indicating how they wish to proceed by September 15, 2006.

SO ORDERED.

                                                                        _/s/_____
                                                                        COLLEEN KOLLAR-KOTELLY
                                                                        United States District Judge