UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>          Plaintiffs,<br>     v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>          Defendants,<br><br>SAFARI CLUB INTERNATIONAL, et al.,<br><br>          Defendant-Intervenors. | Civ. No. 06-1279 (CKK)<br><br>**JOINT MOTION TO CONSOLIDATE THE COURT'S ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION WITH A DECISION ON THE MERITS PURSUANT TO FED.R.CIV.P. 65 (a)(2) AND [PROPOSED] ORDER** |

In light of the Court's ruling granting Plaintiffs' Motion for a Preliminary Injunction, Plaintiffs (the Humane Society of the United States, Animal Protection Institute, Friends of Animals and Their Environment, Help Our Wolves Live, Indigenous Environmental Network, Klamath Forest Alliance, and RESTORE: North Woods), Defendants (Dirk Kempthorne, in his official capacity as Secretary of the U.S. Department of the Interior, H. Dale Hall, Director of the United States Fish and Wildlife Service, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service), and Defendant-Intervenors (Safari Club International and Safari Club International Foundation) have conferred concerning the next steps in this case. The parties are in agreement that the Court's resolution of the issues would not benefit from further proceedings. Accordingly, pursuant to Federal Rule of Civil Procedure 65(a)(2), the parties jointly move for an Order converting the Court's August 9, 2006 Order Granting Plaintiffs' Motion for a Preliminary Injunction (Doc. No. 15), and accompanying Memorandum (Doc. No. 16), into a permanent injunction and final judgment on the merits.

Respectfully Submitted this 6th day of September 2006,

 s/ (with permission by Jimmy Rodriguez)
Sanne H. Knudsen,
Pro hac vice, MN# 0344552
sknudsen@faegre.com
FEAGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
(612) 766-1600 fax

Attorney for Plaintiffs

s/Jimmy A. Rodriguez
Jimmy A. Rodriguez, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
jimmy.rodriguez@usdoj.gov
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
202-305-0342
202-305-0275 fax

Attorney for Federal Defendants

 s/(with permission by Jimmy A. Rodriguez)
Anna M. Seidman
(D.C. Bar No. 417091)
501 2nd Street N.E.
Washington, D.C. 20002
202-543-8733
202-543-1205 fax

Attorney for Defendant-Intervenors