UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al., <br><br> Plaintiffs, <br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants, <br><br> SAFARI CLUB INTERNATIONAL, et al., <br><br> Defendant-Intervenors. | Civ. No. 06-1279 (CKK) <br><br> **[PROPOSED] ORDER** |

Upon consideration of the parties' Joint Motion to Consolidate the Court's Preliminary Injunction ruling and accompanying Memorandum into a Final Judgment, and the entire Record herein, it is hereby ORDERED that the parties' Joint Motion is granted; and

IT IS FURTHER ORDERED that the Court's August 9, 2006 Order Granting Plaintiffs' Motion for a Preliminary Injunction and accompanying Memorandum is converted into a final judgment on the merits; and

IT IS FURTHER ORDERED that the Court's August 9, 2006 Preliminary Injunction Order (Doc. No. 15.) is hereby converted to a Permanent Injunction; and

IT IS FINALLY ORDERED that the case is CLOSED and final judgment is hereby entered for Plaintiffs.

Dated this _____ day of _____ 2006

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge