UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMANE SOCIETY OF THE UNITED )
STATES, et al., )
)
      Plaintiffs, )
  v. ) Civ. No. 06-1279 (CKK)
)
DIRK KEMPTHORNE, et al., )
) **ORDER**
      Defendants, )
)
SAFARI CLUB INTERNATIONAL, et al., )
)
      Defendant-Intervenors. )
)

      Upon consideration of the parties' Joint Motion to Consolidate the Court's Preliminary Injunction ruling and accompanying Memorandum into a Final Judgment, and the entire Record herein, it is hereby ORDERED that the parties' Joint Motion is granted; and

      IT IS FURTHER ORDERED that the Court's August 9, 2006 Order Granting Plaintiffs' Motion for a Preliminary Injunction and accompanying Memorandum is converted into a final judgment on the merits; and

      IT IS FURTHER ORDERED that the Court's August 9, 2006 Preliminary Injunction Order (Doc. No. 15.) is hereby converted to a Permanent Injunction; and

      IT IS FINALLY ORDERED that the case is CLOSED and final judgment is hereby entered for Plaintiffs.

Dated this 6th day of September 2006

                                                      COLLEEN KOLLAR-KOTELLY
                                                      United States District Judge