


# U.S. Department of Labor
## Bureau of Labor Statistics
Bureau of Labor Statistics Data

www.bls.gov

Advanced Search | A-Z Index

BLS Home | Programs & Surveys | Get Detailed Statistics | Glossary | What's New | Find It! In DOL

**Change Output Options:** From: 1986  To: 2006  GO

☐ include graphs NEW!    More Formatting Options ➡

Data extracted on: September 21, 2006 (4:22:52 PM)

## Consumer Price Index - All Urban Consumers

```
Series Id:      CUUR0000SEGD01
Not Seasonally Adjusted
Area:           U.S. city average
Item:           Legal services
Base Period:    DECEMBER 1986=100
```

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HA |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|----|
| 1986 |     |     |     |     |     |     |     |     |     |     |     | 100.0 |     |    |
| 1987 | 101.0 | 101.8 | 102.2 | 102.5 | 102.9 | 103.3 | 103.9 | 104.1 | 104.4 | 104.8 | 105.2 | 105.2 | 103.4 |    |
| 1988 | 105.6 | 106.1 | 106.7 | 106.8 | 106.9 | 107.1 | 107.9 | 108.3 | 108.5 | 108.8 | 109.3 | 109.9 | 107.7 |    |
| 1989 | 111.1 | 111.7 | 111.6 | 112.2 | 112.7 | 114.6 | 115.0 | 115.5 | 116.1 | 116.2 | 115.9 | 116.8 | 114.1 |    |
| 1990 | 117.7 | 118.2 | 120.4 | 120.9 | 123.4 | 123.7 | 123.8 | 123.8 | 124.4 | 124.8 | 124.8 | 124.8 | 122.6 |    |
| 1991 | 126.2 | 126.3 | 128.1 | 128.7 | 129.0 | 129.2 | 130.3 | 130.6 | 131.6 | 131.5 | 131.5 | 131.9 | 129.6 |    |
| 1992 | 134.7 | 135.8 | 136.4 | 135.9 | 135.6 | 135.8 | 136.1 | 136.1 | 136.7 | 137.1 | 137.2 | 137.2 | 136.2 |    |
| 1993 | 137.7 | 138.1 | 137.8 | 138.5 | 142.9 | 143.3 | 143.5 | 143.7 | 143.9 | 144.0 | 144.9 | 145.1 | 142.0 |    |
| 1994 | 145.5 | 145.7 | 146.1 | 146.3 | 146.3 | 146.7 | 146.8 | 146.8 | 146.9 | 147.9 | 148.2 | 147.9 | 146.8 |    |
| 1995 | 148.3 | 150.5 | 150.0 | 150.7 | 151.2 | 151.4 | 152.4 | 152.5 | 152.7 | 153.1 | 153.3 | 153.5 | 151.6 |    |
| 1996 | 153.5 | 153.7 | 155.0 | 156.0 | 157.3 | 157.4 | 158.0 | 158.3 | 158.6 | 158.6 | 159.3 | 159.3 | 157.1 |    |
| 1997 | 159.7 | 160.1 | 160.7 | 161.0 | 161.5 | 164.0 | 163.8 | 166.5 | 166.5 | 167.2 | 167.4 | 167.5 | 163.8 |    |
| 1998 | 168.6 | 169.9 | 170.2 | 170.5 | 171.1 | 171.2 | 171.3 | 171.9 | 172.9 | 173.8 | 174.0 | 174.6 | 171.7 |    |
| 1999 | 175.7 | 177.3 | 178.2 | 178.6 | 179.6 | 179.6 | 180.0 | 180.9 | 181.5 | 182.3 | 182.5 | 183.5 | 180.0 |    |
| 2000 | 184.9 | 185.6 | 186.0 | 187.8 | 188.7 | 189.1 | 190.2 | 191.0 | 191.5 | 192.2 | 192.5 | 192.6 | 189.3 |    |
| 2001 | 193.4 | 194.7 | 195.5 | 196.1 | 196.6 | 196.8 | 199.5 | 203.0 | 203.2 | 204.8 | 204.9 | 205.1 | 199.5 |    |
| 2002 | 207.0 | 208.6 | 209.7 | 209.7 | 210.9 | 211.1 | 211.2 | 211.8 | 212.3 | 212.7 | 213.7 | 213.9 | 211.1 |    |
| 2003 | 216.1 | 218.8 | 221.1 | 221.2 | 221.4 | 221.8 | 222.0 | 222.3 | 223.1 | 223.6 | 224.5 | 224.6 | 221.7 |    |
| 2004 | 226.5 | 228.4 | 230.3 | 231.1 | 231.5 | 231.9 | 232.5 | 233.6 | 234.3 | 234.8 | 235.6 | 236.6 | 232.3 |    |
| 2005 | 238.5 | 238.3 | 239.3 | 239.5 | 242.1 | 241.8 | 243.0 | 243.2 | 243.4 | 243.5 | 243.8 | 244.6 | 241.8 |    |
| 2006 | 246.0 | 246.6 | 247.4 | 247.1 | 247.8 | 248.0 | 249.4 | 252.1 |     |     |     |     |        |    |

Exhibit A-1

**Frequently Asked Questions | Freedom of Information Act | Customer Survey**
**Privacy & Security Statement | Linking to Our Site | Accessibility**

**U.S. Bureau of Labor Statistics**
Postal Square Building
2 Massachusetts Ave., NE
Washington, DC 20212-0001

Phone: (202) 691-5200
Fax-on-demand: (202) 691-6325
Data questions: **blsdata_staff@bls.gov**
Technical (web) questions: **webmaster@bls.gov**
Other comments: **feedback@bls.gov**

Exhibit A-2