UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

The Humane Society of the United States,
Animal Protection Institute, Friends of
Animals and Their Environment ("FATE"),
Help Our Wolves Live ("HOWL"),
Indigenous Environmental Network,
Klamath Forest Alliance, and RESTORE:
The North Woods,

        Plaintiffs,

vs.

Dirk Kempthorne, Secretary of the Interior,
United States Department of the Interior, H.
Dale Hall, Director of the United States Fish
and Wildlife Service, and United States Fish
and Wildlife Service,

        Defendants,

Safari Club International et al.,

        Defendant-Intervenors.

**Civil No. 06-1279 (CKK)**

## DECLARATION OF KIMBERLY OCKENE IN SUPPORT OF PLAINTIFFS' MOTION FOR FEES AND OTHER EXPENSES

I, Kimberly D. Ockene, hereby declare as follows:

1.     I am a partner in the public interest law firm Meyer Glitzenstein & Crystal.

2.     After graduating from Boston University Law School in 1997, I served as a law clerk to the Honorable Sandra L. Lynch on the United States Court of Appeals for the First Circuit. I then practiced general litigation for almost three years in Washington D.C. at the law firm Wilmer, Cutler & Pickering. Since I joined Meyer Glitzenstein & Crystal at the

**Exhibit B-1**

end of 2001, I have practiced primarily in the field of administrative law, focusing on environmental and animal protection cases.

3. I am familiar with fee petitions brought by prevailing parties in environmental litigation against the government.

4. I am familiar with billing rates and practices in the Washington, D.C. legal market. I have reviewed the regular hourly billing rates for Faegre & Benson's lawyers, paralegals, and law clerks presented in this fee petition. I am familiar with that firm and its reputation, and in my professional opinion, those rates are reasonable and comparable to, or less than, market rates for attorneys, paralegals, and law clerks with similar experience at firms of comparable size in Washington, D.C.

6. Faegre & Benson has a national reputation for representing public interest environmental groups in litigation to protect endangered species and public lands. The complexity and nature of litigation over wildlife law issues is such that specialized environmental attorneys are required to provide adequate representation. There are few lawyers throughout the country with the resources, expertise, and experience to undertake this sort of complex wildlife litigation against the federal government.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

SIGNED: _____
Kimberly D. Ockene

DATED this 20th day of September 2006

Exhibit B-2