**FAEGRE
BENSON**

# BRIAN B. O'NEILL



## Practice Areas

- Trial Practice
- Appellate Practice

## Experience

### EMPLOYMENT

- 1969-1977, served to Captain, U.S. Army, Field Artillery (Meritorious Service Medal)
- 1974-1977, Assistant to General Counsel, Department of the Army
- 1977-1981, Associate, Faegre & Benson
- 1981 to present, Partner, Faegre & Benson (Litigation Group Head since 1993)

### PRACTICE

General trial and appellate practice for plaintiffs and defendants. Experience in complex commercial, intellectual property, and environmental cases with trials in the following areas: securities, antitrust, environmental, admiralty, bankruptcy, contract, Uniform Commercial Code, patent, trademark, copyright, constitutional, products liability, trade secrets, bank robbery, and civil rights. Tried cases in various Minnesota, Alaska, and California courts, and the federal district courts in Minneapolis, St. Paul, Anchorage, Chicago, Philadelphia, Lexington, Los Angeles, St. Louis, the Claims Court, and the District of Columbia.

### PROFESSIONAL RECOGNITION

- Fellow, American College of Trial Lawyers (formerly State Chair, presently Regent)
- Fellow, International Academy of Trial Lawyers
- Advocate, American Board of Trial Advocates

*continued*

EXHIBIT C-1

- 1995 Trial Lawyer of the Year, by Trial Lawyers for Public Justice
- *National Law Journal's* Ten Best Trial Lawyers in America for 1994
- Listed in *Best Lawyers in America* as a business litigator, antitrust and environmental lawyer
- Doctor of Public Service, Northland College, Wisconsin
- Sierra Club William O. Douglas award, 1985
- First in class, U.S. Army JAG School, 1974
- Chambers USA, America's Leading Lawyers for Business
- Super Lawyer, Minnesota Law & Politics
- 2004 John Benson Award

## SIGNIFICANT TRIALS

- *Kodiak Island Borough v. Exxon Corp.*, District Court, (Shortell), Anchorage, Alaska (2002). Claim for city services provided to an oil spiller. Tried to jury for one month. Defense verdict.

- *Peterson v. BASF, District Court, Norman County (Kroker), Ada, Minnesota (2001). Consumer class action. Trial to jury. Verdict against client for $45 million.*

- *Pioneer Hi-Bred International, Inc. v. Monsanto Company*, U.S. District Court (Webber), St. Louis, Missouri (2000). Breach of contract case. Trial to jury. Verdict for opponent Monsanto, but no damages.

- *In re the Exxon Valdez*, U.S. District Court (Holland), Anchorage, Alaska (1994 and 1996). Oil spill by vessel *Exxon Valdez*. Trial to jury. Four separate trials over six months. Verdict for clients for $5.3 billion. After review, judgment entered for $4.5 billion (2003). Profiled in D. Lebedoff, *Cleaning Up* (Harper and Row) and W. Smith, Fighting For Public Justice (TLPJ).

- *In re the Glacier Bay*, U. S. District Court (Holland), Anchorage, Alaska (1991). Oil spill by the tanker *Glacier Bay*, tried 16 test case fisherman information claims (of 805 represented), verdict for fishermen, cases settled for $51 million, first American maritime oil spill case tried to a jury. Opinions at 746 F. Supp. 1379; 741 F. Supp. 800; 944 F.2d 577, and at 118 Bankr. 683 (*In re Apex Oil*).

- *Gopher Oil Co. v. Union Oil Co.*, U. S. District Court (Doty), Minneapolis, Minnesota (1990). Hazardous waste site case tried to a jury, verdict for client/plaintiff, case settled after appeal for $3.2 million and clean-up of site by defendant, first Minnesota CERCLA case tried to jury. Opinions at 757 F. Supp. 988, 757 F. Supp. 998, 955 F.2d 519.

- *Friends of the Boundary Waters Wilderness v. Temple*, U. S. District Court (Magnuson), St. Paul, Minnesota (1990). Injunction against Air Force for overflights of BWCA, tried to court.

- *Jurgens v. McKasy*, U.S. District Court (Renner), St. Paul, Minnesota, Minnesota (1989). Patent and trademark infringement case (goose decoys) tried to a jury, verdict for client/plaintiff for royalties and injunction. Opinions at 927 F.2d 1552, 905 F.2d 382.

- *Faribo Cap-Tech, Inc. v. Capspray, Inc.*, U. S. District Court (Magnuson), St. Paul, Minnesota (1989). Patent and trademark infringement (paint guns) tried to a jury, verdict for client/plaintiffs for royalties (judgment for $1 million) and injunction, case settled by purchase of infringing company.

- *Mentor Corp. v. Cox-Uphoff Corp.*, U. S. District Court (Curtis), Los Angeles, California (1988). Trial to jury over validity and infringement of breast implant patents, verdict for client/plaintiff for $2.1

2

EXHIBIT C-2

BRIAN B. O'NEILL

million, injunction, fees and accounting, verdict vacated on motion for j.n.o.v. and reinstated on appeal by C.A.F.C. (unreported opinion).

- *Medical Engineering Corp. v. Mentor Corp.*, U. S. District Court (MacLaughlin), Minneapolis, Minnesota (1987). Patent infringement case over surgical devices tried to jury, verdict against client/defendant for royalties ($1.8 million) and injunction.

- *Hayes v. Northwood Panelboard Company*, District Court, Clearwater County, Minnesota (1987). Breach of contract, tried to jury.

- *Dr. Henry Jenny v. Mentor Corporation*, District Court, Santa Barbara, California (1986). Ownership of breast implant designs, tried to jury.

- *United States v. Robinson*, U. S. District Court (Renner), St. Paul, Minnesota (1986). Trial to Jury of alleged client/bank robber, verdict for government. Opinion at 830 F.2d 885.

- *FATE v. Commissioner of Natural Resources*, District Court, Ramsey County, Minnesota (1986). Elk preservation tried to court.

- *Mentor Corporation v. American Medical Systems*, U.S. District Court (Becker) St. Paul, Minnesota (1984). Ownership of penile prosthesis patents and antitrust claims, tried to jury, favorable settlement for client.

- *In re Whitney-Forbes*, U. S. District Court (Kocoras), Chicago, Illinois (1984). Ownership of patents for paint spray guns; tried to bankruptcy court, judgment for client/patent owner, patents sold for $1.2 million Opinion at 770 F.2d 692.

- *Toro Company v. R & R Products Co.*, U. S. District Court (Renner), St. Paul, Minnesota (1984). Copyright infringement action tried to a jury against client for $3.4 million in lost profits and injunction, jury finding of liability but no damages. Opinions at 600 F. Supp. 400, 787 F.2d 1208.

- *Tennant Company v. Advance Machine Company*, District Court (Winton), Hennepin County, Minnesota (1983). Theft of customer lists from garbage can, tried to jury, verdict for client/plaintiff for $500,000, including punitive damages, first successful "theft of trade secrets from a garbage can" case in United States. Opinion at 355 N.W.2d 720.

- *Hopkins Dodge v. Tennant Company*, District Court (Bowen), Hennepin County, Minnesota (1983). Construction of a garage, tried to court twice.

- *Wagner Spray Tech v. Menard*, U. S. District Court (Magnuson), St. Paul Minnesota (1983). Patent infringement case over paint guns, tried to court, judgment for client/plaintiff for injunction, fees and royalties. Opinion at 221 U.S.P.Q. 226.

- *Wilson v. LaBelle and Louckes*, U. S. District Court (Magnuson), St. Paul, Minnesota (1983). Securities fraud claim against client/Chairman of Board of Baxter American, Vernon Louckes, tried to jury, defense verdict.

- *Pillsbury Company v. Illinois Central Gulf Railroad*, U. S. District Court (Boline), Minneapolis, Minnesota (1981). Test case against railroad on contaminated flour shipments, tried to court, verdict for client/plaintiff. Opinion at 687 F.2d 241.

EXHIBIT C-3

- *Ely-Moose Lake Wilderness Canoe Trips v. United States*, Claims Court (Yock), Washington, D.C. (1981). Takings case tried to court.

- *Haskell's v. Sopsick*, District Court (Maxwell), Ramsey County, Minnesota (1980). Constitutional challenge to Cash Beer Law, tried to court. Opinion at 306 N.W.2d 555.

- *Padgett v. John Deer Co.*, District Court, Hennepin County, Minnesota (1979). Business losses due to faulty equipment, tried to jury. Favorable settlement for client.

- *Chess Music v. Sipe.*, U. S. District Court (Larson), Minneapolis, Minnesota (1978). Copyright case tried to court. Opinion at 442 F. Supp. 1184.

- *Northwestern Bank v. Shuster*, U. S. District Court (Lenertz), Scott County, Minnesota (1978). Securities fraud, commercial paper case tried to court, verdict for client/plaintiff. Opinions at 388 N.W.2d 370, 307 N.W.2d 767.

- *Fund for Animals v. Andrus*, U. S. District Court (McNulty and Lord), Duluth, Minnesota (1978). Injunction against government for killing of wolves, tried to court. Opinion at 11 Env't. Rep. Cas. 2189.

- *National Ass'n of Government Employees v. Rumsfeld*, U. S. District Court (Newcomer), Philadelphia Pennsylvania (1976). Plaintiffs sued to enjoin closure of Frankford arsenal on environmental grounds, trial to court, decision for client/Army. Opinion at 418 F. Supp. 1302

- *Breckenridge v. Rumsfeld*, U. S. District Court (Moynahan), Lexington, Kentucky (1976). Congressman sued to enjoin closure of Army Depot in Lexington, trial to court, decision for client/ Army. Opinion at 537 F.2d 864.

## SIGNIFICANT ARBITRATIONS AND ADMINISTRATIVE TRIAL PROCEEDINGS

- Special Master in *Alsea Veneer, et al, v. State of Oregon, ABC Roofing Co., Inc. et al. v. State of Oregon, Portland, Oregon.* (1997) (fees).

- Special Master in *Vogl v. Department of Revenue*, Portland, Oregon (fees).

- Federal Mediation Panel on Boundary Waters Canoe Area Wilderness and Voyageurs Region National Park (1996-1997).

- *James R. Schwebel v. T.S. Development Corp.* American Arbitration Association (arbitrators Leslie, Hunegs, Nys), Duluth, Minnesota (1988). Action for securities fraud, tried to arbitrators. Award for client/Schwebel for $1.3 million.

- *Rogers v. Mentor Corp.* American Arbitration Association, Minneapolis, Minnesota (1984). Arbitration for patent royalties on medical device, decision for clinet/Mentor.

- *In re Ericson Development*, before a hearing examiner for the Environmental Quality Board, State of Minnesota (1980). Administrative trial over shopping center, decision for client/developer.

- *In re Rules for Abandoned Property*, before a hearing examiner for the Commerce Commissioner (1980). Administrative trial over banking rules, decision for client/Norwest Bank.

4

EXHIBIT C-4

BRIAN B. O'NEILL

## SIGNIFICANT APPEALS ARGUED

### U.S. Supreme Court

- *Lujan v. Defenders of Wildlife*, 504 U.S. 555 (1992) (application of Endangered Species Act to U.S. projects overseas; standing).

### Federal Appeals Courts

- *In re Exxon Valdez* (9th Cir., argued January 27, 2006) (punitive damages).

- *Voyageurs National Park Association v. Norton*, (8th Cir., argued May 14, 2004) (Park Management Policies).

- *Monsanto Co. v. Pioneer Hi-Bred International, Inc.*, No. 01-1283 (CAFC, argued February 2002) (patent licenses).

- *In re: The Exxon Valdez*, 270 F.3d 1215 (9th Cir. 2001) (punitive damages).

- *Utah Ass'n of Counties v. Clinton*, 255 F.3d 1246 (10th Cir. 2001) (litigation over environmental groups' rights to intervene and to defend action seeking to remove national monumnet designation from Grand Staircase Escalante National Monument).

- *Custer County Action Ass'n v. Garvey*, 256 F.3d 1024 (10th Cir. 2001) (FAA regulations).

- *In re: The Exxon Valdez*, 229 F.3d 790 (9th Cir. 2000) (validity of settlements).

- *In re: Pioneer Hi-Bred Int'l.*, 238 F.3d 1370 (Fed. Cir. 2001) (mandamus).

- *Baker v. Exxon Corp.*, 239 F.2d 985 (9th Cir. 2000) (appeal from class distribution plan).

- *Seahawk Seafoods, Inc. v. Exxon Corp.*, 206 F.3d 900 (9th Cir. 2000) (jury misconduct).

- *Seahawk Seafoods v. Exxon Corp.*, 2000 U.S. App. LEXIS 33810 (9th Cir. 2000) (distribution plan).

- *Seahawk Seafoods v. Exxon Corp.*, 2000 U.S. App. LEXIS 6389 (9th Cir. 2000) (distribution plan).

- *Wyoming Farm Bureau Fed'n v. Babbitt*, 199 F.3d 1224 (10th Cir. 2000) (appeal of district court order removing wolves from Yellowstone).

- *Friends of the Boundary Waters v. Dombeck*, 164 F.3d 1115 (8th Cir. 1999) (forest plan appeal).

- *Par Aide v. R&R Products*, 1999 U.S. App. LEXIS 4550 (8th Cir. 1999) (trade dress).

- *Exxon Shipping Co. v. Airport Depot Diner*, 120 F.3d 166 (9th Cir. 1997) (civil procedure).

- *Shakopee Mdewakanton Sioux Community v. Babbitt*, 107 F.2d 667 (8th Cir. 1999) (Indian Reorganization Act).

- *Mausolf v. Babbitt*, 85 F.3d 1295 (8th Cir. 1996) and 125 F.3d 661 (8th Cir. 1997) (park

EXHIBIT C-5

management).

- *Friends of the Boundary Waters v. Thomas*, 53 F.3d 881 (8th Cir. 1995) (fees).

- *Gopher Oil Company, Inc. v. Union Oil Company*, 955 F.2d 519 (8th Cir. 1992) (hazardous waste site).

- *Friends of the Boundary Waters Wilderness v. Robertson*, 978 F.2d 1484 (8th Cir. 1992) (motorized portages in the Boundary Waters).

- *In re The Glacier Bay*, 944 F.2d 577 (9th Cir. 1991) (oil spill/admiralty).

- *Jurgens v. McKasy*, 927 F.2d 1552 (Fed. Cir. 1991), 905 F.2d 382 (Fed. Cir. 1990) (patent infringement).

- *Defenders of Wildlife v. Lujan*, 911 F.2d 117 (8th Cir. 1990), and 851 F.2d 1035 (8th Cir. 1988) (application of Endangered Species Act to U.S. projects overseas; standing).

- *Defenders of Wildlife v. Administrator, Environmental Protection Agency and American Farm Bureau Federation*, 882 F.2d 1294 (8th Cir. 1989) (injunction against EPA's nationwide registration of strychnine).

- *Hartley v. Mentor Corp.*, 869 F.2d 1469 (Fed. Cir. 1989) (patent infringement).

- *United States v. Robinson*, 830 F.2d 885 (8th Cir. 1987) (bank robbery).

- *Toro Company v. R&R Products Co.*, 787 F.2d 1208 (8th Cir. 1986) (copyright).

- *Sierra Club v. Clark*, 755 F.2d 608 (8th Cir. 1985) (injunction against federal government on wolf season).

- *In the Matter of Whitney-Forbes, Inc.*, 770 F.2d 692 (7th Cir. 1985) (bankruptcy).

- *The Pillsbury Company v. Illinois Central Gulf Railroad*, 687 F.2d 241 (8th Cir. 1982) (contaminated flour shipments).

- *Ely-Moose Lake Wilderness Canoe Trips v. United States*, 703 F.2d 584 (C.A.F.C. 1982) (takings).

- *State of Minnesota v. Alexander v. Block and Sierra Club*, 660 F.2d 1240 (8th Cir. 1981), *cert. denied*, 455 U.S. 1007 (1982) (canoes and motorboats in the Boundary Waters).

- *Breckinridge v. Rumsfeld*, 537 F.2d 864 (6th Cir. 1976) (military base closure).

- *United States v. Holland*, 23 U.S.C.M.A. 442 (1975) (validity of plea agreement).

- *United States v. Stam*, 50 C.M.R. 90 (1975) (bad checks).

**State Appeals Courts**
- *Peterson v. BASF*, 618 N.W.2d 821 (Minn. App. 2000) (consumer fraud).

EXHIBIT C-6

BRIAN B. O'NEILL

- *In re: Spent Fuel Storage Installation*, 501 N.W.2d 638 (Minn. App. 1993) (licensing of nuclear storage facility).

- *In re: Guardianship of Sharon Kowalski*, 478 N.W.2d 790 (Minn. App. 1991) (civil rights).

- *Red Wing Shoe Company, Inc. v. Shearer's, Inc.*, 769 S.W.2d 339 (Tex. App. - Houston [1st Dist.] 1989) (antitrust).

- *Hayes v. Northwood Panelboard Company*, 415 N.W.2d 687 (1987) (breach of contract).

- *Tennant Company v. Advance Machine Company, Inc.*, 355 N.W.2d 720 (Minn. App. 1984) (theft of trade secrets from garbage cans).

- *FATE v. Nichols*, 350 N.W.2d 489 (Minn. App. 1984) (rules on fur farming).

- *Haskell's, Inc. v. Sopsic and Minnesota Beer Wholesalers Association*, 306 N.W.2d 555 (Minn. Sup. Ct. 1981) (constitutional challenge to liquor regulations).

- *Superwood v. Sempelkamp*, 311 N.W.2d 159 (Minn. Sup. Ct. 1981) (economic loss rule in contract cases).

## Other

- *In re: Bruce Edward Babbitt* (U.S.C.A., for the District of Columbia Circuit, No. 88-1, August 22, 2000) (representation of grand jury witnesses).

- *Sierra Club v. Pena*, 1 F. Supp. 2d 971 (D. Minn. 1998) (injunction against bridge construction over St. Croix River).

- *United States v. Shabazz*, U.S. District Court (Rosenbaum) (1996) (defense of murder for hire charge).

- *Defenders of Wildlife v. Babbitt*, U.S. District Court (Alsop) (1993) (suit to enjoin U.S. assistance to China for Three Gorges Dam, assistance halted).

- *Voyageurs Region National Park Ass'n v. Arnett*, 609 F. Supp. 432 (D. Minn. 1985) (park management).

- *Vincent v. Schlesinger*, 388 F. Supp. 370 (D.D.C. 1975) (successful defense of President Ford's Vietnam Amnesty Program).

- *NRDC v. Callaway*, 392 F. Supp. 685 (D.D.C. 1975) (federal water pollution control act case leading to Corps § 404 program).

## TEACHING

Various CLEs, and lectures in law at University of Michigan, Harvard, Berkeley, Tulane, University of Minnesota, University of Arizona, Vermont Law School, Hamline, William Mitchell, U.S. Army JAG School, and at American Association of Law Schools' annual meeting. Bridge Week Professor, University of Michigan, 1995. Sperling Lecturer, University of Michigan, 1998. Graduation Speaker, Northland College, 1999. Address at American College of Trial Lawyers Spring Meeting 2002.

EXHIBIT C-7

## Education

- B.S., United States Military Academy at West Point (1969)
- J.D., University of Michigan (1974), *Law Review, Law Review (Managing Editor), magna cum laude, Order of the Coif*

## Civic Associations

- American College of Trial Lawyers (Regent)
- Board of Visitors, University of Michigan Law School, 1994-present.
- Board of Directors, Defenders of Wildlife, 1984-2004
- Board of Directors, Minneapolis Golf Club, 1998 - present (now President)
- American Trial Lawyers Association
- Minnesota State Bar Association

## Admitted to Practice (State)

- Michigan
- Minnesota

## Admitted to Practice (Federal)

- U.S. Court of Federal Claims
- U.S. Court of Appeals, 6th Circuit
- U.S. Court of Appeals, 7th Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals, 9th Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Court of Appeals, 11th Circuit
- U.S. Court of Appeals, District of Columbia Circuit
- U.S. Court of Appeals for the Federal Circuit
- U.S. Court of Military Appeals
- U.S. Court of Military Review
- U.S. District Court for the District of Minnesota
- U.S. District Court of Alaska
- U.S. Supreme Court

FAEGRE
BENSON

BRIAN B. O'NEILL | DIRECT +1 612-766-8318 | BONEILL@FAEGRE.COM

2200 WELLS FARGO CENTER | 90 SOUTH SEVENTH STREET | MINNEAPOLIS, MN 55402-3901
TELEPHONE 612-766-7000 | FACSIMILE 612-766-1600 | WWW.FAEGRE.COM

EXHIBIT C-8

**FAEGRE**
**BENSON**

# RICHARD A. DUNCAN



## Practice Areas

- Antitrust and Trade Regulation
- Business Litigation
- Indian/Tribal Law
- Environmental Law

## Experience

Richard Duncan has practiced in Faegre & Benson's business litigation and regulatory litigation groups since 1988 and has been a partner since 1996. His practice focuses on environmental and commercial litigation, including antitrust litigation, and federal Indian law. Rick is an adjunct professor of law at the University of Minnesota Law School, and a officer of the governing council of the Antitrust Section of the Minnesota State Bar Association.

Some of the cases Rick has been involved in include:

### Antitrust and Trade Regulation

- Guidant Corp. acquisition of Cook Group Inc. Obtained FTC clearance under Hart-Scott-Rodino Act of $2.7 billion medical device manufacturers' merger.(2002)

- Bemis Company, Inc. sale of MACtac subsidiary. Took $420 million sale of pressure sensitive labeling subsidiary through Hart-Scott-Rodino second request proceeding. (2002-2003)

- *Mid-America Real Estate Co. v. Iowa Realty Co., Inc.*,406 F.3d 969 (8th Cir. 2005), <u>reversing in part</u> 2004 WL 1280895 (S.D. Iowa 2004). Defended real estate brokerage

*continued*

EXHIBIT C-9

exclusive listing program against claims of monopolization and breach of contract. Appeals court vacated preliminary injunction issued by district court.

- *Minnesota Ass'n of Nurse Anesthetists, et al. v. Unity Hospital, et al.*, 59 F.3d 80 and 208 F.3d 655, U.S. Court of Appeals, 8th Circuit. Represent defendant hospitals in litigation challenging hospital reorganizations of anesthesia departments from challenge under Sherman Act §§ 1 and 2. (1999)

- *Red Wing Shoe Co., Inc. v. Shearer's, Inc.*, 769 S.W.2d 339, Texas Court of Appeals. Successful defense of Red Wing's dealer termination policies against challenge under Texas "Little Sherman Act"; case aligned Texas law on vertical restraints with federal antitrust law. (1989)

- Counseled clients including Hormel, Pella Corp., American Express, Red Wing Shoe Company, Inc., Novartis (now Syngenta) Co., Bemis Company, and Guidant Corp. in connection with antitrust questions under state and federal law involving a variety of topic areas such as mergers and acquisitions, distribution systems, joint ventures, government agency investigations, trade association activities, pricing policies, intellectual property issues, co-op advertising and joint sales programs.

## Business Litigation

- *Monsanto Co. v. Pioneer Hi-Bred Int'l. Inc.; Pioneer Hi-Bred Int'l. v. Monsanto Co.*, U.S. District Court, Eastern District of Missouri. Intellectual property litigation over license agreements for genetically altered agricultural crop seeds. (2000)

- *Peterson v. BASF*, 618 N.W. 2d 821, Minnesota Court of Appeals. Defended consumer class action alleging price discrimination in sales of agricultural chemicals. (2000)

- *Surdyk's Liquor, Inc. v. MGM Liquor Stores, Inc.*, 83 F.Supp.2d 1016, U.S. District Court of Minnesota. Lanham Act litigation over deceptive practices in wine advertising. (2000)

- *Travelers Express Co. v. American Express Integrated Payment Systems*, U.S. District Court of Minnesota. Patent litigation over automated financial services devices. (1999)

## Indian Law

- *Prescott v. Little Six, Inc.*, 897 F.Supp. 1217, U.S. District Court of Minnesota. Litigation determining that tribal courts have jurisdiction to determine whether pension plans for tribal employees are covered by the federal ERISA legislation, and requiring exhaustion of tribal court remedies prior to filing of federal court. ERISA action. (1995)

- *Shakopee Mdewakanton Sioux (Dakota) Community v. Babbitt*, 906 F.Supp. 513 (affirmed 1997 WL 80366, 8th Cir. 1997), U.S. District Court of Minnesota. Federal litigation over the ability of the Secretary of the Interior to interfere with an Indian Tribe's amendment of its Tribal Constitution under the 1988 amendments to the Indian Reorganization Act. (1995)

- *Smith v. Babbitt*, 875 F.Supp. 1353 (affirmed 100 F.3d 556, 8th Cir., 1996), U.S. District Court of Minnesota. Litigation over issues of federal jurisdiction and tribal sovereign immunity in connection with a suit by tribal members and persons claiming to be tribal members against a tribal government and the Department of Interior alleging violations of the Indian Gaming Regulatory Act and other federal statutes. (1995)

EXHIBIT C-10

RICHARD A. DUNCAN

- *Stockbridge-Munsee Community Band of Mohican Indians v. Miller,* 877 F.Supp. 641 and 869 F.Supp. 1401, U.S. District Court, Eastern District of Wisconsin. Litigation under the Indian Gaming Regulatory Act returning to the control of a tribal government a tribal casino which had been seized by a dissident group of tribal members, and finding Tribal Council members immune in their official acts to various federal civil claims. (1994)

- Drafted amicus curiae briefs to the United States Supreme Court on appeals of two significant Indian law decisions of the United States Court of Appeals for the Eighth Circuit: Strate v. A-1 Contractors, No. 95-1872 and United States Department of the Interior v. South Dakota, No. 95-1956.

## Environmental Litigation

- Alaskan oil spill litigation surrounding the Exxon Valdez oil spill and the 1987 oil spill from the tanker Glacier Bay. Faegre & Benson attorneys have represented over 2000 commercial fishermen and fish processors who have lost fishing income because of oil-induced damage to fisheries.

- *Anderson, et al. v. Lakehead Pipeline Co., Inc.,*No. 5-91-75 (D. Minn.).Federal litigation representing landowners affected by two of the largest pipeline oil spills in Minnesota.

- *Admave, et al. v. Amoco Pipeline Co.,* No. 4-93-50 (D. Minn.). Federal litigation representing landowners affected by two of the largest pipeline oil spills in Minnesota.

- *Friends of the Boundary Waters Wilderness v. Dombeck,* 164 F.3d 1115,U.S. Court of Appeals, 8th Circuit. Represented a coalition of wilderness groups in two lawsuits arising out of the Forest Service's Boundary Waters Canoe Area Wilderness Management Plan. Successfully defended pro-wilderness aspects of plan and challenged proposal to expand motorboat use. (1999)

- *Sierra Club North Star Chapter v. Peña,* 1 F.Supp. 2d 971 (D. Minn.).Blocked construction of proposed new multi-lane highway bridge over the St. Croix River near Stillwater, Minnesota, under the federal Wild and Scenic Rivers Act.(1998)

- *In re: Spent Fuel Storage Installation,* 501 N.W.2d 638, Minnesota Court of Appeals. Represented the Prairie Island Sioux Indian Community in opposing Northern States Power Company's plan to store high level radioactive waste outdoors, above-ground, adjacent to the Prairie Island reservation. (1993)

- *Lujan v. Defenders of Wildlife,* 504 U.S. 555, 112 S.Ct. 1230,U.S. Supreme Court.Litigation over the applicability of the Endangered Species Act to federal agency actions overseas. The case covered both the issues of environmental groups' standing to bring suit and the merits of the government's refusal to apply the act to federal agencies undertaking projects in other countries.(1992)

- *Defenders of Wildlife v. Administrator, E.P.A.,*882 F.2d 1294,U.S. Court of Appeals, 8th Circuit.Litigation enjoining the use of strychnine as an above-ground pesticide because of deaths to nontarget animals and birds protected under the Endangered Species Act. This case established the important proposition that government regulatory action which results in deaths to endangered species is considered to be an illegal taking, even though the regulated actions which actually kill the endangered species are taken by private individuals.(1989)

3

EXHIBIT C-11

## Industry

- Health Care Providers
- Indian Tribal Governments
- Oil Pollution
- Agricultural Products

## Education

- B.A., Yale University (1985), *Phi Beta Kappa, summa cum laude*
- J.D., Yale University (1988)

## Professional Recognition

- Super Lawyer, Minnesota Law & Politics

## Professional and Trade Associations

- American Bar Association
- Minnesota American Indian Bar Association
- Minnesota State Bar Association

## Pro Bono Areas

- Defenders of Wildlife
- Friends of the Boundary Waters Wilderness
- Humane Society of the United States
- Sierra Club
- Wilderness Society
- American Rivers

## Admitted to Practice (State)

- Minnesota

4

EXHIBIT C-12

RICHARD A. DUNCAN

## Admitted to Practice (Federal)

- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals, 9th Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Court of Appeals, 11th Circuit
- U.S. Court of Appeals for the Federal Circuit
- U.S. District Court for the District of Minnesota
- U.S. Supreme Court

## Admitted to Practice (Tribal)

- Shakopee Mdewakanton Sioux (Dakota) Community Tribal Court
- Prairie Island Sioux Indian Community

FAEGRE
BENSON

RICHARD A. DUNCAN | DIRECT +1 612-766-8612 | RDUNCAN@FAEGRE.COM

2200 WELLS FARGO CENTER | 90 SOUTH SEVENTH STREET | MINNEAPOLIS, MN 55402-3901
TELEPHONE 612-766-7000 | FACSIMILE 612-766-1600 | WWW.FAEGRE.COM

EXHIBIT C-13

FAEGRE
BENSON

# ELIZABETH HENDRICKS SCHMIESING



## Practice Areas

- Administrative Law
- Energy
- Environmental Law
- Environmental Litigation
- False Claims
- Regulatory and Statutory Compliance
- Trial Practice

## Experience

Betsy's practice includes litigation and counseling in the environmental, land use and utility regulation areas, as well as work in the Indian law area.

Betsy has been involved in litigation against the federal government and the state of Minnesota on a variety of issues, including environmental liability, environmental review, administrative procedure and environmental rights. Betsy works with corporate and business clients on litigation brought by the state and federal government and on administrative enforcement actions. She assists clients with participation in various administrative processes, including commenting on proposed rules, environmental impact statements and environmental assessments, and seeking and participating in contested case and public hearings. Betsy has also assisted clients in seeking judicial review of administrative actions at both the federal and state levels.

Betsy has advised and assisted clients in resolving environmental regulatory disputes outside of the litigation setting, and has in the course of that work conducted negotiations with the Minnesota Pollution Control Agency and the Minnesota Petrofund Board, among others. Betsy has counseled numerous clients on compliance with the European Union's directives on

*continued*

EXHIBIT C-14

waste electrical and electronic (WEEE) and Restriction on the use of Hazardous Substances (RHS). She is the past chair of the Minnesota State Bar Association Environmental and Natural Resources Law Section. Betsy also serves as an adjunct faculty member at the University of Minnesota Law School, where she directs the Environmental Law Moot Court.

Litigation

- *American Iron & Supply Co. v. Minnesota Department of Natural Resources.* Administrative challenge to DNR's denial of work in public waters permit

- *Tamarack Village Shopping Center v. City of Woodbury.* Represented developer in connection with litigation over environmental review and land use decisions made by City

- *Community Housing Corp. v. Fridley.* Represented low-income housing developer in challenge to city's denial of zoning change and related land use decisions

- *Walser Auto Sales, Inc. v. Best Buy Co., Inc..* Represented Best Buy and Opus before the Minnesota Pollution Control Agency in permitting matter, and in the Minnesota Court of Appeals in defense of the permit

- *Olmsted County v. U.S. Surface Transportation Board.* Represented Olmsted County in litigation before the United States Court of Appeals for the Eighth Circuit under the National Environmental Policy Act (NEPA)

- *Multi-Flo v. Minnesota Pollution Control Agency.* Challenge to agency's decision denying certification to individual sewage treatment system

- *In re: Application from the Minnesota Orchestral Association.* Represented the Minnesota Orchestra Association in defense of challenge to noise variance

- *EDIC v. Park Nicollet Health Services.* Represented Park Nicollet Health Services in breach-of-contract case brought by a former vendor

- *Minnesota Association of Nurse Anesthetists v. Allina.* Represented health care providers in False Claims Act and antitrust litigation

- *United States v. Bemis.* Represented Fortune 500 company in Superfund and fraudulent transfer litigation

- *Shakopee Mdewakanton Sioux (Dakota) Community v. Babbitt.* Litigation over the failure of the Bureau of Indian Affairs to approve the results of a Tribe's constitutional election

- *Strate v. A-1 Contractors.* Preparation of amicus brief on behalf of Indian tribes

- *Sierra Club v. Babbitt.* Represented environmental groups opposing the construction of a proposed highway-style bridge near Stillwater

- *Friends of the Boundary Waters Wilderness v. Dombeck.* Represented environmental groups and northern Minnesota businesses in challenge to the Boundary Waters Management Plan

EXHIBIT C-15

ELIZABETH HENDRICKS SCHMIESING

**Regulatory**

- Counseled clients on the environmental review process, including drafting petitions for preparation of an Environmental Assessment Worksheet, drafting comments on environmental review documents and preparation of state and federal environmental review documents

- Represented developers and Indian tribes on environmental review associated with development of tribal casinos

- Represented an independent power producer on regulatory issues pertaining to development of a gas-fired power plant

- Represented clients engaged in developing biomass-fueled electric generation plants

- Represented an independent power producer in connection with the development of a hydropower project on the Mississippi River

- Advised clients on zoning matters in connection with development proposals, annexation and related matters

- Advised clients with respect to development issues surrounding wetlands and represented clients charged with wetlands violations before watershed authorities

- Represented clients in connection with investigations by the United States Environmental Protection Agency related to residential lead disclosures and release reporting

- Counseled clients on international environmental laws and regulations

## Industry

- Business
- Indian Tribes
- Manufacturing
- Developers
- Independent Power Producers
- Health Care Providers

## Education

- B.S., University of Wisconsin (1988), *with distinction*
- J.D., University of Chicago (1992), *with honors*

## Clerkships

- U.S. Court of Appeals, 8th Circuit, Hon. James B. Loken, 1992-1993

3

EXHIBIT C-16

## Professional Recognition

- Recipient of the John C. Benson Pro Bono Award
- Listed in The Best Lawyers in America (Environmental Law)

## Professional and Trade Associations

- Federal Bar Association
- Forum of Women In The Environmental Field
- Minnesota American Indian Bar Association
- Minnesota State Bar Association (Chair, 2004-2005)
- Hennepin County Bar Association

## Civic Associations

- Friends Of The Boundary Waters Wilderness
- Sierra Club
- Volunteer Lawyers Network

## Pro Bono Areas

- Public Interest Environmental
- Orders For Protection

## Admitted to Practice (State)

- Minnesota

## Admitted to Practice (Federal)

- U.S. Supreme Court
- U.S. Court of Appeals, 6th Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. District Court of Connecticut
- U.S. District Court for the District of Minnesota
- U.S. District Court, Western District of Wisconsin

4

EXHIBIT C-17

ELIZABETH HENDRICKS SCHMIESING

## Admitted to Practice (Tribal)

- Shakopee Mdewakanton Sioux (Dakota) Community Tribal Court
- Prairie Island Sioux Indian Community
- Grand Portage Band of Chippewa Tribal Court

FAEGRE
BENSON

ELIZABETH HENDRICKS SCHMIESING | DIRECT +1 612-766-8307 | ESCHMIESING@FAEGRE.COM

2200 WELLS FARGO CENTER | 90 SOUTH SEVENTH STREET | MINNEAPOLIS, MN 55402-3901
TELEPHONE 612-766-7000 | FACSIMILE 612-766-1600 | WWW.FAEGRE.COM

EXHIBIT C-18

**FAEGRE
BENSON**

# COLETTE ROUTEL



## Practice Areas

- Indian/Tribal Law
- Environmental Law

## Experience

Colette Routel is an attorney in the Regulatory Litigation group at Faegre & Benson where her practice focuses on federal Indian law. Colette has a broad-based practice that includes litigation, gaming, finance and other matters for Indian tribes, tribal members and businesses. Colette also serves an adjunct professor at Hamline University Law School, where she has taught both Native American Law and Environmental Law & Ecology.

*Litigation and Advising:*Colette is an experienced litigator and has argued cases before five different tribal courts, Minnesota and South Dakota state courts, and the United States Court of Appeals for the Eighth Circuit. She has represented Indian tribes, tribal members and businesses in matters involving sovereign immunity, taxation, housing, the Indian Child Welfare Act, and labor and employment. Colette also provides day-to-day advice for Indian tribes on jurisdictional issues, assists in the drafting of tribal laws and negotiates intergovernmental agreements and other contracts.

*Gaming:* Colette is familiar with and provides advice to clients on all aspects of the Indian Gaming Regulatory Act and other federal gaming laws applicable to Indian tribes. She routinely drafts and negotiates development, consulting and management agreements, and shepherds these agreements through the National Indian Gaming Commission's approval/declination process. Additionally, Colette has substantial experience evaluating the legality of gaming on proposed casino sites, and has drafted and analyzed requests for restored lands determinations.

*continued*

EXHIBIT C-19

*Finance:*Colette has worked on tribally related financings involving more than twenty-five Indian tribes throughout the United States. These financings have included syndicated and non-syndicated bank loans and credit facilities and the offer and sale of indentured debt securities. Such financings have involved senior debt, subordinated debt and participating or contingent interest.

Representative cases and transactions include:

• *Pokagon Band Financing* (2006). Represented Pokagon Gaming Authority, an unincorporated instrumentality of the Pokagon Band of Potawatomi Indians in the issuance of $305 million senior notes for the construction of a green-field casino project in southwestern Michigan.

• *Little Traverse Financing* (2006). Represented Little Traverse Bay Bands of Odawa Indians in issuance of $122 million senior notes for the construction of new gaming facilities in Petoskey, Michigan.

• *Ennis v. Cash Systems* (2003-06). Successfully represented corporation in Ho-Chunk Nation Trial Court and before the Tribal Employment Rights Commission in dispute with former employee who claimed she was terminated in violation of tribal law.

• *Pourier v. South Dakota Dep't of Revenue*, 658 N.W.2d 395 (S.D. 2003), rev'd in part, 674 N.W.2d 314 (S.D. 2004). Successfully represented tribal member gas station owner challenging South Dakota's ability to tax gasoline sales to Indians on the Pine Ridge Reservation.

• *Shakopee Mdewakanton Sioux (Dakota) Community/State of Minnesota* (2004). Represented Tribe in drafting and negotiation of first tribal-state agreement governing ambulance service.

• *Caesars Entertainment, Inc./Big Sandy Band of Western Mono Indians* (2004). Drafted and negotiated contracts on behalf of the world's largest gaming corporation for the development, construction, financing and management of new tribal casino facilities in Fresno County, California.

• *Grutter/Gratz v. Bollinger*, 124 S.Ct. 2325 (2003); 123 S.Ct. 2411 (2003). Principal drafter of amicus brief to United States Supreme Court on behalf of ten Michigan Indian tribes in support of University of Michigan's affirmative action policies. The tribal amicus brief was one of the only amicus briefs mentioned by the Justices during oral arguments.

• *Dry Creek Rancheria Financing* (2003). Advised exclusive placement agent/lead arranger on Indian law issues in purchase and resale of $200,000 Senior Notes issued by an unincorporated instrumentality of the Dry Creek Rancheria Band of Pomo Indians in Sonoma County, California.

Colette also has an extensive *pro bono* practice and has handled matters involving family law, wildlife law, wilderness law, civil rights law and asylum/refugee law. Representative *pro bono* matters include:

• *Minnesota Indian Women's Resource Center* (2001-04). Volunteer at walk-in legal clinic and representation of low-income tribal members in state and tribal court paternity, custody, adoption, child support and divorce cases.

• *Friends of the Boundary Waters Wilderness et al. v. Bosworth*, 2004 WL 2066848 (D. Minn. 2004), *aff'd in part*, 437 F.3d 815 (8th Cir. 2006). Successfully represented environmental organizations in litigation overturning the United States Forest Service's decision to increase motorized use in the Boundary Waters Canoe Area Wilderness.

• *Defenders of Wildlife vs. U.S. Dep't of Interior*, 354 F.Supp. 2d 1156 (D. Or. 2005). Successfully

2

EXHIBIT C-20

represented environmental organizations in litigation overturning United States Fish & Wildlife Service's attempt to down list the gray wolf under the Endangered Species Act from endangered to threatened across most of the lower 48 states.

- *Togolese Asylum* (2005). Successfully represented Togolese citizen in asylum proceedings before Immigration Judge.

- *Menendez-Donis v. Ashcroft*, 360 F.3d 915 (8th Cir. 2004), rehearing denied (4-4 vote). Principal researcher and drafter of brief to United States Court of Appeals for the Eighth Circuit in Guatemalan asylum case.

## Education

- Bachelor of Music, Ithaca College (1998), *magna cum laude*
- J.D., University of Michigan (2001), *Contributing Editor for Michigan Law Review, magna cum laude, Order of the Coif*

## Presentations

- **Tribes Mean Business**, University of Wisconsin School of Law (2006)
- **The Advantages and Disadvantages of Forming Separate Tribal Instrumentalities and Corporations**, NCAI Mid-Year Conference (2005)
- **The NIGC's Proprietary Interest Doctrine**, University of Michigan Law School (2005)
- **Large Law Firm Commitment to Indian Law**, University of St. Thomas (2004)
- **Exhaustion Doctrine: Less Than Predictable**, Minnesota Institute of Legal Education (2003)
- **Practicing Indian Law**, University of Michigan Law School (2002)

## Professional and Trade Associations

- Minnesota American Indian Bar Association
- Federal Bar Association, Indian Law Section

## Civic Associations

- Ogichidaa Award Foundation, Inc., Board of Directors (2002 - present)
- Friendship Ventures, Board of Directors (2002 - 2005)

EXHIBIT C-21

## Pro Bono Areas

- Minnesota Indian Women's Resource Center
- Natural Resource Protection
- Wildlife Law
- Asylum Law

## Admitted to Practice (State)

- Minnesota

## Admitted to Practice (Federal)

- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the D.C. Circuit
- U.S. Court of Appeals for the Federal Circuit
- U.S. District Court for the District of Minnesota
- U.S. District Court for the District of Nebraska

## Admitted to Practice (Tribal)

- Mille Lacs Band of Ojibwe Tribal Court
- Shakopee Mdewakanton Sioux (Dakota) Community Tribal Court
- Northern Cheyenne Tribal Court
- Grand Portage Band of Chippewa Tribal Court
- Ho-Chunk Nation Tribal Court
- Fort Berthold (Three Affiliated Tribes) Tribal Court

FAEGRE
BENSON

COLETTE ROUTEL | DIRECT +1 612-766-8235 | CROUTEL@FAEGRE.COM

2200 WELLS FARGO CENTER | 90 SOUTH SEVENTH STREET | MINNEAPOLIS, MN 55402-3901
TELEPHONE 612-766-7000 | FACSIMILE 612-766-1600 | WWW.FAEGRE.COM

EXHIBIT C-22

**FAEGRE**
**BENSON**

# SANNE H. KNUDSEN



### Practice Areas

- Litigation
- Environmental Law

### Experience

Sanne Knudsen is an attorney in the regulatory litigation group at Faegre & Benson, where she handles various regulatory and business litigation matters. Prior to joining the firm in January 2005, Sanne was as an associate in the environmental law group at Sidley Austin Brown & Wood LLP, where her practice focused on civil environmental litigation and transactional matters.

During the 2002-2003 term, Sanne clerked for the Honorable Ronald M. Gould on the Ninth Circuit Court of Appeals in Seattle, Washington. While clerking, Sanne worked on a wide variety of cases involving constitutional, criminal, immigration, environmental, business litigation, and other issues.

Sanne is an adjunct professor at Hamline University Law School, where she teaches environmental law.

### Education

- B.S., Northwestern University (1998), *Departmental Honors, summa cum laude, Tau Beta Pi National Engineering Honors Society*
- M.S., Environmental Engineering, University of Michigan (2002)
- J.D., University of Michigan (2002), *Law Review, magna cum laude, Order of the Coif*

*continued*

EXHIBIT C-23

## Clerkships

- U.S. Court of Appeals, 9th Circuit, 2002-2003

## Pro Bono Areas

- Natural Resource Protection
- Wildlife

## Admitted to Practice (State)

- Illinois
- Minnesota

## Admitted to Practice (Federal)

- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court, Northern District of Illinois
- U.S. District Court, District of Minnesota

FAEGRE
BENSON

SANNE H. KNUDSEN | DIRECT +1 612-766-7956 | SKNUDSEN@FAEGRE.COM

2200 WELLS FARGO CENTER | 90 SOUTH SEVENTH STREET | MINNEAPOLIS, MN 55402-3901
TELEPHONE 612-766-7000 | FACSIMILE 612-766-1600 | WWW.FAEGRE.COM

EXHIBIT C-24

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

The Humane Society of the United States,
Animal Protection Institute, Friends of
Animals and Their Environment
("FATE"), Help Our Wolves Live
("HOWL"), Indigenous Environmental
Network, Klamath Forest Alliance, and
RESTORE: The North Woods,

Civ. File No: 06-1279 (CKK)

Plaintiffs,

vs.

Dirk Kempthorne, Secretary of the
Interior, United States Department of the
Interior, H. Dale Hall, Director of the
United States Fish and Wildlife Service,
and United States Fish and Wildlife
Service,

Defendants,

Safari Club International et al.,

Defendant-Intervenors.

DECLARATION OF PATRICIA R. LANE

1.      I am the Senior Attorney in the Animal Protection Litigation Section of

The Humane Society of the United States.

2.      For the past nine years, I have acted as either first-chair or in a supporting

role in over 50 litigation matters involving local, state, and federal actions that affect

wildlife and farmed animal species.  Prior to my experience at The Humane Society of

the United States, I first-chaired U.S. Court of Appeals litigation for the Federal Aviation

Administration for 13 years and managed an office of litigating attorneys in both the U.S.

1

EXHIBIT C-25

District Courts as well as the U.S. Court of Appeals.  I had three years trial experience as a state public defender before my experience at the FAA.

3.      Since my admission to the bar in 1983, I have developed an expertise in the application of the National Environmental Policy Act and federal and state laws affecting non-human animal species, including wolves and other wildlife species.

4.      Based on my experience, I am able to offer specific insight into wildlife issues and laws relating to the various species.  I have been involved with and worked on all the national litigation concerning wolves and the issues surrounding the species since 1997.  From my involvement, I can review pleadings and participate in the construction of litigation matters and add substantive value to the works.

5.      I have worked with members of Faegre & Benson in the past on various matters and differing litigation matters and have acted as local counsel for the attorneys from the firm on other litigation cases.  The lawyers at Faegre & Benson have been involved with litigation concerning wolf matters for the past decade and have the resources, expertise, and experience to undertake complex wildlife litigation against the federal government.

I declare under penalty of perjury under the laws of the State of Maryland that the foregoing is true and correct.

Executed on September 20, 2006, in Gaithersburg, Maryland.

*Patrick Lane*

2

**EXHIBIT C-26**

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

The Humane Society of the United States,
Animal Protection Institute, Friends of
Animals and Their Environment ("FATE"),
Help Our Wolves Live ("HOWL"),
Indigenous Environmental Network, Klamath
Forest Alliance, and RESTORE: The North
Woods,

                Plaintiffs,

vs.

Dirk Kempthorne, Secretary of the Interior,
United States Department of the Interior, H.
Dale Hall, Director of the United States Fish
and Wildlife Service, and United States Fish
and Wildlife Service,

                Defendants,

Safari Club International et al.,

                Defendant-Intervenors.

**Civil No. 06-1279 (CKK)**

## DECLARATION OF REBECCA JUDD

    1.     This declaration is submitted in support of Plaintiffs' application for an award of

reasonable attorneys' fees and costs under the Endangered Species Act and is based on my

personal knowledge.

    2.     I graduated from the Tulane University School of Law in 2005 with a Certificate

of Specialization in Environmental Law.

    3.     I am a member of the Maryland Bar and the United States District Court for the

District of Maryland.

EXHIBIT C-27

3.      Since August 2005, I have been a Litigation Fellow with The Humane Society of the United States ("The HSUS"). During that time, I have assisted in the litigation of several animal and wildlife protection cases. I am also currently the lead attorney in litigation involving state actions that affect a threatened wildlife species.

4.      In the above-captioned case, I assisted The HSUS in its role as local counsel for the Plaintiffs in this case. According to contemporaneous time records, I spent twenty-three hours working on this case (excluding time spent preparing this petition).


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


DATED: September ___, 2006

Rebecca G. Judd, Esq.

2

EXHIBIT C-28

**BRIANNA TINDALL**
617 W. 8th Ave. Eugene, OR 97402

btindall@uoregon.edu
(541) 514-0048

| | |
|---|---|
| **EDUCATION** | **University of Oregon School of Law, Eugene, OR** |

**University of Oregon School of Law, Eugene, OR**
J.D. expected, May 2007        GPA – 3.73        Class Rank – 6/168
- <u>Journal of Environmental Law and Litigation</u>, Staff Editor, 2005-2006, Articles Editor, 2006-2007
- Land Air Water, Public Interest Environmental Law Conference, Co-Director, 2005-2006, <u>Western Environmental Law Update</u>, Editor, 2006-2007
- Environment and Natural Resources Center, Fellow, Native Environmental Sovereignty Project, 2006-2007

**Oberlin College, Oberlin, OH**
B.A., Russian and Eastern European Studies, May 2004        High Honors
- GPA – 3.75/4.0

**EXPERIENCE**

**Faegre & Benson, LLP, Minneapolis, MN**
<u>Environmental Intern</u>, May 2006 – August 2006
- Researched legal issues concerning federal environmental law; drafted legal memoranda and pleadings; reviewed scientific literature relating to cases

**Professor Hari Osofsky, University of Oregon, Eugene, OR**
<u>Research Assistant</u>, September 2005 – present
- Researched legal issues in the areas of international environmental justice, international trade, and climate change law and litigation; wrote memoranda

**Western Environmental Law Center, Eugene, OR**
<u>Clinic Student</u>, January 2006 – May 2006
- Researched legal issues concerning state forestry law and federal environmental law; wrote legal memoranda; drafted pleadings

**Environmental Law Alliance Worldwide (E-LAW), Eugene, OR**
<u>Legal Extern, Volunteer Translator</u>, August 2005 – December 2005
- Researched legal issues for international environmental lawyers; wrote legal memoranda; translated for Russian lawyer on working exchange

**Sierra Club Environmental Law Program, San Francisco, CA**
<u>Summer Legal Intern</u>, May 2005 – August 2005
- Researched federal law; acquired documents; wrote legal memoranda; prepared excerpts of record; drafted portions of pleadings; attended hearings

**Pacific Rivers Council**
<u>Volunteer Legal Intern</u>, March 2005 – May 2005
- Researched federal environmental law; wrote legal memoranda

**Ohio Public Interest Research Group, Oberlin, OH**
<u>State Board Member</u>, September 2000 – May 2004
- Coordinated campaigns; participated in long-term strategic planning for organization; trained new members; planned events; planned for and took minutes at board meetings

**Federation for Ecotourism, Ulan-Ude, Russia**
<u>Volunteer, Translator</u>, June 2003 - August 2004
- Volunteered on Great Baikal Trail Project; translated between Russian and American volunteers; constructed and renovated hiking trails; translated grant application and other documents

**LANGUAGES**        Fluent in Russian

EXHIBIT C-29