### TIME FOR BRIAN O'NEILL

| Date | Hours | Services |
|------|-------|----------|
|  |  |  |
| 07/14/06 | 2.00 | Review pleadings and approve for filing |
|  |  |  |
| **Total** | **2.00** |  |

### TIME FOR RICHARD A. DUNCAN

| Date | Hours | Services |
|------|-------|----------|
|  |  |  |
| 07/11/06 | .40 | Conference with S. Knudsen, B. O'Neill, E. Schmiesing regarding strategy for challenging Wisconsin permit |
|  |  |  |
| 08/10/06 | 1.00 | Review preliminary injunction opinion; meet with co-counsel to go over next steps in case |
|  |  |  |
| 8/16/06 | .20 | Review e-mails from clients regarding conversion of preliminary injunction to final judgment |
|  |  |  |
| **Total** | **1.60** |  |

EXHIBIT D-1

## TIME FOR ELIZABETH H. SCHMIESING

| Date | Hours | Services |
|---|---|---|
| 07/11/06 | .60 | Conference with R. Duncan, B. O'Neill and S. Knudsen regarding strategy for challenging Wisconsin Permit |
| 07/12/06 | 1.40 | Review and revise S. Knudsen preliminary injunction papers and complaint |
| 07/13/06 | .70 | Conference with S. Knudsen regarding papers |
| 07/19/06 | .10 | Conference with S. Knudsen regarding related case issue |
| 07/20/06 | .10 | Conference with S. Knudsen; review e-mails regarding filing |
| 07/31/06 | .40 | Conference with S. Knudsen regarding intervention issue |
| 08/03/06 | 2.30 | Review government's brief; review and comment on reply |
| 08/10/06 | 1.00 | Review preliminary injunction opinion; meet with R. Duncan, B. O'Neill and S. Knudsen to discuss next steps |
| 08/11/06 | .10 | Conference with S. Knudsen regarding follow up |
| 08/16/06 | .20 | Conference with S. Knudsen regarding record issue |
| 08/30/06 | .30 | Conference with S. Knudsen regarding government's proposed order |
| 09/11/06 | .10 | Review e-mail from S. Knudsen regarding fee petition |
| **Total** | **7.30** | |

EXHIBIT D-2

## TIME FOR SANNE KNUDSEN

| Date | Hours | Services |
|------|-------|----------|
| 05/22/06 | .50 | Explain background of litigation to B. Tindall and discuss legislative history research and caselaw research to be completed |
| 05/23/06 | .20 | Discuss Environmental Assessment with B. Tindall |
| 05/26/06 | .20 | Discuss ability to obtain materials cited by FWS in the EA and the need for FOIA with B. Tindall |
| 05/31/06 | 2.30 | Review legislative history research and discuss same with B. Tindall; review research regarding need for depredation control as a means of enhancing the survival of species |
| 06/05/06 | .10 | Discuss 10(a)(1)(A) research with B. Tindall |
| 06/06/08 | .50 | Discuss caselaw research with B. Tindall |
| 06/09/06 | 3.50 | Review permit materials and case research summaries regarding ability to authorize lethal taking under ESA |
| 06/12/06 | 4.60 | Review permit materials and decision documents |
| 06/13/06 | 3.20 | Read case materials and statute to develop claim |
| 06/14/06 | 6.30 | Research cases where government has argued killing wolves is necessary to increase public tolerance; outline preliminary injunction motion |
| 06/15/06 | .70 | Review case law regarding preliminary injunction; discuss timing of filing with B. Tindall |
| 06/16/06 | 1.00 | Meeting with B. Tindall to outline preliminary injunction motion and divide drafting responsibilities |
| 06/20/06 | .70 | Review and edit draft section of preliminary injunction motion; provide comments to B. Tindall |
| 06/23/06 | .70 | Meet with B. Tindall to discuss preliminary injunction motion; discuss whether wolf permits are noticed in Federal Register |
| 06/26/06 | 1.90 | Review draft preliminary injunction motion provided by B. Tindall |
| 06/27/06 | 1.90 | Edit fact section of preliminary injunction motion |

3

EXHIBIT D-3

| Date | Hours | Services |
|------|-------|----------|
| 07/05/06 | 8.30 | Draft preliminary injunction |
| 07/06/06 | 7.80 | Draft preliminary injunction motion; draft complaint |
| 07/07/06 | 10.80 | Revise preliminary injunction motion and complaint based on comments from C. Routel |
| 07/08/06 | 1.50 | Review preliminary injunction motion and complaint; send to clients with message regarding timing of filing |
| 07/10/06 | .80 | Coordinate preparation of pro hac vice affidavits; review comments by J. Lovvorn regarding preliminary injunction motion and complaint |
| 07/11/06 | 1.60 | Prepare pro hac vice affidavits for signature; request filing fee check; review local rules regarding related case filing |
| 07/12/06 | 1.40 | Meet with E. Schmiesing to discuss questions about preliminary injunction motion; review materials regarding filling action as a related case; meet with B. Tindall regarding exhibit list |
| 07/13/06 | 10.90 | Prepare complaint and preliminary injunction for filing; incorporate comments from E. Schmiesing to preliminary injunction motion; draft filing papers; prepare exhibits; conference call with J. Lovvorn and P. Lane regarding local counsel arrangements |
| 07/18/06 | 7.30 | Prepare complaint and preliminary injunction motion for filing |
| 07/19/06 | .90 | Call with J. Lovvorn regarding filing status; exchange emails with J. Lovvorn regarding receipt of complaint materials; discuss filing status with E. Schmiesing |
| 07/20/06 | .70 | Review and edit notice of designation of related case; exchange emails with P. Lane regarding same |
| 07/21/06 | 1.90 | Telephone calls with court clerk regarding serving complaint and coordinating a conference call with counsel; conference call with J. Lovvorn and P. Lane regarding serving complaint and filing preliminary injunction motion; send email to same regarding timing of preliminary injunction motion |
| 07/24/06 | .50 | Exchange numerous emails with P. Lane regarding preliminary injunction filing |

4

EXHIBIT D-4

| Date | Hours | Services |
|---|---|---|
| 07/25/06 | .20 | Exchange emails with P. Lane regarding conference call with court regarding scheduling |
| 07/26/06 | .40 | Conference call with court regarding scheduling; discuss court conference call with P. Lane |
| 07/28/06 | .10 | Review email regarding Safari Club motion to intervene |
| 07/31/06 | .80 | Meet with E. Schmiesing to discuss Safari Club motion to intervene; discuss same with P. Lane |
| 08/01/06 | 3.60 | Review government response to motion for preliminary injunction; confer with C. Routel regarding same; outline reply |
| 08/02/06 | 15.70 | Draft reply to preliminary injunction motion |
| 08/03/06 | 11.50 | Draft and file reply to preliminary injunction motion |
| 08/10/06 | 5.40 | Review court opinion; contact DOJ regarding providing notice to clients regarding same; prepare service to Wisconsin DNR of injunction; meeting with B. O'Neill, E. Schmiesing, R. Duncan, B. Tindall and C. Routel regarding strategy for merits briefing; email clients regarding decision; review fees and costs |
| 08/16/06 | .90 | Review completeness of administrative record; talk to J. Rodriguez regarding same |
| 08/30/06 | .30 | Review and circulate to clients proposed joint motion to consolidate drafted by J. Rodriguez |
| 08/31/06 | 1.10 | Respond to HSUS concerns regarding joint motion; send email to J. Rodriguez regarding same; review requirements for attorneys fees and costs |
| 09/05/06 | .50 | Review joint motion and respond to J. Rodriguez regarding same |
| 09/13/06 | .30 | Exchange e-mails with P. Lane and R. Judd regarding materials for fee application |
| 09/15/06 | .70 | Prepare fee application |
| 09/19/06 | .80 | Exchange emails with HSUS re obtaining affidavit in support of fees; review and edit declaration of R. Judd regarding experience and biographical information; review Laffey Matrix for fees awarded in D.C. |

5

EXHIBIT D-5

| Date | Hours | Services |
|------|-------|----------|
| 09/20/06 | 8.90 | Research D.C. Circuit cases re standard for awarding fees under the ESA; draft fee petition; coordinate collection of affidavits and declarations in support of fee petition |
| | | |
| 09/21/06 | 8.30 | Draft fee petition |
| | | |
| 09/22/06 | 5.00 | Finalize and file fee petition |
| | | |
| **Total** | **142.60** | |

EXHIBIT D-6

## TIME FOR COLETTE ROUTEL

| Date | Hours | Services |
|------|-------|----------|
| | | |
| 07/07/06 | 1.50 | Reviewed complaint and memorandum in support of preliminary judgment; conference with S. Knudsen regarding same |
| | | |
| 08/01/06 | 2.00 | Reviewed FWS brief; reviewed intervenor's brief; correspondence with S. Knudsen regarding same |
| | | |
| **Total** | **3.50** | |

EXHIBIT D-7

## TIME FOR RICHARD COX

| Date | Hours | Services |
|---|---|---|
| | | |
| 07/13/06 | 4.00 | Review and cite-check memorandum in support of motion for preliminary injunction; verify accuracy of quotations from statutes and cases in memorandum; conference with S. Knudsen regarding revisions to memorandum and additional work on memorandum |
| | | |
| 07/14/06 | 1.90 | Review memorandum in support of preliminary injunction regarding accuracy of quotations from exhibits and citations to exhibits |
| | | |
| 07/15/06 | 2.00 | Review memorandum in support of preliminary injunction regarding accuracy of quotations from exhibits and citations to exhibits |
| | | |
| 07/17/06 | .40 | Conference with B. Tindall regarding revisions to memorandum in support of preliminary injunction |
| | | |
| 08/03/06 | 1.90 | Review and cite-check reply brief; conference with S. Knudsen regarding revisions to brief |
| | | |
| **Total** | **10.20** | |

EXHIBIT D-8

## TIME FOR BRIANNA TINDALL

| Date | Hours | Services |
|------|-------|----------|
| 05/22/06 | 2.10 | Reviewed documents and findings for wolf take permits |
| 05/23/06 | 2.60 | Reviewed biological opinion and final Environment Assessment for wolf permits |
| 05/24/06 | 5.40 | Reviewed Environmental Assessment for wolf permits; researched legislative history of Section 10(a)(1)(A); looked up cases referencing permits granted under Section 10(a)(1)(A) |
| 05/25/06 | 5.10 | Researched and read relevant case authority dealing with Section 10(a)(1)(A); researched permits granted under Section 10(a)(1)(A) and published in the Federal Register; worked with librarian to acquire sources referenced in Environmental Assessment and other permit documents |
| 05/26/06 | 2.50 | Research and review relevant case authority regarding ESA and Section 10(a)(1)(A) |
| 05/30/06 | 6.00 | Researched and compiled legislative history for Section 10(a)(1)(A) of the ESA and Section 3(3); reviewed sources cited in EA and other documents for wolf permits; researched Northern Rocky predation program |
| 05/31/06 | 6.40 | Reviewed source material cited in EA and other documents; met with S. Knudsen to discuss legal and factual arguments |
| 06/01/06 | 5.20 | Reviewed case law; wrote memorandum outlining applicable case law; researched and reviewed scientific scholarship on wolf depredation cited by FWS |
| 06/02/06 | 3.10 | Researched regulations promulgated by NMFS under Section 10(a)(1)(A) of the ESA; reviewed scientific literature on wolf depredation |
| 06/05/06 | 5.80 | Reviewed scholarly literature on wolf depredation; prepared document summarizing scientific literature and quoting important passages |
| 06/06/06 | 6.50 | Reviewed scientific literature on wolf depredation; drafted memo summarizing literature and quoting applicable language |

EXHIBIT D-9

| Date | Hours | Services |
|------|-------|----------|
| 06/07/06 | 5.00 | Reviewed scientific literature on wolf depredation; drafted memorandum discussing scientific literature |
| 06/8/06 | 3.70 | Reviewed scientific literature on wolf depredation |
| 06/13/06 | 3.50 | Reviewed scientific literature; drafted document summarizing scientific literature; discussed legal arguments with S. Knudsen |
| 6/14/06 | 3.90 | Finish reviewing scientific literature cited by FWS |
| 06/15/06 | .60 | Review number of wolves euthanized for depredation vs. actual depredation incidents |
| 06/16/06 | 6.40 | Researched possibility of bringing APA claim to oppose wolf permits; organize legal argument for brief into outline; meet with S. Knudsen to discuss outline and motion for preliminary injunction |
| 06/19/06 | 6.30 | Research public opinion of wolf control activities; draft portions of the memorandum in support of preliminary injunction |
| 06/20/06 | 6.10 | Draft portions of memorandum in support of preliminary injunction; meet with S. Knudsen |
| 06/21/06 | 5.90 | Draft portions of motion for preliminary injunction |
| 06/22/06 | 3.30 | Research and draft motion for preliminary injunction |
| 06/23/06 | 3.00 | Draft motion for preliminary injunction |
| 06/27/06 | 6.40 | Meet with S. Knudsen to discuss Motion for Preliminary Injunction; research and draft Statement of Facts |
| 06/28/06 | 5.40 | Finish drafting statement of facts for preliminary injunction motion; begin drafting complaint |
| 06/29/06 | 5.30 | Draft complaint |
| 07/05/06 | 3.00 | Research the issuance of permits under Section 10(a)(1)(A) in the Federal Register; check citations |
| 07/06/06 | 1.10 | Read and edit brief for Preliminary Injunction as revised by S. Knudsen |

EXHIBIT D-10

| Date | Hours | Services |
|---|---|---|
| 07/11/06 | 6.40 | Attend meeting with S. Knudsen, B. O'Neill and others on client issues; research case law on agency's reversal of its position; research local rules on filing a related claim |
| 07/12/06 | 4.10 | Gather exhibits needed for motion |
| 07/13/06 | 7.60 | Prepare documents needed for filing of complaint; compile and organize exhibits for preliminary injunction motion; meet with S. Knudsen to discuss filing |
| 07/14/06 | 2.00 | Draft affidavit of S. Knudsen; stamp exhibits; edit memorandum in support of preliminary injunction |
| 07/17/06 | 4.30 | Work with R. Cox to cite check exhibits; double-check local rules concerning formatting for motions and memos; compile necessary documents for preliminary injunction motion |
| 07/18/06 | 4.90 | Prepare documents for filing |
| 07/21/06 | .30 | Look up local D.C. rules for filing response to preliminary injunction motion |
| 07/31/06 | .20 | Discuss next steps in preliminary injunction motion with S. Knudsen |
| 08/02/06 | 13.80 | Review government reply; research and draft portions of response brief; gather documents; review administrative record |
| 08/03/06 | .20 | Research issues for response to government's reply |
| 08/03/06 | 6.90 | Renew and edit reply to government's opposition to preliminary injunction motion; research miscellaneous case issues to cite in reply brief |
| 08/16/06 | .70 | Review administrative record for completeness |
| **Total** | **171.00** | |

| | | |
|---|---|---|
| **Estimated Faegre and Benson Total:** | | 338.20 |

EXHIBIT D-11

### TIME FOR PAT LANE

| Date | Hours | Services |
|------|-------|----------|
| 07/13/06 | .60 | Conference call with other parties and counsel |
| 07/14/06 | .80 | Conference call with other parties, counsel, and affiants |
| 07/17/06 | 3.20 | Preparation of standing affidavits |
| 07/18/06 | 3.60 | Review of materials in preparation of filing |
| 07/19/06 | 3.00 | Final preparation and subsequent filing of case |
| 07/24/06 | .30 | Call with opposing counsel regarding preliminary injunction |
| 07/25/06 | 2.80 | Filing of Preliminary Injunction motion |
| 07/26/05 | .40 | Conference call with Judge and all parties |
| 08/01/06 | 2.30 | Review of Defendant's materials, including opposition papers, and SCI's materials |
| 08/02/06 | 3.20 | Continued review of opposition papers and administrative record |
| 08/03/06 | .80 | Review of plaintiff's reply |
| **Total** | **21.00** | |

12

EXHIBIT D-12

## TIME FOR REBECCA JUDD

| Date | Hours | Services |
|------|-------|----------|
| 07/14/06 | 3.00 | Drafted of Herschelman Declaration |
| 07/19/06 | 3.25 | Assembled Complaint and filing at D.C. District Court |
| 07/24/06 | 2.50 | Picked up certified Summons from Court and served U.S. Attorney's Office |
| 07/25/06 | 4.50 | Assembled and filed Preliminary Injunction and served courtesy copy to Court |
| 08/03/06 | .50 | Review of Preliminary Injunction Reply Brief |
| **Total** | **13.75** | |

EXHIBIT D-13