## BRIAN O'NEILL
### (TIME INCURRED BUT DELETED)

| Date | Hours | Services |
|---|---|---|
| 07/14/06 | 2.00 | Review pleadings and ESA; approve for filing |
| 08/24/06 | 5.00 | Plan strategy for obtaining permanent injunction and final order |
| Total | 7.00 | |

EXHIBIT E-1

## ELIZABETH H. SCHMIESING
### (TIME INCURRED BUT DELETED)

| Date | Hours | Services |
|---|---|---|
| 05/01/06 | .30 | Meet with B. O'Neill, R. Duncan and S Knudsen regarding wolf permits |
| 05/02/06 | .10 | Communications with S. Knudsen regarding 60-day letter and parties |
| 05/10/06 | .10 | Conference with B. O'Neill and S. Knudsen |
| 06/06/06 | .10 | Review case; pass on to S. Knudsen |
| 07/10/06 | .30 | Conference with S. Knudsen regarding status |
| 07/21/06 | .40 | Telephone conference with S. Knudsen |
| 08/02/06 | .40 | Conference with S. Knudsen regarding status and question |
| Total | 1.70 | |

EXHIBIT E-2

## SANNE KNUDSEN
## (TIME INCURRED BUT DELETED)

| Date | Hours | Services |
|---|---|---|
| 05/23/06 | .20 | Leave voice-message for K. Henry regarding 60 day notice of intent letter; discuss EA with B. Tindall |
| 05/25/06 | .20 | Discuss FOIA request with B. Tindall; discuss status of legislative history and case search |
| 05/26/06 | .20 | Discuss ability to obtain materials cited by FWS in the EA and the need for FOIA with B. Tindall |
| 06/06/08 | 1.00 | Discuss caselaw research with B. Tindall |
| 06/13/06 | 3.20 | Read case materials and statute to develop claim |
| 06/30/06 | .70 | Reply to emails from J. Rylander and A. Weiss regarding Idaho 10(a)(1)(A) |
| 07/20/06 | .50 | Discussion with S. Stephens regarding Sierra Club participation |
| 07/24/06 | .50 | Exchange numerous emails with P. Lane regarding preliminary injunction filing |
| 07/25/06 | .30 | Exchange emails with P. Lane regarding conference call with court regarding scheduling |
| 07/26/06 | .60 | Discuss court conference call with P. Lane |
| 07/28/06 | .20 | Review email regarding Safari Club motion to intervene |
| 07/31/06 | 4.00 | Review exhibits submitted with preliminary injunction |
| 08/07/06 | .70 | Work with M. Malik to prepare pleadings file |
| 08/11/06 | 4.30 | Prepare amended complaint; prepare motion for leave to amend; prepare proposed stipulation regarding final order |
| 08/16/06 | .90 | Review FWS letter to Michigan DNR; send e-mail to clients regarding same |
| Total | 17.50 | |

EXHIBIT E-3

BRIANNA TINDALL
(TIME INCURRED BUT DELETED)

| Date | Hours | Services |
|---|---|---|
| 05/26/06 | 3.20 | Review relevant case authority ; researched Interim Wolf Control Plan, a similar wolf depredation program in Montana and Idaho; researched Wisconsin public records law and drafted letter requesting documents from Wisconsin Department of Natural Resources |
| 06/02/06 | 3.00 | Edit case briefs outlining applicable case law |
| 06/8/06 | 2.00 | Draft memo on wolf depredation; brainstormed possible claims and arguments with S. Knudsen |
| 06/22/06 | 3.30 | Research and draft motion for preliminary injunction |
| 06/23/06 | 3.00 | Draft motion for preliminary injunction |
| 06/26/06 | 4.40 | Begin drafting Statement of Facts for Motion in Support of Preliminary Injunction; reviewed documents from previous permit case |
| 07/12/06 | 4.10 | Edit memo in support of preliminary injunction; research and write memo on filing related to case |
| 07/19/06 | 4.60 | Organize sources; create bibliography |
| 07/20/06 | .70 | Organize sources and edit bibliography |
| 08/07/06 | 5.80 | Draft memorandum on regulations promulgated under Section 10(a)(1)(A) |
| 08/08/06 | 7.10 | Organize research on case law and federal register documents; amend and edit memorandum on case law |
| 08/09/06 | 6.10 | Attend meeting with attorneys discussing steps to be taken after grant of preliminary injunction; reviewed administrative record |
| 08/10/06 | 2.80 | Put together documents; attend meeting with attorneys discussing steps to be taken after grant of preliminary injunction |
| 08/11/06 | 3.50 | Research rules governing amending complaints' research case law on rule 65(a)(2); edit amended complaint |
| Total | 53.60 | |

17

EXHIBIT E-4

## MELINA WILLIAMS (LAW CLERK)
## (TIME INCURRED BUT DELETED)

| Date | Hours | Services |
|---|---|---|
| 08/02/06 | 3.40 | Research cases for reply brief |
| 08/03/06 | .90 | Research cases for reply brief |
| Total | 4.30 | |

EXHIBIT E-5

## ROBERT M. ALLEN (INFORMATION SERVICES)
## (TIME INCURRED BUT DELETED)

| Date | Hours | Services |
|---|---|---|
| 05/26/06 | .30 | Acquire article by A. Wydeven regarding gray wolves (2005) |
| 08/03/06 | .50 | Acquire article by Rieter, D. K., et al |
| 08/03/06 | .20 | Acquire 40 FR 21977 for B. Tindall |
| Total | 1.00 | |

19

EXHIBIT E-6

## SARAH MULLIGAN (INFORMATION SERVICES)
### (TIME INCURRED BUT DELETED)

| Date | Hours | Services |
|---|---|---|
| 06/14/06 | 1.10 | Try to locate two slip opinions in 1978 Fund for Animals case for S. Knudsen; two calls to Duluth court administration |
| Total | 1.10 | |

EXHIBIT E-7

## OONA PETERSON (INFORMATION SERVICES)
### (TIME INCURRED BUT DELETED)

| Date | Hours | Services |
|---|---|---|
| 05/30/06 | 3.80 | Research and request document delivery and interlibrary loans of books and articles for B. Tindall |
| 05/31/06 | .50 | Research and request document delivery of articles for B. Tindall |
| 06/06/06 | .30 | Research and request interlibrary loans of three titles for B. Tindall |
| 06/07/06 | .70 | Research and request two book loans and one article copy for B. Tindall |
| 06/14/06 | .10 | Research and request one article copy for S. Knudsen |
| Total | 5.40 | |

EXHIBIT E-8

**TIME FOR PAT LANE**
**(TIME INCURRED BUT DELETED)**

| Date | Hours | Services |
|---|---|---|
| 07/16/06 | 3.80 | Preparation of materials for filing |
| 07/24/06 | 3.40 | Preparation of Preliminary Injunction and attempt to file |
| 07/19/06 | 2.80 | Final preparation and subsequent filing of case |
| Total | 10.00 | |

EXHIBIT E-9

## TIME FOR REBECCA JUDD
### (TIME INCURRED BUT DELETED)

| Date | Hours | Services |
|---|---|---|
| 07/14/06 | 3.50 | Drafted of Herschelman Declaration |
| 07/19/06 | 3.00 | Assembled Complaint and filing at D.C. District Court |
| 07/20/06 | 2.75 | Redrafted Summons and re-filed at Court |
| Total | 9.25 | |

fb.us.61149253.03

EXHIBIT E-10