```
BILLING ATTORNEY:   Brian B. O'Neill              FAEGRE & BENSON LLP                          Page 10 (10)
OFFICE/FLOOR:       28                                  PROFORMA                         *** CURRENCY   USD ***
RESPONSIBLE ATTORNEY: Elizabeth H. Schmiesing     PERIOD Jan 1, 1900 - Sep 22, 2006           DATE       Sep 22, 2006
                                                                                              PROFORMA # 1048332
CLIENT/MATTER NO.:  52155/336123         RE: Wisconsin Wolf Permit Litigation                 LOCATION   01
                                                                                              LANGUAGE

------------------------------------------ C O S T S ------------------------------------------
   Date      Name                    Costs                           Sum $  Amount    Code     Tax   Ck #    Index
----------  ----------  ----------------------------------------     -----  --------  ------   ---   ----   -------
06/16/2006  S. Knudsen  Internal Copying/Printing                      Y       1.20   000002    0            6066190
07/13/2006  B. Tindall  Internal Copying/Printing                      Y      16.35   000002    0            6090353
07/13/2006  S. Knudsen  Internal Copying/Printing                      Y        .60   000002    0            6090390
07/17/2006  S. Knudsen  Internal Copying/Printing                      Y      69.90   000002    0            6093798
07/19/2006  B. Tindall  Internal Copying/Printing                      Y      24.45   000002    0            6096782
08/10/2006  S. Knudsen  Internal Copying/Printing                      Y       1.20   000002    0            6126815
            **** 000002 Internal Copying/Printing         113.70      ****

05/24/2006  S. Knudsen  Certified, Registered or Insured Postage       Y       9.28   000301    0            6035429
            **** 000301 Certified, Registered or Insu       9.28      ****

05/24/2006  S. Knudsen  Telecommunication Costs LANSING, MI,           Y        .76   000401    0            6033415
                        1(517)484-2372, 7956, SANNE H. KNUDSEN
05/24/2006  S. Knudsen  Telecommunication Costs SAN FRAN, CA,          Y        .14   000401    0            6033430
                        1(415)977-5716, 7956, SANNE H. KNUDSEN
05/24/2006  FIRM        Telecommunication Costs WASHINGTON, DC,        Y        .14   000401    0            6033494
                        1(202)208-5048, 1762,
05/26/2006  B. Tindall  Telecommunication Costs MADISON, WI,           Y        .14   000401    0            6037409
                        1(608)266-7012, 8895, BRIANNA TINDALL
06/14/2006  K. Kelly    Telecommunication Costs DULUTH, MN,            Y        .04   000401    0            6057956
                        1(218)529-3500, 1824, KATHLEEN J. KELLY
07/07/2006  S. Knudsen  Telecommunication Costs ROCKVILLE, MD,         Y        .07   000401    0            6085019
                        1(301)258-3153, 7956, SANNE H. KNUDSEN
```

EXHIBIT F-1

```
BILLING ATTORNEY:   Brian B. O'Neill                FAEGRE & BENSON LLP                                        Page 11 (11)
OFFICE/FLOOR:       28                                   PROFORMA                                     *** CURRENCY  USD ***
RESPONSIBLE ATTORNEY: Elizabeth H. Schmiesing     PERIOD Jan 1, 1900 - Sep 22, 2006                       DATE  Sep 22, 2006
                                                                                                          PROFORMA # 1048332
CLIENT/MATTER NO.:  52155/336123             RE: Wisconsin Wolf Permit Litigation                         LOCATION    01
                                                                                                          LANGUAGE
                                             ----------- C O S T S -----------
  Date       Name                    Costs                                    Sum $  Amount     Code    Tax  Ck #    Index
---------- ----------- ------------------------------------------------------ ----- --------- -------- ---- ------- --------
07/10/2006 S. Knudsen  Telecommunication Costs COLERAINE, MN,                   Y        .13  000401    0           6085842
                       1(218)245-3049, 7956, SANNE H. KNUDSEN
07/11/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y       2.22  000401    0           6087541
                       1(202)955-3669, 7956, SANNE H. KNUDSEN
07/11/2006 S. Knudsen  Telecommunication Costs ASHTON, MD,                      Y       2.22  000401    0           6087542
                       1(301)570-5922, 7956, SANNE H. KNUDSEN
07/13/2006 S. Knudsen  Telecommunication Costs ASHTON, MD,                      Y        .21  000401    0           6090560
                       1(301)570-5922, 7956, SANNE H. KNUDSEN
07/13/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y        .14  000401    0           6090561
                       1(202)955-3669, 7956, SANNE H. KNUDSEN
07/13/2006 S. Knudsen  Telecommunication Costs ASHTON, MD,                      Y       1.52  000401    0           6090614
                       1(301)570-5922, 7956, SANNE H. KNUDSEN
07/13/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y        .07  000401    0           6090615
                       1(202)955-3669, 7956, SANNE H. KNUDSEN
07/13/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y       1.32  000401    0           6090618
                       1(202)955-3669, 7956, SANNE H. KNUDSEN
07/21/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y        .14  000401    0           6106414
                       1(202)955-3669, 7956, SANNE H. KNUDSEN
07/21/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y        .14  000401    0           6106420
                       1(202)354-3340, 7956, SANNE H. KNUDSEN
07/21/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y        .14  000401    0           6106435
                       1(202)354-3340, 7956, SANNE H. KNUDSEN
07/21/2006 S. Knudsen  Telecommunication Costs ROCKVILLE, MD,                   Y       1.25  000401    0           6106449
                       1(301)258-3153, 7956, SANNE H. KNUDSEN
07/21/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y       1.11  000401    0           6106452
                       1(202)955-3669, 7956, SANNE H. KNUDSEN
07/21/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y        .28  000401    0           6106495
                       1(202)354-3340, 7956, SANNE H. KNUDSEN
07/31/2006 S. Knudsen  Telecommunication Costs ROCKVILLE, MD,                   Y       1.11  000401    0           6115438
                       1(301)258-3153, 7956, SANNE H. KNUDSEN
08/01/2006 S. Knudsen  Telecommunication Costs EUGENE, OR,                      Y        .35  000401    0           6118459
                       1(541)514-0048, 7956, SANNE H. KNUDSEN
08/03/2006 S. Knudsen  Telecommunication Costs ROCKVILLE, MD,                   Y        .07  000401    0           6120832
                       1(301)258-3153, 7956, SANNE H. KNUDSEN
08/10/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y        .14  000401    0           6127010
                       1(202)305-0342, 7956, SANNE H. KNUDSEN
08/10/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y        .07  000401    0           6127011
                       1(202)305-0210, 7956, SANNE H. KNUDSEN
08/10/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y        .28  000401    0           6127067
                       1(202)305-0210, 7956, SANNE H. KNUDSEN
08/10/2006 FIRM        Telecommunication Costs MADISON, WI,                     Y        .07  000401    0           6127140
                       1(608)261-4380, 1762,
08/14/2006 S. Knudsen  Telecommunication Costs WASHINGTON, DC,                  Y        .62  000401    0           6131541
                       1(202)305-0342, 7956, SANNE H. KNUDSEN
08/15/2006 S. Knudsen  Telecommunication Costs ROCKVILLE, MD,                   Y        .07  000401    0           6131917
                       1(301)258-3153, 7956, SANNE H. KNUDSEN
```

EXHIBIT F-2

```
BILLING ATTORNEY:   Brian B. O'Neill                  FAEGRE & BENSON LLP                                   Page 12 (12)
OFFICE/FLOOR:       28                                     PROFORMA                                 *** CURRENCY    USD    ***
RESPONSIBLE ATTORNEY: Elizabeth H. Schmiesing    PERIOD Jan 1, 1900 - Sep 22, 2006                      DATE       Sep 22, 2006
                                                                                                        PROFORMA #    1048332
CLIENT/MATTER NO.:  52155/336123    RE:  Wisconsin Wolf Permit Litigation                               LOCATION     01
                                                                                                        LANGUAGE

------------------------------ C O S T S ------------------------------
Date         Name              Costs                                             Sum $ Amount    Code     Tax    Ck #        Index
----         ----              -----                                             ---   ------    ----     ---    ----        -----
08/16/2006 S. Knudsen       Telecommunication Costs WASHINGTON, DC,                Y     .42    000401     0                 6134462
                            1(202)305-0342, 7956, SANNE H. KNUDSEN
       **** 000401          Telecommunication Costs                     15.38 ****

05/24/2006 S. Knudsen       Facsimile                                              Y     .75    000402     0                 6033786
05/10/2006 S. Knudsen       Facsimile                                              Y    1.00    000402     0                 6127373
       **** 000402          Facsimile                                    1.75 ****

08/11/2006 S. Knudsen       Federal Express - FEDERAL EXPRESS :                    Y   39.06    000503     0    698259       6128162
                            7/18/06 to Washington, DC Bank ID: NW Check
                            Number: 698259
       **** 000503          Federal Express                             39.06 ****

07/14/2006 O. Peterson      United Parcel Service - UNITED PARCEL                  Y   20.18    000504     0    694964       6091367
                            SERVICE : 6/26/06 to Madison, WI Bank ID:
                            NW Check Number: 694964
       **** 000504          United Parcel Service                       20.18 ****

08/09/2006 O. Peterson      Metro Legal (Local Courier) - METRO LEGAL              Y   18.92    000506     0    696918       6124573
                            SERVICES, INC. : Courier Service - 1-2
                            hour rate, deliver to University of
                            Minnesota/Wilson Library Minneapolis,
                            6/30/06 Bank ID: NW Check Number: 696918
       **** 000506          Metro Legal (Local Courier)                 18.92 ****

05/26/2006 B. O'Neill       Special Supply Purchases - Metapress, doc.             N   32.10    000507     0                 6086308
                            del.
       **** 000507          Estimated Disbursements                     32.10 ****

05/25/2006 B. Tindall       Lexis Research                                         Y    6.00    000701     0                 6040764
05/25/2006 B. Tindall       Lexis Research                                         Y    9.00    000701     0                 6040765
06/21/2006 B. Tindall       Lexis Research                                         Y    6.25    000701     0                 6097608
06/21/2006 B. Tindall       Lexis Research                                         Y    7.00    000701     0                 6097609
07/13/2006 R. Cox           Lexis Research                                         Y   28.00    000701     0                 6099132
07/13/2006 R. Cox           Lexis Research                                         Y   84.00    000701     0                 6099133
08/02/2006 R. Allen         Lexis Research                                         Y   93.75    000701     0                 6143323
08/02/2006 R. Allen         Lexis Research                                         Y     .03    000701     0                 6143324
08/02/2006 R. Allen         Lexis Research                                         Y     .85    000701     0                 6143325
08/02/2006 R. Allen         Lexis Research                                         Y    3.72    000701     0                 6143326
08/02/2006 M. Williams      Lexis Research                                         Y   24.78    000701     0                 6143329
08/02/2006 M. Williams      Lexis Research                                         Y   31.25    000701     0                 6143330
08/02/2006 M. Williams      Lexis Research                                         Y   35.00    000701     0                 6143331
08/02/2006 M. Williams      Lexis Research                                         Y   45.00    000701     0                 6143332
08/03/2006 R. Cox           Lexis Research                                         Y  417.00    000701     0                 6143327
08/03/2006 R. Cox           Lexis Research                                         Y  147.00    000701     0                 6143328
                            Lexis Research                                         Y  187.50    000701     0
```

EXHIBIT F-3

```
BILLING ATTORNEY:   Brian B. O'Neill           FAEGRE & BENSON LLP                              Page 13 (13)
OFFICE/FLOOR:       28                              PROFORMA                        *** CURRENCY      USD      ***
RESPONSIBLE ATTORNEY: Elizabeth H. Schmiesing  PERIOD Jan 1, 1900 - Sep 22, 2006        DATE      Sep 22, 2006
                                                                                        PROFORMA #   1048332
CLIENT/MATTER NO.:  52155/336123          RE: Wisconsin Wolf Permit Litigation          LOCATION     01
                                                                                        LANGUAGE

                                   ------------ C O S T S ------------
                                                                  Sum $
Date        Name                   Costs                           Amount     Code      Tax     Ck #     Index
----------  ----------             ------------------------       ---------  ------    -----   ------   -------
08/03/2006  M. Williams            Lexis Research                      9.00  000701       0             6143333
08/03/2006  M. Williams            Lexis Research                     25.00  000701       0             6143334
08/03/2006  M. Williams            Lexis Research                    105.00  000701       0             6143335
08/03/2006  M. Williams            Lexis Research                    118.00  000701       0             6143336
08/08/2006  B. Tindall             Lexis Research                      9.00  000701       0             6143525
08/08/2006  B. Tindall             Lexis Research                     14.00  000701       0             6143526
            **** 000701                                   ****     1,406.13

05/24/2006  B. Tindall             Westlaw (Online Legal Research)    451.49 000702       0             6040648
05/25/2006  B. Tindall             Westlaw (Online Legal Research)      5.82 000702       0             6040649
05/25/2006  B. Tindall             Westlaw (Online Legal Research)    348.79 000702       0             6040650
05/26/2006  B. Tindall             Westlaw (Online Legal Research)     99.55 000702       0             6040651
05/31/2006  B. Tindall             Westlaw (Online Legal Research)     22.56 000702       0             6049212
06/01/2006  B. Tindall             Westlaw (Online Legal Research)     22.56 000702       0             6049213
06/02/2006  B. Tindall             Westlaw (Online Legal Research)    188.18 000702       0             6049214
06/05/2006  B. Tindall             Westlaw (Online Legal Research)     98.66 000702       0             6049215
06/14/2006  N. Knudson             Westlaw (Online Legal Research)      7.86 000702       0             6072150
06/14/2006  FIRM                   Westlaw (Online Legal Research)    128.97 000702       0             6072151
06/16/2006  B. Tindall             Westlaw (Online Legal Research)    301.56 000702       0             6072152
06/21/2006  B. Tindall             Westlaw (Online Legal Research)    363.24 000702       0             6098077
06/22/2006  B. Tindall             Westlaw (Online Legal Research)    408.60 000702       0             6098078
06/23/2006  B. Tindall             Westlaw (Online Legal Research)    213.84 000702       0             6098079
06/27/2006  B. Tindall             Westlaw (Online Legal Research)    104.24 000702       0             6098692
06/30/2006  B. Tindall             Westlaw (Online Legal Research)    132.40 000702       0             6098693
07/05/2006  B. Tindall             Westlaw (Online Legal Research)    161.94 000702       0             6098694
07/11/2006  B. Tindall             Westlaw (Online Legal Research)    184.74 000702       0             6098695
07/12/2006  B. Tindall             Westlaw (Online Legal Research)      5.58 000702       0             6098696
08/02/2006  R. Allen               Westlaw (Online Legal Research)    256.62 000702       0             6141936
08/02/2006  B. Tindall             Westlaw (Online Legal Research)  2,921.82 000702       0             6141937
08/03/2006  B. Tindall             Westlaw (Online Legal Research)    368.34 000702       0             6141938
08/03/2006  M. Williams            Westlaw (Online Legal Research)    357.18 000702       0             6141940
08/07/2006  B. Tindall             Westlaw (Online Legal Research)     33.48 000702       0             6141939
08/08/2006  B. Tindall             Westlaw (Online Legal Research)    202.29 000702       0             6142347
08/09/2006  B. Tindall             Westlaw (Online Legal Research)     55.80 000702       0             6142348
08/10/2006  B. Tindall             Westlaw (Online Legal Research)     52.09 000702       0             6142349
08/11/2006  B. Tindall             Westlaw (Online Legal Researc      684.67 000702       0             6142350
            **** 000702                                   ****     8,182.87

06/14/2006  FIRM                   Online Docket Search                  .08 000704       0             6104556
            **** 000704                                   ****          .08

07/11/2006  S. Knudsen             Court Filing Fees - CLERK, U.S. DISTRICT
                                   COURT Bank ID: NW Check Number: 694006
                                   Court Filing Fees                  350.00 001102       0   694006    6086743
            **** 001102                                   ****       350.00

06/07/2006  B. Tindall             Document Delivery - UNIVERSITY OF
                                                                       77.25 003000       0   690897    6048453
```

EXHIBIT F-4

```
BILLING ATTORNEY:   Brian B. O'Neill                FAEGRE & BENSON LLP                              Page 14 (14)
OFFICE/FLOOR:       28                                  PROFORMA                              *** CURRENCY   USD ***
RESPONSIBLE ATTORNEY: Elizabeth H. Schmiesing    PERIOD Jan 1, 1900 - Sep 22, 2006                 DATE       Sep 22, 2006
                                                                                                   PROFORMA # 1048332
CLIENT/MATTER NO.:  52155/336123       RE: Wisconsin Wolf Permit Litigation                        LOCATION   01
                                                                                                   LANGUAGE

------------------------------------------------- C O S T S -------------------------------------------------
Date       Name             Costs                                       Sum $ Amount   Code    Tax   Ck #      Index
----       ----             -----                                       --- - ------   ----    ---   ----      -----
06/15/2006 B. Tindall       MINNESOTA-ESTIS book loan fees Bank ID: NW
                            Check Number: 690897                         Y     17.91   003000   0    691783    6059442
06/15/2006 B. Tindall       Document Delivery - UNIVERSITY OF
                            MINNESOTA-ESTIS one article copy Bank ID:
                            NW Check Number: 691783                      Y     34.78   003000   0    691784    6059443
06/15/2006 B. Tindall       Document Delivery - UNIVERSITY OF
                            MINNESOTA-ESTIS one book loan Bank ID: NW
                            Check Number: 691784                         Y     42.80   003000   0    691785    6059444
06/15/2006 B. Tindall       Document Delivery - UNIVERSITY OF
                            MINNESOTA-ESTIS one book loan Bank ID: NW
                            Check Number: 691785                         Y     21.40   003000   0    691786    6059445
06/30/2006 N. Knudson       Document Delivery - UNIVERSITY OF
                            MINNESOTA-ESTIS one article copy Bank ID:
                            NW Check Number: 693342                      Y     29.91   003000   0    693342    6080208
07/29/2006 B. Tindall       Document Delivery - THE UNIVERSITY OF
                            MONTANA Bank ID: NW Check Number: 696071     Y     40.00   003000   0    696071    6112033
07/29/2006 B. Tindall       Document Delivery - UNIVERSITY OF
                            MINNESOTA-ESTIS Bank ID: NW Check Number:
                            695733                                       Y     17.91   003000   0    695733    6112048
08/14/2006 M. Hill          Document Delivery - UNIVERSITY OF
                            MINNESOTA-ESTIS - Book loan fees Bank ID:
                            NW Check Number: 697292                      Y     15.00   003000   0    697292    6128927
                                                                             --------
**** 003000   Document Delivery                                               296.96 ****

                                    Cost Total         $    10,486.41
                           Unbilled Costs Not on Proforma $       .00
                                   Total Unbilled Costs $    10,486.41
```

EXHIBIT F-5