IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, *et al.*, | ) Case No.: 06-cv-01279 (CKK) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) |
| DIRK KEMPTHORNE, <br> Secretary of the Interior, *et al.*, | ) <br> ) <br> ) |
| Defendants, | ) <br> ) |
| and | ) <br> ) |
| SAFARI CLUB INTERNATIONAL, *et al.*, | ) <br> ) |
| Defendant-Intervenors. | ) |

## DEFENDANT-INTERVENORS' RESPONSE TO PLAINTIFF'S PETITION FOR COSTS, INCLUDING ATTORNEY FEES, UNDER THE ENDANGERED SPECIES ACT, 16 U.S.C. § 1540(g)

Defendant-Intervenors Safari Club International and Safari Club International Foundation file this Response to Plaintiffs' Petition for Costs. For the reasons indicated below, Defendant-Intervenors take no position on Plaintiffs' Petition.

On September 22, 2006, Plaintiffs filed their Petition for Costs. The Petition was unclear as to whether Plaintiffs sought to recover costs from only the government Defendants or whether Plaintiffs sought costs from the Defendant-Intervenors as well. On September 26, 2006, counsel for Defendant-Intervenors sent Plaintiffs' counsel correspondence by e-mail that requested clarification as to whether Plaintiffs intended to attempt to recover costs from the Defendant-Intervenors. A copy of Defendant-Intervenors' e-mail is attached to this Response as Exhibit "A."

Plaintiffs' counsel responded to Defendant-Intervenors' inquiry with an e-mail dated September 26, 2006. In this e-mail, Plaintiffs' counsel explained:

> To clarify, Plaintiffs are only seeking attorney fees and costs from the Federal government Defendants, *not from Defendant-Intervenors.*

(Emphasis added). Plaintiffs' e-mail response is attached to this Response as Exhibit "B."

In light of the fact that Plaintiffs do not seek costs from the Defendant-Intervenors, the Petition for Costs filed by the Plaintiffs does not involve the Defendant-Intervenors. Consequently, the Defendant-Intervenors will take no position on the Plaintiffs' Petition.

Dated: October 2, 2006                    Respectfully submitted,


/s/Anna M. Seidman
Anna M. Seidman (D.C. Bar No. 417091)
Safari Club International
501 2nd Street, N.E.
Washington, D.C. 20002
Tel:    (202) 543-8733
Fax:    (202) 543-1205
**aseidman@sci-dc.org**

Douglas S. Burdin (D.C. Bar No. 434107)
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Tel:    (202) 543-8733
Fax:    (202) 543-1205
**dburdin@sci-dc.org**

*Attorneys for Defendant-Intervenors,*
*Safari Club International and*
*Safari Club International Foundation*

2