# -Exhibit A-
# to Defendant-Intevernors' Response to Plaintiffs' Petition for Costs

## Maya Kapsokavadis

**From:** Anna Seidman SCI [mailto:aseidman@cox.net]
**Sent:** Tuesday, September 26, 2006 9:47 AM
**To:** Pat Lane; Knudsen, Sanne H.
**Cc:** Jimmy.Rodriguez@usdoj.gov; dburdin@sci-dc.org
**Subject:** Humane Society v. Kempthorne, 1:06-cv-01279 (CKK)

Counsel:

Safari Club International has received Plaintiffs' motion for attorneys' fees and costs and would appreciate some clarification to enable us to decide how to respond. Do plaintiffs intend to seek attorneys' fees costs only from the Federal government Defendants, or do plaintiffs also intend to attempt to recover attorneys' fees and costs from the Defendant-Intervenors?

Thank you for your assistance.

Anna Seidman
Chief Litigation Counsel
Safari Club International
202-543-8733
This message is confidential and may be protected by attorney-client privilege. If you are not the intended recipient, you are not authorized to open the attachment, disseminate or copy this message. Please destroy the message and all attachments after notifying the sender. Thank you.

10/2/2006