# -Exhibit B-
# to Defendant-Intevernors' Response to Plaintiffs' Petition for Costs

# Maya Kapsokavadis

**From:** Knudsen, Sanne H.
**To:** Anna Seidman SCI ; Pat Lane
**Cc:** Jimmy.Rodriguez@usdoj.gov ; dburdin@sci-dc.org
**Sent:** Tuesday, September 26, 2006 10:59 AM
**Subject:** RE: Humane Society v. Kempthorne, 1:06-cv-01279 (CKK)

Counsel:

To clarify, Plaintiffs are only seeking attorney fees and costs from the Federal government Defendants, not from Defendant-Intervenors.

Regards,

Sanne Knudsen


Sanne Knudsen
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
612-766-7956 (Office)
612-766-1600 (Fax)
email:  sknudsen@faegre.com

---

**From:** Anna Seidman SCI [mailto:aseidman@cox.net]
**Sent:** Tuesday, September 26, 2006 9:47 AM
**To:** Pat Lane; Knudsen, Sanne H.
**Cc:** Jimmy.Rodriguez@usdoj.gov; dburdin@sci-dc.org
**Subject:** Humane Society v. Kempthorne, 1:06-cv-01279 (CKK)

Counsel:

Safari Club International has received Plaintiffs' motion for attorneys' fees and costs and would appreciate some clarification to enable us to decide how to respond. Do plaintiffs intend to seek attorneys' fees costs only from the Federal government Defendants, or do plaintiffs also intend to attempt to recover attorneys' fees and costs from the Defendant-Intervenors?

Thank you for your assistance.

Anna Seidman
Chief Litigation Counsel
Safari Club International
202-543-8733
This message is confidential and may be protected by attorney-client privilege. If you are not the intended recipient, you are not authorized to open the attachment, disseminate or copy this message. Please destroy the message and all attachments after notifying the sender. Thank you.

10/2/2006