UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., <br><br> Plaintiffs, <br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Department of the Interior, H. DALE HALL, Director of the United States Fish and Wildlife Service, and the UNITED STATES FISH and WILDLIFE SERVICE. <br> Defendants. | No. 1:06CV1279 (CKK) <br><br> **FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

Federal Defendants respectfully move the Court for an extension of time to file a response to Plaintiffs' Motion for Attorneys' Fees. [Docket No. 19]. Plaintiffs have indicated that they do not oppose this motion. In support of this motion, Defendants state as follows:

1. The parties prefer to settle the attorneys' fees issue rather than burden the Court, but require additional time to reach an agreement.

2. If the parties are unable to reach an agreement, Defendants will require the additional time requested to coordinate with the Department of Interior and file a response brief.

Wherefore, Defendants believe that an extension of time is warranted and move for an extension of time within which to file a response to Plaintiffs' Motion for Attorneys' Fees until October 27, 2006.

2

Dated: October 3, 2006                Respectfully Submitted,

                                                      SUE ELLEN WOOLDRIDGE, Asst. Attorney General
                                                     JEAN E. WILLIAMS, Section Chief

                                                             /s/
                                                     JIMMY A. RODRIGUEZ, Trial Attorney
                                                   U.S. Department of Justice
                                                   Environment & Natural Resources Division
                                                   Wildlife & Marine Resources Section
                                                   Ben Franklin Station, P.O. Box 7369
                                                   Washington, DC 20044-7369
                                                   Phone: (202) 305-0342/ Fax: (202) 305-0275
                                                   Email: Jimmy.Rodriguez@usdoj.gov

                                                   Attorneys for Federal Defendants