UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., <br><br> Plaintiffs, <br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Department of the Interior, H. DALE HALL, Director of the United States Fish and Wildlife Service, and the UNITED STATES FISH and WILDLIFE SERVICE. <br> Defendants. | No. 1:06CV1279 (CKK) <br><br> **[PROPOSED] ORDER ON FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME** |

This matter comes before the Court on Federal Defendants' Unopposed Motion for an Extension of Time to File a Response to Plaintiffs' Motion for Attorneys' Fees. The Court, having reviewed the motion, finding good cause, and being otherwise fully advised, FINDS and ORDERS as follows:

The Court hereby GRANTS Defendants' Unopposed Motion for an Extension of Time and ORDERS that the time within which to file a response to Plaintiffs' Motion for Attorneys' Fees is extended until October 27, 2006.

DATED, this _____ day of _____, 2006.

_____
United States District Judge