UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>        Plaintiffs,<br>    v.<br><br>DIRK KEMPTHORNE, Secretary of the Department of the Interior, H. DALE HALL, Director of the United States Fish and Wildlife Service, and the UNITED STATES FISH and WILDLIFE SERVICE.<br>        Defendants. | No. 1:06CV1279 (CKK)<br><br>**FEDERAL DEFENDANTS' SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

       Federal Defendants respectfully move the Court for a second extension of time to file a response to Plaintiffs' Motion for Attorneys' Fees. [Docket No. 19]. Plaintiffs have indicated that they do not oppose this motion. In support of this motion, Defendants state as follows:

       1.      The parties have reached a preliminary agreement regarding Plaintiffs' claim for attorneys' fees and costs.

       2.      Counsel for Federal Defendants requires additional time to secure the necessary approvals from the Department of the Interior and the Department of Justice and to finalize the agreement.

       2.      If Counsel for Defendants is unable to secure the necessary approvals, Defendants will file a response brief.

       Wherefore, Defendants believe that an extension of time is warranted and move for an extension of time within which to file a response to Plaintiffs' Motion for Attorneys' Fees until November 17, 2006.

2

Dated: October 25, 2006         Respectfully Submitted,

SUE ELLEN WOOLDRIDGE, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief


_____/s/_____
JIMMY A. RODRIGUEZ, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0342/ Fax: (202) 305-0275
Email: Jimmy.Rodriguez@usdoj.gov

Attorneys for Federal Defendants