**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, ANIMAL PROTECTION INSTITUTE, FRIENDS OF ANIMALS AND THEIR ENVIRONMENT, HELP OUR WOLVES LIVE, INDIGENOUS ENVIRONMENTAL NETWORK, KLAMATH FOREST ALLIANCE, and RESTORE: NORTH WOODS,<br><br>       Plaintiffs,<br>  v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, UNITED STATES DEPARTMENT OF THE INTERIOR, H. DALE HALL, Director of the United States Fish and Wildlife Service, and THE UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>       Defendants,<br><br>SAFARI CLUB INTERNATIONAL, et al.,<br><br>       Defendant-Intervenors. | Civ. No. 06-1279 (CKK) |

**FEDERAL DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that DIRK KEMPTHORNE, in his official capacity as Secretary of the United States Department of the Interior, THE UNITED STATES DEPARTMENT OF THE INTERIOR, H. DALE HALL, in his official capacity as Director of the United States Fish and Wildlife Service, and the UNITED STATES FISH AND WILDLIFE SERVICE, FEDERAL DEFENDANTS in the above-captioned lawsuit, are appealing to the United States Court of Appeals for the District of Columbia Circuit from this Court's September 6, 2006 Order and

Final Judgment. The Court's September 6, 2006 Order converts the Court's August 9, 2006 Order on Plaintiffs' Motion for a Preliminary Injunction into a final judgment on the merits. Copies of the Court's (1) September 6, 2006 Final Judgment and (2) August 9, 2006 Opinion on Plaintiffs' Motion for a Preliminary Injunction are attached hereto.

Dated: November 1, 2006                Respectfully Submitted,

                                          SUE ELLEN WOOLDRIDGE, Asst. Attorney General
                                          JEAN E. WILLIAMS, Section Chief

                                          s/Jimmy A. Rodriguez
                                          JIMMY A. RODRIGUEZ, Trial Attorney
                                          U.S. Department of Justice
                                          Environment & Natural Resources Division
                                          Wildlife & Marine Resources Section
                                          Ben Franklin Station, P.O. Box 7369
                                          Washington, DC 20044-7369
                                          Phone: (202) 305-0342/ Fax: (202) 305-0275
                                          Email: Jimmy.Rodriguez@usdoj.gov

                                          Attorneys for Federal Defendants

Counsel entitled to notice pursuant to Fed. R. App. P. 3(d)(1):

Sanne H. Knudsen,
Pro hac vice, MN# 0344552
FEAGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
(612) 766-1600 fax

Patricia R. Lane
Senior Attorney
Animal Protection Litigation Section
The Humane Society of the United States
700 Professional Drive
Gaithersburg, MD 20879
301-258-3153
301-258-3080 (fax)

Attorney for Plaintiffs

Anna M. Seidman
(D.C. Bar No. 417091)
501 2nd Street N.E.
Washington, D.C. 20002
202-543-8733
202-543-1205 fax

Attorney for Defendant-Intervenors