UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMANE SOCIETY OF THE UNITED
STATES, et al.,

    Plaintiffs,
v.

DIRK KEMPTHORNE, et al.,

    Defendants,

SAFARI CLUB INTERNATIONAL, et al.,

    Defendant-Intervenors.

Civ. No. 06-1279 (CKK)

**ORDER**

    Upon consideration of the parties' Joint Motion to Consolidate the Court's Preliminary Injunction ruling and accompanying Memorandum into a Final Judgment, and the entire Record herein, it is hereby ORDERED that the parties' Joint Motion is granted; and

    IT IS FURTHER ORDERED that the Court's August 9, 2006 Order Granting Plaintiffs' Motion for a Preliminary Injunction and accompanying Memorandum is converted into a final judgment on the merits; and

    IT IS FURTHER ORDERED that the Court's August 9, 2006 Preliminary Injunction Order (Doc. No. 15.) is hereby converted to a Permanent Injunction; and

    IT IS FINALLY ORDERED that the case is CLOSED and final judgment is hereby entered for Plaintiffs.

Dated this 6th day of September 2006

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge