IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 06-cv-01279 (CKK) ) |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| SAFARI CLUB INTERNATIONAL, *et al.*, | ) ) |
| Defendant-Intervenors. | ) |

**DEFENDANT-INTERVENORS' NOTICE OF APPEAL**

Notice is hereby given that Safari Club International and Safari Club International Foundation, Defendant-Intervenors in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order and Final Judgment entered in this action on the 6th day of September, 2006.

The Court's September 6, 2006 Order converts the Court's August 9, 2006 Order on Plaintiffs' Motion for Preliminary Injunction into a final judgment on the merits. Copies of the Court's (1) September 6, 2006 Final Judgment and (2) August 9, 2006 Opinion on Plaintiffs' Motion for Preliminary Injunction are attached hereto.

Dated: November 13, 2006				Respectfully submitted,

/s/Anna M. Seidman
Anna M. Seidman (D.C. Bar No. 417091)
Safari Club International
501 2nd Street, N.E.
Washington, D.C. 20002
Tel:	(202) 543-8733
Fax:	(202) 543-1205
**aseidman@sci-dc.org**

/s/Douglas S. Burdin
Douglas S. Burdin (D.C. Bar No. 434107)
Safari Club International
501 2nd Street N.E.
Washington, D.C. 20002
Tel:	(202) 543-8733
Fax:	(202) 543-1205
**dburdin@sci-dc.org**

*Attorneys for Defendant-Intervenors,*
*Safari Club International and*
*Safari Club International Foundation*