## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )  Civ. No. 06-1279 (CKK) |
| DIRK KEMPTHORNE, et al., | ) ) |
| Defendants, | )  **ORDER** ) ) |
| SAFARI CLUB INTERNATIONAL, <u>et al.</u>, | ) ) |
| Defendant-Intervenors. | ) ) ) |

Upon consideration of the parties' Joint Motion to Consolidate the Court's Preliminary Injunction ruling and accompanying Memorandum into a Final Judgment, and the entire Record herein, it is hereby ORDERED that the parties' Joint Motion is granted; and

IT IS FURTHER ORDERED that the Court's August 9, 2006 Order Granting Plaintiffs' Motion for a Preliminary Injunction and accompanying Memorandum is converted into a final judgment on the merits; and

IT IS FURTHER ORDERED that the Court's August 9, 2006 Preliminary Injunction Order (Doc. No. 15.) is hereby converted to a Permanent Injunction; and

IT IS FINALLY ORDERED that the case is CLOSED and final judgment is hereby entered for Plaintiffs.

Dated this 6th day of _September_ 2006

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge