UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>   Plaintiffs,<br> v.<br><br>DIRK KEMPTHORNE, Secretary of the Department of the Interior, H. DALE HALL, Director of the United States Fish and Wildlife Service, and the UNITED STATES FISH and WILDLIFE SERVICE.<br>   Defendants. | No. 1:06CV1279 (CKK)<br><br>**PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION REGARDING FEES AND COSTS, AND PROPOSED ORDER** |

  Whereas plaintiffs believe that they are entitled to an award of fees and costs against the federal defendants, for the time and costs they have expended on this litigation to date;

  Whereas plaintiffs and federal defendants desire to resolve plaintiffs' claim for fees and costs in a compromise fashion, without the need for an expenditure of significant time on that issue by the parties or the Court;

  Whereas plaintiffs and federal defendants agree that it is in the public interest to avoid a protracted dispute over the fee and cost issue;

  Whereas plaintiffs and federal defendants have reached a settlement of the fee and cost issue that does not entail any concession of law or fact by either plaintiffs or federal defendants;

  It is therefore stipulated and agreed to, by and between plaintiffs and federal defendants, as follows:

1.	The parties agree to settle any and all of plaintiffs' claims for costs and attorneys' fees in the above-captioned litigation for the amount of $74,000.00. The payment of $74,000.00 shall be made to:

>	Faegre & Benson LLP
>	2200 Wells Fargo Center
>	90 South Seventh Street
>	Minneapolis, MN 55402-3901

2.	This agreement does not apply to any fees that may result from work performed on a future appeal of this matter to the United States Court of Appeals for District of Columbia Circuit. The parties agree that should Plaintiffs prevail on appeal, this agreement is without prejudice to Plaintiffs' right to seek attorneys' fees and costs related to that appeal.

3.	The parties further agree that, if Plaintiffs prevail on appeal or if Defendants' appeal is withdrawn, this agreement shall take effect upon the conclusion of the appellate proceedings in this matter and Defendants agree to submit all necessary paperwork for the administrative processing of the payment in paragraph 1 within ten (10) business days of the conclusion of the appellate process.

4.	The parties also agree that if Defendants prevail on appeal, this agreement shall not take effect.

5.	If Defendants' appeal is withdrawn, Plaintiffs agree that receipt of this payment from federal defendants shall operate as a release of plaintiffs' claims for attorneys' fees and costs in this matter.

6.	Defendants do not waive any right to contest fees claimed by plaintiffs or plaintiffs' counsel, including hourly rates, in any future litigation. This stipulation has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

Dated: November 16, 2006

Respectfully submitted,

| | |
|---|---|
| s/ Jimmy A. Rodriguez | s/Sanne Knudsen |
| Jimmy A. Rodriguez, Attorney | Sanne Knudsen |
| U.S. Department of Justice | Faegre & Benson LLP |
| Environment & Natural Resources Division | 2200 Wells Fargo Center |
| P.O. Box 7369 | 90 South Seventh Street |
| Washington, D.C. 20044-7369 | Minneapolis, MN 55402-3901 |
| (202) 305-0209 | (612) 766-7956 |
| Counsel for Defendants | Counsel for Plaintiffs |

IT IS SO ORDERED.

Dated this _____ day of _____, 2006.

_____
United States District Court Judge