# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Department of the Interior, H. DALE HALL, Director of the United States Fish and Wildlife Service, and the UNITED STATES FISH and WILDLIFE SERVICE. <br> Defendants. | No. 1:06CV1279 (CKK) <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

To the Court, the parties, and their attorneys of record,

PLEASE TAKE NOTICE that Lisa Lynne Russell, Assistant Chief for the Wildlife and Marine Resources Section of the Department of Justice, will appear and substitute for Jimmy A. Rodriguez for the Federal Defendants in the above-captioned matter. Copies of future filings, notices, and decisions should be sent to Ms. Russell at the following address:

Lisa Lynne Russell
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice

Postal Service Delivery Address:
United States Department of Justice
Environment and Natural Resources Division
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369

Hand Delivery Address:
United States Department of Justice
601 D Street, NW
Room 3026
Washington, D.C. 20004

202-305-0388 (phone) / 202-305-0275 (fax)

lisa.russell@usdoj.gov (E-mail)


DATED: April 3, 2008

                              RONALD J. TENPAS
                              Assistant Attorney General
                              JEAN WILLIAMS, Chief

                              s/ Lisa Lynne Russell
                              LISA LYNNE RUSSELL, Assistant Chief
                              Missouri Bar No. 43895
                              United States Department of Justice
                              Environment & Natural Resources Division
                              Wildlife & Marine Resources Section
                              P.O. Box 7369, Ben Franklin Station
                              Washington, D.C. 20044-7369
                              Tel: (202) 305-0388
                              Fax: (202) 305-0275

                              Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008 I caused a copy of the foregoing Notice of

Appearance to be served on the following counsel by means of the District Court's electronic

filing system.


Sanne H. Knudsen, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota
55402-3901

Patricia R. Lane, Esq.
The Humane Society of the United States
700 Professional Drive
Gaithersburg, MD  20879

Anna M. Seidman, Esq.
Safari Club International
501 2nd Street, NE
Washington, D.C.  20002

    /s/ Lisa Lynne Russell
Lisa Lynne Russell