# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5396**           **September Term, 2007**
FILED ON: JUNE 3, 2008

THE HUMANE SOCIETY OF THE UNITED STATES, ET AL.,
    APPELLEES

v.

DIRK KEMPTHORNE, ET AL.,
    APPELLANTS

SAFARI CLUB INTERNATIONAL FOUNDATION AND
SAFARI CLUB INTERNATIONAL,
    APPELLEES



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 3 2008
CLERK

Consolidated with 06-5397

Appeals from the United States District Court
for the District of Columbia
(No. 06cv01279)

Before: HENDERSON, *Circuit Judge*, and EDWARDS and WILLIAMS, *Senior Circuit Judges*.

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby vacated, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 7/29/08
BY: /s/
ATTACHED: ___ Amending Order
          ___ Opinion
          ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Date: June 3, 2008

Opinion for the court filed by Circuit Judge Henderson.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk